Dakota Pearce (WSBA #57011)
BUCHALTER
1420 5th Avenue, Suite 3100
Seattle, Washington 98101
Telephone: (206) 319-7052
Email: dpearce@buchalter.com

Bernard D. Bollinger, Jr. (*pro hac vice* pending) (CA SBN: 132817)
Julian I. Gurule (*pro hac vice* pending) (CA SBN: 251260)
Khaled Tarazi (*pro hac vice* pending) (AZ SBN: 032446)
BUCHALTER
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017
Telephone: (213) 891-0700
Email: jgurule@buchalter.com

*Proposed Counsel to Debtors*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>ICAP ENTERPRISES, INC.,<br><br>Debtor. | Chapter 11<br><br>Proposed Lead Case No. 23-01243-11 |
| ICAP PACIFIC NW MANAGEMENT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-01261-11 |
| ICAP VAULT MANAGEMENT, LLC,<br>Debtor. | Chapter 11<br><br>Case No. 23-01258-11 |
| ICAP VAULT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-01256-11 |

**DECLARATION OF LANCE MILLER IN SUPPORT OF MOTIONS FOR JOINT ADMINISTRATION AND LIMITED NOTICE PROCEDURES**

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

- 1 -

BN 78839990v2

23-01243-WLH11    Doc 4    Filed 09/29/23    Entered 09/29/23 23:31:37    Pg 1 of 9

| | |
|---|---|
| ICAP VAULT 1, LLC, <br> Debtor. | Chapter 11 <br> Case No. 23-01257-11 |
| VAULT HOLDING 1, LLC, <br> Debtor. | Chapter 11 <br> Case No. 23-01265-11 |
| ICAP INVESTMENTS, LLC, <br> Debtor. | Chapter 11 <br> Case No. 23-01255-11 |
| ICAP PACIFIC NORTHWEST OPPORTUNITY AND INCOME FUND, LLC, <br> Debtor. | Chapter 11 <br> Case No. 23-01248-11 |
| ICAP EQUITY, LLC, <br> Debtor. | Chapter 11 <br> Case No. 23-01247-11 |
| ICAP PACIFIC INCOME 4 FUND, LLC, <br> Debtor. | Chapter 11 <br> Case No. 23-01251-11 |
| ICAP PACIFIC INCOME 5 FUND, LLC, <br> Debtor. | Chapter 11 <br> Case No. 23-01249-11 |
| ICAP NORTHWEST OPPORTUNITY FUND, LLC, <br> Debtor. | Chapter 11 <br> Case No. 23-01253-11 |
| 725 BROADWAY, LLC, <br> Debtor. | Chapter 11 <br> Case No. 23-01245-11 |
| SENZA KENMORE, LLC <br> Debtor. | Chapter 11 <br> Case No. 23-01254-11 |

**DECLARATION OF LANCE MILLER IN SUPPORT OF MOTIONS FOR JOINT ADMINISTRATION AND LIMITED NOTICE PROCEDURES**

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

- 2

BN 78839990v2

23-01243-WLH11    Doc 4    Filed 09/29/23    Entered 09/29/23 23:31:37    Pg 2 of 9

| | |
|---|---|
| ICAP CAMPBELL WAY, LLC,<br>Debtor. | Chapter 11<br>Case No. 23-01250-11 |
| UW 17TH AVE, LLC,<br>Debtor. | Chapter 11<br>Case No. 23-01267-11 |
| ICAP BROADWAY, LLC,<br>Debtor. | Chapter 11<br>Case No. 23-01252-11 |
| VH 1121 14TH LLC,<br>Debtor. | Chapter 11<br>Case No. 23-01264-11 |
| VH SENIOR CARE LLC,<br>Debtor. | Chapter 11<br>Case No. 23-01266-11 |
| VH WILLOWS TOWNHOMES LLC,<br>Debtor. | Chapter 11<br>Case No. 23-01262-11 |
| ICAP @ UW, LLC,<br>Debtor. | Chapter 11<br>Case No. 23-01244-11 |
| VH 2ND STREET OFFICE LLC,<br>Debtor. | Chapter 11<br>Case No. 23-01259-11 |
| VH PIONEER VILLAGE LLC,<br>Debtor. | Chapter 11<br>Case No. 23-01263-11 |
| ICAP FUNDING LLC<br>Debtor. | Chapter 11<br>Case No. 23-01246-11 |

**DECLARATION OF LANCE MILLER IN SUPPORT OF MOTIONS FOR JOINT ADMINISTRATION AND LIMITED NOTICE PROCEDURES**

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

- 3

BN 78839990v2

23-01243-WLH11    Doc 4    Filed 09/29/23    Entered 09/29/23 23:31:37    Pg 3 of 9

| | |
|---|---|
| ICAP MANAGEMENT LLC<br>　　　　　　　Debtor. | Chapter 11<br>Case No. 23-01268-11 |
| ICAP REALTY, LLC<br>　　　　　　　Debtor. | Chapter 11<br>Case No. 23-01260-11<br><br>**DECLARATION OF LANCE MILLER IN SUPPORT OF *EX PARTE* MOTIONS SEEKING APPROVAL OF (I) JOINT ADMINISTRATION OF CHAPTER 11 CASES; AND (II) LIMITED NOTICE PROCEDURES** |

I, Lance Miller, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.

1. I am a Chief Restructuring Officer of the above-captioned debtors and debtors in possession (together, the "Debtors" or the "Company"). I am generally familiar with the Company's business and financial affairs, and books and records. I am above 18 years of age and I am competent to testify.

2. I am a Partner at Paladin Management Group ("Paladin"), a financial advisory firm with an office located at 633 West 5th Street, 28th Floor, Los Angeles, California, 90071. Paladin provides a broad range of corporate advisory services to its clients including, without limitation, restructuring, strategic and transaction advisory, and strategic communications services. As a partner at Paladin, I have extensive experience in the reorganization and restructuring of troubled companies, both out-of-court and in chapter 11 proceedings. My experience includes representations in the following matters, among other things: *In re PP Group, LLC*, Case No. 20-10910 (Bankr. D. Del.); *In re Easterday Ranches, Inc.*, Case No. 21-00141 (Bankr. E.D. Wash.); *In re MD America Energy, LLC*, Case No. 20-34966 (Bankr. S.D. Tex.); *In re*

DECLARATION OF LANCE MILLER IN SUPPORT OF
MOTIONS FOR JOINT ADMINISTRATION AND LIMITED
NOTICE PROCEDURES
- 4 -

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

BN 78839990v2
23-01243-WLH11　Doc 4　Filed 09/29/23　Entered 09/29/23 23:31:37　Pg 4 of 9

*Yogaworks, Inc.*, Case No. 20-12599 (Bankr. D. Del.); *In re Chesapeake Energy Corp.*, Case No. 20-32333 (Bankr. S.D. Tex.); *In re Lear Capital, Inc.*, Case No. 22-10165 (Bankr. D. Del.); *In re CalPlant I Holdco, LLC*, Case No. 21-11302 (Bankr. D. Del.). Prior to joining Paladin, I was the general counsel and chief restructuring officer at Sugarfina, Inc., and general counsel at American Apparel, Inc. I earned a B.A. degree from the University of California, San Diego, and a juris doctor degree from Boston University School of Law. I have approximately 18 years of experience as an advisor and investor in corporate restructurings and distressed situations. I have advised companies, creditors, shareholders, and other stakeholders regarding restructurings and recapitalizations, chapter 11 reorganizations, and mergers and acquisitions.

3. I am authorized to submit this declaration on behalf of the Debtors. Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge of the Company's operations and finances, information learned from my review of relevant documents, and information I have received from the Company's advisors. If I were called upon to testify, I could and would testify competently to the facts set forth herein on that basis.

4. I offer this Declaration in support of the contemporaneously filed: (i) *Debtors' Ex Parte Emergency Motion for Entry of Order (I) Directing the Joint Administration of these Cases* ("Joint Administration Motion"); *and (II) Granting Related Relief*; and (ii) *Debtors' Ex Parte Emergency Motion for Entry of Order (I) Limiting Scope of Notice; (II) Authorizing Service to Investors by Email; and (III) Granting Related Relief* ("Notice Procedures Motion").

## General Background

5. On September 29, 2023 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code before this

**DECLARATION OF LANCE MILLER IN SUPPORT OF MOTIONS FOR JOINT ADMINISTRATION AND LIMITED NOTICE PROCEDURES**

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

- 5 -

BN 78839990v2

23-01243-WLH11    Doc 4    Filed 09/29/23    Entered 09/29/23 23:31:37    Pg 5 of 9

Court.

6. The Company was founded in 2007 by Christopher Christensen ("Christiansen") to invest in real estate opportunities in the Pacific Northwest. The Company grew quickly, raising more than $211 million in capital and deploying those funds toward real estate investments. By early 2023, the Company employed more than 35 employees in its headquarters based in Bellevue, Washington.

7. The Debtors invest in two categories of real estate, across two divisions of operations known as the "Portfolio Business" and the "Vault Business." The Portfolio Business is the oldest of the Debtors' business lines, focusing on development opportunities for multifamily real estate projects. The Vault Business was started in 2018 for the purpose of investing in standalone real estate investments that have the potential to be or already were cash flow positive. On the Petition Date, the Debtors owned or controlled a total of 13 real estate properties, spread across both Businesses.

8. The Company's growth was financed largely through indebtedness. By November 2022, total indebtedness reached $230 million, with reported consolidated assets of $93 million. At the same time, the national and state economies were experiencing significant disruption, with slowing growth, substantial inflation, and successive increases in interest rates. The Company was no longer able to service its ongoing debts.

9. The Company's liquidity continued to decline, and on April 15, 2023, the Company terminated substantially all of its employees. Between March and July 2023, the Company attempted to find ways to raise liquidity and address its obligations out of court. Those efforts were ultimately unsuccessful. On July 14, 2023, the Company engaged the services of my firm, Paladin, in order to assist in evaluating options for addressing its liquidity needs and/or restructuring its obligations.

**DECLARATION OF LANCE MILLER IN SUPPORT OF MOTIONS FOR JOINT ADMINISTRATION AND LIMITED NOTICE PROCEDURES**
- 6 -

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

BN 78839990v2

23-01243-WLH11    Doc 4    Filed 09/29/23    Entered 09/29/23 23:31:37    Pg 6 of 9

10. On September 28, 2023, Mr. Christensen resigned all positions with the Debtors, and I was appointed Chief Restructuring Officer with full and exclusive control and authority over the Debtors and the prosecution of the Debtors' chapter 11 cases (the "Chapter 11 Cases").

### Facts Specific to Joint Administration Motion

11. The Debtors are all part of a common business enterprise and share common direct or indirect ownership and control.

12. iCap Enterprises, Inc. is the ultimate parent for all of the Debtors other than iCap Investments, LLC ("Investments"). Mr. Christensen is the sole shareholder of both of those Debtors.

13. As discussed above, on September 28, 2023, Mr. Christensen resigned all positions with the Debtors and I was appointed Chief Restructuring Officer with full and exclusive control and authority over the Debtors, including, without limitation, the power to file and prosecute all of these Chapter 11 Cases

14. I believe the affairs of the Debtors are sufficiently intertwined to make joint administration of their Chapter 11 Cases more efficient and economical than separate administration.

15. In my experience, joint administration of the Chapter 11 Cases will provide significant administrative efficiencies without harming the substantive rights of any party in interest. For example, many of the motions, hearings and orders that will be filed in the Chapter 11 Cases almost certainly will affect each of the Debtors.

16. In my experience, joint administration of the Chapter 11 Cases will also reduce fees and costs by avoiding duplicative filings, objections, notices, and hearings, and will allow all parties in interest to monitor the Chapter 11 Cases with greater ease and efficiency.

**DECLARATION OF LANCE MILLER IN SUPPORT OF MOTIONS FOR JOINT ADMINISTRATION AND LIMITED NOTICE PROCEDURES**

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

- 7 -

BN 78839990v2

23-01243-WLH11    Doc 4    Filed 09/29/23    Entered 09/29/23 23:31:37    Pg 7 of 9

17. For these reasons, joint administration is in the best interests of the Debtors' estates, their creditors, and all other parties in interest and will enable the Debtors to administer their estates in chapter 11 with the least disruption.

### Facts Specific to Notice Procedures Motion

18. The Company's prepetition fundraising efforts relied substantially on raising debt capital from almost 2,000 individual investors (the "<u>Investors</u>") around the United States, including within the Chinese community. All of the creditors on the Debtors' list of top 30 unsecured creditors (the "<u>Top 30 List</u>") are such Investors.

19. In addition, approximately 200 of the Debtors' Investors live outside of the United States, including 22 of whom that are listed on the Top 30 List, in places such as (for example) China, Taiwan, the United Kingdom, and the British Virgin Islands. Furthermore, the Debtors do not have mailing addresses for approximately 350 of the Investors and have been communicating with the exclusively via email.

20. Due to the general delays, costs, and potential issues associated with overseas mailings, the Debtors have historically had substantially all relevant communications with their Investors via email.

21. Serving almost 2,000 Investors by mail, many of whom do not live in the United States, is impracticable. Among other things, providing notice of all matters identified in Bankruptcy Rule 2002 to all creditors and interested parties in this case would be very costly and time-consuming.

22. Mailing notices and copies of motions to Investors overseas would be particularly expensive, and potentially cost-prohibitive.

23. In my experience, the relief requested in the Notice Procedures Motion will minimize the administrative burden and expense on the Debtors while preserving the due process of creditors and other parties in interest.

**DECLARATION OF LANCE MILLER IN SUPPORT OF MOTIONS FOR JOINT ADMINISTRATION AND LIMITED NOTICE PROCEDURES**

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

- 8 -

BN 78839990v2

23-01243-WLH11    Doc 4    Filed 09/29/23    Entered 09/29/23 23:31:37    Pg 8 of 9

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Lance Miller

DECLARATION OF LANCE MILLER IN SUPPORT OF
MOTIONS FOR JOINT ADMINISTRATION AND LIMITED
NOTICE PROCEDURES

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

- 9 -

BN 78839990v2

23-01243-WLH11    Doc 4    Filed 09/29/23    Entered 09/29/23 23:31:37    Pg 9 of 9