So Ordered.

Dated: October 2nd, 2023

Whitman L. Holt
Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>ICAP ENTERPRISES, INC.,<br><br>               Debtor. | Chapter 11<br><br>Proposed Lead Case No. 23-01243-11 |
| ICAP PACIFIC NW MANAGEMENT, LLC,<br><br>               Debtor. | Chapter 11<br>Case No. 23-01261-11 |
| ICAP VAULT MANAGEMENT, LLC,<br>               Debtor. | Chapter 11<br>Case No. 23-01258-11 |
| ICAP VAULT, LLC,<br>               Debtor. | Chapter 11<br>Case No. 23-01256-11 |
| ICAP VAULT 1, LLC,<br>               Debtor. | Chapter 11<br>Case No. 23-01257-11 |
| VAULT HOLDING 1, LLC,<br>               Debtor. | Chapter 11<br>Case No. 23-01265-11 |

REVISED ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR ENTRY OF ORDER: (I) DIRECTING THE JOINT ADMINISTRATION OF THESE CASES; AND (II) GRANTING RELATED RELIEF - 1

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319-7052

| | |
|---|---|
| ICAP INVESTMENTS, LLC,<br>Debtor. | Chapter 11<br>Case No. 23-01255-11 |
| ICAP PACIFIC NORTHWEST OPPORTUNITY AND INCOME FUND, LLC,<br>Debtor. | Chapter 11<br>Case No. 23-01248-11 |
| ICAP EQUITY, LLC,<br>Debtor. | Chapter 11<br>Case No. 23-01247-11 |
| ICAP PACIFIC INCOME 4 FUND, LLC,<br>Debtor. | Chapter 11<br>Case No. 23-01251-11 |
| ICAP PACIFIC INCOME 5 FUND, LLC,<br>Debtor. | Chapter 11<br>Case No. 23-01249-11 |
| ICAP NORTHWEST OPPORTUNITY FUND, LLC,<br>Debtor. | Chapter 11<br>Case No. 23-01253-11 |
| 725 BROADWAY, LLC,<br>Debtor. | Chapter 11<br>Case No. 23-01245-11 |
| SENZA KENMORE, LLC<br>Debtor. | Chapter 11<br>Case No. 23-01254-11 |
| ICAP CAMPBELL WAY, LLC,<br>Debtor. | Chapter 11<br>Case No. 23-01250-11 |

REVISED ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR ENTRY OF ORDER: (I) DIRECTING THE JOINT ADMINISTRATION OF THESE CASES; AND (II) GRANTING RELATED RELIEF - 2

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

BN 78852268v2

23-01243-WLH11    Doc 9    Filed 10/02/23    Entered 10/02/23 14:09:54    Pg 2 of 8

| | |
|---|---|
| UW 17TH AVE, LLC,<br>　　　　　Debtor. | Chapter 11<br>Case No. 23-01267-11 |
| ICAP BROADWAY, LLC,<br>　　　　　Debtor. | Chapter 11<br>Case No. 23-01252-11 |
| VH 1121 14TH LLC,<br>　　　　　Debtor. | Chapter 11<br>Case No. 23-01264-11 |
| VH SENIOR CARE LLC,<br>　　　　　Debtor. | Chapter 11<br>Case No. 23-01266-11 |
| VH WILLOWS TOWNHOMES LLC,<br>　　　　　Debtor. | Chapter 11<br>Case No. 23-01262-11 |
| ICAP @ UW, LLC,<br>　　　　　Debtor. | Chapter 11<br>Case No. 23-01244-11 |
| VH 2ND STREET OFFICE LLC,<br>　　　　　Debtor. | Chapter 11<br>Case No. 23-01259-11 |
| VH PIONEER VILLAGE LLC,<br>　　　　　Debtor. | Chapter 11<br>Case No. 23-01263-11 |
| ICAP FUNDING LLC<br>　　　　　Debtor. | Chapter 11<br>Case No. 23-01246-11 |

REVISED ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR ENTRY OF ORDER: (I) DIRECTING THE JOINT ADMINISTRATION OF THESE CASES; AND (II) GRANTING RELATED RELIEF - 3

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

23-01243-WLH11    Doc 9    Filed 10/02/23    Entered 10/02/23 14:09:54    Pg 3 of 8

| | |
|---|---|
| ICAP MANAGEMENT LLC<br>　　　　Debtor. | Chapter 11<br>Case No. 23-01268-11 |
| ICAP REALTY, LLC<br>　　　　Debtor. | Chapter 11<br>Case No. 23-01260-11 |
| VAULT HOLDING, LLC,<br>　　　　Debtor. | Chapter 11<br>Case No. 23-01270-11 |
| ICAP PACIFIC DEVELOPMENT LLC,<br>　　　　Debtor. | Chapter 11<br>Case No. 23-01271-11 |
| ICAP HOLDING LLC,<br>　　　　Debtor. | Chapter 11<br>Case No. 23-01272-11 |
| ICAP HOLDING 5 LLC,<br>　　　　Debtor. | Chapter 11<br>Case No. 23-01273-11 |
| ICAP HOLDING 6 LLC,<br>　　　　Debtor. | Chapter 11<br>Case No. 23-01274-11 |
| | **REVISED ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR ENTRY OF ORDER (I) DIRECTING THE JOINT ADMINISTRATION OF THESE CASES; AND (II) GRANTING RELATED RELIEF** |

REVISED ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR ENTRY OF ORDER: (I) DIRECTING THE JOINT ADMINISTRATION OF THESE CASES; AND (II) GRANTING RELATED RELIEF - 4

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

BN 78852268v2

23-01243-WLH11    Doc 9    Filed 10/02/23    Entered 10/02/23 14:09:54    Pg 4 of 8

Upon the motion [ECF No. ~~3~~ 2 in Case No. 23-01243-WLH11] and supplement [ECF No. 5 in Case No. 23-01243-WLH11] thereto (collectively, the "Motion")[1] of the above-captioned debtors and debtors in possession (the "Debtors") pursuant to Federal Rule~~s~~ of Bankruptcy Procedure 1015(b) and Rule 1015-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Washington, for an order: (I) directing the joint administration of these cases; and (II) granting related relief, all as more fully set forth in the Motion; and upon consideration of the Miller Dec.; it further appearing that the court has jurisdiction over this matter; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED** that the above captioned chapter 11 cases be jointly administered by the court under the lead Case No. 23-01243-WLH11, which joint administration shall include the following:

(i) use of a single pleadings docket for administrative matters under the proposed lead case: *In re iCap Enterprises, Inc.*; and the filing, lodging and docketing of pleadings and orders, where appropriate;

(ii) use of a single pleading caption;

(iii) use of a consolidated mailing matrix (or matrices), and the combining of notices to creditors and other parties-in-interest, where appropriate;

(iv) combined scheduling of hearings, where appropriate;

(v) consolidated billing by professionals employed by the estates, subject to review and apportionment of billing should the need arise; and

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

REVISED ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR ENTRY OF ORDER: (I) DIRECTING THE JOINT ADMINISTRATION OF THESE CASES; AND (II) GRANTING RELATED RELIEF - 5

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

BN 78852268v2

23-01243-WLH11   Doc 9   Filed 10/02/23   Entered 10/02/23 14:09:54   Pg 5 of 8

      (vi)    joint handling of other administrative matters that may aid in the expeditious and economical administration of the Debtors' estates.

**IT IS FURTHER ORDERED** that nothing contained in this order or the Motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of any of the above-captioned cases.

**IT IS FURTHER ORDERED** that pleadings in these cases must use a caption substantially in the form attached to this order as **Exhibit A**.

**IT IS FURTHER ORDERED** that the Clerk of the Court place the following notation in the docket for each of the Debtors' Chapter 11 Cases:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of iCap Enterprises, Inc. (Case No. 23-01243-11); iCap Pacific NW Management, LLC (Case No. 23-01261-11); iCap Vault Management, LLC (Case No. 23-01258-11); iCap Vault, LLC (Case No. 23-01256-11); iCap Vault 1, LLC (Case No. 23-01257-11); Vault Holding 1, LLC (Case No. 23-01265-11); iCap Investments, LLC (Case No. 23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (Case No. 23-01253-11); iCap Equity, LLC (Case No. 23-01247-11); iCap Pacific Income 4 Fund, LLC (Case No. 23-01251-11); iCap Pacific Income 5 Fund, LLC (Case No. 23-01249-11); iCap Northwest Opportunity Fund, LLC (Case No. 23-01253-11); 725 Broadway, LLC (Case No. 23-01245-11); Senza Kenmore, LLC (Case No. 23-01254-11); iCap Campbell Way, LLC (Case No. 23-01250-11); UW 17th Ave, LLC (Case No. 23-01267-11); iCap Broadway, LLC (Case No. 23-01252-11); VH 1121 14th LLC (Case No. 23-01264-11); VH Senior Care LLC (Case No. 23-01266-11); VH Willows Townhomes LLC (Case No. 23-01262-11); iCap @ UW, LLC (Case No. 23-01244-11); VH 2nd Street Office, LLC (Case No. 23-01259-11); VH Pioneer Village LLC (Case No. 23-01263-11); iCap Funding LLC (Case No. 23-01246-11); iCap Management LLC (Case No. 23-01268-11); iCap Realty, LLC (Case No. 23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-

REVISED ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR ENTRY OF ORDER: (I) DIRECTING THE JOINT ADMINISTRATION OF THESE CASES; AND (II) GRANTING RELATED RELIEF - 6

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

BN 78852268v2

23-01243-WLH11    Doc 9    Filed 10/02/23    Entered 10/02/23 14:09:54    Pg 6 of 8

11). Consult the Docket in (Case No. 23-01243-11) for all matters affecting these cases.

**IT IS FURTHER ORDERED** that the court shall, and hereby does, retain jurisdiction and power with respect to all matters arising from or related to the implementation and interpretation of this order.

**IT IS FURTHER ORDERED** that the Debtors shall serve a copy of this order upon all parties in interest by mail, or as otherwise approved by this court pursuant to the dDebtors' contemporaneously-filed motion seeking approval of modified notice procedures.

///End of Order///

PRESENTED BY:
/s/ *Dakota Pearce*
DAKOTA PEARCE (WSBA 57011)

BERNARD D. BOLLINGER, JR. (*pro hac vice* pending)
JULIAN I. GURULE (*pro hac vice* pending)
KHALED TARAZI (*pro hac vice* pending)
BUCHALTER, a Professional Corporation

*Proposed Counsel to Debtors*

\* Changes made by court

REVISED ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR ENTRY OF ORDER: (I) DIRECTING THE JOINT ADMINISTRATION OF THESE CASES; AND (II) GRANTING RELATED RELIEF - 7

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319-7052

BN 78852268v2
23-01243-WLH11    Doc 9    Filed 10/02/23    Entered 10/02/23 14:09:54    Pg 7 of 8

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re: | Chapter 11 |
| ICAP ENTERPRISES, INC., *et al.*, | Lead Case No. 23-01243-WLH11 |
| Debtors.[1] | Jointly Administered |

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01256-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01253-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01267-11); iCap Broadway, LLC (23-01252-11); VH 1121 14th LLC (23-01264-11); VH Senior Care LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11).

REVISED ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR ENTRY OF ORDER: (I) DIRECTING THE JOINT ADMINISTRATION OF THESE CASES; AND (II) GRANTING RELATED RELIEF - 8

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

BN 78852268v2

23-01243-WLH11    Doc 9    Filed 10/02/23    Entered 10/02/23 14:09:54    Pg 8 of 8