Michael M. Feinberg, WSBA No. 11811
Karr Tuttle Campbell
701 Fifth Avenue, Suite 3300
Seattle, WA  98104
Phone Number:  206-223-1313
Email:  mfeinberg@karrtuttle.com

*Serene Investment Management LLC*

The Honorable Judge Whitman L. Holt

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re | No. 23-01243-WLH11 |
| iCap Enterprises, Inc. | Chapter 11 |
| Debtor. | Hon. Whitman L. Holt |
| | **ORDER ON PRO HAC VICE APPLICATION** |

This matter came before the Court on the Application for Leave to Appear *Pro Hac Vice* (the "Application") submitted by Guy Macarol seeking permission to appear and participate as counsel for Serene Investment Management, LLC in the above-captioned matter.

The Court having reviewed the Application, it is hereby

ORDERED that the Application is GRANTED. This Order is limited to the above captioned matter only and does not extend the applicant's *pro hac vice* status to other bankruptcy and adversary proceedings before this Court.

///END OF ORDER///

ORDER ON PRO HAC VICE APPLICATION - 1
CASE NO. 23-01243-WLH11
#5453866 v1 / 76323-001