UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re: | Chapter 11 |
|---|---|
| ICAP ENTERPRISES, INC., *et al.*, | Lead Case No. 23-01243-11 [Jointly Administered] |
| Debtors.[1] | **CERTIFICATE OF SERVICE** |
| Docket No. 2 | DEBTORS' EX PARTE EMERGENCY MOTION FOR ENTRY OF ORDER (I) DIRECTING THE JOINT ADMINISTRATION OF THESE CASES; AND (II) GRANTING RELATED RELIEF |

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01256-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01253-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01267-11); iCap Broadway, LLC (23-01252-11); VH 1121 14th LLC (23-01264-11); VH Senior Care LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11) ; Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11).

CERTIFICATE OF SERVICE - 1

| | | |
|---|---|---|
| Docket No. 3 | | DEBTORS' EX PARTE EMERGENCY MOTION FOR ENTRY OF ORDER (I) LIMITING SCOPE OF NOTICE; (II) AUTHORIZING SERVICE TO INVESTORS BY EMAIL; AND (III) GRANTING RELATED RELIEF |
| Docket No. 4 | | DECLARATION OF LANCE MILLER IN SUPPORT OF EX PARTE MOTIONS SEEKING APPROVAL OF (I) JOINT ADMINISTRATION OF CHAPTER 11 CASES; AND (II) LIMITED NOTICE PROCEDURES |
| Docket No. 5 | | SUPPLEMENT TO DEBTORS' EX PARTE EMERGENCY MOTIONS (I) SEEKING ENTRY OF ORDER DIRECTING JOINT ADMINISTRATION; AND (II) LIMITING THE SCOPE OF NOTICE |
| Docket No. 9 | | REVISED ORDER GRANTING DEBTORS' EX PARTE MOTION FOR ENTRY OF ORDER (I) DIRECTING THE JOINT ADMINISTRATION OF THESE CASES; AND (II) GRANTING RELATED RELIEF |
| Docket No. 13 | | NOTICE OF HEARING ON FIRST DAY MOTIONS [Supplemental Service] |
| Docket No. 14 | | EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING PAYMENT OF CERTAIN TAXES AND FEES; AND (II) GRANTING RELATED RELIEF |
| Docket No. 15 | | EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO PAY INSURANCE PREMIUMS AND MAINTAIN INSURANCE PROGRAM, AND (II) GRANTING RELATED RELIEF |
| Docket No. 16 | | EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) EXTENDING THE DEBTORS' DEADLINES TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS; AND (II) GRANTING RELATED RELIEF |

CERTIFICATE OF SERVICE - 2

| | | |
|---|---|---|
| Docket No. 17 | EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS' ENTRY INTO A CONSULTING AGREEMENT WITH CHRIS CHRISTENSEN; AND (II) GRANTING RELATED RELIEF | |
| Docket No. 18 | DECLARATION OF LANCE MILLER IN SUPPORT OF MOTION TO AUTHORIZE ENTRY INTO CONSULTING AGREEMENT | |
| Docket No. 23 | DECLARATION OF LANCE MILLER IN SUPPORT OF FIRST DAY MOTIONS | |
| Docket No. 33 | EMERGENCY MOTION FOR ORDER: (I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION SECURED FINANCING; (II). AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL; (III) GRANTING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; (IV) PROVIDING ADEQUATE PROTECTION; (V) SCHEDULING A FINAL HEARING; AND (VI) GRANTING RELATED RELIEF | |
| Docket No. 34 | DECLARATION OF LANCE MILLER IN SUPPORT OF DEBTOR IN POSSESSION FINANCING | |
| Docket No. 37 | EX PARTE EMERGENCY MOTION TO SCHEDULE AND EXPEDITE HEARING ON SHORTENED NOTICE ON FIRST DAY MOTIONS, AND GRANTING RELATED RELIEF | |

I, Bradford Daniel, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

CERTIFICATE OF SERVICE - 3

2. On October 3, 2023 at the direction of Buchalter, a Professional Corporation, proposed counsel to the Debtors and Debtors in Possession, copies of the above referenced documents were served in the following manner on the parties listed on the attached Exhibit A via the modes of service indicated therein:

| | |
|---|---|
| Exhibit A | Re all the above documents, the Core/2002/Top-Creditor Parties referenced in Service List Nos. 79031, 79032, and 79038. |
| | Re Docket Nos. 2, 3, 4, 5, 9, 14, 15, 16, 17, 18, 23, 33, 34, and 37, the Core/2002/Top-Creditor Parties referenced in Service List No. 79036. |
| | Re Docket Nos. 9, 15, and 37, the Affected Insurance Parties referenced in Service List No. 79037. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 4th day of October, 2023 at New York, New York.

/s/ Bradford Daniel<br>Bradford Daniel

CERTIFICATE OF SERVICE - 4

## Exhibit A - iCap

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 79036 | ALERA MANAGEMENT GROUP, ATTN: BEN WILTGEN, 5800 SW MEADOWS RD , #230, LAKE OSWEGO, OR, 97035 | US Mail (1st Class) |
| 79036 | ATTORNEY GENERAL OF UNITED STATES, DEPARTMENT OF JUSTICE, ROOM B103, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC, 20530-0001 | US Mail (1st Class) |
| 79031 | AZURE BLUE SERVICE LIMITED, SUN2015@VIP.163.COM | E-mail |
| 79031 | BARRY M ABZUG REVOCABLE TRUST, BARRY.ABZUG@VERIZON.NET | E-mail |
| 79031 | BUCHALTER, BERNARD D BOLLINGER, JULIAN GURULE, (RE: DEBTORS), BBOLLINGER@BUCHALTER.COM | E-mail |
| 79031 | BUCHALTER, BERNARD D BOLLINGER, JULIAN GURULE, (RE: DEBTORS), JGURULE@BUCHALTER.COM | E-mail |
| 79031 | BUCHALTER, DAKOTA PEARCE, (RE: DEBTORS), DPEARCE@BUCHALTER.COM | E-mail |
| 79031 | BUCHALTER, KHALED TARAZI, (RE: DEBTORS), KTARAZI@BUCHALTER.COM | E-mail |
| 79031 | BUSH KORNFELD LLP, ARMAND J. KORNFELD; AIMEE S. WILLIG, (RE: ICAP EQUITY NOTEHOLDERS), AWILLIG@BSKD.COM | E-mail |
| 79031 | BUSH KORNFELD LLP, ARMAND J. KORNFELD; AIMEE S. WILLIG, (RE: ICAP EQUITY NOTEHOLDERS), JWAX@BSKD.COM | E-mail |
| 79031 | BUSH KORNFELD LLP, ARMAND J. KORNFELD; AIMEE S. WILLIG, (RE: ICAP EQUITY NOTEHOLDERS), JKORNFELD@BSKD.COM | E-mail |
| 79031 | CHING-PING HU (GRACE SHIN), JESSICA.CP.HU@GMAIL.COM | E-mail |
| 79032 | CHUNYING TIAN, 9113114@GMAIL.COM | E-mail |
| 79031 | CHUNYING TIAN, WBYAN1105@GMAIL.COM | E-mail |
| 79037 | COLONY INSURANCE COMPANY, 8720 STONY POINT PARKWAY, SUITE 400, RICHMOND, VA, 23235 | US Mail (1st Class) |
| 79037 | COLONY SPECIALTY INSURANCE COMPANY, P.O. BOX 469012, SAN ANTONIO, TX, 78246-9012 | US Mail (1st Class) |
| 79036 | COMMONWEALTH OF PENNSYLVANIA, 302 NORTH OFFICE BUILDING, 401 NORTH STREET, HARRISBURG, PA, 17120 | US Mail (1st Class) |
| 79031 | COOPERATIVA DE SEGUROS MULTIPLES, RAMONR@SEGUROSMULTIPLES.COM | E-mail |
| 79038 | CORR CRONIN LLP, JOHN T. BENDER, (RE: ICAP EQUITY NOTEHOLDERS), JBENDER@CORRCRONIN.COM | E-mail |
| 79031 | CWN HOLDINGS LIMITED, SUN2015@VIP.163.COM | E-mail |
| 79036 | DEPARTMENT OF FNANCIAL INSTITUTIONS, DIVISION OF SECURITIES, PO BOX 41200, OLYMPIA, WA, 98504-1200 | US Mail (1st Class) |
| 79031 | DEVONT CAPITAL LIMITED, SUN2015@VIP.163.COM | E-mail |
| 79031 | ELIZABETH PLAZA, EPLAZA@SCONSULTANTSINT.COM | E-mail |
| 79037 | HARTFORD, 1 PENN PLAZA, NEW YORK, NY, 10119 | US Mail (1st Class) |
| 79031 | HUIMIN ZHANG, DALIANLFX@126.COM | E-mail |
| 79031 | ICAP ENTERPRISES, INC., LANCE MILLER, LMILLER@PALADINMGMT.COM | E-mail |
| 79036 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 79036 | INTERNAL REVENUE SERVICE, DEAN WAKAYAMA, ASSOCIATE AREA COUNSEL, ROOM 2704 FEDERAL BLDG., W670, SEATTLE, WA, 98174 | US Mail (1st Class) |
| 79031 | JUNMING CHEN, JIMMY@FSI-AUTO.COM | E-mail |
| 79031 | JUNMING CHEN, JIMMY@FSIHEATER.COM | E-mail |
| 79032 | KARR TUTTLE CAMPBELL, MICHAEL M. FEINBERG, (RE: SERENE INVESTMENT), MFEINBERG@KARRTUTTLE.COM | E-mail |
| 79031 | KUN WANG, MAYANDMAY@SINA.COM | E-mail |
| 79036 | LIMA ONE CAPITAL, LLC, 201 EAST MCBEE AVE SUITE 300, GREENVILLE, SC, 29601 | US Mail (1st Class) |
| 79031 | LOEB & LOEB LLP, VADIM J. RUBINSTEIN, (RE: SERENE INVESTMENT), VRUBINSTEIN@LOEB.COM | E-mail |

# Exhibit A - iCap

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 79038 | LOEB & LOEB, LLP, GUY MACAROL, (RE: SERENE INVESTMENT), GMACAROL@LOEB.COM | E-mail |
| 79038 | LOEB & LOEB, LLP, LANCE N. JURICH, (RE: SERENE INVESTMENT), LJURICH@LOEB.COM | E-mail |
| 79037 | MAXUM INDEMNITY COMPANY, 3655 NORTH POINT PARKWAY SUITE 500, ALPHARETTA, GA, 30005 | US Mail (1st Class) |
| 79031 | MINGYI HU, CANSOLH@GMAIL.COM | E-mail |
| 79037 | MUTUAL OF ENUMCLAW INSURANCE CO, PO BOX 34983, SEATTLE, WA, 98124 | US Mail (1st Class) |
| 79037 | NATIONWIDE, PO BOX 514540, LOS ANGELES, CA, 90051 | US Mail (1st Class) |
| 79037 | NATIONWIDE LIFE AND ANNUITY INS COMPANY, PO BOX 644022, CINCINNATI, OH, 45264-4022 | US Mail (1st Class) |
| 79036 | NORTH CAROLINA DEPT OF REVENUE, ATTENTION: BANKRUPTCY UNIT, POST OFFICE BOX 1168, RALEIGH, NC, 27602-1168 | US Mail (1st Class) |
| 79031 | OFFICE OF THE UNITED STATES TRUSTEE, GARY W. DYER, USTP.REGION18.SP.ECF@USDOJ.GOV | E-mail |
| 79031 | PENG LYU AND LI TAN, LILIAN.TAN@MAXSOLUTION.COM.CN | E-mail |
| 79031 | PING ZHANG, JOANNAHEART@163.COM | E-mail |
| 79031 | PING ZHANG, JOYCE@ICAPEQUITY.COM | E-mail |
| 79031 | QINGXIAO JIANG, NICKEYJIANG@163.COM | E-mail |
| 79036 | REDMOND FUNDING GROUP, 22500 NE MARKETPLACE DR - #206C, REDMOND, WA, 98053 | US Mail (1st Class) |
| 79031 | ROBERT W ALFINI, BOBALFINI@AOL.COM | E-mail |
| 79031 | RUIHUA JI, JIRUIHUA@GMAIL.COM | E-mail |
| 79032 | RUZHEN ZHANG, XIAOZHOUYANGNY@GMAIL.COM | E-mail |
| 79031 | RUZHEN ZHANG, RENEEYANGNY@GMAIL.COM | E-mail |
| 79036 | SECURITIES & EXCHANGE COMMISSION, SECRETARY OF THE TREASURY, 100 F STREET, NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |
| 79031 | SHIYING CHEN, 8407046@QQ.COM | E-mail |
| 79031 | SINOLITE INDUSTRIAL CO., KASSY@SINOLITE.NET | E-mail |
| 79036 | SOCOTRA REIT 1, LLC, SOCOTRA CAPITAL, INC, 2208 29TH STREET, SUITE 100, SACRAMENTO, CA, 95817 | US Mail (1st Class) |
| 79036 | STATE OF CALIFORNIA, FRANCHISE TAX BOARD, PO BOX 942857, SACRAMENTO, CA, 94257-0540 | US Mail (1st Class) |
| 79036 | STATE OF DELAWARE, DIVISION OF CORPORATIONS, PO BOX 5509, BINGHAMTON, NY, 13902-5509 | US Mail (1st Class) |
| 79036 | STATE OF OHIO DEPT OF TAXATION, 4485 NORTHLAND RIDGE BLVD., COLUMBUS, OH, 43229 | US Mail (1st Class) |
| 79031 | STEVEN W SHAW, DR.SHAW@SHAWCHIROPRACTIC.COM | E-mail |
| 79031 | TAT IU, IUTAT@SINA.COM | E-mail |
| 79037 | THE HANOVER INSURANCE GROUP, GROUP, PO BOX 580045, CHARLOTTE, NC, 28258 | US Mail (1st Class) |
| 79037 | THE HARTFORD INSURANCE, 690 ASYLUM AVENUE, HARTFORD, CT, 06155 | US Mail (1st Class) |
| 79037 | THE HARTFORD INSURANCE, ONE GRIFFIN ROAD NORTH, WINDSOR, CT, 06095 | US Mail (1st Class) |
| 79038 | THE TRACY LAW GROUP PLLC, J. TODD TRACY, (RE: YONGZHI LIANG, BIBBIN ZHANG, ET AL.), TODD@THETRACYLAWGROUP.COM | E-mail |
| 79031 | THOMAS & JODI TEMPLE, TOM_TEMPLE@ME.COM | E-mail |
| 79036 | TREASURER, STATE OF CONNECTICUT, DEPT. OF BANKING, SECURITIES DIV, 260 CONSTITUTION PLAZA, HARTFORD, CT, 06103-1800 | US Mail (1st Class) |
| 79036 | TREASURER, STATE OF MAINE, 121 STATE HOUSE STATION, AUGUSTA, ME, 04333 | US Mail (1st Class) |
| 79036 | TRITALENT FUNDING GROUP INC, 1201 SW 12TH AVENUE, SUITE 308, PORTLAND, OR, 97025 | US Mail (1st Class) |
| 79036 | U.S. DEPARTMENT OF JUSTICE, UNITED STATES ATTORNEY`S OFFICE, EASTERN DISTRICT OF WA, PO BOX 1494, SPOKANE, WA, 99210-1494 | US Mail (1st Class) |
| 79031 | UNIVERSAL INSURANCE COMPANY, RARAMIREZ@UNIVERSALPR.COM | E-mail |
| 79036 | WASHINGTON STATE ATTORNEY GENERAL, (RE: STATE OF WASHINGTON), BANKRUPTCY & COLLECTIONS UNIT, 800 FIFTH AVENUE, SUITE 2000, SEATTLE, WA, 98104 | US Mail (1st Class) |
| 79036 | WASHINGTON STATE DEPT OF REVENUE, BUSINESS LICENSING SERVICE, PO BOX 9034, OLYMPIA, WA, 98507 | US Mail (1st Class) |
| 79031 | YI XIA, XYI9458@GMAIL.COM | E-mail |

iCap

**Exhibit A - iCap**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 79031 | YONGZHI LIANG, BONNIEBINBIN@126.COM | E-mail |
| 79032 | YULAN REN, RENYULAN1966@HOTMAIL.COM | E-mail |
| 79031 | YULAN REN, MILOYEZHU@GMAIL.COM | E-mail |
| 79031 | YUNHUA LIU, JSW504083881@GMAIL.COM | E-mail |
| 79031 | YUNHUA LIU, 1669043402@QQ.COM | E-mail |
| 79031 | ZHENG REVOCABLE FOREIGN GRANTOR TST, KASSY@SINOLITE.NET | E-mail |
| 79031 | ZHENG REVOCABLE FOREIGN GRANTOR TST, ABURGESON@NWTRUSTEE.COM | E-mail |
| 79031 | ZHUHUA LI, SPRINGZHANG66@GMAIL.COM | E-mail |

**Subtotal for this group: 82**

iCap