# EXHIBIT E

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| LI TAN; TING SHAO; ZHU HUA LI; FAN ZHANG; HAIYAN LI; YUANYUAN LI; SHIYU ZHANG; YI SHAN; JIA LU; and YUAN MU,<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS CHRISTENSEN and DEBRA CHRISTENSEN, and the marital community comprised thereof; JIM CHRISTENSEN and SAMANTHA CHRISTENSEN and the marital community comprised thereof; ICAP ENTERPRISES, INC., ICAP EQUITY, LLC; INVALUS, LLC; ICAP VAULT 1, LLC; ICAP INVESTMENTS LLC; ICAP FUNDING LLC; ICAP PACIFIC INCOME FUND 4 LLC; iCAP @ UW, LLC; SENZA KENMORE, LLC; ICAP INTERNATIONAL INVESTMENTS, LLC, ICAP MANAGEMENT LLC; ICAP VAULT, LLC; ICAP VAULT MANAGEMENT, LLC; VAULT HOLDING, LLC; VAULT HOLDING 1, LLC; ICAP PACIFIC NW MANAGEMENT, LLC; ICAP REALTY LLC; ICAP HOLDING LLC; ICAP HOLDING 5, LLC; ICAP HOLDING 6, LLC; ICAP BROADWAY, LLC, ICAP CAMPBELL WAY, LLC, 725 BROADWAY, LLC; COLPITTS SUNSET, LLC; VH 1121 14TH, LLC; VH 2ND STREET OFFICE, LLC; VH SENIOR CARE, LLC; VH PIONEER VILLAGE, LLC; VH WILLOWS TOWNHOMES, LLC; HPW HOME, LLC; UW 17TH AVE, LLC; LAURELCREST, LLC, | No. 23-2-12786-2 SEA<br><br>**DECLARATION OF JOHN T. BENDER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 2 of 60

INVALUS HOLDINGS, LLC; INVALUS
RED, LLC, and JOHN DOES 1-10,

                    Defendants.

I, John T. Bender, declare and state as follows:

1.      I am an attorney for Plaintiffs in this matter. I am of legal age and competent to testify to the matters contained herein.

2.      In the course of our team's investigation, Washington state UCC-1 records were reviewed at my direction. Attached as **Exhibit 1** are true and correct copies of the UCC-1 records retrieved in the course of the Washington UCC-1 search in June 2023. As reflected therein, Defendants neither filed UCC-1 documentation with the state nor were the purportedly "Pledged Interests" specifically defined or identified in the security agreements themselves. *See* Tan Decl. Exs. 7-9.

3.      Upon further investigation by our team, we learned that "iCap Holding, LLC," the entity that supposedly pledged securities interests and guaranteed the investments of investors in one of the funds, is apparently not presently, nor has it ever been, an existing entity under the laws of Washington State or Delaware, or elsewhere. Attached as **Exhibit 2** is a true and correct copy of the search results from the Washington secretary of state's website.

4.      We also hired an investigator to investigate the current condition of the subject properties. Although many Plaintiffs made their investments years ago, several of the properties in iCap's portfolio remain undeveloped to this day, some have not even begun the permitting process, and there is reason to question the ownership status of others. The results of this investigation and photographs of several of these properties is summarized in the Amended Complaint.

5.      Based on our investigation thus far, we understand the following properties to be part of the iCap portfolio:

DECLARATION OF JOHN T. BENDER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION –
2

a. 2715 Sunset Lane NE, Renton, WA (Parcel ID 7227801075);

b. 4740 17th Avenue NE, Seattle, WA (Parcel ID 8823901850);

c. 1231 Campbell Way, Bremerton, WA (Parcel ID 3976028001);

d. 15550 84th Avenue NW, Kenmore, WA (Parcel ID 3578600080, 3578600082, 3578600086, 3578600087);

e. 18416 Bothell Everett Hwy, Bothell, WA (Parcel ID 27051800108400, 27051800101800);

f. 4906 A, 4910 B, 4912 B, 4918 C, S Willow St, Seattle, WA (Parcel ID 1105000575, 1105000564, 1105000561, 1105000552);

g. 1117 A, 1117 B, 1119 C, 1119 D, 14th Ave, Seattle, WA (Parcel ID 2254501290, 2254501291, 2254501292, 2254501293, 2254501294);

h. 1226 160th St. SW, Lynnwood, WA (Parcel ID 01010600001500);

i. 302 SW 146th St, Burien, WA (Parcel ID 1923049384);

j. 4318 S Settler Dr. Ridgefield, WA (Parcel ID 1923049384);

k. 2818 and 2820 E 2nd St., Vancouver, WA (Parcel ID 031065000, 986062503); and

l. 725 Broadway, Tacoma, WA (Parcel ID 2007050061);

6. Defendants directly represented to investors the iCap Investments, LLC's May 2020 PPM that iCap—not Christensen—held title to Grand Ridge Property, as one of its three primary assets, and confirmed the Issaquah property as the address of Chris Christensen and his wife. **Exhibit 3** is a true and correct copy of the Confidential Private Placement Memorandum for iCap Investments, LLC, dated May 1, 2020, which reflects this representation.

7. Plaintiffs' investigation has further revealed that unbeknownst to Plaintiffs and other investors, in November 2020, iCap Investments transferred ownership of

DECLARATION OF JOHN T. BENDER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Defendant Chris Christensen's personal residence, located at 27122 SW Grand Ridge DR, Issaquah, Washington, back to Christensen and his wife, after which he and his marital community encumbered the property with a new mortgage through Angel Oak Mortgage Solutions. Attached as **Exhibit 4** is a true and correct copy of the quit claim deed records for this property.

8.      Based on its website, Defendant Jim Christensen, Chris Christensen's brother, serves as CEO of Invalus.

9.      As iCap continues to communicate to its investors that it will not be able to return their funds, Invalus is presently marketing ongoing projects as investment opportunities—Invalus even appears to be utilizing iCap-funded projects to promote its services to the public, including among others the following properties spotlighted above: 4740 17th Avenue NE, Seattle, WA 98105; 4525 NW Camas Meadows Drive, Camas, WA 98607; and 1231 Campbell Way, Bremerton, WA 98310. After including snapshots from Invalus' website in our complaint, Invalus has since changed its website to remove these properties.

10.     On June 9, 2023, I wrote a letter on behalf of Plaintiffs to the Christensens and iCap, recounting Defendants' breaches and demanding, as a compromise, just the return of the capital investments Attached as **Exhibit 5** is a true and correct copy of that June 9, 2023 correspondence and enclosed exhibit 1, which includes demand repayment notices from Plaintiffs.

11.     I wrote again to Defendants again on June 12, 2023, and then again on June 23, 2023.

12.     Attached as **Exhibit 6** is a true and correct copy of my June 12, 2023 correspondence to Defendants.

DECLARATION OF JOHN T. BENDER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION –
4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

13.     My June 23 correspondence further stated that in the event Defendants rejected the compromise proposal, Plaintiffs requested prompt production of all relevant financial, tax, and accounting information. To facilitate iCap's compliance with this request, Plaintiffs offered to supply a forensic examiner, at Plaintiffs' own expense, to extract the requested information from Defendants' offices and equipment. No response was received. Attached as **Exhibit 7** is a true and correct copy of my June 23, 2023 correspondence to Defendants.

14.     Defendant Chris Christensen wrote Plaintiffs' counsel an email, in which he confirmed iCap's inability to meet its obligations to Plaintiffs. Specifically, Mr. Christensen stated: "As has been communicated to investors, the environment has turned, and the portfolios will not yield sufficient return to meet all obligations – especially in a liquidation scenario." A true and correct copy of Mr. Christensen's email is available on page 170 of **Exhibit 7**.

15.     Defendants' correspondence and representations continue to indicate Plaintiffs' demanded repayments will not be fulfilled any time soon.

16.     Plaintiffs have since retained a first rate forensic auditor to examine the requested financial records from iCap to trace the movement of Plaintiffs' assets and ascertain the financial status of the iCap entities. Plaintiffs' expert will provide the results of this investigation to the Court.

17.     Attached as **Exhibit 8** is true and correct copies of county auditor records of the above properties named in paragraph 5 of this declaration.

18.     We provided approximately two hours' notice of the hearing to Defendants and their counsel. **Exhibit 9** is a true and correct copy of Plaintiffs' email serving notice of the hearing at 11:33 on August 2, 2023.

DECLARATION OF JOHN T. BENDER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION – 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

19.  **Exhibits 10-15** are documents reflecting that on July 27, 2023 – just a few days before the hearing on the motion for temporary restraining order, iCap, through Defendant Colpitts Sunset, LLC, executed a sale conveying 60% of one of iCap's properties (the Sunset Lane Apartments) to Olympia Hotel Group, LLC, 30% Sunset Living, LLC, and 10% to Sunset Terrace WA, LLC.

20.  The registered agent for Sunset Terrace WA, LLC, is Defendant Invalus, LLC.

21.  The certificate of formation for Sunset Terrace WA, LLC, is signed by Defendant Jim Christensen.

22.  Sunset Terrace WA, LLC, was formed on July 6, 2023—after Plaintiffs made demands for repayment in this matter.

23.  These facts—just learned on August 4, 2023 and which were not mentioned by iCap during the August 3 hearing for a temporary restraining order—further reflect the urgent need for the relief requested in Plaintiffs Proposed Temporary Restraining Order.

24.  Plaintiffs filed an emergency motion for a temporary restraining order ("TRO") in the Ex Parte Department on August 2, 2023. **Exhibit 16** is a true and correct copy Plaintiff's emergency motion for a temporary restraining order.

25.  At the August 3, 2023 hearing on Plaintiff's emergency motion for a temporary restraining order, Plaintiffs agreed to exclude Defendants Invalus, LLC; Invalus Holdings, LLC; Invalus Red, LLC; HPW Home, LLC; Jim Christensen; and Samantha Christensen from the TRO because (a) counsel for these Defendants appeared shortly before the hearing and (b) Plaintiffs did not want to continue the hearing given the urgencies of the subject matter.

26.  Commissioner Henry H. Judson entered a modified version of Plaintiffs' proposed temporary restraining order on August 4, 2023. **Exhibit 17** is a true and correct copy of the Temporary Restraining Order.

DECLARATION OF JOHN T. BENDER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION –
6

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

27. Attached as **Exhibit 18** are true and and correct copies of photographs taken by our investigators at properties in iCap's portfolio.

28. Our investigation is ongoing. We anticipate new information becoming available to us in the days leading up to the hearing by virtue of our investigation, subpoenas, or otherwise. Therefore, we request that the record is kept open until at least the day of the hearing to afford Plaintiffs the opportunity to supplement the record with material evidence.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: August 7, 2023 at Seattle, Washington.


*s/ John T. Bender*
John T. Bender, WSBA No. 49658

DECLARATION OF JOHN T. BENDER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION –
7

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

The undersigned certifies as follows:

1.      I am employed at Corr Cronin LLP, attorneys for Plaintiffs.

2.      On August 7, 2023, I caused a true and correct copy of the foregoing document to be served on the following parties in the manner indicated below:

| | |
|---|---|
| BUCHALTER<br>John Crosetto, WSBA #36667<br>jcrosetto@buchalter.com<br>1420 Fifth Avenue, Suite 3100<br>Seattle, WA 98101-1337<br>Telephone: 206.319.7052<br>jcrosetto@buchalter.com<br>*Attorneys for iCAP Defendants* | ☐ Via KCSC e-Filing<br>☐ Via U.S. Mail<br>☐ Via Messenger Delivery<br>☐ Via Overnight Courier<br>☐ Via electronic mail |
| *TOUSLEY BRAIN STEPHENS*<br>Kim D. Stephens, WSBA #11984<br>Rebecca L. Solomon, WSBA #51520<br>Cecily C. Jordan, WSBA #50061<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 98101<br>Tel: (206) 682-5600<br>kstephens@tousley.com<br>cjordan@tousley.com<br>rsolomon@tousley.com<br>*Attorneys for Defendants Jim & Samantha Christensen, Invalus, LLC, Invalus RED, LLC, Invalus Holdings, LLC, and HPW Home, LLC* | ☐ Via KCSC e-Filing<br>☐ Via U.S. Mail<br>☐ Via Messenger Delivery<br>☐ Via Overnight Courier<br>☐ Via electronic mail |
| MCNAUL EBEL NAWROT & HELGREN PLLC<br>Gregory J. Hollon, WSBA # 26311<br>Matthew J. Campos, WSBA # 40777<br>Charles Wittmann-Todd, WSBA # 54229<br>600 University Street, Suite 2700 Seattle, Washington 98101<br>ghollon@mcnaul.com<br>mcampos@mcnaul.com<br>cwittmann-todd@mcnaul.com<br>*Attorneys for Defendants Chris and Debra Christensen* | ☐ Via KCSC e-Filing<br>☐ Via U.S. Mail<br>☐ Via Messenger Delivery<br>☐ Via Overnight Courier<br>☐ Via electronic mail |

DECLARATION OF JOHN T. BENDER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION –
8

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED: August 7, 2023, at Seattle, Washington.

*s/ Wen Cruz*
Wen Cruz

DECLARATION OF JOHN T. BENDER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION –
9

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 10 of 60

# EXHIBIT 1

23-01243-WLH11   Doc 45   Filed 10/04/23   Entered 10/04/23 10:40:20   Pg 11 of 60

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:**    2023-171-7669-4S

**Name as provided:**

Organization:    725 Broadway LLC (Debtor)

**Name searched**

Organization:    725BROADWAY

**Lien type searched:**    All
**Lien status searched:**  Unlapsed
**Search limited by:**
**Search logic used:**    Standard

**Report:**    6/20/2023 2:52:02 PM
**Through date:**    6/15/2023

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact representation of all financing statements and non-UCC liens for the name searched, as filed with the Department of Licensing, Uniform Commercial Code Program, as of the through date shown above. But a limited search may not reveal all records of the name searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

As of the Certified Through Date no records that match the search request shown above were  on file in the Department of Licensing.

2023-171-7669-4S

003
23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 13 of 60

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:** 2023-171-7689-2S

**Name as provided:**

Organization: 5253 University SEDU (Debtor)

**Name searched:**

Organization: 5253UNIVERSITYSEDU

**Lien type searched:** All
**Lien status searched:** Unlapsed
**Search limited by:**
**Search logic used:** Standard

**Report:** 6/20/2023 3:08:24 PM
**Through date:** 6/15/2023

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact representation of all financing statements and non-UCC liens for the name searched, as filed with the Department of Licensing, Uniform Commercial Code Program, as of the through date shown above. But a limited search may not reveal all records of the name searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 14 of 60

As of the Certified Through Date no records that match the search request shown above were  on file in the Department of Licensing.

2023-171-7689-2S



**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:**          2023-171-7690-8S

**Name as provided:**

Organization:              5253 University (Debtor)

**Name searched**

Organization:              5253UNIVERSITY

**Lien type searched:**      All
**Lien status searched:**    Unlapsed
**Search limited by:**
**Search logic used:**       Standard

**Report:**                  6/20/2023 3:09:31 PM
**Through date:**            6/15/2023

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact representation of all financing statements and non-UCC liens for the name searched, as filed with the Department of Licensing, Uniform Commercial Code Program, as of the through date shown above. But a limited search may not reveal all records of the name searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

23-01243-WLH11     Doc 45     Filed 10/04/23     Entered 10/04/23 10:40:20     Pg 16 of 60

As of the Certified Through Date no records that match the search request shown above were  on file in the Department of Licensing.

2023-171-7690-8S

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:**        2023-171-7691-5S

**Name as provided:**

Organization:        5500 University Way (Debtor)

**Name searched:**

Organization:        5500UNIVERSITYWAY

**Lien type searched:**    All
**Lien status searched:**  Unlapsed
**Search limited by:**
**Search logic used:**     Standard

**Report:**        6/20/2023 3:10:37 PM
**Through date:**  6/15/2023

**Copies:**

**Certification:**

The filing office certifies that the attached list (and copies, if any) is a true and exact
representation of all financing statements and non-UCC liens for the name searched, as
filed with the Department of Licensing, Uniform Commercial Code Program, as of the
through date shown above. But a limited search may not reveal all records of the name
searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 18 of 60

As of the Certified Through Date no records that match the search request shown above were  on file in
the Department of Licensing.

2023-171-7691-5S

23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 19 of 60

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:**          2023-171-7745-5S

**Name as provided:**

Individual Name:          CHRIS, Christiansen (Debtor)

**Name searched:**

Individual Name:          CHRISCHRISTIANSEN

**Lien type searched:**          All
**Lien status searched:**        Unlapsed
**Search limited by:**
**Search logic used:**          Standard

**Report:**          6/20/2023 3:41:45 PM
**Through date:**          6/15/2023

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact representation of all financing statements and non-UCC liens for the name searched, as filed with the Department of Licensing, Uniform Commercial Code Program, as of the through date shown above. But a limited search may not reveal all records of the name searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

010
23-01243-WLH11     Doc 45     Filed 10/04/23     Entered 10/04/23 10:40:20     Pg 20 of 60

As of the Certified Through Date no records that match the search request shown above were  on file in the Department of Licensing.

2023-171-7745-5S

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:**   2023-171-7746-2S

**Name as provided:**

Organization:   Chris Christiansen (Debtor)

**Name searched:**

Organization:   CHRISCHRISTIANSEN

**Lien type searched:**   All
**Lien status searched:**   Unlapsed
**Search limited by:**
**Search logic used:**   Standard

**Report:**   6/20/2023 3:42:46 PM
**Through date:**   6/15/2023

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact representation of all financing statements and non-UCC liens for the name searched, as filed with the Department of Licensing, Uniform Commercial Code Program, as of the through date shown above. But a limited search may not reveal all records of the name searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 22 of 60

As of the Certified Through Date no records that match the search request shown above were  on file in the Department of Licensing.

2023-171-7746-2S

013
23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 23 of 60

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:**   2023-171-7671-7S

**Name as provided:**

Organization:   Colpitts Sunset (Debtor)

**Name searched**

Organization:   COLPITTSSUNSET

**Lien type searched:**   All
**Lien status searched:**   Unlapsed
**Search limited by:**
**Search logic used:**   Standard

**Report:**   6/20/2023 2:53:44 PM
**Through date:**   6/15/2023

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact
representation of all financing statements and non-UCC liens for the name searched, as
filed with the Department of Licensing, Uniform Commercial Code Program, as of the
through date shown above. But a limited search may not reveal all records of the name
searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

014

23-01243-WLH11     Doc 45     Filed 10/04/23     Entered 10/04/23 10:40:20     Pg 24 of 60

_____

Initial Financing Statement File Number: 2018-205-0846-6
Date and time filed: 7/24/2018 10:12:00 AM
Lapse date: 07/24/2023

(D)     Colpitts Sunset, LLC
        3535 Factoria Blvd. SE #500
        Bellevue, WA  98006     USA

(S)     Sunset 1725, LLC
        3500 188th St. SW, Suite 680
        Lynnwood, WA  98037     USA

History:

| Type of Record | Date & Time Filed | File# | #PGS |
| --- | --- | --- | --- |
| Initial | 7/24/2018 10:12:00 AM | 2018-205-0846-6 | 1 |

_____

2 of 2
Initial Financing Statement File Number: 2021-105-5203-9
Date and time filed: 4/15/2021 3:16:00 PM
Lapse date: 04/15/2026

(D)     Colpitts Sunset, LLC
        3535 Factoria Boulevard SE #500
        Bellevue, WA  98006     USA

(S)     UC FUNDING, LLC
        745 Boylston Street, Suite 502
        Boston, MA  02116     USA

History:

| Type of Record | Date & Time Filed | File# | #PGS |
| --- | --- | --- | --- |
| Initial | 4/15/2021 3:16:00 PM | 2021-105-5203-9 | 1 |

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Jeff Huber 2065128400 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| pcwork@privatecapitalnw.com |

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Sunset 1725, LLC
3500 188th St. SW, Suite 680
Lynnwood WA USA 98037

**Date of Filing :** 07/24/2018
**Time of Filing :** 10:12:00 AM
**File Number  :** 2018-205-0846-6
**Lapse Date  :** 07/24/2023

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Colpitts Sunset, LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3535 Factoria Blvd. SE #500 | Bellevue | WA | 98006 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Sunset 1725, LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3500 188th St. SW, Suite 680 | Lynnwood | WA | 98037 | USA |

4. COLLATERAL:  This financing statement covers the following collateral:

**All membership, ownership and percentage interests of Debtor in Colpitts Sunset, LLC, a limited liability company, including without limitation all of Debtor's right, title, interest, expectancies, entitlements and benefits of any and all kinds, choate and inchoate, matured and un-matured, and further including, but not limited to, all present and future payments, distributions, proceeds, profits, income, compensation, property, assets and rights due or to become due and payable to Pledgor in connection with the Membership Interest, and Debtor's interest in any deposit account maintained.**

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|
| 6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing | |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor | | |

8. OPTIONAL FILER REFERENCE DATA:
**Loan 20180615**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

PAGE 1 OF 1

2018-205-0846-6

016

23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 26 of 60

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:** 2023-171-7752-3S

**Name as provided:**

Organization: ICAP @ UW LLC (Debtor)

**Name searched:**

Organization: ICAPUW

**Lien type searched:** All
**Lien status searched:** Unlapsed
**Search limited by:**
**Search logic used:** Standard

**Report:** 6/20/2023 3:45:44 PM
**Through date:** 6/15/2023

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact
representation of all financing statements and non-UCC liens for the name searched, as
filed with the Department of Licensing, Uniform Commercial Code Program, as of the
through date shown above. But a limited search may not reveal all records of the name
searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

017

As of the Certified Through Date no records that match the search request shown above were  on file in the Department of Licensing.

018
23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 28 of 60

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:**  2023-171-7672-4S

**Name as provided:**

Organization:  iCap Campbell Way (Debtor)

**Name searched:**

Organization:  ICAPCAMPBELLWAY

**Lien type searched:**  All
**Lien status searched:**  Unlapsed
**Search limited by:**
**Search logic used:**  Standard

**Report:**  6/20/2023 2:56:17 PM
**Through date:**  6/15/2023

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact representation of all financing statements and non-UCC liens for the name searched, as filed with the Department of Licensing, Uniform Commercial Code Program, as of the through date shown above. But a limited search may not reveal all records of the name searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 29 of 60

As of the Certified Through Date no records that match the search request shown above were  on file in the Department of Licensing.

020
23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 30 of 60

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:**      2023-171-7741-7S

**Name as provided:**

Organization:           icap enterprises (Debtor)

**Name searched**

Organization:           ICAPENTERPRISES

**Lien type searched:**    All
**Lien status searched:**  Unlapsed
**Search limited by:**
**Search logic used:**     Standard

**Report:**            6/20/2023 3:39:46 PM
**Through date:**      6/15/2023

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact representation of all financing statements and non-UCC liens for the name searched, as filed with the Department of Licensing, Uniform Commercial Code Program, as of the through date shown above. But a limited search may not reveal all records of the name searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

021

23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 31 of 60

As of the Certified Through Date no records that match the search request shown above were  on file in the Department of Licensing.

**2023-171-7741-7S**

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:**  2023-171-7770-7S

**Name as provided:**

Organization:  ICAP FUNDING LLC (Debtor)

**Name searched**

Organization:  ICAPFUNDING

**Lien type searched:**  All
**Lien status searched:**  Unlapsed
**Search limited by:**
**Search logic used:**  Standard

**Report:**  6/20/2023 3:59:25 PM
**Through date:**  6/15/2023

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact
representation of all financing statements and non-UCC liens for the name searched, as
filed with the Department of Licensing, Uniform Commercial Code Program, as of the
through date shown above. But a limited search may not reveal all records of the name
searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

023

23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 33 of 60

As of the Certified Through Date no records that match the search request shown above were  on file in the Department of Licensing.

2023-171-7770-7S

024

23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 34 of 60

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:**   2023-171-7738-7S

**Name as provided:**

Organization:   icap holding (Debtor)

**Name searched:**

Organization:   ICAPHOLDING

**Lien type searched:**   All
**Lien status searched:**   Unlapsed
**Search limited by:**
**Search logic used:**   Standard

**Report:**   6/20/2023 3:38:28 PM
**Through date:**   6/15/2023

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact representation of all financing statements and non-UCC liens for the name searched, as filed with the Department of Licensing, Uniform Commercial Code Program, as of the through date shown above. But a limited search may not reveal all records of the name searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 35 of 60

As of the Certified Through Date no records that match the search request shown above were  on file in the Department of Licensing.

**2023-171-7738-7S**

.

**Search number:**   2023-171-7728-8S

**Name as provided:**

Organization:   iCap HOLDINGS LLC (Debtor)

**Name searched**

Organization:   ICAPHOLDINGS

**Lien type searched:**   All
**Lien status searched:**   Unlapsed
**Search limited by:**
**Search logic used:**   Standard

**Report:**   6/20/2023 3:34:58 PM
**Through date:**   6/15/2023

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact representation of all financing statements and non-UCC liens for the name searched, as filed with the Department of Licensing, Uniform Commercial Code Program, as of the through date shown above. But a limited search may not reveal all records of the name searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 37 of 60

As of the Certified Through Date no records that match the search request shown above were  on file in
the Department of Licensing.

**2023-171-7728-8S**

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:**  2023-171-7731-8S

**Name as provided:**

Organization:  icap investments (Debtor)

**Name searched**

Organization:  ICAPINVESTMENTS

**Lien type searched:**  All
**Lien status searched:**  Unlapsed
**Search limited by:**
**Search logic used:**  Standard

**Report:**  6/20/2023 3:36:13 PM
**Through date:**  6/15/2023

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact
representation of all financing statements and non-UCC liens for the name searched, as
filed with the Department of Licensing, Uniform Commercial Code Program, as of the
through date shown above. But a limited search may not reveal all records of the name
searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

23-01243-WLH11     Doc 45     Filed 10/04/23     Entered 10/04/23 10:40:20     Pg 39 of 60

As of the Certified Through Date no records that match the search request shown above were  on file in the Department of Licensing.

2023-171-7731-8S

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:**       2023-171-7759-2S

**Name as provided:**

Organization:          ICAP PACIFIC INCOME FUND 4 LLC (Debtor)

**Name searched:**

Organization:          ICAPPACIFICINCOMEFUND4

**Lien type searched:**    All
**Lien status searched:**  Unlapsed
**Search limited by:**
**Search logic used:**     Standard

**Report:**              6/20/2023 3:51:29 PM
**Through date:**        6/15/2023

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact
representation of all financing statements and non-UCC liens for the name searched, as
filed with the Department of Licensing, Uniform Commercial Code Program, as of the
through date shown above. But a limited search may not reveal all records of the name
searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 41 of 60

As of the Certified Through Date no records that match the search request shown above were  on file in the Department of Licensing.

**2023-171-7759-2S**

032

23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 42 of 60

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:**     2023-171-7761-5S

**Name as provided:**

Organization:          icap vault 1, llc (Debtor)

**Name searched**

Organization:          ICAPVAULT1

**Lien type searched:**     All
**Lien status searched:**  Unlapsed
**Search limited by:**
**Search logic used:**     Standard

**Report:**                6/20/2023 3:53:08 PM
**Through date:**          6/15/2023

**Copies:**

**Certification:**

The filing office certifies that the attached list (and copies, if any) is a true and exact representation of all financing statements and non-UCC liens for the name searched, as filed with the Department of Licensing, Uniform Commercial Code Program, as of the through date shown above. But a limited search may not reveal all records of the name searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

23-01243-WLH11     Doc 45     Filed 10/04/23     Entered 10/04/23 10:40:20     Pg 43 of 60

As of the Certified Through Date no records that match the search request shown above were  on file in
the Department of Licensing.

034
23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 44 of 60

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:**   2023-171-7684-7S

**Name as provided:**

Organization:   lofts @ camus (Debtor)

**Name searched:**

Organization:   LOFTSCAMUS

**Lien type searched:**   All
**Lien status searched:**   Unlapsed
**Search limited by:**
**Search logic used:**   Standard

**Report:**   6/20/2023 3:01:45 PM
**Through date:**   6/15/2023

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact representation of all financing statements and non-UCC liens for the name searched, as filed with the Department of Licensing, Uniform Commercial Code Program, as of the through date shown above. But a limited search may not reveal all records of the name searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 45 of 60

As of the Certified Through Date no records that match the search request shown above were  on file in
the Department of Licensing.

**2023-171-7684-7S**

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:**   2023-171-7684-7S

**Name as provided:**

Organization:   lofts @ camus (Debtor)

**Name searched**

Organization:   LOFTSCAMUS

**Lien type searched:**   All
**Lien status searched:**   Unlapsed
**Search limited by:**
**Search logic used:**   Standard

**Report:**   6/20/2023 3:01:45 PM
**Through date:**   6/15/2023

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact
representation of all financing statements and non-UCC liens for the name searched, as
filed with the Department of Licensing, Uniform Commercial Code Program, as of the
through date shown above. But a limited search may not reveal all records of the name
searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

23-01243-WLH11     Doc 45     Filed 10/04/23     Entered 10/04/23 10:40:20     Pg 47 of 60

As of the Certified Through Date no records that match the search request shown above were  on file in the Department of Licensing.

**2023-171-7684-7S**

038

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:**            2023-171-7680-9S

**Name as provided:**

Organization:                  Lofts at Camas Meadows (Debtor)

**Name searched:**

Organization:                  LOFTSATCAMASMEADOWS

**Lien type searched:**       All
**Lien status searched:**    Unlapsed
**Search limited by:**
**Search logic used:**        Standard

**Report:**                         6/20/2023 3:00:32 PM
**Through date:**             6/15/2023

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact
representation of all financing statements and non-UCC liens for the name searched, as
filed with the Department of Licensing, Uniform Commercial Code Program, as of the
through date shown above. But a limited search may not reveal all records of the name
searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

23-01243-WLH11      Doc 45      Filed 10/04/23      Entered 10/04/23 10:40:20      Pg 49 of 60

As of the Certified Through Date no records that match the search request shown above were  on file in the Department of Licensing.

2023-171-7680-9S

.

| | |
|---|---|
| **Search number:** | 2023-171-7673-1S |
| **Name as provided:** | |
| Organization: | Senza Kenmore LLC (Debtor) |
| **Name searched** | |
| Organization: | SENZAKENMORE |
| **Lien type searched:** | All |
| **Lien status searched:** | Unlapsed |
| **Search limited by:** | |
| **Search logic used:** | Standard |
| **Report:** | 6/20/2023 2:57:33 PM |
| **Through date:** | 6/15/2023 |
| **Copies:** | |

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact representation of all financing statements and non-UCC liens for the name searched, as filed with the Department of Licensing, Uniform Commercial Code Program, as of the through date shown above. But a limited search may not reveal all records of the name searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 51 of 60

As of the Certified Through Date no records that match the search request shown above were on file in the Department of Licensing.

**2023-171-7673-1S**

042

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

.

**Search number:**    2023-171-7658-8S

**Name as provided:**

Organization:    UW 17th Ave LLC (Debtor)

**Name searched:**

Organization:    UW17THAVE

**Lien type searched:**    All
**Lien status searched:**    Unlapsed
**Search limited by:**
**Search logic used:**    Standard

**Report:**    6/20/2023 2:50:14 PM
**Through date:**    6/15/2023

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact representation of all financing statements and non-UCC liens for the name searched, as filed with the Department of Licensing, Uniform Commercial Code Program, as of the through date shown above. But a limited search may not reveal all records of the name searched and the searcher bears the risk of relying on such a search.



**Marcus J Glasper, Director**

As of the Certified Through Date no records that match the search request shown above were on file in the Department of Licensing.

2023-171-7658-8S

# EXHIBIT 2

## BUSINESS SEARCH RESULTS

| Business Name ↕ | UBI# | Business Type | Principal Office Address | Registered Agent Name | Status |
|---|---|---|---|---|---|
| ICAP HOLDING 5, LLC | 604 478 209 | WA LIMITED LIABILITY COMPANY | 3535 FACTORIA BLVD SE STE 500, BELLEVUE, WA, 98006-1298, UNITED STATES | ICAP PACIFIC NW MANAGEMENT, LLC | DELINQUENT |
| ICAP HOLDING 6, LLC | 604 480 232 | WA LIMITED LIABILITY COMPANY | 3535 FACTORIA BLVD SE STE 500, 3535 FACTORIA BLVD. SE #500, BELLEVUE, WA, 98006-1298, UNITED STATES | ICAP PACIFIC NW MANAGEMENT, LLC | DELINQUENT |
| PACIFICAP HOLDINGS VII, LLC | 601 970 199 | FOREIGN LIMITED LIABILITY COMPANY | 412 NW 5TH AVE #200, PORTLAND, OR, 97209, UNITED STATES | CHAD I RENNAKER | TERMINATED |
| PACIFICAP HOLDINGS XIV, LLC | 602 199 027 | WA LIMITED LIABILITY COMPANY | 6102 N ROAD 68, PASCO, WA, 99301-9106, UNITED STATES | CHAD RENNAKER | ADMINISTRATIVELY DISSOLVED |
| PACIFICAP HOLDINGS XLIII, LLC | 602 693 332 | WA LIMITED LIABILITY COMPANY | 701 SE 139TH, VANCOUVER, WA, 98684, UNITED STATES | HEATHER BOYD | INACTIVE |
| PACIFICAP HOLDINGS XV, LLC | 602 196 667 | FOREIGN LIMITED LIABILITY COMPANY | 412 NW 5TH AVE, SUITE 200, PORTLAND, OR, 97209, UNITED STATES | CHAD I RENNAKER | TERMINATED |
| PACIFICAP HOLDINGS XXXVI, LLC | 602 547 086 | FOREIGN LIMITED LIABILITY COMPANY | 3540 SWENSON ST STE 100, LAS VEGAS, NV, 89109, UNITED STATES | CHADRENNAKER | TERMINATED |

| Business Name | UBI# | Business Type | Principal Office Address | Registered Agent Name | Status |
|---|---|---|---|---|---|
| PACIFICAP HOLDINGS XXXVI, LLC | 602 550 597 | WA LIMITED LIABILITY COMPANY | 6102 N ROAD 68, PASCO, WA, 99301-9106, UNITED STATES | CHAD I. RENNAKER | ACTIVE |
| YIS CAPITAL HOLDING, LLC | 602 883 988 | WA LIMITED LIABILITY COMPANY | 2755 NORTHUP WAY, BELLEVUE, WA, 98004-1403, UNITED STATES | LEE MITCHELL | ACTIVE |

Page 1 of 1, records 1 to 9 of 9



Back

# EXHIBIT 3

23-01243-WLH11    Doc 45    Filed 10/04/23    Entered 10/04/23 10:40:20    Pg 58 of 60

DocuSign Envelope ID: E0FEBFEF-2DC6-4A6A-BBCE-AED5C227B38C

THIS CONFIDENTIAL PRIVATE PLACEMENT MEMORANDUM CONTAINS MATERIAL NON-PUBLIC INFORMATION REGARDING ICAP INVESTMENTS, LLC (THE "COMPANY"). BY ACCEPTING THIS CONFIDENTIAL PRIVATE PLACEMENT MEMORANDUM AND THE EXHIBITS HERETO (COLLECTIVELY THIS "MEMORANDUM"), THE RECIPIENT AGREES WITH THE COMPANY TO MAINTAIN IN STRICT CONFIDENCE ALL NON-PUBLIC INFORMATION, INCLUDING, BUT NOT LIMITED TO, THE EXISTENCE OF THE PROPOSED FINANCING AND ANY OTHER NON-PUBLIC INFORMATION REGARDING THE COMPANY OBTAINED FROM THIS MEMORANDUM, ANY OTHER TRANSACTION DOCUMENT OR THE COMPANY.

## CONFIDENTIAL PRIVATE PLACEMENT MEMORANDUM

## FOR ACCREDITED INVESTORS AND NON-U.S. PERSONS

# iCap Investments, LLC

### $10,000,000 of

### Secured Promissory Notes

### May 1, 2020

AN INVESTMENT IN OUR SECURITIES INVOLVES A HIGH DEGREE OF RISK.  IN MAKING AN INVESTMENT DECISION INVESTORS MUST RELY ON THEIR OWN EXAMINATION OF US AND THE TERMS OF THE OFFERING, INCLUDING THE MERITS AND RISKS INVOLVED. YOU SHOULD ONLY INVEST IN OUR SECURITIES IF YOU CAN AFFORD A COMPLETE LOSS OF YOUR INVESTMENT. YOU SHOULD READ THE COMPLETE DISCUSSION OF THE RISK FACTORS SET FORTH IN THIS MEMORANDUM.

DUE TO THE FACT THAT THE OFFERING IS A PRIVATE PLACEMENT AND EXEMPT FROM REGISTRATION, NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES COMMISSION HAS APPROVED OR DISAPPROVED OF THESE SECURITIES OR PASSED UPON THE ADEQUACY OR ACCURACY OF THE MEMORANDUM. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.  SEE "CERTAIN NOTICES REGARDING THIS MEMORANDUM AND UNDER STATE SECURITIES LAWS."

**CONFIDENTIAL PRIVATE PLACEMENT MEMORANDUM**
**FOR**
**ACCREDITED INVESTORS AND NON-U.S. PERSONS**

**ICAP INVESTMENTS, LLC**

**$10,000,000 OF AGGREGATE PRINCIPAL AMOUNT**
**OF**
**SECURED PROMISSORY NOTES**

———————————

This Confidential Offering Memorandum ("***Memorandum***") summarizes the principal terms of the offering ("***Offering***") of the Senior Secured Promissory Notes ("***Notes***") of iCap Investments, LLC (the "***Company***"). The Notes have not been, nor will they be registered or qualified under the Securities Act. They are being offered and sold in the United States only to non-US investors under Regulation S, and accredited investors in reliance on Rule 506(b) of Regulation D, promulgated under the Securities Act or under any applicable state securities laws. Neither the securities and exchange commission nor any state securities commission has approved or disapproved of these securities or determined if this memorandum is truthful or complete; any representation to the contrary is a criminal offense.

The information contained in this Memorandum is confidential. By acceptance of this Memorandum, each recipient agrees (a) not to reproduce or distribute this Memorandum to other persons (except the recipient's professional advisors) without the prior written consent of the Manager; (b) that the recipient and his, her or its professional advisors will keep confidential all information contained herein not already in the public domain; and (c) that the recipient will use this Memorandum for the sole purpose of evaluating a possible investment in the Notes. Each recipient also agrees to return this Memorandum and any other documents or information furnished by the Company to the recipient (and any and all copies thereof) upon request of the Company if the recipient declines to purchase any Notes.

There will be no public market for the Notes and there is no obligation on the part of the Company or any person to register the Notes under the Securities Act or any state securities laws.

This Memorandum includes data and information obtained from independent third-party sources. Although the Company does not have any reason to believe that such data and information is not accurate, the Company did not independently verify such data and information and cannot assure the accuracy or completeness of such data and information. Prospective investors must rely upon their own investigations and evaluations with respect to making an investment in the Notes being offered hereby.

Prospective investors will be advised of any material modifications to the terms of the offering or the Notes in writing prior to any sale of Notes to the prospective investors.

Nothing contained in this Memorandum is, or should be relied upon as, a promise or representation as to the Company's future performance. Prospective investors must rely upon their own examination of the Company and the terms of the Offering, including the merits and risks involved.

———————————