# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>ICAP ENTERPRISES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 23-01243-11<br>Jointly Administered<br><br>**CERTIFICATE OF SERVICE** |

Docket No. 91     *EX PARTE* MOTION FOR ORDER DIRECTING RULE 2004 EXAMINATIONS IN CONNECTION WITH TRANSFER OF SUNSET PROPERTY [Supplemental Service]

Docket No. 93     NOTICE OF FILING BMC PRICING SCHEDULE

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01267-11); iCap Broadway, LLC (23-01252-11); VH 1121 14th LLC (23-01264-11); VH Senior Care LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11) ; Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11).

CERTIFICATE OF SERVICE - 1

| | |
|---|---|
| Docket No. 95 | ORDER GRANTING *EX PARTE* MOTION FOR ORDER DIRECTING RULE 2004 EXAMINATIONS IN CONNECTION WITH TRANSFER OF SUNSET PROPERTY |
| Docket No. 96 | NOTICE OF DEBTORS' APPLICATIONS TO EMPLOY BUCHALTER AND PALADIN MANAGEMENT GROUP, LLC |

I, Bradford Daniel, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2. On October 18, 2023 at the direction of Buchalter, a Professional Corporation, proposed counsel to the Debtors and Debtors in Possession, copies of the above referenced documents were served in the following manner on the parties listed on the attached Exhibit A via the modes of service indicated therein:

| | |
|---|---|
| Exhibit A | Re Docket Nos. 93, 95 and 96 the Core/2002/Top-Creditor Parties referenced in Service List Nos. 79088 and 79089. |
| | Re Docket No. 91, the Core/2002/Top-Creditor Parties referenced in Service List No. 79089. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 21st day of October, 2023 at New York, New York.

/s/ Bradford Daniel
Bradford Daniel

CERTIFICATE OF SERVICE - 2

# iCap

**Total number of parties: 83**

## Exhibit A - iCap

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 79088 | ALDRIDGE PITE, LLP, (RE: WILMINGTON SAVINGS FUND SOCIETY FSB), ECFWAEB@ALDRIDGEPITE.COM | E-mail |
| 79089 | ALERA MANAGEMENT GROUP, ATTN: BEN WILTGEN, 5800 SW MEADOWS RD , #230, LAKE OSWEGO, OR, 97035 | US Mail (1st Class) |
| 79089 | ATTORNEY GENERAL OF UNITED STATES, DEPARTMENT OF JUSTICE, ROOM B103, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC, 20530-0001 | US Mail (1st Class) |
| 79088 | AZURE BLUE SERVICE LIMITED, SUN2015@VIP.163.COM | E-mail |
| 79088 | BARRY M ABZUG REVOCABLE TRUST, BARRY.ABZUG@VERIZON.NET | E-mail |
| 79088 | BUCHALTER, BERNARD D BOLLINGER, JULIAN GURULE, (RE: DEBTORS), BBOLLINGER@BUCHALTER.COM | E-mail |
| 79088 | BUCHALTER, BERNARD D BOLLINGER, JULIAN GURULE, (RE: DEBTORS), JGURULE@BUCHALTER.COM | E-mail |
| 79088 | BUCHALTER, DAKOTA PEARCE, (RE: DEBTORS), DPEARCE@BUCHALTER.COM | E-mail |
| 79088 | BUCHALTER, KHALED TARAZI, (RE: DEBTORS), KTARAZI@BUCHALTER.COM | E-mail |
| 79088 | BUSH KORNFELD LLP, A.J. KORNFELD; A.S. WILLIG; J WAX, (RE: ICAP EQUITY NOTEHOLDERS), JKORNFELD@BSKD.COM | E-mail |
| 79088 | BUSH KORNFELD LLP, A.J. KORNFELD; A.S. WILLIG; J WAX, (RE: ICAP EQUITY NOTEHOLDERS), AWILLIG@BSKD.COM | E-mail |
| 79088 | BUSH KORNFELD LLP, A.J. KORNFELD; A.S. WILLIG; J WAX, (RE: ICAP EQUITY NOTEHOLDERS), JWAX@BSKD.COM | E-mail |
| 79088 | CHING-PING HU (GRACE SHIN), JESSICA.CP.HU@GMAIL.COM | E-mail |
| 79088 | CHUNYING TIAN, 9113114@GMAIL.COM | E-mail |
| 79088 | CHUNYING TIAN, WBYAN1105@GMAIL.COM | E-mail |
| 79089 | COMMONWEALTH OF PENNSYLVANIA, 302 NORTH OFFICE BUILDING, 401 NORTH STREET, HARRISBURG, PA, 17120 | US Mail (1st Class) |
| 79088 | COOPERATIVA DE SEGUROS MULTIPLES, RAMONR@SEGUROSMULTIPLES.COM | E-mail |
| 79088 | CORR CRONIN LLP, JOHN T. BENDER, (RE: ICAP EQUITY NOTEHOLDERS), JBENDER@CORRCRONIN.COM | E-mail |
| 79088 | CWN HOLDINGS LIMITED, SUN2015@VIP.163.COM | E-mail |
| 79089 | DEPARTMENT OF FNANCIAL INSTITUTIONS, DIVISION OF SECURITIES, PO BOX 41200, OLYMPIA, WA, 98504-1200 | US Mail (1st Class) |
| 79088 | DEVONT CAPITAL LIMITED, SUN2015@VIP.163.COM | E-mail |
| 79088 | EISENHOWER CARLSON PLLC, DARREN R KRATTLI, (RE: REDMOND FUNDING GROUP, LLC), DKRATTLI@EISENHOWERLAW.COM | E-mail |
| 79088 | EISENHOWER CARLSON PLLC, DARREN R KRATTLI, (RE: REDMOND FUNDING GROUP, LLC), JFERNANDO@EISENHOWERLAW.COM | E-mail |
| 79088 | ELIZABETH PLAZA, EPLAZA@SCONSULTANTSINT.COM | E-mail |
| 79088 | HUIMIN ZHANG, DALIANLFX@126.COM | E-mail |
| 79088 | ICAP ENTERPRISES, INC., LANCE MILLER, LMILLER@PALADINMGMT.COM | E-mail |
| 79089 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 79089 | INTERNAL REVENUE SERVICE, DEAN WAKAYAMA, ASSOCIATE AREA COUNSEL, ROOM 2704 FEDERAL BLDG., W670, SEATTLE, WA, 98174 | US Mail (1st Class) |
| 79090 | INVALUS, LLC, JIM CHRISTENSEN, PO BOX 513, PRESTON, WA, 98050 | US Mail (1st Class) |
| 79088 | JUNMING CHEN, JIMMY@FSI-AUTO.COM | E-mail |
| 79088 | JUNMING CHEN, JIMMY@FSIHEATER.COM | E-mail |
| 79088 | KARR TUTTLE CAMPBELL, MICHAEL M. FEINBERG, (RE: SERENE INVESTMENT), MFEINBERG@KARRTUTTLE.COM | E-mail |

# Exhibit A - iCap

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 79088 | KUN WANG, MAYANDMAY@SINA.COM | E-mail |
| 79088 | LESNICK PRINCE & PAPPAS LLP, MATTHEW A. LESNICK, (RE: CHRISTOPHER CHRISTENSEN), MATT@LESNICKPRINCE.COM | E-mail |
| 79089 | LIMA ONE CAPITAL, LLC, 201 EAST MCBEE AVE SUITE 300, GREENVILLE, SC, 29601 | US Mail (1st Class) |
| 79088 | LOEB & LOEB, LLP, GUY MACAROL, (RE: SERENE INVESTMENT), GMACAROL@LOEB.COM | E-mail |
| 79088 | LOEB & LOEB, LLP, LANCE N. JURICH, (RE: SERENE INVESTMENT), LJURICH@LOEB.COM | E-mail |
| 79088 | LOEB & LOEB, LLP, VADIM J. RUBINSTEIN, (RE: SERENE INVESTMENT), VRUBINSTEIN@LOEB.COM | E-mail |
| 79088 | MCNAUL EBEL NAWROT & HELGREN PLLC, MATTHEW J. CAMPOS, (RE: CHRISTOPHER CHRISTENSEN), MCAMPOS@MCNAUL.COM | E-mail |
| 79088 | MINGYI HU, CANSOLH@GMAIL.COM | E-mail |
| 79089 | NORTH CAROLINA DEPT OF REVENUE, ATTENTION: BANKRUPTCY UNIT, POST OFFICE BOX 1168, RALEIGH, NC, 27602-1168 | US Mail (1st Class) |
| 79088 | OFFICE OF THE UNITED STATES TRUSTEE, GARY W. DYER, USTP.REGION18.SP.ECF@USDOJ.GOV | E-mail |
| 79088 | PALADIN MANAGEMENT GROUP LLC, LIZ GONZALEZ, (RE: COUNSEL TO DEBTORS), LGONZALEZ@PALADINMGMT.COM | E-mail |
| 79088 | PENG LYU AND LI TAN, LILIAN.TAN@MAXSOLUTION.COM.CN | E-mail |
| 79088 | PING ZHANG, JOYCE@ICAPEQUITY.COM | E-mail |
| 79088 | PING ZHANG, JOANNAHEART@163.COM | E-mail |
| 79088 | QINGXIAO JIANG, NICKEYJIANG@163.COM | E-mail |
| 79089 | REDMOND FUNDING GROUP, 22500 NE MARKETPLACE DR - #206C, REDMOND, WA, 98053 | US Mail (1st Class) |
| 79088 | ROBERT W ALFINI, BOBALFINI@AOL.COM | E-mail |
| 79088 | RUIHUA JI, JIRUIHUA@GMAIL.COM | E-mail |
| 79088 | RUZHEN ZHANG, XIAOZHOUYANGNY@GMAIL.COM | E-mail |
| 79088 | RUZHEN ZHANG, RENEEYANGNY@GMAIL.COM | E-mail |
| 79089 | SECURITIES & EXCHANGE COMMISSION, SECRETARY OF THE TREASURY, 100 F STREET, NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |
| 79089 | SERENE INVESTMENT MANAGEMENT LLC, 2625 ALCATRAZ AVE., SUITE 513, BERKELEY, CA, 94705 | US Mail (1st Class) |
| 79088 | SERENE INVESTMENT MANAGEMENT LLC, INFO@SERENEIM.COM | E-mail |
| 79088 | SHIYING CHEN, 8407046@QQ.COM | E-mail |
| 79088 | SINOLITE INDUSTRIAL CO., KASSY@SINOLITE.NET | E-mail |
| 79089 | SOCOTRA REIT 1, LLC, SOCOTRA CAPITAL, INC, 2208 29TH STREET, SUITE 100, SACRAMENTO, CA, 95817 | US Mail (1st Class) |
| 79089 | STATE OF CALIFORNIA, FRANCHISE TAX BOARD, PO BOX 942857, SACRAMENTO, CA, 94257-0540 | US Mail (1st Class) |
| 79089 | STATE OF DELAWARE, DIVISION OF CORPORATIONS, PO BOX 5509, BINGHAMTON, NY, 13902-5509 | US Mail (1st Class) |
| 79089 | STATE OF OHIO DEPT OF TAXATION, 4485 NORTHLAND RIDGE BLVD., COLUMBUS, OH, 43229 | US Mail (1st Class) |
| 79088 | STEVEN W SHAW, DR.SHAW@SHAWCHIROPRACTIC.COM | E-mail |
| 79088 | TAT IU, IUTAT@SINA.COM | E-mail |
| 79088 | THE TRACY LAW GROUP PLLC, J. TODD TRACY, (RE: YONGZHI LIANG, BIBBIN ZHANG, ET AL.), TODD@THETRACYLAWGROUP.COM | E-mail |
| 79088 | THOMAS & JODI TEMPLE, TOM_TEMPLE@ME.COM | E-mail |
| 79089 | TREASURER, STATE OF CONNECTICUT, DEPT. OF BANKING, SECURITIES DIV, 260 CONSTITUTION PLAZA, HARTFORD, CT, 06103-1800 | US Mail (1st Class) |
| 79089 | TREASURER, STATE OF MAINE, 121 STATE HOUSE STATION, AUGUSTA, ME, 04333 | US Mail (1st Class) |
| 79088 | TRITALENT FUNDING GROUP INC, LESLIE W. IANNITTI, LESLIEI@TRITALENT.COM | E-mail |
| 79089 | TRITALENT FUNDING GROUP INC, LESLIE W. IANNITTI, 8555 SW APPLE WAY STE 330, PORTLAND, OR, 97225 | US Mail (1st Class) |
| 79089 | U.S. DEPARTMENT OF JUSTICE, UNITED STATES ATTORNEY`S OFFICE, EASTERN DISTRICT OF WA, PO BOX 1494, SPOKANE, WA, 99210-1494 | US Mail (1st Class) |

iCap

**Exhibit A - iCap**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 79088 | UNIVERSAL INSURANCE COMPANY, RARAMIREZ@UNIVERSALPR.COM | E-mail |
| 79089 | WASHINGTON STATE ATTORNEY GENERAL, (RE: STATE OF WASHINGTON), BANKRUPTCY & COLLECTIONS UNIT, 800 FIFTH AVENUE, SUITE 2000, SEATTLE, WA, 98104 | US Mail (1st Class) |
| 79089 | WASHINGTON STATE DEPT OF REVENUE, BUSINESS LICENSING SERVICE, PO BOX 9034, OLYMPIA, WA, 98507 | US Mail (1st Class) |
| 79088 | WENOKUR RIORDAN PLLC, ALAN J. WENOKUR, (RE: QING ZHONG), ALAN@WRLAWGROUP.COM | E-mail |
| 79088 | YI XIA, XYI9458@GMAIL.COM | E-mail |
| 79088 | YONGZHI LIANG, BONNIEBINBIN@126.COM | E-mail |
| 79088 | YULAN REN, MILOYEZHU@GMAIL.COM | E-mail |
| 79088 | YULAN REN, RENYULAN1966@HOTMAIL.COM | E-mail |
| 79088 | YUNHUA LIU, JSW504083881@GMAIL.COM | E-mail |
| 79088 | YUNHUA LIU, 1669043402@QQ.COM | E-mail |
| 79088 | ZHENG REVOCABLE FOREIGN GRANTOR TST, KASSY@SINOLITE.NET | E-mail |
| 79088 | ZHENG REVOCABLE FOREIGN GRANTOR TST, ABURGESON@NWTRUSTEE.COM | E-mail |
| 79088 | ZHUHUA LI, SPRINGZHANG66@GMAIL.COM | E-mail |

**Subtotal for this group: 83**

iCap