

Customer  Service:
1-866-486-7782

ICAP NORTHWEST OPPORTUNITY FUND LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE WA 98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

** Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account number | XXXXXX0340 | Beginning balance | $3,777.86 |
| Low balance | $0.00 | Deposits/Additions | $0.00 |
| Average balance | $651.36 | Withdrawals/Subtractions | $3,777.86 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 3,777.86 |
| **Total Other Withdrawals/Subtractions** | | **$3,777.86** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 3,777.86 | 09-06 | 0.00 | 09-29 | 0.00 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

23-01243-WLH11    Doc 107-2    Filed 10/25/23    Entered 10/25/23 15:44:15    Pg 1 of 84

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

C00002719275

Member FDIC       Equal Housing Lender       SBA Preferred Lender

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC    Equal Housing Lender    SBA Preferred Lender

C00002719275



Customer  Service:
1-866-486-7782

VH 1121 14TH LLC
C/O ICAP EQUITY LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE WA 98006-1298

Last statement: August 31, 2023
This statement: September 30, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

## COMMUNITY BUSINESS CHECKING

| Account number | XXXXXX1295 | Beginning balance | $11,798.91 |
| --- | --- | --- | --- |
| Low balance | $0.00 | Deposits/Additions | $2,220.89 |
| Average balance | $3,669.17 | Withdrawals/Subtractions | $11,798.91 |
| Interest earned | $0.00 | Ending balance | $2,220.89 |

### ACH and Electronic Deposits/Additions

| Date | Description | Additions |
| --- | --- | --- |
| 09-08 | ACH Credit Wpm Owner Op Owner Paym 20230908 | 2,220.89 |
| **Total ACH and Electronic Deposits/Additions** | | **$2,220.89** |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
| --- | --- | --- |
| 09-06 | Debit Memo | 11,798.91 |
| **Total Other Withdrawals/Subtractions** | | **$11,798.91** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
| --- | --- | --- | --- | --- | --- |
| 08-31 | 11,798.91 | 09-06 | 0.00 | 09-08 | 2,220.89 |
| | | | | 09-30 | 2,220.89 |

Member FDIC          Equal Housing Lender          SBA Preferred Lender

C00003461014

**Overdraft Fee Summary**

| | Total For<br>This Period | Total<br>Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for -**$0.00**

Member FDIC          Equal Housing Lender 🏠          SBA Preferred Lender

C00003461014

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC        Equal Housing Lender        SBA Preferred Lender



Customer  Service:
1-866-486-7782

ICAP VAULT MANAGEMENT LLC
C/O ICAP EQUITY LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE  WA  98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

** Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| Account number | XXXXXX1342 | Beginning balance | $354.48 |
| Low balance | $0.00 | Deposits/Additions | $0.00 |
| Average balance | $61.12 | Withdrawals/Subtractions | $354.48 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 354.48 |
| **Total Other Withdrawals/Subtractions** | | **$354.48** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 354.48 | 09-06 | 0.00 | 09-29 | 0.00 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member FDIC      Equal Housing Lender ⌂      SBA Preferred Lender

C00003411657

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

Member FDIC　　　Equal Housing Lender 🏠　　　SBA Preferred Lender

C00003411657

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.



Customer  Service:
1-866-486-7782

ICAP EQUITY LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE WA 98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

** Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| Account number | XXXXXX1801 | Beginning balance | $452.17 |
|---|---|---|---|
| Low balance | $0.00 | Deposits/Additions | $0.00 |
| Average balance | $77.96 | Withdrawals/Subtractions | $452.17 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 452.17 |
| **Total Other Withdrawals/Subtractions** | | **$452.17** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 452.17 | 09-06 | 0.00 | 09-29 | 0.00 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member FDIC          Equal Housing Lender          SBA Preferred Lender

C00001385085

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))
Total Checks paid: 0 for **-$0.00**

C00001385085

Member FDIC          Equal Housing Lender 🏠          SBA Preferred Lender

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC    Equal Housing Lender    SBA Preferred Lender

C00001385085



Customer  Service:
1-866-486-7782

ICAP CAMPBELL WAY LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE WA 98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

** Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| Account number | XXXXXX2171 | Beginning balance | $5.51 |
| Low balance | $0.00 | Deposits/Additions | $0.00 |
| Average balance | $0.95 | Withdrawals/Subtractions | $5.51 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 5.51 |
| **Total Other Withdrawals/Subtractions** | | **$5.51** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 5.51 | 09-06 | 0.00 | 09-29 | 0.00 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member FDIC        Equal Housing Lender        SBA Preferred Lender

C00001426625

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

Member FDIC          Equal Housing Lender 🏠          SBA Preferred Lender

C00001426625

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC     Equal Housing Lender     SBA Preferred Lender

C00001426625



Customer  Service:
1-866-486-7782

ICAP FUNDING LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE  WA  98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

> To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

** Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| Account number | XXXXXX2347 | Beginning balance | $318.00 |
|---|---|---|---|
| Low balance | $0.00 | Deposits/Additions | $0.00 |
| Average balance | $54.83 | Withdrawals/Subtractions | $318.00 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 318.00 |
| **Total Other Withdrawals/Subtractions** | | **$318.00** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 318.00 | 09-06 | 0.00 | 09-29 | 0.00 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member FDIC     Equal Housing Lender     SBA Preferred Lender

C00003417105

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

Member FDIC          Equal Housing Lender 🏠          SBA Preferred Lender

C00003417105

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC          Equal Housing Lender          SBA Preferred Lender

C00003417105



Customer  Service:
1-866-486-7782

ICAP BROADWAY LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE  WA  98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

** Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| Account number | XXXXXX3069 | Beginning balance | $79.00 |
|---|---|---|---|
| Low balance | $0.00 | Deposits/Additions | $0.00 |
| Average balance | $13.62 | Withdrawals/Subtractions | $79.00 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 79.00 |
| **Total Other Withdrawals/Subtractions** | | **$79.00** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 79.00 | 09-06 | 0.00 | 09-29 | 0.00 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

Member FDIC          Equal Housing Lender 🏠          SBA Preferred Lender

C00003546730

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

C00003546730

Member FDIC          Equal Housing Lender          SBA Preferred Lender



Customer  Service:
1-866-486-7782

VH 2ND STREET OFFICE LLC
C/O ICAP EQUITY LLC
3535 FACTORIA BLVD SE STE 500
BELLEVUE  WA  98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

** Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| Account number | XXXXXX3573 | Beginning balance | $45,641.25 |
|---|---|---|---|
| Low balance | $0.00 | Deposits/Additions | $0.00 |
| Average balance | $7,869.18 | Withdrawals/Subtractions | $45,641.25 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 45,641.25 |
| **Total Other Withdrawals/Subtractions** | | **$45,641.25** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 45,641.25 | 09-06 | 0.00 | 09-29 | 0.00 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member FDIC        Equal Housing Lender        SBA Preferred Lender

C00003512265

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))
Total Checks paid: 0 for **-$0.00**

Member FDIC          Equal Housing Lender 🏠          SBA Preferred Lender
C00003512265

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC    Equal Housing Lender    SBA Preferred Lender

C00003512265



Customer  Service:
1-866-486-7782

VH PIONEER VILLAGE LLC
C/O ICAP EQUITY LLC
3535 FACTORIA BLVD SE SUITE #500
BELLEVUE  WA  98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

** Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| Account number | XXXXXX3907 | Beginning balance | $855.11 |
|---|---|---|---|
| Low balance | $0.00 | Deposits/Additions | $12,661.65 |
| Average balance | $147.43 | Withdrawals/Subtractions | $13,516.76 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### ACH and Electronic Deposits/Additions

| Date | Description | Additions |
|---|---|---|
| 09-06 | ACH Credit Columbia Commerc Sigonfile Zpg212 20230906 | 12,661.65 |
| **Total ACH and Electronic Deposits/Additions** | | **$12,661.65** |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 13,516.76 |
| **Total Other Withdrawals/Subtractions** | | **$13,516.76** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 855.11 | 09-06 | 0.00 | 09-29 | 0.00 |

**Overdraft Fee Summary**

|  | Total For<br>This Period | Total<br>Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

Member FDIC          Equal Housing Lender          SBA Preferred Lender

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC          Equal Housing Lender          SBA Preferred Lender



Customer  Service:
1-866-486-7782

UW 17TH AVE LLC
C/O ICAP EQUITY LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE  WA  98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

** Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| Account number | XXXXXX3912 | Beginning balance | $819.28 |
| Low balance | $0.00 | Deposits/Additions | $0.00 |
| Average balance | $141.26 | Withdrawals/Subtractions | $819.28 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 819.28 |
| **Total Other Withdrawals/Subtractions** | | **$819.28** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 819.28 | 09-06 | 0.00 | 09-29 | 0.00 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

23-01243-WLH11    Doc 107-2    Filed 10/25/23    Entered 10/25/23 15:44:15    Pg 28 of 84

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))
Total Checks paid: 0 for **-$0.00**

C00003503640

Member FDIC          Equal Housing Lender          SBA Preferred Lender

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC          Equal Housing Lender 🏠          SBA Preferred Lender



Customer  Service:
1-866-486-7782

ICAP ENTERPRISES INC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE WA 98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

** Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| Account number | XXXXXX4749 | Beginning balance | $11,065.96 |
|---|---|---|---|
| Low balance | $0.00 | Deposits/Additions | $10,990.96 |
| Average balance | $1,907.92 | Withdrawals/Subtractions | $22,056.92 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### Other Deposits/ Additions

| Date | Description | Additions |
|---|---|---|
| 09-06 | Credit Memo | 10,990.96 |
| **Total Other Deposits/ Additions** | | **$10,990.96** |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 1,447.68 |
| 09-06 | Debit Memo | 9,618.28 |
| 09-06 | Debit Memo | 10,990.96 |
| **Total Other Withdrawals/Subtractions** | | **$22,056.92** |

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08-31 | 11,065.96 | 09-06 | 0.00 | 09-29 | 0.00 |

**Overdraft Fee Summary**

|  | Total For This Period | Total Year-to-Date |
|--|-----------------------|--------------------|
| **Total Overdraft Fees** | $0.00 | $140.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

Member FDIC          Equal Housing Lender 🏠          SBA Preferred Lender

C00001361604

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC    Equal Housing Lender    SBA Preferred Lender

C00001361604



Customer  Service:
1-866-486-7782

ICAP VAULT 1 LLC
3535 FACTORIA BLVD SE # 500
BELLEVUE WA 98006-1298

Last statement: August 31, 2023
This statement: September 30, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

## COMMUNITY BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account number | XXXXXX4804 | Beginning balance | $1,698.53 |
| Low balance | $0.00 | Deposits/Additions | $52.08 |
| Average balance | $313.75 | Withdrawals/Subtractions | $1,735.53 |
| Interest earned | $0.00 | Ending balance | $15.08 |

### ACH and Electronic Deposits/Additions

| Date | Description | Additions |
|---|---|---|
| 09-07 | ACH Credit  ACH/Cred 20230907 Apple Inc  0210203738 | 52.08 |
| **Total ACH and Electronic Deposits/Additions** | | **$52.08** |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 1,698.53 |
| 09-20 | Maintenance Fee ACH POS Pay Dr Acc Ount Mo Maint For 08/23 | 30.00 |
| 09-30 | Service Charge For Maintenance Fee | 7.00 |
| **Total Other Withdrawals/Subtractions** | | **$1,735.53** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 1,698.53 | 09-07 | 52.08 | 09-30 | 15.08 |
| 09-06 | 0.00 | 09-20 | 22.08 | | |

Member FDIC          Equal Housing Lender          SBA Preferred Lender
C00003135455

**Overdraft Fee Summary**

|  | Total For<br>This Period | Total<br>Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

Member FDIC          Equal Housing Lender          SBA Preferred Lender
C00003135455

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC    Equal Housing Lender    SBA Preferred Lender

C00003135455



Customer  Service:
1-866-486-7782

725 BROADWAY LLC
C/O ICAP EQUITY LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE  WA  98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

** Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| Account number | XXXXXX4979 | Beginning balance | $2,360.79 |
|---|---|---|---|
| Low balance | $0.00 | Deposits/Additions | $0.00 |
| Average balance | $407.03 | Withdrawals/Subtractions | $2,360.79 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 2,360.79 |
| **Total Other Withdrawals/Subtractions** | | **$2,360.79** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 2,360.79 | 09-06 | 0.00 | 09-29 | 0.00 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))
Total Checks paid: 0 for **-$0.00**

Member FDIC     Equal Housing Lender     SBA Preferred Lender
C00003491577

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC    Equal Housing Lender    SBA Preferred Lender

C00003491577



Customer  Service:
1-866-486-7782

ICAP @ UW LLC
C/O ICAP EQUITY LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE WA 98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

---

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

---

** Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| Account number | XXXXXX5339 | Beginning balance | $2,065.33 |
|---|---|---|---|
| Low balance | $0.00 | Deposits/Additions | $0.00 |
| Average balance | $356.09 | Withdrawals/Subtractions | $2,065.33 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 2,065.33 |
| **Total Other Withdrawals/Subtractions** | | **$2,065.33** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 2,065.33 | 09-06 | 0.00 | 09-29 | 0.00 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member FDIC        Equal Housing Lender        SBA Preferred Lender
C00003506105

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))
Total Checks paid: 0 for **-$0.00**

Member FDIC          Equal Housing Lender 🏠          SBA Preferred Lender
C00003506105

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC          Equal Housing Lender 🏠          SBA Preferred Lender



Customer  Service:
1-866-486-7782

SENZA KENMORE LLC
C/O ICAP EQUITY LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE  WA  98006-1298

Last statement: August 31, 2023
This statement: September 30, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

## COMMUNITY BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account number | XXXXXX5536 | Beginning balance | $153,388.76 |
| Low balance | $153,388.76 | Deposits/Additions | $0.00 |
| Average balance | $153,388.76 | Withdrawals/Subtractions | $0.00 |
| Interest earned | $0.00 | Ending balance | $153,388.76 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 08-31 | 153,388.76 | 09-30 | 153,388.76 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

### Checks

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

Member FDIC          Equal Housing Lender          SBA Preferred Lender

C00002924006

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC    Equal Housing Lender    SBA Preferred Lender



Customer  Service:
1-866-486-7782

ICAP DEVELOPMENT LLC
C/O ICAP EQUITY
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE  WA  98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

** Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| Account number | XXXXXX5631 | Beginning balance | $548.49 |
| Low balance | $0.00 | Deposits/Additions | $0.00 |
| Average balance | $94.57 | Withdrawals/Subtractions | $548.49 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|------|-------------|--------------|
| 09-06 | Debit Memo | 548.49 |
| **Total Other Withdrawals/Subtractions** | | **$548.49** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08-31 | 548.49 | 09-06 | 0.00 | 09-29 | 0.00 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member FDIC          Equal Housing Lender 🏠          SBA Preferred Lender

C00003513440

23-01243-WLH11    Doc 107-2    Filed 10/25/23    Entered 10/25/23 15:44:15    Pg 45 of 84

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

Member FDIC          Equal Housing Lender          SBA Preferred Lender

C00003513440

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

   (1) Tell us your name and account number (if any).

   (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you
       believe there is an error or why you need more information.

   (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC          Equal Housing Lender 🏠          SBA Preferred Lender

C00003513440



Customer  Service:
1-866-486-7782

ICAP PACIFIC INCOME FUND 5, LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE WA 98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

** Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account number | XXXXXX5812 | Beginning balance | $1,843.92 |
| Low balance | $0.00 | Deposits/Additions | $0.00 |
| Average balance | $317.92 | Withdrawals/Subtractions | $1,843.92 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 1,843.92 |
| **Total Other Withdrawals/Subtractions** | | **$1,843.92** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 1,843.92 | 09-06 | 0.00 | 09-29 | 0.00 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

Member FDIC        Equal Housing Lender        SBA Preferred Lender
C00003246409

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

C00003246409

Member FDIC          Equal Housing Lender 🏠          SBA Preferred Lender



Customer  Service:
1-866-486-7782

ICAP PACIFIC INCOME FUND 4 LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE WA 98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

\*\* Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account number | XXXXXX6486 | Beginning balance | $1,719.52 |
| Low balance | $0.00 | Deposits/Additions | $0.00 |
| Average balance | $296.47 | Withdrawals/Subtractions | $1,719.52 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 1,719.52 |
| **Total Other Withdrawals/Subtractions** | | **$1,719.52** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 1,719.52 | 09-06 | 0.00 | 09-29 | 0.00 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

Member FDIC          Equal Housing Lender          SBA Preferred Lender

C00003153845

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC    Equal Housing Lender    SBA Preferred Lender

C00003153845



Customer  Service:
1-866-486-7782

ICAP REALTY LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE WA 98006-1298

Last statement: August 31, 2023
This statement: September 30, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

## COMMUNITY BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account number | XXXXXX6719 | Beginning balance | $72.46 |
| Low balance | $72.46 | Deposits/Additions | $0.00 |
| Average balance | $72.46 | Withdrawals/Subtractions | $7.00 |
| Interest earned | $0.00 | Ending balance | $65.46 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-30 | Service Charge For Maintenance Fee | 7.00 |
| **Total Other Withdrawals/Subtractions** | | **$7.00** |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 08-31 | 72.46 | 09-30 | 65.46 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member FDIC        Equal Housing Lender        SBA Preferred Lender

C00003326038

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

Member FDIC        Equal Housing Lender ⌂        SBA Preferred Lender
C00003326038

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.


UMPQUA BANK

Customer  Service:
1-866-486-7782

ICAP INVESTMENTS LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE WA 98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

** Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account number | XXXXXX6925 | Beginning balance | $249.35 |
| Low balance | $0.00 | Deposits/Additions | $0.00 |
| Average balance | $42.99 | Withdrawals/Subtractions | $249.35 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 249.35 |
| **Total Other Withdrawals/Subtractions** | | **$249.35** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 249.35 | 09-06 | 0.00 | 09-29 | 0.00 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))
Total Checks paid: 0 for **-$0.00**

Member FDIC    Equal Housing Lender    SBA Preferred Lender
C00001429420

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC    Equal Housing Lender    SBA Preferred Lender

C00001429420



Customer  Service:
1-866-486-7782

ICAP PACIFIC NORTHWEST OPPORTUNITY AND
INCOME FUND LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE WA 98006-1298

Last statement: August 31, 2023
This statement: September 30, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

## COMMUNITY BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account number | XXXXXX7220 | Beginning balance | $3,622.49 |
| Low balance | -$50.00 | Deposits/Additions | $0.00 |
| Average balance | $585.42 | Withdrawals/Subtractions | $3,679.49 |
| Interest earned | $0.00 | Ending balance | -$57.00 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 3,622.49 |
| 09-20 | Maintenance Fee Multi User Busines S Online Banking For 08/23 | 50.00 |
| 09-30 | Service Charge For Maintenance Fee | 7.00 |
| **Total Other Withdrawals/Subtractions** | | **$3,679.49** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 3,622.49 | 09-20 | -50.00 | 09-30 | -57.00 |
| 09-06 | 0.00 | | | | |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member FDIC          Equal Housing Lender          SBA Preferred Lender
C00001454667

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

Member FDIC          Equal Housing Lender          SBA Preferred Lender

C00001454667

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.



Customer  Service:
1-866-486-7782

ICAP PACIFIC NW MANAGEMENT LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE WA 98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

> To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

** Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account number | XXXXXX7279 | Beginning balance | $1,230.83 |
| Low balance | $0.00 | Deposits/Additions | $0.00 |
| Average balance | $212.21 | Withdrawals/Subtractions | $1,230.83 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 1,230.83 |
| **Total Other Withdrawals/Subtractions** | | **$1,230.83** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 1,230.83 | 09-06 | 0.00 | 09-29 | 0.00 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

Member FDIC          Equal Housing Lender 🏠          SBA Preferred Lender

C00001454758

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC    Equal Housing Lender    SBA Preferred Lender

C00001454758



Customer  Service:
1-866-486-7782

SENZA KENMORE LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE WA 98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

** Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| Account number | XXXXXX7397 | Beginning balance | $429.29 |
|---|---|---|---|
| Low balance | $0.00 | Deposits/Additions | $0.00 |
| Average balance | $74.02 | Withdrawals/Subtractions | $429.29 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 429.29 |
| **Total Other Withdrawals/Subtractions** | | **$429.29** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 429.29 | 09-06 | 0.00 | 09-29 | 0.00 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member FDIC          Equal Housing Lender          SBA Preferred Lender

C00002924006

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

C00002924006

Member FDIC      Equal Housing Lender 🏠      SBA Preferred Lender

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.



Customer  Service:
1-866-486-7782

VH WILLOWS TOWNHOMES LLC
3535 FACTORIA BLVD SE SUITE 500
BELLEVUE  WA  98006-1298

Last statement: August 31, 2023
This statement: September 30, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

## COMMUNITY BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account number | XXXXXX7528 | Beginning balance | $2,174.93 |
| Low balance | $0.00 | Deposits/Additions | $496.29 |
| Average balance | $627.18 | Withdrawals/Subtractions | $2,181.93 |
| Interest earned | $0.00 | Ending balance | $489.29 |

### ACH and Electronic Deposits/Additions

| Date | Description | Additions |
|---|---|---|
| 09-15 | ACH Credit Wpm Owner Op Owner Paym 20230915 | 496.29 |
| **Total ACH and Electronic Deposits/Additions** | | **$496.29** |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 77.93 |
| 09-06 | Debit Memo | 2,097.00 |
| 09-30 | Service Charge For Maintenance Fee | 7.00 |
| **Total Other Withdrawals/Subtractions** | | **$2,181.93** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 2,174.93 | 09-15 | 496.29 | 09-30 | 489.29 |
| 09-06 | 0.00 | | | | |

Member FDIC          Equal Housing Lender ⌂          SBA Preferred Lender
C00003418127

**Overdraft Fee Summary**

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for -**$0.00**

Member FDIC        Equal Housing Lender        SBA Preferred Lender

C00003418127

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC      Equal Housing Lender      SBA Preferred Lender

C00003418127



Customer  Service:
1-866-486-7782

VH SENIOR CARE LLC
C/O ICAP EQUITY LLC
3535 FACTORIA BLVD SE #500
BELLEVUE  WA  98006-1298

Last statement: August 31, 2023
This statement: September 29, 2023

To enhance security beginning August 1st, account numbers will be masked (hidden) on paper and electronic statements.  Full account numbers can be viewed via online banking.

** Closed Account - Final Statement

## COMMUNITY BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account number | XXXXXX9095 | Beginning balance | $14,575.98 |
| Low balance | $0.00 | Deposits/Additions | $0.00 |
| Average balance | $2,513.10 | Withdrawals/Subtractions | $14,575.98 |
| Interest earned | $0.00 | Ending balance | $0.00 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Debit Memo | 14,575.98 |
| **Total Other Withdrawals/Subtractions** | | **$14,575.98** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 14,575.98 | 09-06 | 0.00 | 09-29 | 0.00 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member FDIC     Equal Housing Lender 🏠     SBA Preferred Lender

C00003487709

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))
Total Checks paid: 0 for **-$0.00**

Member FDIC        Equal Housing Lender 🏠        SBA Preferred Lender
C00003487709

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC          Equal Housing Lender          SBA Preferred Lender


**UMPQUA BANK**

## Deposit Account Reporting

# Deposit Accounts Activity Summary

| | |
|---|---|
| Report Created: | 10/23/2023 05:24:57 PM (ET) |
| Account: | COMMUNITY BUSINESS CHECKING - Checking - 123205054 - *9334 - Available ($22.50) |
| Date Range: | 08/01/2023 to 10/23/2023 |
| Transaction Types: | All Transactions |
| Detail Option: | Includes transaction detail |
| Total By Day: | Includes total by day within the selected date range |

### COMMUNITY BUSINESS CHECKING - Checking - 123205054 - *9334 - Available ($22.50)

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Ending Balance |
|---|---|---|---|---|---|---|
| 09/25/2023 | 210000925154703 | | MISCELLANEOUS DEBIT UNDELIVERABLE DEP STATEMENT FEE | $5.00 | | ($22.50) |
| 09/25/2023 | Total Calculated Debits (1 item) | | | $5.00 | | |
| 09/14/2023 | | | MISCELLANEOUS DEBIT OUTGOING WIRE FEE | $17.50 | | ($17.50) |
| 09/14/2023 | 7000914142959 | | OUTGOING MONEY TRANSFER BOB DOMESTIC ACCT#      9334 ICAP ENTERPRISES BOFI FEDERAL BANK TRANSF ER FUNDS TO ICAP ENTERPRISES AX | $111,571.97 | | |
| 09/14/2023 | Total Calculated Debits (2 items) | | | $111,589.47 | | |
| 09/06/2023 | 2071864990 | | UNIVERSAL DEBIT | $10,990.96 | | $111,571.97 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/06/2023 | Total Calculated Debits (1 item) | | | $10,990.96 | | |
| 09/06/2023 | 2071632555 | | UNIVERSAL CREDIT | | $5.51 | |
| 09/06/2023 | 2071643290 | | UNIVERSAL CREDIT | | $77.93 | |
| 09/06/2023 | 2071634215 | | UNIVERSAL CREDIT | | $79.00 | |
| 09/06/2023 | 2071634000 | | UNIVERSAL CREDIT | | $147.75 | |
| 09/06/2023 | 2071634175 | | UNIVERSAL CREDIT | | $167.60 | |
| 09/06/2023 | 2071633005 | | UNIVERSAL CREDIT | | $191.87 | |
| 09/06/2023 | 2071634010 | | UNIVERSAL CREDIT | | $249.35 | |
| 09/06/2023 | 2071634595 | | UNIVERSAL CREDIT | | $318.00 | |
| 09/06/2023 | 2071637470 | | UNIVERSAL CREDIT | | $351.90 | |
| 09/06/2023 | 2071636055 | | UNIVERSAL CREDIT | | $354.48 | |
| 09/06/2023 | 2071636530 | | UNIVERSAL CREDIT | | $429.29 | |
| 09/06/2023 | 2071634060 | | UNIVERSAL CREDIT | | $452.17 | |
| 09/06/2023 | 2071634625 | | UNIVERSAL CREDIT | | $548.49 | |
| 09/06/2023 | 2071637415 | | UNIVERSAL CREDIT | | $819.28 | |
| 09/06/2023 | 2071634470 | | UNIVERSAL CREDIT | | $1,230.83 | |
| 09/06/2023 | 2072222960 | | UNIVERSAL CREDIT | | $1,447.68 | |
| 09/06/2023 | 2071637220 | | UNIVERSAL CREDIT | | $1,698.53 | |
| 09/06/2023 | 2071634575 | | UNIVERSAL CREDIT | | $1,719.52 | |
| 09/06/2023 | 2071637095 | | UNIVERSAL CREDIT | | $1,843.92 | |
| 09/06/2023 | 2071633175 | | UNIVERSAL CREDIT | | $2,065.33 | |
| 09/06/2023 | 2072228485 | | UNIVERSAL CREDIT | | $2,097.00 | |
| 09/06/2023 | 2071632655 | | UNIVERSAL CREDIT | | $2,360.79 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/06/2023 | 2071637640 | | UNIVERSAL CREDIT | | | $3,622.49 | |
| 09/06/2023 | 2071634460 | | UNIVERSAL CREDIT | | | $3,777.86 | |
| 09/06/2023 | 2071634480 | | UNIVERSAL CREDIT | | | $10,990.96 | |
| 09/06/2023 | 2071635235 | | UNIVERSAL CREDIT | | | $11,798.91 | |
| 09/06/2023 | 2071635605 | | UNIVERSAL CREDIT | | | $13,516.76 | |
| 09/06/2023 | 2071643280 | | UNIVERSAL CREDIT | | | $14,575.98 | |
| 09/06/2023 | 2071635035 | | UNIVERSAL CREDIT | | | $45,641.25 | |
| 09/06/2023 | Total Calculated Credits (29 items) | | | | | $122,580.43 | |
| 08/30/2023 | | | MISCELLANEOUS DEBIT OUTGOING WIRE FEE | $17.50 | | | ($17.50) |
| 08/30/2023 | 7000830163348 | | OUTGOING MONEY TRANSFER BOB DOMESTIC ACCT#        9334 ICAP ENTERPRISES, INC BOFI FEDERAL BANK T RANSFER TO NEW ACCOUNT | $165,216.46 | | | |
| 08/30/2023 | Total Calculated Debits (2 items) | | | $165,233.96 | | | |
| 08/28/2023 | 2067616745 | | UNIVERSAL CREDIT | | | $152,000.00 | $165,216.46 |
| 08/28/2023 | Total Calculated Credits (1 item) | | | | | $152,000.00 | |
| 08/24/2023 | | | MISCELLANEOUS DEBIT OUTGOING WIRE FEE | $17.50 | | | $13,216.46 |
| 08/24/2023 | 7000824163732 | | OUTGOING MONEY TRANSFER BOB DOMESTIC ACCT#        9334 SERENE INVESTMENT MANAGEMENT, LLC JPMORGA N CHASE BANK, N.A. DIP ADVANCE | $50,000.00 | | | |
| 08/24/2023 | Total Calculated Debits (2 items) | | | $50,017.50 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/21/2023 | KAVI MARKETPLACE IN | | PREAUTHORIZED ACH DEBIT KAVI MARKETPLACE INS PREM 6926 EFT WITHDRAWAL FORINSURANCE PREMIUM S | $9,618.28 | | $63,233.96 |
| 08/21/2023 | Total Calculated Debits (1 item) | | | $9,618.28 | | |
| 08/17/2023 | CAPITAL ONE ON | | PREAUTHORIZED ACH DEBIT CAPITAL ONE ONLINE PMT 3S64WSPWQLI14ZV 20230816 | $37,147.76 | | $72,852.24 |
| 08/17/2023 | Total Calculated Debits (1 item) | | | $37,147.76 | | |
| 08/16/2023 | | | UNIVERSAL CREDIT | | $110,000.00 | $110,000.00 |
| 08/16/2023 | Total Calculated Credits (1 item) | | | | $110,000.00 | |
| 10/23/2023 | Totals | | | $384,602.93 | $384,580.43 | |

Showing 1 - 1 of 1



| September 01, 2023 - September 30, 2023 |
|---|
| Account: *9234 (Operating) |

| | |
|---|---:|
| Available Balance | $15,001.94 |
| Opening Ledger Balance | $1.94 |
| Collected Balance | $15,001.94 |
| Current Balance | $15,001.94 |
| Closing Ledger | $15,001.94 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $15,000.00 |
| Last Deposit Date | 09/29/2023 |
| Credit Line / Overdraft Amount | $0.00 |

| Posted Date | Description | Check Number | Credit | Debit |
|---|---|---|---|---|
| 09/29/2023 | Electronic Transfer Credit | | $15,000.00 | |
| | From DDA *0547,To DDA *9234 | | | |
| 09/15/2023 | Domestic Wire Transfer - DL | | | $58,295.00 |
| | Domestic Wire Transfer-DL | | | |
| | Buchalter APC | | | |
| | 121002042 | | | |
| | 7271 | | | |
| | 1000 Wilshire Blvd, #1500 | | | |
| | Los Angeles, CA 90017 UNITED S | | | |
| | California Bank an | | | |
| | 20230915MMQFMP9N000786 | | | |
| | 20230915L4B74B1C000786 | | | |
| | 09151821FT03 | | | |
| 09/15/2023 | Domestic Wire Transfer - DL | | | $58,295.00 |
| | Domestic Wire Transfer-DL | | | |
| | Paladin Management Group, LLC | | | |
| | 026009593 | | | |
| | 3229 | | | |
| | 633 W. 5th Street, 26th Floor | | | |
| | Los Angeles, CA 90071 UNITED S | | | |
| | Bank of America | | | |
| | 20230915MMQFMP9N000784 | | | |
| | 20230915B6B7HU3R018762 | | | |
| | 09151817FT03 | | | |
| 09/14/2023 | Wire Transfer Credit | | $111,571.97 | |
| | Wire Transfer Credit | | | |
| | ICAP ENTERPRISES INC | | | |
| | 3535 FACTORIA BLVD SE SUITE 50 | | | |
| | BELLEVUE, WA 98006-1298 | | | |

|  |  |  |
|---|---|---|
|  | TRANSFER FUNDS TO ICAP ENTERPR |  |
|  | AXOS ACCT |  |
|  | 20230914MMQFMPGD000626 |  |
|  | 20230914MMQFMP9N000297 |  |
|  | 09141530FT03 |  |
| 09/07/2023 | Domestic Wire Transfer - DL | $10,196.49 |
|  | Domestic Wire Transfer-DL |  |
|  | Chris Jones Architectn |  |
|  | 325070760 |  |
|  | 7038 |  |
|  | 509 Olive Way, Suite 1416 |  |
|  | Seattle, WA 98101 UNITED STATE |  |
|  | JP Morgan Chase |  |
|  | 20230907MMQFMP9N000535 |  |
|  | 20230907B1QGC01R096602 |  |
|  | 09071704FT03 |  |
| 09/01/2023 | Wire Transfer Debit | $75,000.00 |
|  | Wire Transfer Debit |  |
|  | PALADIN MANAGEMENT GROUP, LLC |  |
|  | 026009593 |  |
|  | 3229 |  |
|  | BK AMER NYC |  |
|  | NEW YORK NY |  |
|  | 20230901MMQFMP9N000826 |  |
|  | 20230901B6B7HU2R022572 |  |
|  | 09011754FT03 |  |
| 09/01/2023 | Wire Transfer Debit | $75,000.00 |
|  | Wire Transfer Debit |  |
|  | BUCHALTER APC |  |
|  | 121002042 |  |
|  | 7271 |  |
|  | CAL BK & TRUST |  |
|  | SAN FRANCISCO CA |  |
|  | REF: BOLLINGER |  |
|  | 20230901MMQFMP9N000548 |  |
|  | 20230901L4B74B1C000735 |  |
|  | 09011523FT03 |  |

## Account: *0539 (725 Broadway, LLC)

| | |
|---|---|
| Available Balance | $0.00 |
| Opening Ledger Balance | $0.00 |
| Collected Balance | $0.00 |
| Current Balance | $0.00 |
| Closing Ledger | $0.00 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $0.00 |
| Last Deposit Date | |
| Credit Line / Overdraft Amount | $0.00 |

| | |
|---|---:|
| Available Balance | $12,351.50 |
| Opening Ledger Balance | $55,411.50 |
| Collected Balance | $12,351.50 |
| Current Balance | $12,351.50 |
| Closing Ledger | $12,351.50 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $1,342.98 |
| Last Deposit Date | 09/20/2023 |
| Credit Line / Overdraft Amount | $0.00 |

| Posted Date | Description | Check Number | Credit | Debit |
|---|---|---|---|---:|
| 09/29/2023 | Domestic Wire Transfer - DL | | | $15,000.00 |
| | Domestic Wire Transfer-DL | | | |
| | TriTalent Funding Group | | | |
| | 123000220 | | | |
| | 8937 | | | |
| | 8555 SW Apple Way | | | |
| | Suite 330 UNITED STATES | | | |
| | US Bank | | | |
| | 20230929MMQFMP9N000659 | | | |
| | 20230929L3LF151C008507 | | | |
| | 09291600FT03 | | | |
| 09/29/2023 | Domestic Wire Transfer - DL | | | $10,000.00 |
| | Domestic Wire Transfer-DL | | | |
| | Socotra Capital | | | |
| | 121133416 | | | |
| | 7815 | | | |
| | 2208 29th Street | | | |
| | Suite 100 | | | |
| | Sacramento UNITED STATES | | | |
| | River City Bank | | | |
| | 20230929MMQFMP9N000704 | | | |
| | 20230929MMQFMPIT000053 | | | |
| | 09291630FT03 | | | |
| 09/29/2023 | Domestic Wire Transfer - DL | | | $3,060.00 |
| | Domestic Wire Transfer-DL | | | |
| | Nickisha Haine | | | |
| | 121000248 | | | |
| | 2331 | | | |
| | UNITED STATES | | | |
| | Wells Fargo | | | |
| | 20230929MMQFMP9N000656 | | | |
| | 20230929I1B7031R045879 | | | |
| | 09291559FT03 | | | |
| 09/29/2023 | Electronic Transfer Debit | | | $15,000.00 |
| | From DDA *0547,To DDA *9234 | | | |
| 09/20/2023 | Domestic Wire Transfer - DL | | | $11,951.74 |

Domestic Wire Transfer-DL
Teal Group Technologies LLC
325070760
     3430
19438 185th Ave SE
Suite 100
Renton, WA 98058 UNITED STATES
JP Morgan Chase
20230920MMQFMP9N000676
20230920B1QGC01R090138
09201718FT03

| Date | Description | | Amount |
|------|------|------|------|
| 09/20/2023 | Domestic Wire Transfer - DL | | $6,346.50 |

Domestic Wire Transfer-DL
Nickisha Haine
121000248
     2331
UNITED STATES
Wells Fargo
20230920MMQFMP9N000674
20230920I1B7033R020687
09201716FT03

| Date | Description | Amount | |
|------|------|------|------|
| 09/20/2023 | Wire Transfer Credit | $1,342.98 | |

Wire Transfer Credit
CHICAGO TITLE COMPANY
ESCROW TRUST ACCOUNT
4210 RIVERWALK PKWY STE 200
RIVERSIDE, CA 92505-3313
FN-00198235 PO-. REFUND OVERAG
ECORDING FEES PROPADDR-716-731
DWAY
20230920L2B77Q1C000387
20230920MMQFMP9N000078
09201009FT03

| Date | Description | | Amount |
|------|------|------|------|
| 09/19/2023 | Domestic Wire Transfer - DL | | $4,000.00 |

Domestic Wire Transfer-DL
Nash & Associates Architects
125000105
     2821
8003 118th Ave NE
Kirkland, WA 98033 UNITED STAT
US Bank
20230919MMQFMP9N000476
20230919L3LF151C005246
09191644FT03

| Date | Description | | Amount |
|------|------|------|------|
| 09/19/2023 | Domestic Wire Transfer - DL | | $2,173.91 |

Domestic Wire Transfer-DL
Vera Rohlfing
125000105
     0186
1420 NW Gilman Blvd
#2108
Issaquah, WA 98027-5394 UNITED
US Bank

20230919MMQFMP9N000478
20230919L3LF151C005268
09191645FT03

| | | |
|---|---|---|
| 09/18/2023 | Domestic Wire Transfer - DL | $4,238.88 |

Domestic Wire Transfer-DL
Accounting Seed, Inc.
021000021
 0099
UNITED STATES
JP Morgan Chase
20230918MMQFMP9N000347
20230918B1QGC01R082261
09181628FT03

| | | |
|---|---|---|
| 09/15/2023 | Domestic Wire Transfer - DL | $166,726.00 |

Domestic Wire Transfer-DL
Paladin Management Group, LLC
026009593
 3229
633 W. 5th Street, 26th Floor
Los Angeles, CA 90071 UNITED S
Bank of America
20230915MMQFMP9N000295
20230915B6B7HU4R010615
09151301FT03

| | | |
|---|---|---|
| 09/15/2023 | Domestic Wire Transfer - DL | $5,000.00 |

Domestic Wire Transfer-DL
BMC Group Inc
121143260
 5027
600 First Avenue
Seattle, WA 98104 UNITED STATE
Bridge Bank
20230915MMQFMP9N000785
20230915MMQFMPXM001810
09151819FT03

| | | |
|---|---|---|
| 09/14/2023 | Domestic Wire Transfer - DL | $166,726.00 |

Domestic Wire Transfer-DL
Buchalter APC
121002042
 17271
1000 Wilshire Blvd, #1500
Los Angeles, CA 90017 UNITED S
California Bank an
20230914MMQFMP9N000668
20230914L4B74B1C000716
09141737FT03

| | | |
|---|---|---|
| 09/14/2023 | Wire Transfer Credit | $421,231.55 |

Wire Transfer Credit
CHICAGO TITLE COMPANY
ESCROW TRUST ACCOUNT
4210 RIVERWALK PKWY STE 200
RIVERSIDE, CA 92505-3313
FN-00198235 PO-- BORROWER PROC

15-775 BROADWAY, TACOMA WA AND
CAMPBELL WAY, BREMERTON WA PRO
-716-731 BROADWAY
20230913L2B77Q1C002397
20230913MMQFMP9N000293
09131538FT03

**Account: *1438 (VH 2nd Street Office LLC)**

Not Reported

Report Generated on: 10/18/23 07:32:57 AM