UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>iCap Enterprises, Inc., et al.,<br><br>Debtors, | Case No. 23-01243-WLH11<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), Foster Garvey PC and Jason M. Ayres hereby appear as counsel for Umpqua Bank, in the above-referenced bankruptcy proceeding and request that all notices, pleadings, and information filings sent to any person or entity in connection with this proceeding subsequent to the filing of this Request, including all notices sent pursuant to Bankruptcy Rule 2002, be sent to the undersigned attorneys for Umpqua Bank.

DATED this 27th day of November, 2023.

FOSTER GARVEY PC

By /s/ Jason M. Ayres
Jason M. Ayres, WSBA #39141
121 SW Morrison St, Suite 1100
Portland, OR 97204
(503) 228-3939
jason.ayres@foster.com

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE- 1

FOSTER GARVEY P.C.
eleventh floor
121 sw morrison street
portland, oregon 97204-3141
(503) 228-3939

23-01243-WLH11    Doc 190    Filed 11/27/23    Entered 11/27/23 17:11:19    Pg 1 of 2

# CERTIFICATE OF SERVICE

I hereby certify on November 27, 2023, I electronically filed the foregoing NOTICE OF APPEARNCE AND REQUEST FOR SPECIAL NOTICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

- **Jesse Baker**   ecfwaeb@aldridgepite.com, jbaker@aldridgepite.com;JPB@ecf.inforuptcy.com
- **John Bender**   jbender@corrcronin.com, tuy@corrcronin.com
- **Douglas R Cameron**   dcameron@hansonbaker.com, hwatson@hansonbaker.com
- **Matthew J Campos**   mcampos@mcnaul.com, NHEDGES@MCNAUL.COM
- **Zachary A. Cooper**   zachary.cooper@millernash.com, edgar.rosales@millernash.com
- **Gary W Dyer**   Gary.W.Dyer@usdoj.gov
- **Michael M Feinberg**   mfeinberg@karrtuttle.com, rmoreau@karrtuttle.com;asier@karrtuttle.com
- **Julian Gurule**   jgurule@buchalter.com, smartin@buchalter.com,docket@buchalter.com
- **Armand J Kornfeld**   jkornfeld@bskd.com, psutton@bskd.com;psutton@ecf.courtdrive.com;vbraxton@bskd.com;vbraxton@ecf.courtdrive.com;mbeck@bskd.com;mbeck@ecf.courtdrive.com;dlevitin@bskd.com;dlevitin@ecf.courtdrive.com;jkornfeld@ecf.courtdrive.com
- **Darren R Krattli**   dkrattli@eisenhowerlaw.com, jfernando@eisenhowerlaw.com
- **Garrett S Ledgerwood**   Garrett.Ledgerwood@MillerNash.com
- **Dakota Pearce**   dpearce@buchalter.com, docket@buchalter.com;smartin@buchalter.com;marias@buchalter.com
- **Rogelio Omar Riojas**   riojas@goldfarb-huck.com, marze@goldfarb-huck.com
- **Vadim J Rubinstein**   vrubinstein@loeb.com, gmacarol@loeb.com
- **J. Todd Tracy**   todd@thetracylawgroup.com, ecf@thetracylawgroup.com
- **US Trustee**   USTP.REGION18.SP.ECF@usdoj.gov
- **Jason E Wax**   jwax@bskd.com, psutton@bskd.com;psutton@ecf.courtdrive.com;vbraxton@bskd.com;vbraxton@ecf.courtdrive.com;mbeck@bskd.com;mbeck@ecf.courtdrive.com;dlevitin@bskd.com;dlevitin@ecf.courtdrive.com;jwax@ecf.courtdrive.com
- **Alan J Wenokur**   alan@wrlawgroup.com, assistant@wrlawgroup.com
- **Aimee S Willig**   awillig@bskd.com, psutton@bskd.com;psutton@ecf.courtdrive.com;vbraxton@bskd.com;vbraxton@ecf.courtdrive.com;mbeck@bskd.com;mbeck@ecf.courtdrive.com;dlevitin@bskd.com;dlevitin@ecf.courtdrive.com;awillig@ecf.courtdrive.com

DATED this 27th day of November, 2023.

*/s/ Jason M. Ayres*
Jason M. Ayres, WSBA #39141

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE- 2

FOSTER GARVEY P.C.
*eleventh floor*
*121 sw morrison street*
*portland, oregon 97204-3141*
*(503) 228-3939*

23-01243-WLH11    Doc 190    Filed 11/27/23    Entered 11/27/23 17:11:19    Pg 2 of 2