ARMAND J. KORNFELD, WSBA #17214
AIMEE S. WILLIG, WSBA #22859
JASON WAX, WSBA #41944
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101-2373
Tel:  (206) 292-2110
Emails:  jkornfeld@bskd.com
awillig@bskd.com
jwax@bskd.com
Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re

ICAP ENTERPRISES, INC., et al.,

Debtors.[1]

No. 23-01243-WLH11
(Jointly Administered)

SECOND MONTHLY FEE APPLICATION OF BUSH KORNFELD LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

SECOND MONTHLY FEE APPLICATION– Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Bush Kornfeld LLP (the "Firm") submits this Monthly Fee Application Request for Compensation and Reimbursement of Expenses for the Period of November 1, 2023 through November 30, 2023 ("the Application" and the "Application Period" respectfully for work performed for the Official Committee of Unsecured Creditors ("Committee"). In support of the Application, the Firm respectfully represents as follows:

The Firm is counsel to the Committee. The Firm hereby applies to the court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

1. The Firm billed a total of $106,822.54 in fees and expenses during the Application Period. The total fees represent 198.20 hours during the period covered by this Application. The fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 11/01/2023 to 11/30/2023 | $106,802.50 | $20.04 | $106,822.54 |

2. Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $106,822.54 at this time. This total is comprised of $106,802.50 (the fees for services rendered) plus $20.04 (the expenses incurred). The Firm will only apply 80% of the fees paid to outstanding invoices and will hold the additional 20% of the fees in trust pending approval of such fees through a quarterly interim fee application.

3. This is the second monthly fee application of the Firm. Accordingly, to date, the firm has not been paid post-petition and is not holding any amounts in trust.

SECOND MONTHLY FEE APPLICATION– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

4.      Attached as **Exhibit A** to this Application is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional.  Attached as **Exhibit B** to this Application are detailed time and expense statements for the Application Period.

5.      The Firm has served a copy of this Application on the applicable Notice Parties.  The Application was mailed by first class mail, postage prepaid on or about January 17, 2024.  Notice of the filing of this Application was served on the foregoing parties as well as any party who has requested special notice in these chapter 11 cases as of the date of this Notice.

6       Pursuant to this court's *Order Granting Debtors' Motion for Order Establishing Interim Fee Application and Expense Reimbursement Procedures* that was entered on or about November 17, 2023, ("Compensation Procedures Order"). the Debtors are authorized to make payment requested herein without a further hearing or order of this court unless an objection to this Application is filed with the court and served upon the Notice Parties within 14 calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtors are authorized, but not direct to pay 100% of the uncontested fees and expenses without further order of this court.  If no objection is filed, the Debtors are authorized, but not directed to pay 00% of all fees and expenses requested in the Application without further order of the court; provided, however, that in either case, the Firm will hold 20% of the amount of the fees paid in trust pending approval of such fees through a quarterly interim fee application.

SECOND MONTHLY FEE APPLICATION– Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

7.     The interim compensation and reimbursement of expenses sought in this Application are not final.  Upon the conclusion of these cases, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in these cases.  Any interim fees or reimbursement of expenses approved by this court and received the Firm (along with any retainer) will be credited against such final fees and expenses and may be allowed by this court.

The Firm respectfully requests that the Debtors pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the Compensation Procedures Order.

DATED this 17th day of January, 2024.


BUSH KORNFELD LLP


By  /s/ Armand J. Kornfeld
Armand J. Kornfeld, WSBA #17214
Aimee S. Willig, WSBA #22859
Jason Wax, WSBA #41944
*Attorneys for The Official Unsecured Creditors Committee*

SECOND MONTHLY FEE APPLICATION– Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha13kv01e9

# EXHIBIT A

| Timekeeper | Rate | Total Hours | Total Fees |
|---|---|---|---|
| Armand J. Kornfeld | $625.00 | 86.90 | $54,312.50 |
| Aimee S. Willig | $525.00 | 66.10 | $33,705.00 |
| Jason Wax | $425.00 | 48.20 | $18,785.00 |
| **Total** | | **198.20** | **$106,802.50** |

ha17de01x0

# EXHIBIT B

**Bush Kornfeld LLP**
601 Union St., Suite 5000
Seattle, WA 98101-2373

Phone (206) 292-2110; Fax 292-2104
Federal Tax I.D. #91-1560644

ICAP CREDITORS COMMITTEE                                            Invoice # 24344
[via email]

In Reference To: OUR CLIENT MATTER NO: 2760-20231
                 General

**TOTAL PROFESSIONAL FEES AND EXPENSES PER DETAIL BELOW**          $106,822.54

Professional services

|  |  | | Hours | Amount |
|---|---|---|---|---|
| | | **ASSET ANALYSIS** | | |
| 11/2/2023 | ASW | Emails with D. Katz re title reports. | 0.20 | 105.00 |
| | ASW | Review title report property list and real property lien lists. | 0.30 | 157.50 |
| | AJK | Video conference with CRO Team, Real Estate candidates, Committee Professionals re real estate advisory issues. | 1.50 | 937.50 |
| 11/6/2023 | ASW | Review of 725 Broadway title report and memo re same. | 0.80 | 420.00 |
| 11/7/2023 | ASW | Attend CRO call re tasks allocations and case issues. | 1.60 | 840.00 |
| | AJK | Review summary of details regarding property transaction and potential issues and claims. | 0.30 | 187.50 |
| 11/9/2023 | JW | Research entities, individuals, and transactions related to debtors to discover potential assets and litigation targets. | 0.70 | 297.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/11/2023 | AJK | Review Vault SEC filings (.6); Complete related research and investigation re same (.6). | 1.20 | 750.00 |
| 11/12/2023 | AJK | Review and compare Vault Pioneer property with Invalus Pioneer Property (.2); Review Vault Deed of Trust against same (.2). | 0.40 | 250.00 |
| 11/13/2023 | JW | Analyze and annotate list of properties provided by CRO, including chain of title and financing issues. | 3.50 | 1,487.50 |
| | AJK | Conference with J. Watts re real estate transaction and title analysis (.6); Review title analysis on specific real estate (.4); Telephone call with J. Bender re specific real estate issues (.2). | 1.20 | 750.00 |
| 11/14/2023 | AJK | Conference Call with Work Group re review of historical and related transactions/documents, etc. (1.3); Telephone call with J. Bender re same (.3); Review documents from S. Freeman re analysis of certain real estate issues. (.2). | 1.80 | 1,125.00 |
| 11/15/2023 | JW | Begin compiling list of brokers who worked with iCap. | 0.30 | 127.50 |
| | ASW | Review 2nd St. Deed of Trust and Amendments and edits to DIP memos. | 0.60 | 315.00 |
| | AJK | Telephone call to J. Bender re analysis of real estate and related financial issues (.2); Read Colpitts summary of issues (.2); Email CRO Team re real estate issues (.2); Emails with CRO Team re real estate issues (.2); Telephone call with CRO re same (.1). | 0.90 | 562.50 |
| 11/16/2023 | JW | Preliminary review of Enterprises SOFA. | 0.30 | 127.50 |
| | JW | Conference with A. J. Kornfeld re: certain disclosures made in iCap Enterprises SOFA. | 0.10 | 42.50 |
| | ASW | Video call with committee professionals re creation and status of tasks. | 1.10 | 577.50 |

|  |  | Hours | Amount |
|---|---|---|---|
| 11/16/2023 AJK | Telephone Conference with Committee Professionals re analysis of various real estate-related issues (1.1); Video Conference L. Miller and J. Gurule re specific issues related to Schedules and Statement of Financial Affairs (.8). | 1.90 | 1,187.50 |
| 11/17/2023 AJK | Read summary of iCap operations and specific financial details from CRO (.2); Review iCap information re historical forecast and related financial information (.5). | 0.70 | 437.50 |
| 11/18/2023 AJK | Emails with L. Miller and J. Gurule re real estate analysis issues. | 0.10 | 62.50 |
| 11/21/2023 AJK | Review numerous documents, financial reports, accounting information, real estate information contained in Debtor's records re potential issues, assets and recoveries (2.9); Emails with Committee Professionals re same (.5); Telephone call with J. Bender re same (.5); Telephone call L. Miller and J. Gurule re same (.6). | 4.50 | 2,812.50 |
| 11/22/2023 AJK | Conference Call with Committee Professionals re work focus, asset review and strategy (.8); Telephone call with L. Miller re C. Christensen and other pending issues (.4). | 1.20 | 750.00 |
| 11/27/2023 AJK | Emails with L. Miller re witness interview issues (.2); Review iCap documents and reports re operations, intercompany transfers, financial history (1.6). | 1.80 | 1,125.00 |
| 11/28/2023 AJK | Review emails, documents, other data re broker issues (.9); Telephone conference with J. Bender re same (.4); Emails with CRO team re same (.2); Weekly call with committee professionals re pending issues/tasks/strategy (1.0). | 2.50 | 1,562.50 |
| 11/29/2023 AJK | Telephone conference with J. Bender re identification of potential recovery sources/strategy. | 0.60 | 375.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/30/2023 | ASW | Conference call with Committee professionals re tasks, progress, planning. | 0.80 | 420.00 |
| | ASW | Review emails with financial advisor and CRO team re history of transactions and potential substantive consolidation analysis. | 0.40 | 210.00 |
| | AJK | Call with committee professionals re status of document/info review and task list/action items (.8); Telephone conference with J. Bender re same (.2); Review list of iCap real estate transactions (.2); Review Christensen tax returns (.3). | 1.50 | 937.50 |
| | SUBTOTAL: | | [    32.80 | 18,940.00] |

CONTRACTS/LEASES

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/1/2023 | ASW | Review pleadings re Christensen consulting contract and conference with A. J. Kornfeld re same. | 0.70 | 367.50 |
| 11/3/2023 | ASW | Review revised order re C. Christensen consulting agreement and conference with A. J. Kornfeld re same. | 0.20 | 105.00 |
| | SUBTOTAL: | | [    0.90 | 472.50] |

DISCLOSURE STATEMENT AND PLAN PROCESS

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/8/2023 | JW | Begin preparing outline of potential plan provisions. | 0.70 | 297.50 |
| 11/30/2023 | AJK | Review case law re key plan issue (.9); Review template for analysis of same (.2). | 1.10 | 687.50 |
| | SUBTOTAL: | | [    1.80 | 985.00] |

EMPLOYMENT AND FEE APPLICATION OBJECTIONS

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/1/2023 | JW | Continue drafting employment application and supporting documents for financial advisor B. Riley. | 1.00 | 425.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/1/2023 | JW | Call with Seth Freeman of B. Riley re: issues related to employment application. | 0.50 | 212.50 |
| 11/2/2023 | JW | Continue revising employment applications and supporting documents for Bush Kornfeld, B. Riley, and Corr Cronin. | 0.80 | 340.00 |
| | JW | Exchange emails with Seth and Mike at B. Riley re: draft employment documents. | 0.20 | 85.00 |
| 11/3/2023 | JW | Telephone call with Gary Dyer re: Committee professional employment applications. | 0.10 | 42.50 |
| | JW | Revisions to Bush Kornfeld employment application and supporting documents. | 0.50 | 212.50 |
| | JW | Conference with A. J. Kornfeld re: employment application details. | 0.50 | 212.50 |
| | JW | Exchange emails with Gary Dyer re: employment application details. | 0.30 | 127.50 |
| | JW | Exchange emails with S. Freeman and M. Issa at B. Riley re: disclosures in employment application. | 0.30 | 127.50 |
| | JW | Continue revising employment applications for Bush Kornfeld, Corr Cronin, and B. Riley. | 2.50 | 1,062.50 |
| | JW | Two calls with John Bender re: employment application details and exchange follow up emails re: same. | 0.50 | 212.50 |
| 11/6/2023 | JW | Continue revisions to employment applications and supporting documents for Bush Kornfeld, Corr Cronin, and B. Riley (1.0); Exchange emails with John Bender at Corr Cronin, and S. Freeman and M. Issa at B. Riley re: same (.6); Exchange emails with committee chairs re: same (.2). | 1.80 | 765.00 |
| | SUBTOTAL: | [ | 9.00 | 3,825.00] |

|  |  |  | Hours | Amount |
|---|---|---|---|---|

### EMPLOYMENT OF PROFESSIONALS

| 11/1/2023 | JW | Exchange emails with Seth Freeman at B. Riley re: application to employ B. Riley as financial advsior to the CUC. | 0.10 | 42.50 |
| | AJK | Review and revise Bush Kornfeld Employment Application. | 0.20 | 125.00 |
| 11/6/2023 | AJK | Telephone calls with J. Bender re issues related to employment of Corr Cronin as Special Litigation Counsel (.3); Telephone call with G. Dyer re same (.4); Conference with J. Wax re same (.2); Revise application to employ Bush Kornfeld as general counsel to Committee (.2). | 1.10 | 687.50 |
| 11/7/2023 | JW | Final revisions to employment applications and supporting documents for Bush Kornfeld, B. Riley, and Corr Cronin. | 0.60 | 255.00 |
| 11/8/2023 | AJK | Emails with G. Dyer re Committee special litigation Counsel Applications (.1); Telephone call with  J. Bender re same (.5). | 0.60 | 375.00 |
| 11/26/2023 | AJK | Email to J.  Gurule re status of Committee Professional Employment Applications. | 0.10 | 62.50 |
| 11/27/2023 | JW | Finalize orders authorizing employment of committee professionals Bush Kornfeld, Corr Cronin, and B. Riley and send to V. Braxton and D. Levitin for filing. | 0.30 | 127.50 |
| | AJK | Finalize committee professionals employment orders for entry. | 0.10 | 62.50 |

SUBTOTAL:                                                    [      3.10        1,737.50]

### FINANCING AND CASH COLLATERAL

| 11/1/2023 | JW | Conference with A. J. Kornfeld re: the committee's response to the debtors' DIP financing motion. | 0.30 NO CHARGE |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/1/2023 | ASW | Conferences with A. J. Kornfeld re DIP Order issues. | 0.40 | 210.00 |
| | AJK | Telephone call with J. Gurule and Buchalter attorneys re final DIP issues and order (1.6); Begin review of final DIP Financing Order (.6). | 2.20 | 1,375.00 |
| 11/2/2023 | JW | Review correspondence with debtors' counsel re: DIP financing and real estate issues. | 0.40 | NO CHARGE |
| | AJK | Revise final DIP Order (.9); Emails with J. Gurule and P. Arrow re same (.2); Begin drafting Response to final DIP Motion (.3); Emails with J. Gurule and V. Rubinstein re same (.1); Telephone call J. Gurule and V. Rubinstein re same (.6). | 2.10 | 1,312.50 |
| 11/3/2023 | ASW | Review DIP order revisions and email to J. Gurule re edits. | 0.30 | 157.50 |
| | ASW | Conference with A. J. Kornfeld re status of DIP issues and approaches. | 0.20 | 105.00 |
| | AJK | Telephone call with V. Rubinstein re final DIP Order issues (.3); Telephone call with J. Gurule re same (.3); Read revised DIP Financing Order for filing (.4); Email with J. Gurule re same (.1); Complete draft Response of Committee re final DIP Financing, Christensen Consulting Agreement, prepetition taxes (1.2). | 2.30 | 1,437.50 |
| 11/6/2023 | AJK | Attend hearing on final DIP financing motion. | 0.50 | 312.50 |
| 11/7/2023 | ASW | Work on analysis and memo re prepetition liens subject to findings under DIP Order. | 1.30 | 682.50 |
| 11/9/2023 | ASW | Review revised DIP Order and emails with K. Tarazi re same. | 0.40 | 210.00 |
| | AJK | Review final draft of DIP Financing Order (.2); Emails with Buchalter attorneys re same (.2). | 0.40 | 250.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/10/2023 | ASW | Review DIP Order revisions and modify memos re DIP Challenge and properties for review to comport with changes. | 1.60 | 840.00 |
| | ASW | Review title reports as to The Pursuit and 17th Avenue re property descriptions overlap and inconsistencies with DIP Credit Agreement Exhibit. | 0.70 | 367.50 |
| | ASW | Telephone conference with and emails with D. Katz, K. Tarazi re property descriptions as to The Pursuit and 17th Avenue. | 0.60 | 315.00 |
| | ASW | Emails with K. Tarazi re deletion of address and revised DIP order. | 0.20 | 105.00 |
| | ASW | Review Willows properties title reports, reconveyances, scrivner affidavits all re DIP Order Challenge provisions. | 1.80 | 945.00 |
| 11/11/2023 | ASW | Email to and telephone conference with K. Tarazi re DIP Challenge issues in context of revised reference to DIP Credit Agreement. | 0.60 | 315.00 |
| | ASW | Review final Willow properties title reports and Deeds of Trust. | 1.70 | 892.50 |
| | AJK | Review final DIP Order re Findings and Challenge Provisions re pre-Petition secured lenders (.2); Telephone call with J. Gurule re same (.2). | 0.40 | 250.00 |
| 11/12/2023 | ASW | Review VH Pioneer Village title report, Deed of Trust, loan documents and edits to memo re same re DIP Challenge provisions. | 0.70 | 367.50 |
| | ASW | Review UW 17th Ave. Deed of Trust, Amended Deed of Trust, Vault Deed of Trust, and edits to memo re DIP Challenge provisions. | 0.60 | 315.00 |
| | ASW | Review VH 2nd Street title report and edits to memo re same re DIP Challenge provisions. | 0.50 | 262.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/14/2023 | ASW | Review case law re enforcement of assigned Deed of Trust without assigned promissory note re DIP Challenge provisions. | 1.80 | 945.00 |
| 11/15/2023 | ASW | Review of treatises and updated law re Deed of Trust assignment issues. | 0.90 | 472.50 |
|  | ASW | Prepare memo to K. Tarazi re outstanding documents necessary for DIP Challenge review. | 1.40 | 735.00 |
| 11/16/2023 | ASW | Telephone call with and emails S. Freeman re updated title reports re DIP Challenge provisions. | 0.20 | 105.00 |
| 11/17/2023 | ASW | Review Wimington Savings Fund Objection re DIP and review Notes and Allonges for DIP Challenge. | 1.10 | 577.50 |
|  | ASW | Emails with K. Tarazi re Wilmington Savings documents re DIP Challenge. | 0.30 | 157.50 |
|  | SUBTOTAL: | | [    25.90 | 14,020.00] |

GENERAL ADMINISTRATION

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/1/2023 | JW | Revise meeting minutes from 10-31 meeting of CUC. | 0.10 | 42.50 |
|  | JW | Email committee copies of various case documents discussed during Committee meeting. | 0.30 | 127.50 |
|  | JW | Finalize meeting minutes and send to committee members. | 0.10 | 42.50 |
|  | JW | Review Chris Christensen's consulting agreement with the debtors. | 0.30 | NO CHARGE |
|  | AJK | Telephone call with financial advisor candidates and contacts re Committee process (1.7); Minutes revised and forwarded to Committee (.2); Review Christensen Consulting Agreement (.2); Email to J. Bender same (.1). | 2.20 | 1,375.00 |

|            |     |                                                                                                                                                                                                                                                                                                                    | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 11/2/2023  | AJK | Telephone with J. Bender re general pending issues in case.                                                                                                                                                                                                                                                           | 0.30  | 187.50   |
| 11/3/2023  | AJK | Telephone call with J. Gurule re Christensen Consulting Agreement (.1); Review order re same (.1); Email with K. Taravi re same (.1); Complete response re Christensen Agreement (.2); Email with Committee re update, forwarding of responses to DIP Financing, Christensen Agreement, taxes (.4); Telephone call with L. Miller re  pending issues in the case (.3). | 1.20  | 750.00   |
| 11/6/2023  | JW  | Attend final hearing on DIP financing, Christensen consulting agreement, and payment of taxes.                                                                                                                                                                                                                        | 0.50  | 212.50   |
|            | AJK | Email with J. Gurule re claims bar date (.1); Email with Creditors' Committee re same and other pending issues (.2).                                                                                                                                                                                                   | 0.30  | 187.50   |
| 11/7/2023  | JW  | Initial strategy call with debtors' counsel, CRO, and committee professionals.                                                                                                                                                                                                                                       | 2.00  | 850.00   |
|            | AJK | Review list of issues, workflow, and revise same (.9); Conference call with CRO and Committee team re open issues, planning,  tasks, investigations (2.0); Telephone call with J. Bender re same (.4); Telephone call with L. Miller re same (.1); Conference call with L. Miller, J. Gurule, J. Bender re follow-up on investigation issues (1.3); Complete revised Notices of Appearance and withdrawals (.2). | 4.90  | 3,062.50 |
| 11/8/2023  | JW  | Video call with Seth Freeman and Mike Issa from B. Riley, John Bender, and A. S. Willig and A. J. Kornfeld re: committee work plan.                                                                                                                                                                                    | 1.30  | 552.50   |
|            | ASW | Video call with Seth Freeman and Mike Issa from B. Riley, John Bender, and J. Wax and A. J. Kornfeld re: committee work plan.                                                                                                                                                                                          | 1.30  | 682.50   |
|            | ASW | Review NDA re debtor/Committee coordination information.                                                                                                                                                                                                                                                              | 0.40  | 210.00   |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/8/2023 | AJK | Zoom call with Committee Professionals re outlining participation in investigations and forensic efforts, Asset analysis, coordination with CRO Team (1.3); Email will Advisor of Committee Member (.2); Review draft Confidentiality Agreement from CRO Team re Committee receipt of information (.7); Email with counsel for CRO re same (.2); Zoom Conference with CRO and Professionals re interview of iCap individuals (1.9). | 4.30 | 2,687.50 |
| 11/9/2023 | JW | Meeting with A. J. Kornfeld and A. S. Willig to discuss and begin developing case work plan. | 1.70 | 722.50 |
|  | JW | Review Jim Christensen interview notes provided by CRO. | 0.30 | 127.50 |
|  | ASW | Meeting with A. J. Kornfeld and J. Wax to discuss and begin developing case work plan. | 1.70 | 892.50 |
|  | JW | Meeting with S.Freeman and M. Issa from B. Riley, J. Bender, and A. J. Kornfeld in advance of today's committee meeting. | 0.50 | 212.50 |
|  | JW | Prepare for and attend committee meeting. | 1.50 | 637.50 |
|  | AJK | Draft agenda for Committee Meeting (.4); Emails to Committee re same (.2); Participate in Video Conference with Committee Professionals re task and investigation planning (1.7); Telephone call with J. Bender re same (.1); Emails with U.S. Trustee re replacement for resigned member of Committee (.1); Email with Co-Chairs of Committee re same (.1); Work on draft Bylaws for Committee (.7); Email to Committee re same (.2); Call with Committee Professionals re preparation for Committee call (.5); Participate in conference call and video conference with Committee Members and Professionals (1.5). | 5.50 | 3,437.50 |
| 11/10/2023 | JW | Review information provided by Committee member re: activities of certain former iCap employees and related entities. | 0.10 | 42.50 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 11/10/2023 | JW  | Research iCap activities and exchange emails with committee team re:  targets for investigation and early leads.                                                                                                                                                                                                                                                                                                                                                                                              | 0.90  | 382.50   |
|            | JW  | Review employee interview notes provided by CRO as aid to ongoing investigation into debtors' activities.                                                                                                                                                                                                                                                                                                                                                                                                     | 0.40  | 170.00   |
|            | AJK | Emails with Committee members re addition of new member (.1); Email with Committee Professional Team re same (.1); Telephone call with advisors for Committee Member re potential participation as representative in Committee Member's absence (.4); Research re related entity and potential targets of recovery (1.5); Emails with CRO and Committee Professionals and teams re same (.9); Numerous telephone calls with J. Bender re same (.9); Telephone call with J. Gurule re same (.1); Emails with CRO and J. Gurule re same (.4); Revise and complete draft work plan with Committee and CRO Professionals (.7); Telephone call with L. Miller re potentiall asset identity and recovery (.3); Telephone call with new Committee Member (.2). | 5.60  | 3,500.00 |
| 11/11/2023 | JW  | Finalize minutes from committee's 11-9 meeting and send to committee and committee professionals.                                                                                                                                                                                                                                                                                                                                                                                                             | 0.20  | 85.00    |
|            | AJK | Telephone call with J. Gurule and L. Miller re potential claims and analysis of information related to real property, paths for pursuit of recoveries (.7); Review Vault Loan Agreement with third party (.3); Email with Group re same (.2).                                                                                                                                                                                                                                                                   | 1.20  | 750.00   |
|            | AJK | Review Committee meeting minutes (.4); Email to Committee Members re scheduled meetings (.2).                                                                                                                                                                                                                                                                                                                                                                                                                  | 0.60  | 375.00   |
| 11/13/2023 | ASW | Prepare draft Committee communication and FAQs for unsecured investors.                                                                                                                                                                                                                                                                                                                                                                                                                                       | 1.40  | 735.00   |
|            | ASW | Review CRO FAQs for reference to and inclusion with Committee communication.                                                                                                                                                                                                                                                                                                                                                                                                                                  | 0.50  | 262.50   |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/13/2023 | AJK | Emails with Committee Members re NDA and other pending issues (.4); Letter to Committee Members re general Committee and case issues (.2); Telephone call J. Bender re same (.1). | 0.70 | 437.50 |
| 11/14/2023 | JW | Weekly action item meeting of general case issues with debtor and committee professionals. | 1.30 | 552.50 |
| | JW | Prepare for and attend weekly committee meeting. | 1.10 | 467.50 |
| | ASW | Video call with L. Miller, counsel, and teams re tasks and status. | 1.20 | 630.00 |
| | AJK | Revise draft Letter from CRO to Investor Community (.2); Review and revise frequently-asked questions for inclusion on Committee Link for investors (.3); Email with CRO re work Task Force issues (.1); Telephone call with S. Freeman re organization of forensic efforts (.3); Telephone call with CRO and J. Gurule re structure of governance/board (.4); Draft Agenda and provide to Committee for meeting purposes (.4); Participate in Committee Meeting (1.1). | 2.80 | 1,750.00 |
| 11/15/2023 | AJK | Review Christensen budget to actual report (.1); Email with Committee re upcoming 341 Meeting (.1); Email with J. Gurule re governmental reach out and discussion (.1); Telephone call with J. Gurule re same (.1). | 0.40 | 250.00 |
| 11/16/2023 | JW | Weekly call with committee professionals re general case issues, work plan issues. | 1.10 | 467.50 |
| | ASW | Review investor inquiry and prepare response re FAQs. | 0.30 | 157.50 |
| | AJK | Responses to inquiries from various investors/creditors (.4); Email with K. Terazi and J. Gurule re 341 Meeting and Schedules issues (.1); Telephone call with J. Gurule re SEC inquiry (.2) | 0.70 | 437.50 |
| 11/17/2023 | JW | Attend 341 meeting. | 2.00 | 850.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/17/2023 | JW | Finalize and email minutes from 11-14 meeting to committee members. | 0.20 | 85.00 |
|  | ASW | Attend initial portion of meeting of creditors. | 1.40 | NO CHARGE |
|  | AJK | Emails with Committee Members re pending issues (.3); Review and revise Committee Meeting Minutes (.3); Telephone call with L. Miller re general case issues (.3); Finalize Committee Bylaws for distribution to Committee Members (.4); Review Order voiding Bar Date (.1). | 1.40 | 875.00 |
| 11/20/2023 | JW | Review CRO's notes from call with former controller. | 0.20 | 85.00 |
|  | AJK | Finalize revisions to Bylaws and circulate to Committee. | 0.40 | 250.00 |
| 11/21/2023 | JW | Prepare for and attend weekly committee meeting. | 1.30 | 552.50 |
|  | AJK | Emails with Committee Members re reporting (.1); Email with M. Lesnick re C. Christensen Financial Reporting (.2); Draft Agenda for Committee Meeting (.7); Committee Conference Call (1.3). | 2.30 | 1,437.50 |
| 11/22/2023 | JW | Finalize minutes from 11-21-23 committee meeting and email to committee members. | 0.20 | 85.00 |
|  | JW | Weekly committee professionals meeting re general case issues, work plan strategy. | 0.80 | 340.00 |
|  | ASW | Weekly committee professionals meeting. | 0.80 | 420.00 |
|  | AJK | Review draft Committee Minutes (.2); Email with G. Dyer re Creditor Committee resignation and successor appointment (.2); Emails with Committee Members re pending matters (.2). | 0.60 | 375.00 |
| 11/27/2023 | ASW | Telephone conference with S. Freeman re case administration issues. | 0.40 | 210.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/27/2023 | AJK | Emails with K. Tarazi re NDA (.1); Telephone conference with new Committee members and counsel re committee update and pending issues (.7); Read Status Report (.1); Draft agenda for committee meeting (.3). | 1.20 | 750.00 |
| 11/28/2023 | JW | Prepare for and attend status conference. | 0.60 | 255.00 |
| | JW | Attend weekly action items call with debtors' professionals and committee professionals | 1.10 | 467.50 |
| | JW | Prepare for and attend weekly committee meeting. | 1.40 | 595.00 |
| | ASW | Attend phone status hearing with Court. | 0.50 | NO CHARGE |
| | ASW | Attend weekly action items call with debtors' professionals and committee professionals | 1.10 | 577.50 |
| | AJK | Finalize committee meeting agenda (.3); Committee call re status, issues, strategy (1.3) | 1.60 | 1,000.00 |
| 11/29/2023 | JW | Finalize and circulate minutes from this week's committee meeting. | 0.20 | 85.00 |
| | AJK | Telephone conference with L. Miller re witness interview issues and possible approach to recovery. | 0.40 | 250.00 |
| | SUBTOTAL: | | [    71.30 | 37,997.50] |

LITIGATION

| | | | | |
|---|---|---|---|---|
| 11/3/2023 | AJK | Telephone call with J. Bender re pending litigation issues and discovery issues (.2); Telephone call with J. Gurule re litigation hold letter and related discovery issues (.1); Review litigation hold letter and issues related to discovery (.3). | 0.60 | 375.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| 11/13/2023 AJK | Emails with J. Bender re litigation hold issued by CRO re conditions to list (.2); Email with CRO Team re same, broker issues (.2); Telephone call with J. Bender re discovery/2004 issues (.2) | 0.60 | 375.00 |
| 11/15/2023 AJK | Email with CRO re discovery issues (.1); Work on edits to 2004 pleadings (.4). | 0.50 | 312.50 |
| 11/16/2023 JW | Draft motion for order authorizing 2004 exam of Umpqua Bank (1.1); Draft proposed order (.4); Draft supporting declaration (.7); Revise existing RFPs (.8); Send to John Bender and A. J. Kornfeld for review (.1). | 3.30 | 1,402.50 |
| AJK | Work on revisions to 2004 Application and Order re Umpqua Bank. | 0.40 | 250.00 |
| 11/20/2023 JW | Revise Umpqua 2004 motion documents and exchange emails with John Bender and A. J. Kornfeld re: same. | 0.60 | 255.00 |
| AJK | Read summary of fraudulent transfer law re secured debt (.4); Telephone call with J. Bender re Umpqua 2004 and related issues (.5); Work on revisions to Umpqua 2004 Application and Order, and Requests for Production (.6). | 1.50 | 937.50 |
| 11/21/2023 AJK | Email with J. Gurule re filing of Notices of Stay in State Court litigation. | 0.10 | 62.50 |
| 11/22/2023 JW | Exchange emails and calls with John Bender re: issues related to 2004 exam of Umpqua Bank | 0.20 | 85.00 |
| AJK | Email with J. Bender re potential witness issues and interviews (.1); Telephone call with J. Bender re discovery issues, parties, witnesses (.4). | 0.50 | 312.50 |
| 11/28/2023 AJK | Telephone conference with J. Bender re Umpqua 2004. | 0.20 | 125.00 |
| 11/30/2023 AJK | Telephone conference with J. Bender re pending state court issues and need for Bankruptcy Stay Notice (.6); Emails with L. Miller, J. Gurule, J. Bender re same (.1); Review litigation summary and revise same (.4); Email committee professionals re same (.1); Video | 1.90 | 1,187.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|

conference with L. Miller, J. Gurule, J. Bender re
same, state court issues, approach (.7).

| SUBTOTAL: | [ | 10.40 | 5,680.00] |
|---|---|---|---|

MEETINGS AND COMMUNICATIONS WITH CREDITORS

| 11/17/2023 AJK | Participate in and question CRO at 341 Meeting. | 2.20 | 1,375.00 |
|---|---|---|---|

| SUBTOTAL: | [ | 2.20 | 1,375.00] |
|---|---|---|---|

REAL ESTATE

| 11/2/2023 ASW | Attend CRO call with proposed real estate advisors. | 1.50 | 787.50 |
|---|---|---|---|
| ASW | Review email from S. Freeman re CRO employment of real estate advisor. | 0.10 | 52.50 |
| ASW | Telephone conference with  S. Freeman re CRO employment of real estate advisor. | 0.20 | 105.00 |
| ASW | Review L. Miller email re CRO employment of real estate advisor. | 0.20 | 105.00 |
| AJK | Emails with S. Freeman and M. Issa re real estate issues (.3); Review materials from CRO Team re real estate advisors (.3); Email to P. Elkin re same (.1); Emails with J. Gurule re real estate and title issues (.4); Telephone call with J. Rader re real estate issues (.2). | 1.30 | 812.50 |
| 11/6/2023 ASW | Review of Pacific Beach title report and memo re same. | 0.80 | 420.00 |
| ASW | Review of UW 17th title report and memo re same. | 0.70 | 367.50 |
| ASW | Review of 725 Broadway title report and memo re same. | 0.80 | 420.00 |
| ASW | Review of Snohomish CS Real Estate  title report and memo re same. | 0.90 | 472.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/6/2023 | ASW | Telephone conference with and emails with D. Katz re Lender bridge loan documents. | 0.20 | 105.00 |
| 11/7/2023 | ASW | Review of Bremerton title report and memo re same. | 0.60 | 315.00 |
|  | JW | Research various Invalus entities and assets. | 0.60 | 255.00 |
|  | ASW | Telephone conference with S. Freeman re properties and encumbrances. | 0.20 | 105.00 |
|  | ASW | Telephone calls with and emails with D. Katz re title reports and DIP Order requirements. | 0.30 | 157.50 |
|  | ASW | Review Lynnwood, WA title report and provisions of Deed of Trust subject to DIP findings re lien position. | 0.80 | 420.00 |
|  | ASW | Review 14th Ave title report and provisions of Deed of Trust and Assignment subject to DIP findings re lien position. | 0.90 | 472.50 |
|  | ASW | Review Burien title report and provisions of Deed of Trust subject to DIP findings re lien position. | 0.90 | 472.50 |
| 11/8/2023 | ASW | Review title report and Deed of Trust re potion of Willow properties and additions to title report memo and DIP memo re same. | 0.80 | 420.00 |
|  | ASW | Compare title reports from Debtor to lists of properties and DIP order schedule. | 0.70 | 367.50 |
|  | ASW | Prepare email to D. Katz re missing documents pursuant to comparison e title reports from Debtor to lists of properties and DIP order schedule. | 0.60 | 315.00 |
|  | ASW | Telephone conference with and emails with D. Katz re missing title reports and extra addresses on DIP Order schedule. | 0.30 | 157.50 |
| 11/10/2023 | JW | Exchange emails with A. S. Willig re: DIP challenge issues. | 0.20 | 85.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/10/2023 | JW | Investigate chain of title to properties with iCap connections; prepare spreadsheet of findings. | 1.40 | 595.00 |
| 11/11/2023 | JW | Continue investigating chain of title to properties with iCap connections. | 0.60 | 255.00 |
| 11/12/2023 | ASW | Review VH Senior Care Deed of Trust and Note and edits to DIP Challenge memo. | 0.60 | 315.00 |
| 11/13/2023 | ASW | Review Promissory Notes and loan documents in connection with Deeds of Trust and edits to memos re DIP Challenge review. | 1.40 | 735.00 |
| | ASW | Telephone calls with K. Tarazi re prepetition mortgage and DIP lender liens and processes. | 0.20 | 105.00 |
| | ASW | Review prepetition DIP loan documents re real estate collateral issues and memo re same. | 0.60 | 315.00 |
| | ASW | Prepare memo re properties for updated title reports to petition date and emails with S. Freeman re same. | 0.80 | 420.00 |
| 11/14/2023 | ASW | Review loan documents in support of Deeds of Trust and edits to memos re DIP Challenge issues. | 2.30 | 1,207.50 |
| 11/15/2023 | JW | Retrieve VH 2nd Street recorded documents from Clark County Recorder and exchange emails with A. S. Willig re: same. | 0.30 | 127.50 |
| 11/16/2023 | ASW | Review P. Arrow email re bid procedures re Senza and Conference with A. J. Kornfeld re same. | 0.30 | 157.50 |
| | ASW | Telephone conference with P. Arrow re Senza sale and bid procedures. | 0.20 | 105.00 |
| | ASW | Review 2nd St. property transactions and history. | 0.50 | 262.50 |
| | AJK | Review sale documents and Order relating to pending sale of Senza Real Estate (.3); Emails with M. Lange re secured loans and issues related to same. (.2) | 0.50 | 312.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/17/2023 | ASW | Review Senza bid procedures, sale order, bid procedures order. | 1.10 | 577.50 |
|  | ASW | Emails with P. Arrow re proposed revisions to Senza bid procedures. | 0.60 | 315.00 |
| 11/20/2023 | ASW | Review remainder of updated title reports as to DIP Challenge properties and edits to memos re same. | 3.20 | 1,680.00 |
|  | ASW | Telephone calls with and emails with S. Freeman re data in updated reports re DIP Challenge real properties. | 0.40 | 210.00 |
|  | ASW | Telephone conference with and emails with G. Ledgerwood re Promissory Note assignments re VH 2nd property and review Allonges. | 0.30 | 157.50 |
| 11/22/2023 | ASW | Review edited versions of Senza sale motion, order, bid procedures motion, order, bid procedures. | 2.40 | 1,260.00 |
|  | ASW | Revisions to Senza sale pleadings. | 1.10 | 577.50 |
|  | ASW | Telephone calls with and emails with P. Arrow re Senza sale pleadings. | 0.70 | 367.50 |
|  | AJK | Telephone call with L. Miller re pending real estate issues. | 0.30 | 187.50 |
| 11/24/2023 | ASW | Review revised bid procedures from P. Arrow and emails re harmonizing terms. | 0.60 | 315.00 |
| 11/26/2023 | ASW | Review P. Arrow email re revised Senza motion and emails re inapplicable provisions and edits. | 0.70 | 367.50 |
| 11/27/2023 | ASW | Telephone conference and emails with K. Tarazi re Senza pleadings. | 0.30 | 157.50 |
| 11/29/2023 | ASW | Emails with J. Beckett re title reports and lien issues. | 0.20 | 105.00 |
|  | ASW | Emails with E. Mills re title reports. | 0.10 | 52.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/29/2023 | ASW | Review database re properties status and title reports re same. | 0.70 | 367.50 |
| | | SUBTOTAL: | [ 36.00 | 18,800.00] |

SCHEDULES AND STATEMENT OF FIN. AFFAIR

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/16/2023 | AJK | Review Enterprise's Schedules and Statement of Financial Affairs (1.4); Email with J. Bender re issues on Statement of Financial Affairs (.1); Email L. Miller and J. Gurule re Schedule issues (.2) | 1.70 | 1,062.50 |
| 11/17/2023 | AJK | Review Schedules and Statement of Financial Affairs for iCap Debtors in preparation of 341 Meeting. | 2.70 | 1,687.50 |
| 11/18/2023 | AJK | Emails with S. Freeman re analysis of various Schedule issues. | 0.10 | 62.50 |
| | | SUBTOTAL: | [ 4.50 | 2,812.50] |

TAX

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/1/2023 | ASW | Review pleadings re payment to taxing authorities and Conference with A. J. Kornfeld re same. | 0.30 | 157.50 |
| | | SUBTOTAL: | [ 0.30 | 157.50] |

For professional services rendered $106,802.50
Additional charges:

| | | | Price | |
|---|---|---|---|---|
| 11/30/2023 | CKP | Computerized Legal Research | 20.04 | 20.04 |
| | Total costs | | | $20.04 |

| | Amount |
|---|---|
| For professional services rendered | $106,822.54 |
| **Balance due** | **$106,822.54** |

ARMAND J. KORNFELD, WSBA #17214
AIMEE S. WILLIG, WSBA #22859
JASON WAX, WSBA #41944
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101-2373
Tel: (206) 292-2110
Emails: jkornfeld@bskd.com
        awillig@bskd.com
        jwax@bskd.com

HONORABLE WHITMAN L. HOLT

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re

ICAP ENTERPRISES, INC., et al.,

Debtors.[1]

No. 23-01243-WLH11
(Jointly Administered)

NOTICE OF SECOND MONTHLY FEE APPLICATION OF BUSH KORNFELD LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

NOTICE OF SECOND MONTHLY FEE
APPLICATION – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha12h1010g

23-01243-WLH11    Doc 261    Filed 01/17/24    Entered 01/17/24 14:46:55    Pg 30 of 32

TO:  THE DEBTORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST

PLEASE TAKE NOTICE that the professionals listed on the chart below (the "Professionals") have applied to the United States Bankruptcy Court for the Eastern District of Washington for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing November 1, 2023 and ending November 30, 2023 (the "Application Period").  As detailed below, the Professionals seek allowance and payment of interim compensation for fees of services rendered, plus the expenses incurred during the Application Period.

| Professional's Name | Title | Total (100%) Fees Incurred | Total Requested in this Application (100% of Fees and Expenses) | Amount of Fees to be Applied to Open Invoices (80% of Fees) | Amount of Fees to be Held in Trust (20% of Fees) |
|---|---|---|---|---|---|
| Armand J. Kornfeld | Partner | $54,312.50 | $54,312.50 | $43,450.00 | $10,862.50 |
| Aimee S. Willig | Partner | $33,705.00 | $33,705.00 | $26,964.00 | $6,741.00 |
| Jason Wax | Associate | $18,785.00 | $18,785.00 | $15,028.00 | $3,757.00 |
| General Expenses | | | $20.04 | | |
| Total | | $106,802.50 | $106,822.54 | $85,442.00 | $21,360.50 |

Pursuant to the Order Granting Debtors' Motion For Order Establishing Interim Fee Application and Expense Reimbursement Procedures which was entered by the court on November 17, 2023 [ECF No. 168], any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the court and serve a copy of that objection upon the Professionals whose Monthly Fee Application are the subject of the objection, the

NOTICE OF SECOND MONTHLY FEE
APPLICATION – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha12h1010g

1  Debtors and their counsel of record, the Office of the United States Trustee within

2  fourteen (14) calendar days of the date that this Notice was mailed.

3  If an objection is timely filed and served, the **Debtors** will pay the Professionals

4  whose application is the subject of an objection only the applicable percentage of those

5  amounts not in dispute and will reserve any amounts in dispute for payment after the

6  Court hears and resolves such dispute.

7  DATED this 17th day of January, 2024.

8  BUSH KORNFELD LLP

9

10  By  /s/ Armand J. Kornfeld
    Armand J. Kornfeld, WSBA #17214
    Aimee S. Willig, WSBA #22859

11  Jason Wax, WSBA #41944
    *Attorneys for The Official Unsecured Creditors Committee*

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF SECOND MONTHLY FEE
APPLICATION – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha12h1010g