HONORABLE WHITMAN L. HOLT

ARMAND J. KORNFELD, WSBA #17214
AIMEE S. WILLIG, WSBA #22859
JASON WAX, WSBA #41944
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101-2373
Tel:  (206) 292-2110
Emails:  jkornfeld@bskd.com
            awillig@bskd.com
            jwax@bskd.com
Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re

ICAP ENTERPRISES, INC., et al.,

Debtors.[1]

No. 23-01243-WLH11
(Jointly Administered)

THIRD MONTHLY FEE APPLICATION OF BUSH KORNFELD LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

THIRD MONTHLY FEE APPLICATION– Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha13m40158

23-01243-WLH11    Doc 262    Filed 01/17/24    Entered 01/17/24 14:48:54    Pg 1 of 21

Bush Kornfeld LLP (the "Firm") submits this Monthly Fee Application Request for Compensation and Reimbursement of Expenses for the Period of December 1, 2023 through December 31, 2023 ("the <u>Application</u>" and the "<u>Application Period</u>" respectfully for work performed for the Official Committee of Unsecured Creditors ("<u>Committee</u>"). In support of the Application, the Firm respectfully represents as follows:

The Firm is counsel to the Committee. The Firm hereby applies to the court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

1. The Firm billed a total of $50,037.30 in fees and expenses during the Application Period. The total fees represent 89.00 hours during the period covered by this Application. The fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 12/01/2023 to 12/31/2023 | $48,887.50 | $1,149.80 | $50.037.30 |

2. Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $50.037.30 at this time. This total is comprised of $48,887.50 (the fees for services rendered) plus $1,149.80 (the expenses incurred). The Firm will only apply 80% of the fees paid to outstanding invoices and will hold the additional 20% of the fees in trust pending approval of such fees through a quarterly interim fee application.

3. This is the third monthly fee application of the Firm. Accordingly, to date, the firm has not been paid post-petition and is not holding any amounts in trust.

THIRD MONTHLY FEE APPLICATION– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

4.     Attached as **Exhibit A** to this Application is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional.  Attached as **Exhibit B** to this Application are detailed time and expense statements for the Application Period.

5.     The Firm has served a copy of this Application on the applicable Notice Parties.  The Application was mailed by first class mail, postage prepaid on or about January 17, 2024.  Notice of the filing of this Application was served on the foregoing parties as well as any party who has requested special notice in these chapter 11 cases as of the date of this Notice.

6     Pursuant to this court's *Order Granting Debtors' Motion for Order Establishing Interim Fee Application and Expense Reimbursement Procedures* that was entered on or about November 17, 2023, ("Compensation Procedures Order"). the Debtors are authorized to make payment requested herein without a further hearing or order of this court unless an objection to this Application is filed with the court and served upon the Notice Parties within 14 calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtors are authorized, but not direct to pay 100% of the uncontested fees and expenses without further order of this court.  If no objection is filed, the Debtors are authorized, but not directed to pay 100% of all fees and expenses requested in the Application without further order of the court; provided, however, that in either case, the Firm will hold 20% of the amount of the fees paid in trust pending approval of such fees through a quarterly interim fee application.

THIRD MONTHLY FEE APPLICATION– Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1     7.     The interim compensation and reimbursement of expenses sought in this

2     Application are not final.  Upon the conclusion of these cases, the Firm will seek fees

3     and reimbursement of the expenses incurred for the totality of the services rendered in

4     these cases.  Any interim fees or reimbursement of expenses approved by this court and

5     received the Firm (along with any retainer) will be credited against such final fees and

6     expenses and may be allowed by this court.

          The Firm respectfully requests that the Debtors pay compensation to the Firm as

7     requested herein pursuant to and in accordance with the terms of the Compensation

8     Procedures Order.

9

10

11     DATED this 17th day of January, 2024.

12

13                         BUSH KORNFELD LLP

14

                           By /s/ Armand J. Kornfeld
15                           Armand J. Kornfeld, WSBA #17214
                             Aimee S. Willig, WSBA #22859
16                           Jason Wax, WSBA #41944
                             *Attorneys for The Official Unsecured Creditors Committee*
17

18

19

20

21

22

23

THIRD MONTHLY FEE APPLICATION– Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

# EXHIBIT A

| Timekeeper | Rate | Total Hours | Total Fees |
|---|---|---|---|
| Armand J. Kornfeld | $625.00 | 42.30 | $26,437.50 |
| Aimee S. Willig | $525.00 | 27.60 | $14,332.50 |
| Jason Wax | $425.00 | 19.10 | $8,117.50 |
| **Total** | | **89.00** | **$50,037.50** |

# EXHIBIT B

ICAP CREDITORS COMMITTEE                                    Invoice # 24345
[via email]

In Reference To: OUR CLIENT MATTER NO: 2760-20231
                 General

**TOTAL PROFESSIONAL FEES AND EXPENSES PER DETAIL BELOW**          $50,037.30

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | **ASSET ANALYSIS** | | |
| 12/1/2023 | AJK | Review iCap documents re brokers, intercompany transfers. | 0.60 | 375.00 |
| 12/2/2023 | ASW | Review emails re litigation targets and forensic inquiries. | 0.40 | 210.00 |
| | AJK | Read summaries of witness interviews. | 0.60 | 375.00 |
| 12/4/2023 | JW | Review CRO's notes from former CEO interview. | 0.20 | 85.00 |
| 12/5/2023 | ASW | Video conference with Debtor and committee professionals. | 0.70 | 367.50 |
| 12/8/2023 | AJK | Email with J. Bender and S. Freeman re potential claims against third parties. | 0.10 | 62.50 |
| | AJK | Read summary of witness interview (.2); Telephone call with J. Bender re same and other third party claim issues (.4); Email with Committee professionals re same (.2). | 0.80 | 500.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| 12/11/2023 JW | Research 2nd Street and Pioneer properties property history. | 0.20 | 85.00 |
| AJK | Telephone call with S. Freeman, J. Bender, M. Issa, J. Wax re potential third party claims approach, allocation of resources with CRO team, review of data. | 1.00 | 625.00 |
| 12/12/2023 AJK | Email with J. Bender re interview of third party witness (.1); Participate in weekly planning, coordination and strategy call with CRO team and Committee team (.8). | 0.90 | 562.50 |
| 12/15/2023 AJK | Read interview summaries with third parties (.4); Email with Committee team re real estate issues, third party issues and updating of information (.2); Telephone call with J. Bender re third party interviews (.2). | 0.80 | 500.00 |
| 12/18/2023 AJK | Emails w/ L. Miller re Airlink (.1); Emails with Committee re same (.4); Telephone conference with S. Freeman re same (.2). | 0.70 | 437.50 |
| 12/19/2023 AJK | Weekly call with CRO team re case issues (.7); Emails with L. Miller and J. Gurule re possible institutional investors (.1). | 0.80 | 500.00 |
| 12/21/2023 AJK | Read summaries of interviews with third parties. | 0.70 | 437.50 |
| 12/22/2023 AJK | Read summary of regulatory agency meeting (.2); Read interview with former iCap employees (.2). | 0.40 | 250.00 |

SUBTOTAL:                                              [    8.90    5,372.50]

AUTOMATIC STAY

| 12/1/2023 AJK | Review case law re scope of stay re "common res"/source of recovery. | 1.10 | 687.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/2/2023 | AJK | Continue review of case law re scope of stay re common source of recovery (.7); Emails with J. Gurule and L. Miller re same (.2). | 0.90 | 562.50 |
| 12/21/2023 | JW | Begin researching issues related to scope of the automatic stay. | 3.50 | 1,487.50 |
|  | SUBTOTAL: | | [     5.50 | 2,737.50] |

### DISCLOSURE STATEMENT AND PLAN PROCESS

|  |  |  |  |  |
|---|---|---|---|---|
| 12/6/2023 | ASW | Research re plan/liquidating trust provisions and issues. | 1.60 | 840.00 |
|  | SUBTOTAL: | | [     1.60 | 840.00] |

### FEES

|  |  |  |  |  |
|---|---|---|---|---|
| 12/8/2023 | ASW | Begin work on Committee Professional fee application templates/forms. | 0.80 | 420.00 |
|  | ASW | Review fees procedures order and local rules re fees. | 0.40 | 210.00 |
| 12/12/2023 | ASW | Review draft fee application templates and edits re same. | 0.60 | 315.00 |
|  | SUBTOTAL: | | [     1.80 | 945.00] |

### FINANCING AND CASH COLLATERAL

|  |  |  |  |  |
|---|---|---|---|---|
| 12/19/2023 | AJK | Emails with L. Miller/J. Gurule re DIP Budget review and reports (.4); Email with S. Freeman re same (.1). | 0.50 | 312.50 |
|  | SUBTOTAL: | | [     0.50 | 312.50] |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | **GENERAL ADMINISTRATION** | | |
| 12/1/2023 | AJK | Emails with Committee member re iCap entity and related issues. | 0.20 | 125.00 |
| 12/2/2023 | AJK | Email with Committee member re specific case issue. | 0.10 | 62.50 |
| 12/5/2023 | JW | Attend weekly action item meeting of debtors' professionals and committee professionals. | 0.80 | 340.00 |
| | JW | Prepare for and attend weekly committee meeting. | 1.40 | 595.00 |
| | AJK | Draft agenda for Committee meeting (.2); Committee weekly conference call (1.4); Telephone call with S. Freeman re Committee issues follow-up (.3). | 1.90 | 1,187.50 |
| 12/6/2023 | JW | Review notes from CRO's interviews with former iCap employees Gannon and McEun. | 0.40 | 170.00 |
| 12/7/2023 | JW | Attend weekly meeting of committee professionals. | 1.00 | 425.00 |
| | ASW | Meeting with committee professionals re approaches to case substantive and prorcedural issues. | 1.00 | 525.00 |
| | AJK | Telephone call with S. Freeman and M. Issa re real estate issues and issues for Committee meeting (.5); Telephone call with B. Riley professionals, Committee counsel re weekly planning call/Committee ongoing work efforts (1.0); Emails with L. Miller and Committee professional team re miscellaneous issues (.3). | 1.80 | 1,125.00 |
| 12/8/2023 | ASW | Conference with A. J. Kornfeld re case adminstration issues and maximizing value of assets. | 0.60 | 315.00 |
| | AJK | Telephone call with L. Miller re miscellaneous pending issues in case (.4); Emails with Committee members re pending Committee issues and questions (.4). | 0.80 | 500.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/9/2023 AJK | | Telephone call with S. Freeman re allocation of tasks among Committee and CRO team, overall structure and implementation of case issues. | 0.80 | 500.00 |
| 12/10/2023 AJK | | Telephone call with J. Gurule re overall case issues and strategy, coordination between CRO and Committee professionals. | 0.90 | 562.50 |
| 12/11/2023 JW | | Call with committee professionals re: recent developments and strategy going forward. | 1.00 | 425.00 |
| | AJK | Email with J. Gurule re general case issues (.1); Telephone call with J. Gurule, L. Miller re approaching case strategy issues (.8). | 0.90 | 562.50 |
| 12/12/2023 JW | | Weekly action items call with debtor and committee professionals. | 0.90 | 382.50 |
| | ASW | Weekly call with Debtors and Committee professionals re ongoing case issues. | 0.90 | 472.50 |
| | JW | Attend weekly committee meeting. | 2.70 | 1,147.50 |
| | AJK | Emails with Committee members re pending case issues and related attachments (.6); Emails with J. Bender and S. Freeman re follow-up to CRO meeting issues (.1); Draft agenda for weekly Committee meeting (.6); Telephone call with S. Freeman re same and coordination for Committee meeting (.3); Email with Committee members and Committee professionals re meeting (.2); Emails with Committee re agenda and related documents (.2); Participate in extensive weekly Committee meeting with Committee members and professionals (2.7). | 4.70 | 2,937.50 |
| 12/15/2023 JW | | Attend weekly meeting of committee professionals. | 1.30 | 552.50 |
| | ASW | Weekly call with Committee professionals re tasks and issues. | 1.30 | 682.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/15/2023 AJK | Email with Committee members re pending issues (.2); Work on Committee professional work list (.3); Weekly call with Committee professionals re organizing work flow and updating action item list (1.3); Review and revise Committee meeting minutes (3.). |  | 2.10 | 1,312.50 |
| 12/18/2023 JW | Finalize and distribute meeting minutes from last week's committee meeting. |  | 0.20 | 85.00 |
| AJK | Draft Agenda for Committee meeting (.2); Emails with Committee members re various pending issues (.2); Telephone conference with counsel for Committee member re specific issues (.2). |  | 0.60 | 375.00 |
| 12/19/2023 JW | Attend weekly action items meeting with CRO's team and Committee professionals. |  | 0.70 | 297.50 |
| JW | Conference with A. J. Kornfeld re: stay issues, committee communications, and historical real estate transactions |  | 0.30 | 127.50 |
| JW | Attend weekly committee meeting. |  | 2.10 | 892.50 |
| ASW | Attend weekly call with Debtor and professionals re overall case tasks. |  | 0.70 | 367.50 |
| AJK | Emails with Committee members re pending case issues (.1); Finalize Agenda for Committee meeting (.1); Telephone conference with S. Freeman re discussion with Committee re real estate and other updates (.3); Weekly Committee call/meeting (1.9). |  | 2.40 | 1,500.00 |
| 12/20/2023 JW | Attend hearing on motions to approve bidding procedures and independent directors. |  | 0.40 | 170.00 |
| JW | Finalize committee meeting minutes from 12-19 meeting. |  | 0.20 | 85.00 |
| AJK | Email with Committee professionals re pending schedule and work issues (.1); Review and revise meeting minutes (.2); Telephone conference with |  | 0.80 | 500.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| | counsel for Committee member re pending issues (.3); Emails with Committee members re follow up re pending issues (.2). | | |
| 12/21/2023 JW | Review notes from CRO's interview with former iCap employee. | 0.30 | 127.50 |
| 12/22/2023 ASW | Review witness interview. | 0.30 | NO CHARGE |
| AJK | Telephone conference with Committe member and J. Bender (1.1); Telephone conference with J. Bender re same (.2). | 1.30 | 812.50 |
| 12/27/2023 AJK | Emails with counsel for Committee member re committee issue (.1); Telephone conference with counsel for Committee member and J. Bender re same (.4); Review emails with Committee members and portion of Bylaws (.6). | 1.10 | 687.50 |
| SUBTOTAL: | | [    38.90 | 20,935.00] |

LITIGATION

| 12/1/2023 AJK | Emails with J. Gurule and L. Miller re filing notice of stay in state court litigation. | 0.20 | 125.00 |
|---|---|---|---|
| 12/4/2023 JW | Litigation strategy call with debtors' professionals and committee's professionals. | 1.20 | 510.00 |
| 12/5/2023 AJK | Telephone call with J. Bender re stay of State Court litigation/Colpitts (.2); Review discovery emails from third party (.2); Telephone call with L. Miller, J. Gurule, J. Bender re Estate Litigation and planning issues (.5); Review updated list of litigation hold notices and emails re same (.2). | 1.10 | 687.50 |
| 12/6/2023 AJK | Emails with L. Miller, J. Bender, J. Gurule, S. Freeman re discussions on handling and allocating litigation efforts (.2); Telephone call with J. Bender re same (.3). | 0.50 | 312.50 |

|  |  | Hours | Amount |
|---|---|---|---|
| 12/8/2023 AJK | Emails with M. Pendergrast re discovery/protection order issues (.1); Email with J. Bender re 2004/discovery issues (.1). | 0.20 | 125.00 |
| 12/10/2023 AJK | Telephone call with J. Bender re allocation of litigation efforts and tasks re third party claims. | 0.80 | 500.00 |
| 12/12/2023 AJK | Email with J. Gurule re litigation issues for discussion (.1); Conference call with L. Miller, J. Gurule, J. Bender re discussion of third party litigation issues and approach (.7). | 0.80 | 500.00 |
| 12/15/2023 AJK | Telephone call with J. Gurule and J. Bender re litigation issues for discussion (.1); Conference call with CRO team and J. Bender re coordination of litigation approach, allocation of work tasks and strategy (1.2). | 1.30 | 812.50 |
| 12/18/2023 JW | Review and comment on proposed 2004 RFPs to litigation targets associated with iCap. | 0.30 | 127.50 |
| AJK | Revise draft 2004 Exam Requests for Production to third party (.5); Emails with CRO counsel re coordination of issues b/w CRO and Committee (.1). | 0.60 | 375.00 |
| 12/19/2023 AJK | Emails with J. Bender re discussion of litigation allocation issues involving CRO and Committee. | 0.30 | 187.50 |
| 12/20/2023 AJK | Travel to LA for meetings (NO CHARGE); Meeting with L. Miller, J. Gurule, J. Bender, S. Freeman re pending litigation issues/discussions (.9); Meeting with J. Bender and S. Freeman re follow up/Committee issues re same (.6). | 1.50 | 937.50 |
| 12/22/2023 AJK | Read summary of interviews with third parties (.2); Email with J. Gurule re pending litigation issues/discussions (.1); Email with J. Wax re research relating to application of stay (.1); Review drafts from CRO counsel re litigation issues (.2); Emails with J. Bender and S. Freeman re Umpqua 2004 (.2). | 0.80 | 500.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/24/2023 | AJK | Telephone conference with J. Gurule re litigation issues and terms of consensual approach b/w debtors and Committee. | 0.90 | 562.50 |
| 12/27/2023 | AJK | Telephone conference with J. Bender re terms of litigation approach b/w debtors/CRO and Committee. | 0.50 | 312.50 |
| 12/28/2023 | AJK | Work on draft of terms of litigation agreement between Committee and CRO. | 0.40 | 250.00 |
| | SUBTOTAL: | | [    11.40 | 6,825.00] |

REAL ESTATE

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/2/2023 | ASW | Review property summary re Camas and emails re same with J. Beckett, L. Miller. | 0.30 | 157.50 |
| | ASW | Review corporate filings re Camas real estate entities. | 0.60 | 315.00 |
| 12/3/2023 | ASW | Review and respond to emails re approach re Camas properties. | 0.20 | 105.00 |
| 12/4/2023 | ASW | Video conference with real estate task force re real estate valuations and sales efforts/planning. | 0.80 | 420.00 |
| 12/5/2023 | ASW | Edits to real estate title summary for sub committee use and review. | 1.60 | 840.00 |
| | ASW | Research re potential Purchase and Sale Agreement rejection issues and work on memo re same. | 3.20 | 1,680.00 |
| | ASW | Review WAC re excise taxes and emails with real estate group re same. | 0.20 | 105.00 |
| | AJK | Emails with CRO and Committee professionals re Camas Meadows properties (.1); Review detailed list of historical iCap real estate transactions (.5). | 0.60 | 375.00 |
| 12/8/2023 | ASW | Review Committee communication re Senza sale and conferences with A. J. Kornfeld re same. | 0.90 | 472.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/8/2023 | ASW | Memo re proposed Senza sale expense reimbursments and administrative expense subcomponents. | 0.60 | 315.00 |
| | ASW | Review Senza sale pleadings re background discussion. | 0.40 | 210.00 |
| 12/9/2023 | AJK | Conference with A. S. Willig re issues related to Senza property. | 0.20 | 125.00 |
| 12/10/2023 | AJK | Review Senza bankruptcy schedules and Statement of Financial Affairs re financial details (.3); Review DIP order re treatment of Senza proceeds (.1). | 0.40 | 250.00 |
| 12/11/2023 | ASW | Review title report, valuation information, Purchase and Sale Agreement and prepare memo re VH 2nd Street property. | 1.40 | 735.00 |
| | ASW | Review title report, valuation information, Purchase and Sale Agreement and prepare memo re Pioneer property. | 1.60 | 840.00 |
| | ASW | Telephone conference with and emails with S. Freeman re VH 2nd Street and Pioneer. | 0.40 | 210.00 |
| | AJK | Telephone call with S. Freeman and A. S. Willig re Senza property (.4); Email with L. Miller re same (.1); Email with S. Freeman and A. S. Willig re same (.2); Review DIP Agreement re Second Street and Pioneer properties (.1); Email with L. Miller re potential third party/portfolio approach re real estate (.1). | 0.90 | 562.50 |
| 12/12/2023 | ASW | Weekly real estate task force video call. | 0.70 | 367.50 |
| | ASW | Emails with P. Elkin re VH 2nd Street property. | 0.20 | 105.00 |
| 12/13/2023 | ASW | Review emails with P. Elkin, J. Rader, S. Freeman re proposed real estate sales. | 0.40 | 210.00 |
| 12/19/2023 | ASW | Review email exchanges re real estate status and attend weekly call re real estate tasks and issues. | 0.70 | 367.50 |

| Date | | Description | | Hours | Amount |
|------|---|------------|---|-------|--------|
| 12/20/2023 | ASW | Work on real estate summary as to valuations, encumbrances, status of approaches and disposition. | | 3.40 | 1,785.00 |
| 12/26/2023 | ASW | Review J. Beckett email re real estate valuations. | | 0.30 | 157.50 |
| | ASW | Review J. Beckett email with updated report. | | 0.40 | 210.00 |
| | | SUBTOTAL: | [ | 20.40 | 10,920.00] |

For professional services rendered                     $48,887.50
Additional charges:

| Date | | Description | Price | Amount |
|------|---|------------|-------|--------|
| 12/20/2023 | CKP | A. J. Kornfeld flight to CA | 717.80 | 717.80 |
| | CKP | A. J. Kornfeld transportation in CA | 54.00 | 54.00 |
| | CKP | A. J. Kornfeld hotel stay in CA | 378.00 | 378.00 |

Total costs                                             $1,149.80

Total amount of this bill                               $50,037.30

**Balance due**                                         **$50,037.30**

ARMAND J. KORNFELD, WSBA #17214
AIMEE S. WILLIG, WSBA #22859
JASON WAX, WSBA #41944
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101-2373
Tel: (206) 292-2110
Emails: jkornfeld@bskd.com
       awillig@bskd.com
       jwax@bskd.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re

ICAP ENTERPRISES, INC., et al.,

         Debtors.[1]

No. 23-01243-WLH11
(Jointly Administered)

NOTICE OF THIRD MONTHLY FEE APPLICATION OF BUSH KORNFELD LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

NOTICE OF THIRD MONTHLY FEE APPLICATION –
Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

TO:  THE DEBTORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST

PLEASE TAKE NOTICE that the professionals listed on the chart below (the "Professionals") have applied to the United States Bankruptcy Court for the Eastern District of Washington for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing December 1, 2023 and ending December 31, 2023 (the "Application Period").  As detailed below, the Professionals seek allowance and payment of interim compensation for fees of services rendered, plus the expenses incurred during the Application Period.

| Professional's Name | Title | Toal (100%) Fees Incurred | Total Requested in this Application (100% of Fees and Expenses) | Amount of Fees to be Applied to Open Invoices (80% of Fees) | Amount of Fees to be Held in Trust (20% of Fees) |
|---|---|---|---|---|---|
| Armand J. Kornfeld | Partner | $26,437.50 | $26,437.50 | $21,149.60 | $5287.40 |
| Aimee S. Willig | Partner | $14,332.50 | $14,332.50 | $11,466.00 | $2,866.50 |
| Jason Wax | Associate | $8,117.50 | $8,117.50 | $6,494.00 | $1,623.50 |
| General Expenses | | | $1,149.80 | | |
| **TOTAL** | | $48,887.50 | $50,037.30 | $39,109.60 | $9,777.40 |

Pursuant to the Order Granting Debtors' Motion For Order Establishing Interim Fee Application and Expense Reimbursement Procedures which was entered by the court on November 17, 2023 [ECF No. 168], any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the court and serve a copy of that objection upon the Professionals whose Monthly Fee Application are the subject of the objection, the

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha12h801h3
23-01243-WLH11    Doc 262    Filed 01/17/24    Entered 01/17/24 14:48:54    Pg 20 of 21

Debtors and their counsel of record, the Office of the United States Trustee within fourteen (14) calendar days of the date that this Notice was mailed.

If an objection is timely filed and served, the **Debtors** will pay the Professionals whose application is the subject of an objection only the applicable percentage of those amounts not in dispute and will reserve any amounts in dispute for payment after the Court hears and resolves such dispute.

DATED this 17th day of January, 2024.

BUSH KORNFELD LLP


By /s/ Armand J. Kornfeld
Armand J. Kornfeld, WSBA #17214
Aimee S. Willig, WSBA #22859
Jason Wax, WSBA #41944
*Attorneys for The Official Unsecured Creditors Committee*

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha12h801h3