ARMAND J. KORNFELD, WSBA #17214
AIMEE S. WILLIG, WSBA #22859
JASON WAX, WSBA #41944
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101-2373
Tel: (206) 292-2110
Emails: jkornfeld@bskd.com
awillig@bskd.com
jwax@bskd.com

HONORABLE WHITMAN L. HOLT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>ICAP ENTERPRISES, INC., et al.,<br><br>Debtors.[1] | No. 23-01243-WLH11<br>(Jointly Administered)<br><br>SECOND MONTHLY FEE APPLICATION OF CORR CRONIN LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023 |

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

SECOND MONTHLY FEE APPLICATION– Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha13ne013k

23-01243-WLH11    Doc 264    Filed 01/17/24    Entered 01/17/24 15:00:49    Pg 1 of 16

John Bender and Corr Cronin LLP (the "Firm") submits this Monthly Fee Application Request for Compensation and Reimbursement of Expenses for the Period of November 1, 2023 through November 30, 2023 ("the <u>Application</u>" and the "<u>Application Period</u>" respectfully for work performed for the Official Committee of Unsecured Creditors ("<u>Committee</u>"). In support of the Application, the Firm respectfully represents as follows:

The Firm is special litigation counsel to the Committee. The Firm hereby applies to the court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

1. The Firm billed a total of $21,056.00 in fees and expenses during the Application Period. The total fees represent 43.40 hours during the period covered by this Application. The fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 11/01/2023 to 11/30/2023 | $21,056.00 | $0.00 | $21,056.00 |

2. Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $21,056.00 at this time. This total is comprised of $21,056.00, the fees for services rendered. The Firm will only apply 80% of the fees paid to outstanding invoices and will hold the additional 20% of the fees in trust pending approval of such fees through a quarterly interim fee application.

3. This is the second monthly fee application of the Firm. Accordingly, to date, the firm has not been paid post-petition and is not holding any amounts in trust.

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

4. Attached as **Exhibit A** to this Application is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional. Attached as **Exhibit B** to this Application are detailed time and expense statements for the Application Period.

5. The Firm has served a copy of this Application on the applicable Notice Parties. The Application was mailed by first class mail, postage prepaid on or about January 17, 2024. Notice of the filing of this Application was served on the foregoing parties as well as any party who has requested special notice in these chapter 11 cases as of the date of this Notice.

6 Pursuant to this court's *Order Granting Debtors' Motion for Order Establishing Interim Fee Application and Expense Reimbursement Procedures* that was entered on or about November 17, 2023, ("Compensation Procedures Order"). the Debtors are authorized to make payment requested herein without a further hearing or order of this court unless an objection to this Application is filed with the court and served upon the Notice Parties within 14 calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtors are authorized, but not direct to pay 100% of the uncontested fees and expenses without further order of this court. If no objection is filed, the Debtors are authorized, but not directed to pay 00% of all fees and expenses requested in the Application without further order of the court; provided, however, that in either case, the Firm will hold 20% of the amount of the fees paid in trust pending approval of such fees through a quarterly interim fee application.

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

7. The interim compensation and reimbursement of expenses sought in this Application are not final. Upon the conclusion of these cases, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in these cases. Any interim fees or reimbursement of expenses approved by this court and received the Firm (along with any retainer) will be credited against such final fees and expenses and may be allowed by this court.

The Firm respectfully requests that the Debtors pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the Compensation Procedures Order.

DATED this 17 day of January, 2024.

CORR CRONIN LLP

BY /s/ John T. Bender
John T. Bender, WSBA #49658
Special Litigation Counsel for the Official Committee of Unsecured Creditors

SECOND MONTHLY FEE APPLICATION– Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha13ne013k

23-01243-WLH11    Doc 264    Filed 01/17/24    Entered 01/17/24 15:00:49    Pg 4 of 16

# EXHIBIT A

| Timekeeper | Rate | Total Hours | Total Fees |
|---|---:|---:|---:|
| John Bender | $500.00 | 41.10 | $20,550.00 |
| Rachel Moran | $220.00 | 2.30 | $506.00 |
| **Total** | | **43.40** | **$21,056.00** |

# EXHIBIT B

**CORR CRONIN | LLP**
A Limited Liability Partnership
1015 Second Avenue Floor 10
Seattle, WA 98104-1001
TEL: 206-625-8600   FAX: 206-625-0900
Tax ID # 91-1952756

Official Committee of Unsecured Creditors
11/30/2023
Account No: 2233-00001M
Statement No: 4

Re: iCap Creditor's Committee

FEES

| Date | Atty | Task | Act | Description | RATE | HOURS | Amount |
|---|---|---|---|---|---|---|---|
| 11/03/2023 | JTB | B999 | A114 | General Administration: Call with J. Kornfeld re status and action items. | 500.00 | 0.20 | 100.00 |
| | JTB | B999 | A114 | General Administration: Call and email with J. Wax re revisions to application. | 500.00 | 0.50 | 250.00 |
| 11/06/2023 | JTB | B100 | A114 | Asset Analysis: Calls with J. Kornfeld re strategy. | 500.00 | 0.40 | 200.00 |
| | JTB | B100 | A114 | Asset Analysis: Call and email with J. Wax re strategy. | 500.00 | 0.10 | 50.00 |
| 11/07/2023 | JTB | B100 | A114 | Asset Analysis: Attend meeting with CRO Buchalter teams re status and action items. | 500.00 | 1.00 | 500.00 |
| | JTB | B100 | A114 | Asset Analysis: Attend meeting with Committee professionals re status of investigation and strategy. | 500.00 | 1.00 | 500.00 |
| | JTB | B100 | A114 | Asset Analysis: Call with J. Kornfeld re status and strategy. | 500.00 | 0.40 | 200.00 |
| 11/08/2023 | JTB | B999 | A114 | General Administration: Call with J. Kornfeld re committee logistics. | 500.00 | 0.30 | 150.00 |
| | JTB | B999 | A114 | General Administration: Email with G. Dyer re committee logistics. | 500.00 | 0.10 | 50.00 |
| | JTB | B999 | A114 | General Administration: Prepare for and committee meeting with B. Kornfeld and B. Riley teams. | 500.00 | 1.20 | 600.00 |
| | JTB | B100 | A114 | Asset Analysis: Attend meeting with CRO to discuss real estate issues. | 500.00 | 1.00 | 500.00 |
| | JTB | B100 | A114 | Asset Analysis: Call with J. Kornfeld re real estate issues. | 500.00 | 0.20 | 100.00 |

|            |     |      |      |                                                                                              | RATE   | HOURS |         |
|------------|-----|------|------|----------------------------------------------------------------------------------------------|--------|-------|---------|
| 11/09/2023 | JTB | B100 | A114 | Asset Analysis: Attend and participate in UCC professionals meeting in advance of Committee meeting. | 500.00 | 0.50  | 250.00  |
|            | JTB | B100 | A114 | Asset Analysis: Attend and participate in UCC meeting.                                       | 500.00 | 1.00  | 500.00  |
|            | JTB | B100 | A114 | Asset Analysis: Call with L. Tan and co-chair of UCC re status and strategy.                 | 500.00 | 0.20  | 100.00  |
|            | JTB | B999 | A114 | General Administration: Communicate with B. Kornfeld re minute entry follow up.              | 500.00 | 0.20  | 100.00  |
|            | JTB | B999 | A114 | General Administration: Communicate with B. Kornfeld and witnesses re C. Christensen investigation. | 500.00 | 0.20  | 100.00  |
|            | JTB | B100 | A114 | Asset Analysis: Review personnel interview notes taken by CRO.                               | 500.00 | 0.50  | 250.00  |
|            | JTB | B999 | A114 | General Administration: Review CRO confidentiality agreement for approval and signature.     | 500.00 | 1.00  | 500.00  |
|            | JTB | B999 | A114 | General Administration: Correspond with Buchalter about confidentiality agreement.           | 500.00 | 0.20  | 100.00  |
| 11/10/2023 | JTB | B100 | A114 | Asset Analysis: Email with B. Riley re iCap offering materials.                              | 500.00 | 0.30  | 150.00  |
|            | JTB | B100 | A114 | Asset Analysis: Email with L. Miller re SalesForce access.                                   | 500.00 | 0.10  | 50.00   |
|            | JTB | B100 | A114 | Asset Analysis: Email with L. Miller; taskforce assignments.                                 | 500.00 | 0.20  | 100.00  |
|            | JTB | B999 | A114 | General Administration: Email with B. Kornfeld; taskforce assignments.                       | 500.00 | 0.20  | 100.00  |
|            | JTB | B100 | A114 | Asset Analysis: Email with L. Miller re witness interviews.                                  | 500.00 | 0.20  | 100.00  |
|            | JTB | B100 | A114 | Asset Analysis: Email with B. Kornfeld re witness interviews.                                | 500.00 | 0.20  | 100.00  |
|            | JTB | B100 | A114 | Asset Analysis: Call with B. Kornfeld re status of investigation and strategy.               | 500.00 | 0.40  | 200.00  |
|            | JTB | B100 | A114 | Asset Analysis: Call with B. Kornfeld re status and strategy continuous.                     | 500.00 | 0.20  | 100.00  |
|            | JTB | B100 | A114 | Asset Analysis: Call with B. Kornfeld re status and strategy continuous.                     | 500.00 | 0.30  | 150.00  |
| 11/13/2023 | JTB | B100 | A114 | Asset Analysis: Call with Alchemy Construction; UW 17th.                                     | 500.00 | 0.40  | 200.00  |
|            | JTB | B100 | A114 | Asset Analysis: Call with J. Kornfeld re                                                     |        |       |         |

| Date | Tkpr | Task | Act | Description | RATE | HOURS | Amount |
|---|---|---|---|---|---|---|---|
| | | | | status and strategy. | 500.00 | 0.40 | 200.00 |
| 11/14/2023 | JTB | B100 | A114 | Asset Analysis: Attend iCap Action items/update call. | 500.00 | 0.90 | 450.00 |
| | JTB | B100 | A114 | Asset Analysis: Attend iCap committee weekly meeting. | 500.00 | 1.00 | 500.00 |
| | JTB | B100 | A114 | Asset Analysis: Call with J. Kornfeld re litigation action plan. | 500.00 | 0.20 | 100.00 |
| 11/15/2023 | JTB | B100 | A114 | Asset Analysis: Receive and review October TRO report for C. Christensen. | 500.00 | 0.20 | 100.00 |
| | JTB | B999 | A114 | General Administration: Receive and review CRO common interest agreement; email with B. Kornfeld about same. | 500.00 | 0.30 | 150.00 |
| | JTB | B100 | A114 | Asset Analysis: Call with J. Kornfeld re UCC investigation status and strategy. | 500.00 | 0.20 | 100.00 |
| 11/16/2023 | JTB | B100 | A114 | Asset Analysis: Review Statement of Financial Affairs re email with Bush Kornfeld about same. | 500.00 | 1.00 | 500.00 |
| | JTB | B100 | A114 | Asset Analysis: Email with B. Riley re forensic investigation. | 500.00 | 0.30 | 150.00 |
| | JTB | B100 | A114 | Asset Analysis: Attend part of UCC forensic work group meeting. | 500.00 | 0.20 | 100.00 |
| | JTB | B100 | A114 | Asset Analysis: Email with J. Gurule and L. Miller re Umpqua 2004 requests. | 500.00 | 0.20 | 100.00 |
| | JTB | B100 | A114 | Asset Analysis: Call with Bush Kornfeld re UCC status and strategy. | 500.00 | 0.30 | 150.00 |
| | JTB | B100 | A114 | Asset Analysis: Call with Bush Kornfeld re UCC status and strategy cont. | 500.00 | 0.20 | 100.00 |
| 11/17/2023 | JTB | B999 | A114 | General Administration: Appear and attend 341 conference. | 500.00 | 2.00 | 1,000.00 |
| 11/20/2023 | JTB | B100 | A114 | Asset Analysis: Call with B. Kornfeld re UCC status and strategy. | 500.00 | 0.70 | 350.00 |
| | JTB | B100 | A114 | Asset Analysis: Email with B. Kornfeld re Umpqua 2004 motion. | 500.00 | 0.20 | 100.00 |
| | JTB | B100 | A114 | Asset Analysis: Email with Buchalter re witness interviews. | 500.00 | 0.20 | 100.00 |
| | JTB | B100 | A114 | Asset Analysis: Email with L. Tan re C. Christensen allowance issues. | 500.00 | 0.20 | 100.00 |
| 11/21/2023 | JTB | B100 | A114 | Asset Analysis: Call with J. Kornfeld re UCC investigation update. | 500.00 | 0.70 | 350.00 |
| | JTB | B100 | A114 | Asset Analysis: Call with M. Rhodes re | | | |

|            |     |      |      |                                                                               | RATE   | HOURS |          |
|------------|-----|------|------|-------------------------------------------------------------------------------|--------|-------|----------|
|            |     |      |      | witness interview.                                                            | 500.00 | 0.30  | 150.00   |
|            | JTB | B100 | A114 | Asset Analysis: Call with L. Tan re UCC investigation.                        | 500.00 | 0.40  | 200.00   |
|            | JTB | B100 | A114 | Asset Analysis: Email with investor re respond to request for more information. | 500.00 | 0.20  | 100.00   |
| 11/22/2023 | JTB | B100 | A114 | Asset Analysis: Attend weekly UCC professionals meeting re status and strategy. | 500.00 | 0.50  | 250.00   |
|            | JTB | B100 | A114 | Asset Analysis: Finalizing 2004 request to Umpqua.                            | 500.00 | 0.50  | 250.00   |
|            | JTB | B100 | A114 | Asset Analysis: Email with known attorney for Umpqua about service of 2004 request. | 500.00 | 0.30  | 150.00   |
|            | JTB | B100 | A114 | Asset Analysis: Supervising direct service of Umpqua 2004.                    | 500.00 | 0.50  | 250.00   |
|            | JTB | B100 | A114 | Asset Analysis: Review of iCap SharePoint data.                               | 500.00 | 3.00  | 1,500.00 |
|            | JTB | B100 | A114 | Asset Analysis: Email with UCC professional team re findings in iCap SharePoint data. | 500.00 | 0.30  | 150.00   |
| 11/27/2023 | JTB | B100 | A114 | Asset Analysis: Email with co-chair of Committee re witness interviews.       | 500.00 | 0.10  | 50.00    |
|            | JTB | B100 | A114 | Asset Analysis: Email with J. Kornfeld re witness interviews.                 | 500.00 | 0.20  | 100.00   |
|            | JTB | B100 | A114 | Asset Analysis: Email with B. Kornfeld re preservation demand list.           | 500.00 | 0.10  | 50.00    |
|            | JTB | B100 | A114 | Asset Analysis: Email with Umpqua counsel re 2004 requests.                   | 500.00 | 0.30  | 150.00   |
|            | JTB | B100 | A114 | Asset Analysis: Email with investor re lost iCap investment.                  | 500.00 | 0.50  | 250.00   |
|            | JTB | B100 | A114 | Asset Analysis: Email with CRO team re SharePoint data and investigation.     | 500.00 | 0.50  | 250.00   |
|            | JTB | B100 | A114 | Asset Analysis: Review of iCap SharePoint data.                               | 500.00 | 2.00  | 1,000.00 |
|            | JTB | B100 | A114 | Asset Analysis: Email with B. Riley team re iCap SharePoint data.             | 500.00 | 0.20  | 100.00   |
| 11/28/2023 | JTB | B100 | A114 | Asset Analysis: Review of CRO internal iCap information.                      | 500.00 | 0.50  | 250.00   |
|            | JTB | B100 | A114 | Asset Analysis: Conference with CRO team re follow up on review of internal information. | 500.00 | 0.30  | 150.00   |

|            |     |      |      |                                                                                                    | RATE   | HOURS |        |
|------------|-----|------|------|----------------------------------------------------------------------------------------------------|--------|-------|--------|
|            | JTB | B100 | A114 | Asset Analysis: Participate in iCap action items call with CRO and UCC professionals.              | 500.00 | 1.00  | 500.00 |
|            | JTB | B100 | A114 | Asset Analysis: Participate in iCap weekly UCC meeting.                                            | 500.00 | 1.00  | 500.00 |
|            | JTB | B100 | A114 | Asset Analysis: Conference with B. Kornfeld re UCC status and strategy.                            | 500.00 | 0.30  | 150.00 |
|            | JTB | B100 | A114 | Asset Analysis: Call with B. Kornfeld re UCC status and strategy.                                  | 500.00 | 0.20  | 100.00 |
|            | JTB | B100 | A114 | Asset Analysis: Call with B. Kornfeld re UCC status and strategy continued.                        | 500.00 | 0.20  | 100.00 |
|            | JTB | B100 | A114 | Asset Analysis: Call with Umpqua Bank's counsel re 2004 request                                    | 500.00 | 0.50  | 250.00 |
|            | JTB | B100 | A114 | Asset Analysis: Conference with Umpqua Bank's counsel re 2004 request follow up.                   | 500.00 | 0.20  | 100.00 |
|            | JTB | B100 | A114 | Asset Analysis: Post-committee meeting iCap professionals call.                                    | 500.00 | 0.50  | 250.00 |
|            | JTB | B100 | A114 | Asset Analysis: Call with UCC co-chair re status and strategy.                                     | 500.00 | 0.30  | 150.00 |
|            | JTB | B100 | A114 | Asset Analysis: Call with UCC co-chair re status and strategy continued.                           | 500.00 | 0.20  | 100.00 |
|            | JTB | B100 | A114 | Asset Analysis: Call with M. Rhodes re witness interview.                                          | 500.00 | 0.20  | 100.00 |
|            | JTB | B100 | A114 | Asset Analysis: Call with UCC co-chair and re iCap bankruptcy status.                              | 500.00 | 0.30  | 150.00 |
|            | JTB | B999 | A114 | General Administration: Conference with internal team re case administration and assignments.      | 500.00 | 1.00  | 500.00 |
| 11/29/2023 | JTB | B100 | A114 | Asset Analysis: Call with J. Kornfeld re UCC status and strategy.                                  | 500.00 | 0.50  | 250.00 |
|            | RM  | B999 | A114 | General Administration: Coordinate various meetings and conference calls re start up of new case re Creditor's Committee. | 220.00 | 1.00  | 220.00 |
| 11/30/2023 | JTB | B100 | A114 | Asset Analysis: Communicate with UCC co-chair re interview questions for R. Zhang.                 | 500.00 | 0.20  | 100.00 |
|            | JTB | B100 | A114 | Asset Analysis: Email from CRO re Sunset Terrace payment return.                                   | 500.00 | 0.20  | 100.00 |
|            | JTB | B100 | A114 | Asset Analysis: Attend UCC committee professionals weekly meeting.                                 | 500.00 | 0.20  | 100.00 |

```
                                                                       Page:       6
Official Committee of Unsecured Creditors                                   11/30/2023
                                                                Account No: 2233-00001M
                                                                Statement No:         4
Re: iCap Creditor's Committee
```

```
                                                            RATE     HOURS

    JTB   B100  A114 Asset Analysis: Call with B. Kornfeld re
                     UCC status and strategy.                500.00    0.30    150.00

    JTB   B100  A114 Asset Analysis: Call with B. Kornfeld re
                     UCC status and strategy continued.      500.00    0.30    150.00

    JTB   B999  A114 General Administration: Call with CRO re
                     litigation management issues.           500.00    0.70    350.00

    RM    B999  A114 General Administration: Meet with T. Uy
                     re bankruptcy database from B. Kornfeld
                     and conduct conference call with legal
                     assistants re same.                     220.00    1.30    286.00
                     FOR LEGAL SERVICES RENDERED THROUGH 11/30/2023    43.40 21,056.00
```

### SUMMARY OF TIME

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| John T. Bender | Lead Attorney | 41.10 | $500.00 | $20,550.00 |
| Renee Moran | Paralegal | 2.30 | 220.00 | 506.00 |

|   |   |
|---|---|
| Previous Balance | $3,750.00 |
| **Total Due for Current Invoice 11/30/2023** | 21,056.00 |
| TOTAL DUE | $24,806.00 |

### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 24,806.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 24,806.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Task Code Summary

|   |   | Fees | Expenses |
|---|---|---|---|
| B100 | Asset Analysis | 16500.00 | 0.00 |
| B100 | Asset Analysis | 16,500.00 | 0.00 |
| B999 | General Adminsitration | 4556.00 | 0.00 |
| B900 | Real Estate | 4,556.00 | 0.00 |

Payment is due upon receipt of invoice.

HONORABLE WHITMAN L. HOLT

ARMAND J. KORNFELD, WSBA #17214
AIMEE S. WILLIG, WSBA #22859
JASON WAX, WSBA #41944
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101-2373
Tel: (206) 292-2110
Emails: jkornfeld@bskd.com
  awillig@bskd.com
  jwax@bskd.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

ICAP ENTERPRISES, INC., et al.,

Debtors.[1]

No. 23-01243-WLH11
(Jointly Administrated)

NOTICE OF SECOND MONTHLY FEE APPLICATION OF CORR CRONIN LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

NOTICE OF SECOND MONTHLY FEE APPLICATION – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

TO: THE DEBTORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST

PLEASE TAKE NOTICE that the professionals listed on the chart below (the "Professionals") have applied to the United States Bankruptcy Court for the Eastern District of Washington for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing November 1, 2023 and ending November 30, 2023 (the "Application Period"). As detailed below, the Professionals seek allowance and payment of interim compensation for fees of services rendered, plus the expenses incurred during the Application Period.

| Professional's Name | Title | Toal (100%) Fees Incurred | Total Requested in this Application (100% of Fees and Expenses) | Amount of Fees to be Applied to Open Invoices (80% of Fees) | Amount of Fees to be Held in Trust (20% of Fees) |
|---|---|---|---|---|---|
| John T. Bender | Partner | $20,550.00 | $20,550.00 | $16,440 | $4,110.00 |
| Rachel Moran | Paralegal | $ 506.00 | $ 506.00 | $404.80 | $101.20 |
| Total | | $21,056.00 | $21,056.00 | $16,844.80 | $4,211.20 |

Pursuant to the Order Granting Debtors' Motion For Order Establishing Interim Fee Application and Expense Reimbursement Procedures which was entered by the court on November 17, 2023 [ECF No. 168], any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the court and serve a copy of that objection upon the Professionals whose Monthly Fee Application are the subject of the objection, the Debtors and their counsel of record, the Office of the United States Trustee within fourteen (14) calendar days of the date that this Notice was mailed.

NOTICE OF SECOND MONTHLY FEE APPLICATION –
Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha12jc017g

23-01243-WLH11    Doc 264    Filed 01/17/24    Entered 01/17/24 15:00:49    Pg 15 of 16

If an objection is timely filed and served, the Debtor will pay the Professionals whose application is the subject of an objection only the applicable percentage of those amounts not in dispute and will reserve any amounts in dispute for payment after the Court hears and resolves such dispute.

DATED this 17th day of January, 2024.

CORR CRONIN LLP

BY /s/ John T. Bender
John T. Bender, WSBA #49658
Special Litigation Counsel for the Official Committee of Unsecured Creditors

NOTICE OF SECOND MONTHLY FEE APPLICATION –
Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha12jc017g

23-01243-WLH11    Doc 264    Filed 01/17/24    Entered 01/17/24 15:00:49    Pg 16 of 16