HONORABLE WHITMAN L. HOLT

ARMAND J. KORNFELD, WSBA #17214
AIMEE S. WILLIG, WSBA #22859
JASON WAX, WSBA #41944
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101-2373
Tel: (206) 292-2110
Emails: jkornfeld@bskd.com
 awillig@bskd.com
 jwax@bskd.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

ICAP ENTERPRISES, INC., et al.,

Debtors.[1]

No. 23-01243-WLH11
(Jointly Administered)

THIRD MONTHLY FEE APPLICATION OF CORR CRONIN LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

THIRD MONTHLY FEE APPLICATION– Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha13ng01mg

23-01243-WLH11    Doc 265    Filed 01/17/24    Entered 01/17/24 15:02:53    Pg 1 of 19

John Bender and Corr Cronin LLP (the "Firm") submits this Monthly Fee Application Request for Compensation and Reimbursement of Expenses for the Period of December 1, 2023 through December 31, 2023 ("the <u>Application</u>" and the "<u>Application Period</u>" respectfully for work performed for the Official Committee of Unsecured Creditors ("<u>Committee</u>"). In support of the Application, the Firm respectfully represents as follows:

The Firm is special litigation counsel to the Committee. The Firm hereby applies to the court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

1. The Firm billed a total of $31,680,48 in fees and expenses during the Application Period. The total fees represent 70.70 hours during the period covered by this Application. The fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 12/01/2023 to 12/31/2023 | $31,382.00 | $298.48 | $31,680,48 |

2. Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $31,680,48 at this time. This total is comprised of $31,382.00 (the fees for services rendered) plus $298.48 (the expenses incurred).. The Firm will only apply 80% of the fees paid to outstanding invoices and will hold the additional 20% of the fees in trust pending approval of such fees through a quarterly interim fee application.

3. This is the third monthly fee application of the Firm. Accordingly, to date, the firm has not been paid post-petition and is not holding any amounts in trust.

THIRD MONTHLY FEE APPLICATION– Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha13ng01mg

23-01243-WLH11    Doc 265    Filed 01/17/24    Entered 01/17/24 15:02:53    Pg 2 of 19

4. Attached as **Exhibit A** to this Application is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional. Attached as **Exhibit B** to this Application are detailed time and expense statements for the Application Period.

5. The Firm has served a copy of this Application on the applicable Notice Parties. The Application was mailed by first class mail, postage prepaid on or about January 17, 2024. Notice of the filing of this Application was served on the foregoing parties as well as any party who has requested special notice in these chapter 11 cases as of the date of this Notice.

6 Pursuant to this court's *Order Granting Debtors' Motion for Order Establishing Interim Fee Application and Expense Reimbursement Procedures* that was entered on or about November 17, 2023, ("Compensation Procedures Order"). the Debtors are authorized to make payment requested herein without a further hearing or order of this court unless an objection to this Application is filed with the court and served upon the Notice Parties within 14 calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtors are authorized, but not direct to pay 100% of the uncontested fees and expenses without further order of this court. If no objection is filed, the Debtors are authorized, but not directed to pay 00% of all fees and expenses requested in the Application without further order of the court; provided, however, that in either case, the Firm will hold 20% of the amount of the fees paid in trust pending approval of such fees through a quarterly interim fee application.

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha13ng01mg

7. The interim compensation and reimbursement of expenses sought in this Application are not final. Upon the conclusion of these cases, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in these cases. Any interim fees or reimbursement of expenses approved by this court and received the Firm (along with any retainer) will be credited against such final fees and expenses and may be allowed by this court.

The Firm respectfully requests that the Debtors pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the Compensation Procedures Order.

DATED this 17th day of January, 2024.

CORR CRONIN LLP

BY /s/ John T. Bender
John T. Bender, WSBA #49658
Special Litigation Counsel for the Official Committee of Unsecured Creditors

THIRD MONTHLY FEE APPLICATION– Page 4

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha13ng01mg

23-01243-WLH11　　Doc 265　　Filed 01/17/24　　Entered 01/17/24 15:02:53　　Pg 4 of 19

# EXHIBIT A

| Timekeeper | Rate | Total Hours | Total Fees |
|---|---:|---:|---:|
| John Bender | $500.00 | 57.00 | $28,500.00 |
| Taryn M. Basauri | $400.00 | 3.00 | $1,200.00 |
| Rachel Moran | $220.00 | 2.30 | $506.00 |
| Megan Beck | $140.00 | 8.40 | $1,176.00 |
| **Total** | | **70.70** | **$31,382.00** |

# EXHIBIT B

**CORR CRONIN | LLP**
A Limited Liability Partnership
1015 Second Avenue Floor 10
Seattle, WA 98104-1001
TEL: 206-625-8600   FAX: 206-625-0900
Tax ID # 91-1952756

```
                                                                    Page: 1
Official Committee of Unsecured Creditors                         12/31/2023
                                                         Account No: 2233-00001M
                                                         Statement No:        5




Re: iCap Creditor's Committee




                                    FEES
                                                         RATE     HOURS

12/01/2023 MB   B999  A114  General Administration: Research and
                            troubleshoot case matrix, and create
                            mailing list spreadsheet.               140.00   1.90    266.00

           JTB  B100  A114  Asset Analysis: Call with J. Ducey,
                            attorney for creditor, re bankruptcy
                            status.                                 500.00   0.10     50.00

           JTB  B100  A114  Asset Analysis: Call with J. Gurule re
                            notice of stay issues.                  500.00   0.10     50.00

           JTB  B100  A114  Asset Analysis: Call with J. Gurule re
                            notice of stay issues continued.        500.00   0.10     50.00

           JTB  B100  A114  Asset Analysis: Calls with L. Tan and UCC
                            co-chair re status of bankruptcy issues. 500.00  0.30    150.00

           JTB  B100  A114  Asset Analysis: Correspondence with S.
                            Freeman and B. Riley re forensic
                            investigation issues.                   500.00   0.20    100.00

           JTB  B100  A114  Asset Analysis: Correspondence with M.
                            Issa and B. Riley team re broker
                            investigation.                          500.00   0.20    100.00

           RM   B999  A114  General Administration: Review and
                            download documents from shared bankruptcy
                            website.                                220.00   0.80    176.00

12/04/2023 MB   B999  A114  General Administration: Update mailing
                            list spreadsheet.                       140.00   1.00    140.00

           JTB  B100  A114  Asset Analysis: Call with
                            Buchalter/Paladin re 2004 and litigation
                            strategy.                               500.00   1.20    600.00

           JTB  B999  A114  General Administration: Email with
                            committee professional team re litigation
                            issues.                                 500.00   0.20    100.00
```

Official Committee of Unsecured Creditors  
Page: 2  
12/31/2023  
Account No: 2233-00001M  
Statement No: 5  
Re: iCap Creditor's Committee

| Date | Atty | Task | Act | Description | RATE | HOURS | |
|---|---|---|---|---|---|---|---|
| | JTB | B100 | A114 | Asset Analysis: Email with Buchalter re Umpqua communications. | 500.00 | 0.20 | 100.00 |
| | JTB | B100 | A114 | Asset Analysis: Email with Singapore counsel re status and strategy. | 500.00 | 0.20 | 100.00 |
| | JTB | B100 | A114 | Asset Analysis: Email from CRO re Camas Meadows. | 500.00 | 0.20 | 100.00 |
| | JTB | B100 | A114 | Asset Analysis: Review Paladin summary notes re J. Seagal interview. | 500.00 | 0.20 | 100.00 |
| 12/05/2023 | JTB | B100 | A114 | Asset Analysis: Call with Paladin/Buchalter re Colpitts litigation strategy. | 500.00 | 0.70 | 350.00 |
| | JTB | B100 | A114 | Asset Analysis: iCap action items and call with Buchalter/Paladin. | 500.00 | 1.30 | 650.00 |
| | JTB | B999 | A114 | General Administration: Email with Bush Kornfeld re 2004 requests. | 500.00 | 0.20 | 100.00 |
| | JTB | B100 | A114 | Asset Analysis: Call with Umpqua Bank re 2004 response. | 500.00 | 0.20 | 100.00 |
| | JTB | B999 | A114 | General Administration: Email with team re Umpqua Bank response. | 500.00 | 0.20 | 100.00 |
| | JTB | B999 | A114 | General Administration: Participate in weekly committee meeting. | 500.00 | 1.00 | 500.00 |
| | JTB | B100 | A114 | Asset Analysis: Email with UCC team and Buchalter re litigation holds. | 500.00 | 0.20 | 100.00 |
| | RM | B999 | A114 | General Administration: Continue to download documents from bankruptcy database. | 220.00 | 1.50 | 330.00 |
| 12/06/2023 | JTB | B100 | A114 | Asset Analysis: Call with S. Freeman re committee strategy issues. | 500.00 | 0.40 | 200.00 |
| | JTB | B999 | A114 | General Administration: Call with J. Kornfeld re committee strategy follow up. | 500.00 | 0.30 | 150.00 |
| 12/07/2023 | MB | B999 | A114 | General Administration: Talk to T. Uy via phone re document database, and update and organize pleadings. | 140.00 | 2.30 | 322.00 |
| | JTB | B100 | A114 | Asset Analysis: Attend forensic workgroup meeting. | 500.00 | 0.50 | 250.00 |
| | JTB | B100 | A114 | Asset Analysis: Attend weekly UCC professionals meeting re status and strategy. | 500.00 | 1.00 | 500.00 |
| | JTB | B100 | A114 | Asset Analysis: Attend Paladin interview of R. Zhang. | 500.00 | 1.00 | 500.00 |

|  |  |  |  |  | RATE | HOURS |  |
|---|---|---|---|---|---|---|---|
|  | JTB | B999 | A114 | General Administration: Calls with Paladin/CRO. | 500.00 | 0.20 | 100.00 |
|  | JTB | B100 | A114 | Asset Analysis: Email with Paladin/Buchalter re follow up on call. | 500.00 | 0.30 | 150.00 |
|  | JTB | B100 | A114 | Asset Analysis: Email with Buchalter re Umpqua data. | 500.00 | 0.10 | 50.00 |
|  | JTB | B999 | A114 | General Administration: Email with UCC team re update on status. | 500.00 | 0.20 | 100.00 |
|  | JTB | B999 | A114 | General Administration: Call with J. Kornfeld re status and strategy. | 500.00 | 0.20 | 100.00 |
|  | JTB | B999 | A114 | General Administration: Follow-up calls with J. Kornfeld re status and strategy. | 500.00 | 0.40 | 200.00 |
|  | JTB | B100 | A114 | Asset Analysis: Call with UCC co-chair re status update. | 500.00 | 0.70 | 350.00 |
|  | JTB | B100 | A114 | Asset Analysis: Working on draft cooperation agreement language. | 500.00 | 2.00 | 1,000.00 |
|  | JTB | B100 | A114 | Asset Analysis: Email with Paladin/Buchalter and draft cooperation language. | 500.00 | 0.30 | 150.00 |
|  | JTB | B100 | A114 | Asset Analysis: Email with UCC team re Airlink issues. | 500.00 | 0.20 | 100.00 |
|  | JTB | B999 | A114 | General Administration: Email with J. Kornfeld re UCC strategy. | 500.00 | 0.10 | 50.00 |
|  | JTB | B100 | A114 | Asset Analysis: Email with Paladin re OneHub data. | 500.00 | 0.10 | 50.00 |
|  | JTB | B100 | A114 | Asset Analysis: Email with Paladin re Forensic workgroup follow up. | 500.00 | 0.10 | 50.00 |
|  | JTB | B100 | A114 | Asset Analysis: Email with UCC professionals re forensic workgroup follow up. | 500.00 | 0.20 | 100.00 |
| 12/08/2023 | JTB | B999 | A114 | General Administration: Call with J. Kornfeld re UCC strategy. | 500.00 | 0.70 | 350.00 |
|  | JTB | B100 | A114 | Asset Analysis: Call with J. Gurule re status follow up. | 500.00 | 0.10 | 50.00 |
|  | JTB | B100 | A114 | Asset Analysis: Call with UCC co-chair re status and strategy. | 500.00 | 0.50 | 250.00 |
|  | JTB | B100 | A114 | Asset Analysis: Email with UCC professionals re Airlink follow up. | 500.00 | 0.10 | 50.00 |
|  | JTB | B100 | A114 | Asset Analysis: Email with Paladin re FTP site assistance. | 500.00 | 0.10 | 50.00 |

```
                                                              Page: 4
Official Committee of Unsecured Creditors                   12/31/2023
                                                Account No:  2233-00001M
                                                Statement No:        5
Re: iCap Creditor's Committee
```

| Date | Tkpr | Task | Act | Description | RATE | HOURS | |
|---|---|---|---|---|---|---|---|
| | JTB | B100 | A114 | Asset Analysis: Email with UCC professionals re Paladin/Buchalter meeting. | 500.00 | 0.10 | 50.00 |
| | JTB | B100 | A114 | Asset Analysis: Review Umpqua Bank materials. | 500.00 | 2.00 | 1,000.00 |
| | JTB | B100 | A114 | Asset Analysis: Call with UCC co-chair re status and strategy. | 500.00 | 0.50 | 250.00 |
| 12/10/2023 | JTB | B999 | A114 | General Administration: Call with J. Kornfeld re status and strategy. | 500.00 | 1.00 | 500.00 |
| | JTB | B100 | A114 | Asset Analysis: Call with UCC co-chair re status and strategy. | 500.00 | 0.50 | 250.00 |
| 12/11/2023 | JTB | B100 | A114 | Asset Analysis: Attend CRO witness interview. | 500.00 | 2.50 | 1,250.00 |
| | JTB | B999 | A114 | General Administration: Attend UCC professional strategy meeting; UCC status and strategy. | 500.00 | 1.00 | 500.00 |
| | JTB | B999 | A114 | General Administration: Call with UCC co-chair re UCC status and strategy. | 500.00 | 0.20 | 100.00 |
| | JTB | B999 | A114 | General Administration: Call with UCC co-chair re UCC status and strategy. | 500.00 | 0.50 | 250.00 |
| | JTB | B100 | A114 | Asset Analysis: Working on new 2004 request. | 500.00 | 1.00 | 500.00 |
| | JTB | B999 | A114 | General Administration: Email with UCC team re iCap records. | 500.00 | 0.20 | 100.00 |
| 12/12/2023 | JTB | B100 | A114 | Asset Analysis: Call with CRO and Buchalter re action items. | 500.00 | 0.80 | 400.00 |
| | JTB | B100 | A114 | Asset Analysis: Call with CRO and Buchalter re litigation strategy. | 500.00 | 1.00 | 500.00 |
| | JTB | B100 | A114 | Asset Analysis: Call with UCC professionals re litigation and investigation strategy. | 500.00 | 0.50 | 250.00 |
| | JTB | B100 | A114 | Asset Analysis: Attend UCC members and professionals meeting. | 500.00 | 2.00 | 1,000.00 |
| | JTB | B100 | A114 | Asset Analysis: Call with UCC co-chair re follow up on UCC meeting. | 500.00 | 0.50 | 250.00 |
| | JTB | B100 | A114 | Asset Analysis: Email with UCC professionals and meeting with CRO. | 500.00 | 0.20 | 100.00 |
| | JTB | B100 | A114 | Asset Analysis: Call with Umpqua Bank's counsel and 2004 follow up. | 500.00 | 0.20 | 100.00 |
| | JTB | B100 | A114 | Asset Analysis: Email with Umpqua Bank's counsel and 2004 follow up. | 500.00 | 0.10 | 50.00 |

|  |  |  |  |  | RATE | HOURS |  |
|---|---|---|---|---|---|---|---|
|  | JTB | B100 | A114 | Asset Analysis: Email with S. Freeman re Umpqua follow up. | 500.00 | 0.10 | 50.00 |
|  | JTB | B100 | A114 | Asset Analysis: Email with CRO re witness interviews. | 500.00 | 0.10 | 50.00 |
|  | JTB | B100 | A114 | Asset Analysis: Email with CRO and committee counsel re litigation follow-up call. | 500.00 | 0.10 | 50.00 |
| 12/13/2023 | JTB | B999 | A114 | General Administration: Call with J. Kornfeld re UCC strategy. | 500.00 | 0.30 | 150.00 |
|  | JTB | B100 | A114 | Asset Analysis: Call with Singapore counsel re fee structure. | 500.00 | 0.10 | 50.00 |
|  | JTB | B999 | A114 | General Administration: Lunch meeting with J. Wax. **(No Charge)** |  | 0.50 | n/c |
|  | JTB | B999 | A114 | General Administration: Call with UCC co-chair re status and strategy. | 500.00 | 0.40 | 200.00 |
|  | JTB | B100 | A114 | Asset Analysis: Follow-up call with UCC co-chair re status and strategy. | 500.00 | 0.40 | 200.00 |
|  | JTB | B999 | A114 | General Administration: Email thread with UCC professional team re work action items. | 500.00 | 0.20 | 100.00 |
|  | JTB | B100 | A114 | Asset Analysis: Email with Umpqua Bank's counsel re follow up on call. | 500.00 | 0.20 | 100.00 |
|  | JTB | B100 | A114 | Asset Analysis: Initial review of Umpqua Bank's written response to 2004. | 500.00 | 0.20 | 100.00 |
|  | TMB | B100 | A114 | Asset Analysis: Review of case background information. | 400.00 | 1.30 | 520.00 |
| 12/14/2023 | JTB | B999 | A114 | General Administration: Calls with Committee members re follow up on strategy issues. | 500.00 | 1.00 | 500.00 |
| 12/15/2023 | JTB | B999 | A114 | General Administration: Call with J. Kornfeld re UCC status and strategy. | 500.00 | 0.40 | 200.00 |
|  | JTB | B999 | A114 | General Administration: Call with J. Kornfeld and J. Gurule re UCC and estate litigation. | 500.00 | 0.10 | 50.00 |
|  | JTB | B999 | A114 | General Administration: Call with committee co-chair re status and strategy. | 500.00 | 0.10 | 50.00 |
|  | JTB | B999 | A114 | General Administration: Call with Corr Cronin team re assigning tasks. | 500.00 | 0.30 | 150.00 |
|  | JTB | B999 | A114 | General Administration: Call with J. Kornfeld re status and strategy. | 500.00 | 0.30 | 150.00 |

|            |     |      |      |                                                                                          | RATE   | HOURS |          |
|------------|-----|------|------|------------------------------------------------------------------------------------------|--------|-------|----------|
|            | JTB | B100 | A114 | Asset Analysis: Call with Paladin and Buchalter re status and strategy.                  | 500.00 | 1.00  | 500.00   |
|            | JTB | B999 | A114 | General Administration: Email from Committee members re status and strategy.             | 500.00 | 0.20  | 100.00   |
|            | JTB | B999 | A114 | General Administration: Email with J. Kornfeld re committee member follow up.            | 500.00 | 0.10  | 50.00    |
|            | JTB | B100 | A114 | Asset Analysis: Attend UCC professionals meeting re status and strategy.                 | 500.00 | 0.50  | 250.00   |
|            | JTB | B100 | A114 | Asset Analysis: Email with B. O'Malley and S. Freeman re database issues.                | 500.00 | 0.20  | 100.00   |
|            | TMB | B100 | A114 | Asset Analysis: Review of case background information.                                   | 400.00 | 0.70  | 280.00   |
| 12/17/2023 | JTB | B100 | A114 | Asset Analysis: Prepare draft of 2004 requests.                                          | 500.00 | 1.30  | 650.00   |
| 12/18/2023 | JTB | B100 | A114 | Asset Analysis: Analyze procedures for expected adversary proceedings.                   | 500.00 | 2.00  | 1,000.00 |
|            | JTB | B999 | A114 | General Administration: Email with Bush Kornfeld re adversary procedures.                | 500.00 | 0.20  | 100.00   |
|            | JTB | B999 | A114 | General Administration: Email with J. Kornfeld re report on follow up with committee member. | 500.00 | 0.20  | 100.00   |
|            | JTB | B100 | A114 | Asset Analysis: Revise draft committee MOU.                                              | 500.00 | 0.50  | 250.00   |
|            | MB  | B999 | A114 | General Administration: Review docket and update pleadings.                              | 140.00 | 1.10  | 154.00   |
| 12/19/2023 | JTB | B999 | A114 | General Administration: Communicate with Bush Kornfeld committee members re UCC administration. | 500.00 | 0.20  | 100.00   |
|            | JTB | B999 | A114 | General Administration: Communicate with J. Kornfeld re UCC administration issues.       | 500.00 | 0.20  | 100.00   |
|            | JTB | B999 | A114 | General Administration: Communicate with J. Kornfeld re UCC litigation strategy.         | 500.00 | 0.20  | 100.00   |
|            | JTB | B999 | A114 | General Administration: Review email from UCC members re UCC administration issues.      | 500.00 | 0.20  | 100.00   |
|            | JTB | B100 | A114 | Asset Analysis: Communicate with UCC financial professionals re Umpqua forensic review.  | 500.00 | 0.30  | 150.00   |
|            | JTB | B999 | A114 | General Administration: Communicate with Bush Kornfeld re UCC meeting.                   | 500.00 | 0.10  | 50.00    |
|            | JTB | B999 | A114 | General Administration: Communicate with                                                 |        |       |          |

|            |     |      |      |                                                                                                                                           | RATE   | HOURS |          |
|------------|-----|------|------|-------------------------------------------------------------------------------------------------------------------------------------------|--------|-------|----------|
|            |     |      |      | UCC co-chair and UCC meeting.                                                                                                             | 500.00 | 0.20  | 100.00   |
|            | JTB | B100 | A114 | Asset Analysis: Travel time to Los Angeles for meeting with CRO/Buchalter.                                                                | 500.00 | 5.00  | 2,500.00 |
|            | TMB | B100 | A114 | Asset Analysis: Review emails with list of accounts that Umpqua failed to disclose in subpoena responses but is known to have.             | 400.00 | 0.20  | 80.00    |
| 12/20/2023 | JTB | B100 | A114 | Asset Analysis: Email with Umpqua Bank's counsel re 2004 request                                                                          | 500.00 | 0.20  | 100.00   |
|            | JTB | B100 | A114 | Asset Analysis: Review UCC meeting minutes.                                                                                               | 500.00 | 0.20  | 100.00   |
|            | JTB | B999 | A114 | General Administration: Conferences with committee professionals re status and strategy.                                                  | 500.00 | 2.50  | 1,250.00 |
|            | JTB | B100 | A114 | Asset Analysis: Conferences with debtor professionals, Paladin, and Buchalter.                                                            | 500.00 | 0.50  | 250.00   |
| 12/21/2023 | JTB | B999 | A114 | General Administration: Email with Bush Kornfeld re UCC administration.                                                                   | 500.00 | 0.10  | 50.00    |
|            | JTB | B999 | A114 | General Administration: Review CRO interview notes.                                                                                       | 500.00 | 0.30  | 150.00   |
| 12/22/2023 | JTB | B999 | A114 | General Administration: Conferences with committee co-chair re UCC administration.                                                        | 500.00 | 0.50  | 250.00   |
|            | JTB | B999 | A114 | General Administration: Conference with Bush Kornfeld re UCC administration.                                                              | 500.00 | 0.30  | 150.00   |
|            | JTB | B999 | A114 | General Administration: Conference with Bush Kornfeld and committee co-chair re UCC administration.                                       | 500.00 | 1.00  | 500.00   |
|            | JTB | B100 | A114 | Asset Analysis: Email with UCC professionals re CRO interviews.                                                                           | 500.00 | 0.30  | 150.00   |
|            | JTB | B100 | A114 | Asset Analysis: Review CRO interviews of iCap personnel.                                                                                  | 500.00 | 0.50  | 250.00   |
|            | JTB | B100 | A114 | Asset Analysis: Working on UCC/Debtor common interest and MOU issues.                                                                     | 500.00 | 1.00  | 500.00   |
|            | TMB | B100 | A114 | Asset Analysis: Review various Washington statutes to identify a codified basis for a civil aiding and abetting claim against Umpqua Bank. | 400.00 | 0.50  | 200.00   |
| 12/26/2023 | TMB | B100 | A114 | Asset Analysis: Review US Supreme Court case to ascertain whether its exclusion of private rights of action for aiding and abetting securities fraud precludes our aiding and abetting claim Umpqua. | 400.00 | 0.30 | 120.00 |

```
                                                                     Page:    8
      Official Committee of Unsecured Creditors                      12/31/2023
                                                           Account No: 2233-00001M
                                                           Statement No:        5
      Re: iCap Creditor's Committee
```

```
                                                                  RATE    HOURS
12/27/2023 JTB    B999   A114 General Administration: Conference with
                              J. Kornfeld re UCC administration issues.  500.00   0.50    250.00

           JTB    B999   A114 General Administration: Follow-up call
                              with J. Kornfeld re UCC administration.    500.00   0.40    200.00

           JTB    B999   A114 General Administration: Zoom conference
                              with J. Kornfeld and R. Itkin re UCC
                              administration.                            500.00   0.20    100.00

           MB     B999   A114 General Administration: Docket check and
                              update pleadings.                          140.00   1.50    210.00

12/29/2023 MB     B999   A114 General Administration: Discuss case
                              duties with R. Moran.                      140.00   0.30     42.00

           MB     B999   A114 General Administration: Review docket and
                              update pleadings.                          140.00   0.30     42.00
                              FOR LEGAL SERVICES RENDERED THROUGH 12/31/2023      70.70 31,382.00
```

```
                                      SUMMARY OF TIME
       Timekeeper                    Title                 Hours       Rate      Amount
       John T. Bender                Lead Attorney         57.00     $500.00  $28,500.00
       Taryn M. Basauri              Associate              3.00      400.00    1,200.00
       Renee Moran                   Paralegal              2.30      220.00      506.00
       Megan Beck                    Paralegal Assistant    8.40      140.00    1,176.00
```

```
                                         EXPENSES

12/28/2023        L190   E110 Out-of-town travel John T. Bender (inflight/onboard
                              Wifi and meals for LA meeting 12/20/23)                41.79
12/28/2023        L190   E110 Out-of-town travel John T. Bender (taxi, coffee and
                              parking for trip to Los Angeles 12/18 and 12/21/23)   252.59
                              Out-of-town travel                                    294.38

                              TOTAL EXPENSES THROUGH 12/31/2023                     294.38
```

```
                                         ADVANCES

12/31/2023        L190   E118 Litigation support vendors Pacer (court documents
                              Oct-Dec 2023)                                           4.10
                              Litigation Support Vendors -                            4.10

                              TOTAL ADVANCES THROUGH 12/31/2023                       4.10

                              Previous Balance                                  $24,806.00

                              Total Due for Current Invoice 12/31/2023           31,680.48


                              TOTAL DUE                                         $56,486.48
```

```
                                      Aged Due Amounts
              0-30        31-60         61-90       91-120      121-180        181+
         31,680.48    21,056.00      3,750.00         0.00         0.00        0.00
```

```
                                                                        Page: 9
Official Committee of Unsecured Creditors                           12/31/2023
                                                           Account No: 2233-00001M
                                                           Statement No:        5
Re: iCap Creditor's Committee
```

**Billing History**

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 56,188.00 | 294.38 | 4.10 | 0.00 | 0.00 |

Task Code Summary

|  |  | Fees | Expenses |
|---|---|---:|---:|
| B100 | Asset Analysis | 21050.00 | 0.00 |
| B100 | Asset Analysis | 21,050.00 | 0.00 |
| B999 | General Adminsitration | 10332.00 | 0.00 |
| B900 | Real Estate | 10,332.00 | 0.00 |
| L190 | L190 Other Case Assessment, Development and Administration | 0.00 | 298.48 |
| L100 | L100 CASE ASSESSMENT, DEVELOPMENT AND ADMINISTRATION | 0.00 | 298.48 |

Payment is due upon receipt of invoice.

| | |
|---|---|
| ARMAND J. KORNFELD, WSBA #17214<br>AIMEE S. WILLIG, WSBA #22859<br>JASON WAX, WSBA #41944<br>BUSH KORNFELD LLP<br>601 UNION STREET, SUITE 5000<br>SEATTLE, WA 98101-2373<br>Tel: (206) 292-2110<br>Emails: jkornfeld@bskd.com<br>        awillig@bskd.com<br>        jwax@bskd.com | HONORABLE WHITMAN L. HOLT |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>ICAP ENTERPRISES, INC., et al.,<br><br>Debtors.[1] | No. 23-01243-WLH11<br>(Jointly Administered)<br><br>NOTICE OF THIRD MONTHLY FEE APPLICATION OF CORR CRONIN LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023 |

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

NOTICE OF THIRD MONTHLY FEE APPLICATION –
Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha12jh01tb

23-01243-WLH11    Doc 265    Filed 01/17/24    Entered 01/17/24 15:02:53    Pg 17 of 19

TO: THE DEBTORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST

PLEASE TAKE NOTICE that the professionals listed on the chart below (the "Professionals") have applied to the United States Bankruptcy Court for the Eastern District of Washington for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing December 1, 2023 and ending December 31, 2023 (the "Application Period"). As detailed below, the Professionals seek allowance and payment of interim compensation for fees of services rendered, plus the expenses incurred during the Application Period.

| Professional's Name | Title | Toal (100%) Fees Incurred | Total Requested in this Application (100% of Fees and Expenses) | Amount of Fees to be Applied to Open Invoices (80% of Fees) | Amount of Fees to be Held in Trust (20% of Fees) |
|---|---|---|---|---|---|
| John T. Bender | Partner | $28,500.00 | $28,500.00 | $22,800.00 | $5,700.00 |
| Taryn M. Basauri | Associate | $1,200.00 | $1,200.00 | $960.00 | $240.00 |
| Renee Moran | Paralegal | $ 506.00 | $ 506.00 | $404.80 | $101.20 |
| Megan Beck | Paralegal Assistant | $1,176.00 | $1,176.00 | $940.80 | $235.20 |
| General Expenses | | | $298.48 | | |
| TOTAL: | | $31,382.00 | $31,680.48 | $25,105.60 | $6,276.40 |

Pursuant to the Order Granting Debtors' Motion For Order Establishing Interim Fee Application and Expense Reimbursement Procedures which was entered by the court on November 17, 2023 [ECF No. 168], any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the court and serve a copy of that objection upon the Professionals whose Monthly Fee Application are the subject of the objection, the

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Debtors and their counsel of record, the Office of the United States Trustee within fourteen (14) calendar days of the date that this Notice was mailed.

If an objection is timely filed and served, the Debtor will pay the Professionals whose application is the subject of an objection only the applicable percentage of those amounts not in dispute and will reserve any amounts in dispute for payment after the Court hears and resolves such dispute.

DATED this 17th day of January, 2024.

CORR CRONIN LLP

BY /s/ John T. Bender
John T. Bender, WSBA #49658
Special Litigation Counsel for the Official Committee of Unsecured Creditors

NOTICE OF THIRD MONTHLY FEE APPLICATION –
Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha12jh01tb

23-01243-WLH11    Doc 265    Filed 01/17/24    Entered 01/17/24 15:02:53    Pg 19 of 19