ARMAND J. KORNFELD, WSBA #17214
AIMEE S. WILLIG, WSBA #22859
JASON WAX, WSBA #41944
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101-2373
Tel: (206) 292-2110
Emails: jkornfeld@bskd.com
　　　　awillig@bskd.com
　　　　jwax@bskd.com
Counsel to the Official Committee of Unsecured Creditors

HONORABLE WHITMAN L. HOLT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

ICAP ENTERPRISES, INC., et al.,

Debtors.[1]

No. 23-01243-WLH11
(Jointly Administered)

FIRST AMENDED MONTHLY FEE APPLICATION OF BUSH KORNFELD LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 25, 2023 THROUGH OCTOBER 31, 2023

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

FIRST AMENDED MONTHLY FEE APPLICATION– Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha18e401r3

23-01243-WLH11    Doc 267    Filed 01/18/24    Entered 01/18/24 11:27:51    Pg 1 of 14

Bush Kornfeld LLP (the "Firm") submits this Monthly Fee Application Request for Compensation and Reimbursement of Expenses for the Period of October 25, 2023 through October 31, 2023 ("the Application" and the "Application Period" respectfully for work performed for the Official Committee of Unsecured Creditors ("Committee"). In support of the Application, the Firm respectfully represents as follows:

The Firm is counsel to the Committee. The Firm hereby applies to the court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

1. The Firm billed a total of $17,675.00 in fees and expenses during the Application Period. The total fees represent 33.60 hours during the period covered by this Application. The fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 10/25/2023 to 10/31/2023 | $17,675.00 | $0.00 | $17,675.00 |

2. Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $17,675.00 at this time. This total is comprised of $17,675.00, the fees for services rendered. The Firm will only apply 80% of the fees paid to outstanding invoices and will hold the additional 20% of the fees in trust pending approval of such fees through a quarterly interim fee application.

3. This is the first monthly fee application of the Firm. Accordingly, to date, the firm has not been paid post-petition and is not holding any amounts in trust.

4. Attached as **Exhibit A** to this Application is the name of each professional who performed services in connection with this case during the period covered by this

FIRST AMENDED MONTHLY FEE APPLICATION– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha18e401r3

23-01243-WLH11    Doc 267    Filed 01/18/24    Entered 01/18/24 11:27:51    Pg 2 of 14

Application and the hourly rate for each such professional. Attached as **Exhibit B** to this Application are detailed time and expense statements for the Application Period.

5. The Firm has served a copy of this Application on the applicable Notice Parties. The Application was mailed by first class mail, postage prepaid on or about January 17, 2024. Notice of the filing of this Application was served on the foregoing parties as well as any party who has requested special notice in these chapter 11 cases as of the date of this Notice.

6 Pursuant to this court's *Order Granting Debtors' Motion for Order Establishing Interim Fee Application and Expense Reimbursement Procedures* that was entered on or about November 17, 2023, ("Compensation Procedures Order"). the Debtors are authorized to make payment requested herein without a further hearing or order of this court unless an objection to this Application is filed with the court and served upon the Notice Parties within 14 calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtors are authorized, but not direct to pay 100% of the uncontested fees and expenses without further order of this court. If no objection is filed, the Debtors are authorized, but not directed to pay 00% of all fees and expenses requested in the Application without further order of the court; provided, however, that in either case, the Firm will hold 20% of the amount of the fees paid in trust pending approval of such fees through a quarterly interim fee application.

7. The interim compensation and reimbursement of expenses sought in this Application are not final. Upon the conclusion of these cases, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in

FIRST AMENDED MONTHLY FEE APPLICATION– Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha18e401r3

23-01243-WLH11    Doc 267    Filed 01/18/24    Entered 01/18/24 11:27:51    Pg 3 of 14

these cases. Any interim fees or reimbursement of expenses approved by this court and received the Firm (along with any retainer) will be credited against such final fees and expenses and may be allowed by this court.

The Firm respectfully requests that the Debtors pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the Compensation Procedures Order.

DATED this 18th day of January, 2024.

BUSH KORNFELD LLP

By /s/ Armand J. Kornfeld
Armand J. Kornfeld, WSBA #17214
Aimee S. Willig, WSBA #22859
Jason Wax, WSBA #41944
*Attorneys for The Official Unsecured Creditors Committee*

FIRST AMENDED MONTHLY FEE APPLICATION– Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha18e401r3

23-01243-WLH11    Doc 267    Filed 01/18/24    Entered 01/18/24 11:27:51    Pg 4 of 14

# EXHIBIT A

| Timekeeper | Rate | Total Hours | Total Fees |
|---|---:|---:|---:|
| Armand J. Kornfeld | $625.00 | 14.40 | $9,000.00 |
| Aimee S. Willig | $525.00 | 7.70 | $4,042.50 |
| Jason Wax | $425.00 | 11.50 | $4,632.50 |
| **Total** | | **33.60** | **$17,675.00** |

# EXHIBIT B

**Bush Kornfeld LLP**
601 Union St., Suite 5000
Seattle, WA 98101-2373

Phone (206) 292-2110; Fax 292-2104
Federal Tax I.D. #91-1560644

ICAP CREDITORS COMMITTEE  Invoice # 24343
[via email]

In Reference To: OUR CLIENT MATTER NO: 2760-20231
  General

**TOTAL PROFESSIONAL FEES AND EXPENSES PER DETAIL BELOW**     $17,675.00

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  | | **EMPLOYMENT OF PROFESSIONALS** | | |
| 10/27/2023 | JW | Continue drafting employment application for Bush Kornfeld, and supporting documents. | 1.20 | 510.00 |
|  | JW | Continue drafting/revising employment application, supporting declaration, hearing notice, and proposed order for special litigation counsel Corr Cronin. | 1.80 | 765.00 |
| 10/30/2023 | JW | Revise employment application and supporting documents for special litigation counsel (.6); Exchange emails with John Bender re: same (.1). | 0.70 | 297.50 |
|  | JW | Revise Bush Kornfeld employment application and supporting documents. | 0.20 | 85.00 |
|  | AJK | Review and revise draft Application re Corr Cronin employment. | 0.30 | 187.50 |
| 10/31/2023 | JW | Continue drafting employment application for financial advisor to the committee, as well as supporting documents. | 1.30 | 552.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  | SUBTOTAL: | [ | 5.50 | 2,397.50] |

### FINANCING AND CASH COLLATERAL

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/25/2023 | ASW | Conference with A. J. Kornfeld re DIP financing issues. | 0.30 | 157.50 |
| 10/26/2023 | AJK | Email with J. Gurule re DIP financing hearing. | 0.10 | 62.50 |
| 10/29/2023 | ASW | Research case law re use of DIP financing to preserve estate assets. | 0.90 | 472.50 |
| 10/30/2023 | ASW | Conference with A. J. Kornfeld re final DIP financing issues. | 0.30 | 157.50 |
| 10/31/2023 | JW | Review objection to DIP financing/cash collateral motion filed by secured creditor Redmond Funding. | 0.40 | NO CHARGE |
|  | ASW | Conference with A. J. Kornfeld re DIP financing issues and response issues. | 0.40 | 210.00 |
|  | ASW | Review and work on edits to proposed final DIP financing order. | 2.30 | 1,207.50 |
|  | JW | Review Wilmington Savings objection to DIP financing and cash collateral motion. | 0.20 | NO CHARGE |
|  | ASW | Work on draft Response re DIP Financing Motion. | 2.40 | 1,260.00 |
|  | AJK | Outline DIP financing issues, review DIP Agreement/Interim Order (1.1); Begin work on response to same (.5). | 1.60 | 1,000.00 |
|  | SUBTOTAL: | [ | 8.90 | 4,527.50] |

### GENERAL ADMINISTRATION

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/25/2023 | JW | Draft committee bylaws and send to A. J. Kornfeld and A. S. Willig for review and comment. | 1.20 | 510.00 |

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/25/2023 | AJK | Emails with J. Bender re Committee issues (.3); Telephone calls with J. Bender re Committee issues (.4); Telephone calls with T. Tracy re Committee issues (.6); Emails with Committee members re Committee issues (.3); Emails with Committee member re Christensen PFS (.3); Telephone conference with J. Gurule re same, DIP financing issues (.2); Participate in Committee meeting (.8); Telephone conference with T. Tracy re same (.2); Conference with J. Wax re draft Bylaws (.3). | 3.40 | 2,125.00 |
| 10/26/2023 | AJK | Emails with Committee memer re future committee meeting, U.S. Trustee re replacing resigned member (.3); Emails with Committee co-chairs re financial advisors, agenda for meeting (.3); Telephone conference with G. Dyer re additional committee member appointment (.1). | 0.70 | 437.50 |
| 10/27/2023 | AJK | Emails with potential financial advisors to Committee (.7); Email with U.S. Trustee re added Committee member (.1); Review presentations from financial advisor candidates (.7). | 1.50 | 937.50 |
| 10/29/2023 | AJK | Numerous emails to Committee re financial advisor candidates, pending issues/agenda. | 1.30 | 812.50 |
| 10/30/2023 | JW | Meeting with debtors counsel and CRO re: general case status, DIP financing, real estate updates, and related issues. | 1.10 | 467.50 |
|  | AJK | Telephone conferences with the financial advisor candidates (.3); Telephone conference with Committee re same (.2); Review C. Christensen updated PFS (.2); Emails with financial advisor candidates (.3); Conference call with L. Miller, J. Gurule, K. Tarazi, A. S. Willig, J. Wax, J. Bender re working list of issues, remaining first day motions, real estate approach/status, and other general case matters (1.1). | 2.10 | 1,312.50 |
|  | ASW | Attend call with CRO and counsel re general pending case issues. | 1.10 | 577.50 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/31/2023 | JW | Attend committee meeting, including presentations by 3 prospective financial advisors. | 3.10 | 1,317.50 |
|  | JW | Draft meeting minutes for 10-31-23 meeting of committee. | 0.30 | 127.50 |
|  | AJK | Video conference with Committee re financial advisor candidate presentations and outline of pending case issues and beginning work plan. | 3.10 | 1,937.50 |
|  | SUBTOTAL: |  | [ 18.90 | 10,562.50] |

### LITIGATION

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/26/2023 | AJK | Read Buchalter letter to third parties re litigation hold (.1); Email with J. Bender re same (.1); Emails with J. Gurule re same, additional parties (.1). | 0.30 | 187.50 |
|  | SUBTOTAL: |  | [ 0.30 | 187.50] |

| For professional services rendered | $17,675.00 |
|---|---:|
| **Balance due** | **$17,675.00** |

ARMAND J. KORNFELD, WSBA #17214
AIMEE S. WILLIG, WSBA #22859
JASON WAX, WSBA #41944
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101-2373
Tel: (206) 292-2110
Emails: jkornfeld@bskd.com
awillig@bskd.com
jwax@bskd.com

HONORABLE WHITMAN L. HOLT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

ICAP ENTERPRISES, INC., et al.,

Debtors.[1]

No. 23-01243-WLH11
(Jointly Administrated)

NOTICE OF FIRST AMENDED MONTHLY FEE APPLICATION OF BUSH KORNFELD LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 25, 2023 THROUGH OCTOBER 31, 2023

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

NOTICE OF FIRST AMENDED MONTHLY FEE APPLICATION– Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha18e9012h

23-01243-WLH11    Doc 267    Filed 01/18/24    Entered 01/18/24 11:27:51    Pg 12 of 14

TO: THE DEBTORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST

PLEASE TAKE NOTICE that the professionals listed on the chart below (the "Professionals") have applied to the United States Bankruptcy Court for the Eastern District of Washington for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing October 25, 2023 and ending October 31, 2023 (the "Application Period"). As detailed below, the Professionals seek allowance and payment of interim compensation for fees of services rendered, plus the expenses incurred during the Application Period.

| Professional's Name | Title | Toal (100%) Fees Incurred | Total Requested in this Application (100% of Fees and Expenses) | Amount of Fees to be Applied to Open Invoices (80% of Fees) | Amount of Fees to be Held in Trust (20% of Fees) |
|---|---|---|---|---|---|
| Armand J. Kornfeld | Partner | $9,000.00 | $9,000.00 | $7,200.00 | $1,800.00 |
| Aimee S. Willig | Partner | $4,042.50 | $4,042.50 | $3,234.00 | $808.50 |
| Jason Wax | Associate | $4,632.50 | $4,632.50 | $3,706.00 | $926.50 |
| | Total | $17,675.00 | $17,675.00 | $14,140.00 | $3,535.00 |

Pursuant to the Order Granting Debtors' Motion For Order Establishing Interim Fee Application and Expense Reimbursement Procedures which was entered by the court on November 17, 2023 [ECF No. 168], any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the court and serve a copy of that objection upon the Professionals whose Monthly Fee Application are the subject of the objection, the

NOTICE OF FIRST AMENDED MONTHLY FEE APPLICATION– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha18e9012h

23-01243-WLH11    Doc 267    Filed 01/18/24    Entered 01/18/24 11:27:51    Pg 13 of 14

Debtors and their counsel of record, the Office of the United States Trustee within fourteen (14) calendar days of the date that this Notice was mailed.

If an objection is timely filed and served, the Debtors will pay the Professionals whose application is the subject of an objection only the applicable percentage of those amounts not in dispute and will reserve any amounts in dispute for payment after the Court hears and resolves such dispute.

DATED this 18th day of January, 2024.

BUSH KORNFELD LLP

By */s/ Armand J. Kornfeld*
Armand J. Kornfeld, WSBA #17214
Aimee S. Willig, WSBA #22859
Jason Wax, WSBA #41944
*Attorneys for The Official Unsecured Creditors Committee*

NOTICE OF FIRST AMENDED MONTHLY FEE APPLICATION– Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha18e9012h

23-01243-WLH11    Doc 267    Filed 01/18/24    Entered 01/18/24 11:27:51    Pg 14 of 14