**So Ordered.**

**Dated: January 30th, 2024**



# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>ICAP ENTERPRISES, INC., *et al.*,<br><br>Debtors.[1] | Lead Case No. 23-01243-WLH11<br><br>(Jointly Administered)<br><br>**SCHEDULING ORDER SETTING PERIODIC STATUS CONFERENCES AND OMNIBUS HEARINGS** |

The court will conduct a combined status conference and omnibus hearing in these chapter 11 cases on the following dates and times:

1. February 22, 2024 at 10:30 a.m. prevailing Pacific Time ("PT").

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01267-11); iCap Broadway, LLC (23-01252-11); VH 1121 14th LLC (23-01264-11); VH Senior Care LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

**SCHEDULING ORDER . . .**

2. March 12, 2024 at 10:30 a.m. PT [in-person hearing unless subsequently converted to a phone-only hearing].

3. April 17, 2024 at 10:30 a.m. PT.

4. May 15, 2024 at 10:30 a.m. PT.

Consistent with prior practices in other chapter 11 cases, except as otherwise specifically noted, the court will conduct the above scheduled matters by phone only. If the court determines at a later date that in-court appearances are appropriate, the court will provide notice of such decision at a later date. Until then, all persons wishing to attend must participate via the court's telephone conference line: (877) 402-9757, access code 7036041.

On each omnibus hearing date, the court will hear all motions or applications timely filed under the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules; *provided, however*, that the court will not hear (i) any motions or applications as to which the parties anticipate presentations of longer than 30 minutes or (ii) any matters regarding approval of a sale of substantially all assets of the estates or confirmation of a plan, all of which motions, applications, and matters must be scheduled for separate hearing dates. Any party seeking consideration of a motion or application on an omnibus hearing date must contact the court to schedule the matter and provide timely notice to all other parties in interest in accordance with applicable rules.

In connection with each scheduled omnibus hearing date, the debtors should file a written status report by no later than 24 hours before the time of the hearing, which report should describe (i) the status of administration of their estates, (ii) any anticipated motions or other relief that may soon be sought by the debtors, and (iii) any other matters of which the debtors believe the court should be aware.

///End of Order///