Julian I. Gurule (CA SBN: 251260)*
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6067
Email: jgurule@omm.com

*Co-Counsel to Debtors and Debtors in Possession*

Dakota Pearce (WSBA #57011)
BUCHALTER
1420 5th Avenue, Suite 3100
Seattle, Washington 98101
Telephone: (206) 319-7052
Email: dpearce@buchalter.com

Bernard D. Bollinger, Jr. (CA SBN: 132817)*
Khaled Tarazi (AZ SBN: 032446)*
BUCHALTER
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017
Telephone: (213) 891-0700
Email: bbollinger@buchalter.com
       ktarazi@buchalter.com

*Admitted *Pro Hac Vice*

*Counsel to Debtors and Debtors in Possession*

HONORABLE WHITMAN L. HOLT

HEARING DATE: March 27, 2024
HEARING TIME: 10:00 A.M.
RESPONSE DUE: March 18, 2024
LOCATION: Tower Bldg
          2nd Floor Courtroom
          402 East Yakima Avenue
          Yakima, WA 98901

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Chapter 11 |
|---|---|
| ICAP ENTERPRISES, INC., *et al.*, | Lead Case No. 23-01243-WLH11 |
| Debtors. [1] | Jointly Administered |

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01256-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01253-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01267-11); iCap Broadway, LLC (23-01252-11); VH 1121 14th LLC (23-01264-11); VH Senior Care LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap

**NOTICE OF JOINT DIP MOTION AND 9019 MOTION** - 1

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

BN 78623460v5

23-01243-WLH11    Doc 471    Filed 02/23/24    Entered 02/23/24 19:59:31    Pg 1 of 5

**NOTICE OF (I) JOINT MOTION FOR ORDER AUTHORIZING THE DEBTORS TO OBTAIN SUPPLEMENTAL POSTPETITION SECURED FINANCING AND (II) MOTION TO APPROVE COOPERATION AGREEMENT**

**PLEASE TAKE NOTICE** that on February 23, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the following motions (the "Motions"):

- *Joint Motion of the Debtors and Committee for Order: (I) Authorizing the Debtors to Obtain Supplemental Postpetition Secured Financing; (II) Granting Superpriority Administrative Expense Claims; and (III) Granting Related Relief* [ECF No. 467] (the "DIP Motion"); and

- *Debtors' Motion to Approve Entry Into and Performance Under the Cooperation Agreement* [ECF No. 470] (the "9019 Motion").

**PLEASE TAKE FURTHER NOTICE** that the DIP Motion seeks relief pursuant to sections 105, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3), and 364(e) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") authorizing the Debtors to obtain supplemental postpetition secured financing in an aggregate principal amount not to exceed $5,000,000, grant liens to secure the DIP loan facility, grant superpriority claims, and grant related relief.

**As part of the DIP Motion, the Debtors are also seeking findings that the Debtor's business operated as a Ponzi Scheme. If Ponzi Findings are made, they will affect litigation claims and recovery efforts that may be pursued against various third parties that did business with the Debtors, including but not limited**

---

Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11) ; Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11).

**NOTICE OF JOINT DIP MOTION AND 9019 MOTION** - 2

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

BN 78623460v5
23-01243-WLH11   Doc 471   Filed 02/23/24   Entered 02/23/24 19:59:31   Pg 2 of 5

**to lenders, brokers, investors, consultants, and professional firms. More details regarding the Ponzi Findings request are provided below in this Notice.**

**PLEASE TAKE FURTHER NOTICE** that the DIP Motion is based on this Notice, the DIP Motion itself, the *Declaration of Lance Miller in Support of Joint Motion for Order Authorizing the Debtors to Obtain Supplemental Postpetition Secured Financing* attached to the Motion, the *Supplemental Declaration of Lance Miller in Support of Postpetition Financing and Related Relief* [ECF No. 468], the *Declaration of Jeffrey H. Kinrich in Support of Postpetition Financing and Related Relief* [ECF No. 469], the arguments and representations of counsel to the Debtors who will appear at the hearing on the DIP Motion, and any other supporting briefs and admissible evidence properly brought before the court at or before the hearing on the DIP Motion.

**PONZI FINDINGS REQUESTED RELIEF**:

**AS NOTED ABOVE, IN CONNECTION WITH THE DIP MOTION, THE DEBTORS ARE SEEKING FINDINGS THAT FOR YEARS DURING THE PREPETITION PERIOD, THE DEBTORS' BUSINESS ENTERPRISE OPERATED AS A PONZI SCHEME (THE "PONZI FINDINGS"). IF THE PONZI FINDINGS ARE MADE, THE DEBTORS (AND ANY SUCCESSOR IN INTEREST, INCLUDING ANY LIQUIDATING TRUSTEE APPOINTED PURSUANT TO A CHAPTER 11 PLAN OF LIQUIDATION OR CHAPTER 7 TRUSTEE), WILL BE ENTITLED TO THE BENEFIT OF THE PONZI SCHEME PRESUMPTION IN RECOVERY EFFORTS AND LITIGATION AGAINST THIRD PARTIES. THE "PONZI PRESUMPTION" IS THAT THE TRANSFERS AND BUSINESS TRANSACTIONS WERE DONE WITH ACTUAL INTENT TO HINDER, DELAY, OR DEFRAUD CREDITORS. THIS PRESUMPTION MAY AID RECOVERY AND LITIGATION EFFORTS WITH RESPECT TO AVOIDANCE AND RECOVERY ACTIONS AGAINST THIRD**

NOTICE OF JOINT DIP MOTION AND
9019 MOTION          - 3

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

BN 78623460v5

23-01243-WLH11    Doc 471    Filed 02/23/24    Entered 02/23/24 19:59:31    Pg 3 of 5

**PARTIES THAT RECEIVED TRANSFERS FROM THE DEBTORS, INCLUDING ANY CAUSES OF ACTION ASSERTED UNDER SECTIONS 544 AND 548 OF THE BANKRUPTCY CODE AND ANY OTHER APPLICABLE FRAUDULENT TRANSFER, DEBTOR/CREDITOR LAW, AVOIDANCE AND RECOVERY STATUTES OR CAUSE OF ACTIONS, CLAIMS, OR ARGUMENTS.**

**PLEASE TAKE FURTHER NOTICE** that the 9019 Motion seeks relief pursuant to sections 105(a) and 363(b) of the Bankruptcy Code, Rule 9019 of the Federal Rules of Bankruptcy Procedure, and Rule 9019-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Washington approving entry into and performance under that certain Cooperation Agreement dated February 6, 2024, by and among the Debtors and the unsecured creditors' committee, which provides for the cooperation and joint prosecution of certain specified claims related to the Debtors' Ponzi scheme.

**PLEASE TAKE FURTHER NOTICE** that the 9019 Motion is based on this Notice, the 9019 Motion itself, the *Declaration of Lance Miller in Support of Motion to Approve Entry Into and Performance Under the Cooperation Agreement* attached to the 9019 Motion, the arguments of counsel, and any other supporting briefs and admissible evidence properly brought before the court at or before the hearing on the 9019 Motion.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motions and the supporting documents are available upon request to counsel for the Debtors at ktarazi@buchalter.com, may be reviewed at the office of the Clerk of the United States Bankruptcy Court, may be viewed at the United States Bankruptcy Court PACER website at http://www.waeb.uscourts.gov, or may be viewed on the website of the Debtors' claims agent at https://cases.creditorinfo.com/iCap. **THE DEBTORS MAY FILE ADDITIONAL SUPPORTING DOCUMENTS PRIOR TO THE**

NOTICE OF JOINT DIP MOTION AND
9019 MOTION - 4

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

BN 78623460v5

23-01243-WLH11    Doc 471    Filed 02/23/24    Entered 02/23/24 19:59:31    Pg 4 of 5

**HEARING AND YOU ARE ENCOURAGED TO REGULARLY CHECK THE DOCKET FOR ANY SUCH FILINGS PRIOR TO THE HEARING.**

**PLEASE TAKE FURTHER NOTICE** that objections to the Motions must be filed with the United States Bankruptcy Court for the Eastern District of Washington, 402 East Yakima Avenue, Suite 200, Yakima, WA 98901, no later than March 18, 2024. **If you do not submit an objection, the court may enter the proposed order without a hearing or any further notice.**

**PLEASE TAKE FURTHER NOTICE** that the hearing will be held on March 27, 2024 at 10:00 a.m. (Pacific Time) at Tower Bldg, 2nd Floor Courtroom, 402 East Yakima Avenue, Yakima, WA.

DATED this 23rd day of February 2024.

BUCHALTER
A Professional Corporation

By _____*/s/ Dakota Pearce*_____
Dakota Pearce (WSBA 57011)

BERNARD D. BOLLINGER, JR. (Admitted *Pro Hac Vice*)
KHALED TARAZI (Admitted *Pro Hac Vice*)
BUCHALTER, a Professional Corporation

*Counsel to Debtors and Debtors in Possession*

And

JULIAN I. GURULE (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP

*Co-Counsel to Debtors and Debtors in Possession*

**NOTICE OF JOINT DIP MOTION AND 9019 MOTION** - 5

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

BN 78623460v5

23-01243-WLH11   Doc 471   Filed 02/23/24   Entered 02/23/24 19:59:31   Pg 5 of 5