Metiner G. Kimel (WSBA #21280)
Kimel Law Offices
205 North 40th Avenue, Suite 205
Yakima, WA 98908
Phone: 509-452-1115
mkimel@mkimellaw.com

Alan J. Friedman (CA State Bar #132580)
(*pro hac vice* pending)
Shulman Bastian Friedman & Bui LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Phone: 949-340-3400
Afriedman@shulmanbastian.com

Attorneys for ICAP DIP Finance Group LLC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Chapter 11 |
| | Lead Case No. 23-01243-WLH11 |
| ICAP ENTERPRISES, INC., et al., | Jointly Administered |
| Debtors. | **MOTION OF ICAP DIP FINANCE GROUP LLC FOR ADMISSION PRO HAC VICE OF ALAN J. FRIEDMAN** |

Pursuant to Rule 83.2(c) of the Local Rules for the District Court for the Eastern District of Washington (the "Local District Court Rules"), and Rule 9010-1(a)(3) of the Local Rules for the Bankruptcy Court for the Eastern District of Washington (the "Local Bankruptcy Court Rules"), Metiner G. Kimel of the law firm of Kimel Law Offices, a member in good standing of the Washington State Bar and of the United States District Court for the Eastern District of Washington,

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

23-01243-WLH11    Doc 591    Filed 03/12/24    Entered 03/12/24 12:09:37    Pg 1 of 3

hereby moves on behalf ICAP DIP Finance Group, LLC, as a party in interest, for the admission *pro hac vice* of Alan J. Friedman in the above-captioned cases (collectively, the "Cases"), based on the following:

1. Alan J. Friedman's business address, phone number, and email are as follows:

> Alan J. Friedman, Esq.
> Shulman Bastian Friedman & Bui LLP
> 100 Spectrum Center Drive, Suite 600
> Irvine, CA 92618
> Telephone: (949) 340-3400
> Email: afriedman@shulmanbastian.com

2. Mr. Friedman is admitted to practice law in the following states:

- California: 1987, Bar No. 132580
- Texas, 2017, Bar No. 24105390

3. Mr. Friedman is admitted to practice law in the following courts:

- U. S. District Court, Central District of California, 1987
- U.S. District Court, Southern District of California, 1987
- U.S. Supreme Court, 1997
- U.S. Court of Appeals Federal Circuit, 2019
- U.S. Court of Appeals, 9th Circuit, 2021
- U.S. District Court Northern District of California, 2021

4. Name, address, phone number and email of admitted counsel with whom the applicant will be associated ("Admitted Counsel"):

> Metiner G. Kimel (WSBA #21280)
> Kimel Law Offices
> 205 North 40th Avenue, Suite 205
> Yakima, WA 98908
> Phone: 509-452-1115
> mkimel@mkimellaw.com

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

23-01243-WLH11    Doc 591    Filed 03/12/24    Entered 03/12/24 12:09:37    Pg 2 of 3

5. Necessity for appearance by Mr. Friedman:

Mr. Friedman will be primary counsel for ICAP DIP Finance Group, LLC, the proposed debtor in possession lender in these chapter 11 cases.

6. Mr. Friedman has never been subject to any disciplinary sanction by any Court or Bar Association and no such disciplinary or sanction actions are pending against Mr. Friedman.

7. Mr. Friedman has read and is familiar with the Local District Court Rules, particularly Local District Court Rule 83.2(c), and understands it is necessary for Admitted Counsel to sign all pleadings, motions and other papers prior to filing and service and Admitted Counsel shall have meaningful participation in the case.

8. Pursuant to Local Bankruptcy Court Rule 9010 and Local District Court Rule 83.2 (c), the required fee has been paid.

WHEREFORE, it is requested that this Court enter an order admitting Alan J. Friedman to practice law before this Court in the above-captioned cases, and any related cases, adversary proceedings, and appeals, and to serve as co-counsel with Metiner G. Kimel.

DATED: March 11, 2024.

/s/ Metiner G. Kimel
Metiner G. Kimel (WSBA #21280)
Kimel Law Offices
205 North 40th Avenue, Suite 205
Yakima, WA 98908

Alan J. Friedman (CA Bar #132580)
Shulman Bastian Friedman & Bui LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
(*pro hac vice* pending)

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

23-01243-WLH11    Doc 591    Filed 03/12/24    Entered 03/12/24 12:09:37    Pg 3 of 3