JESSE A.P. BAKER (SBN 36077)
ALDRIDGE PITE, LLP
The Ogden Building
9311 SE 36th St, Ste 207
Mercer Island, WA 98040
Telephone: (425) 644-6471

**Mailing Address**:
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108
Telephone: (425) 644-6471
Facsimile: (619) 590-1385

Attorneys for Secured Creditor:
Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner Trustee of MFA 2022-RTL1 Trust; Lima One Capital, LLC as servicer.

Honorable Whitman L. Holt
CHAPTER: 11
HEARING DATE: March 27, 2024
HEARING TIME: 10:00 AM
RESPONSE DATE: March 18, 2024

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF WASHINGTON (SPOKANE/YAKIMA)

| | |
|---|---|
| In re<br><br>ICAP ENTERPRISES, INC. *et al.,*.,<br><br>Debtors[1] | Chapter 11<br><br>Lead Case No. 23-01243-WLH11<br>Jointly Administered<br><br>**OBJECTION TO JOINT MOTION OF THE DEBTORS AND COMMITTEE FOR ORDER: (I) AUTHORIZING THE DEBTORS TO OBTAIN SUPPLEMENTAL POST-PETITION SECURED FINANCING; (II) GRANTING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; AND (III) RELATED RELIEF.** |

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (Case No. 23- 01243-11); iCap Pacific NW Management, LLC (Case No. 23-01261-11); iCap Vault Management, LLC (Case No. 23-01258-11); iCap Vault, LLC (Case No. 23-01256- 11); iCap Vault 1, LLC (Case No. 23-01257-11); Vault Holding 1, LLC (Case No. 23-01265-11); iCap Investments, LLC (Case No. 23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (Case No. 23-01253-11); iCap Equity, LLC (Case No. 23-01247-11); iCap Pacific Income 4 Fund, LLC (Case No. 23-01251- 11); iCap Pacific Income 5 Fund, LLC (Case No. 23- 01249-11); iCap Northwest Opportunity Fund, LLC (Case No. 23-01253-11); 725 Broadway, LLC (Case No. 23- 01245-11); Senza Kenmore, LLC (Case No. 23-01254- 11); iCap Campbell Way, LLC (Case No. 23-01250-11); UW 17th Ave, LLC (Case No. 23-01267-11); iCap Broadway, LLC (Case No. 23-01252-11); VH 1121 14th LLC (Case No. 23-01264-11); VH Senior Care LLC (Case No. 23-01266-11); VH Willows Townhomes LLC (Case No. 23-01262-11); iCap @ UW, LLC (Case No. 23- 01244-11); VH 2nd Street Office, LLC (Case No. 23- 01259-11); VH Pioneer Village LLC (Case No. 23-01263- 11); iCap Funding LLC (Case No. 23-01246-11); iCap Management LLC (Case No. 23-01268-11); iCap Realty, LLC (Case No. 23-01260-11) Vault Holding, LLC (23- 01270-11); iCap Pacific Development LLC (23-01271- 11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11). Consult the Docket in (Case No. 23-01243-11) for all matters affecting these cases.

Page 1 of 7

**ALDRIDGE PITE, LLP**
8880 Rio San Diego Drive, Suite 725
Diego, CA 92108
Telephone: (425)644-6471

23-01243-WLH11    Doc 619    Filed 03/18/24    Entered 03/18/24 14:14:31    Pg 1 of 14

**Collateral (VH 1121 14th LLC):**
1117 -1121 14th Ave,

**Collateral (VH Willows Townhomes, LLC):**
4906A, 4910B, 4912B, 4918C S Willow ST.

Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner Trustee of MFA 2022-RTL1 Trust; Lima One Capital, LLC as servicer ("Wilmington"), Secured Creditor of the above-entitled Debtor, ICAP ENTERPRISES, INC. *et al* ("Debtors") hereby submits its Objection ("Opposition") to Debtors' and Committee's Joint Motion for Order: 1) Authorizing The Debtors Obtain Supplemental Post-Petition Secured Financing; (II) Granting Superiority Administrative Expense Claims; and (III) Granting Related ("Motion"): The basis of the Opposition is stated below

## I. INTRO

Wilmington joins the U.S. Trustee [Dkt. No.583] in requesting the Court deny the Debtors request for a Ponzi scheme finding in connection with this Motion. Such a finding is overwhelmingly sought in the context of an adversary proceeding. The Debtors' request is over-broad, fraught with due-process concerns, and an unnecessary component of a Motion for additional post-petition financing. For the reason discussed below, Wilmington respectfully request the Court deny the Parties' request for a Ponzi scheme finding in connection with this Motion.

## II. STATEMENT OF FACTS

*The 1117 – 1121 14th Avenue Claim:*

This Loan is evidence by a Commercial Promissory Note executed by VH 1121 14th, LLC ("Borrower"), dated January 28, 2022 in favor of Lima One Capital, LLC ("Lender") in the principal amount of $3,000,0000 ("14th Ave Note"). (*See*, Case No:23-01264; Proof of Claim No:1-1). The 14th Avenue Note is secured by an Open End Commercial Deed of Trust, Security Agreement, and Fixtures Filing ("14th Ave Deed of Trust") against the real properties identified as 11117 14th Avenue #A and #B, Seattle, WA 98122, 1119 14th Avenue #A and #B, Seattle, WA

**ALDRIDGE PITE, LLP**
8880 Rio San Diego Drive, Suite 725
Diego, CA 92108
Telephone: (425)644-6471

98122 and 1121 14th Avenue, Seattle WA 98102 (collectively, "1117-1121 14th Ave Property"), as more particularly described in the Deed of Trust duly recorded on January 31, 2022, in King County, State of Washington. (*See*, Case No:23-01264; Proof of Claim No:1-1). The 14th Ave Note and Deed of Trust may be referred to collectively herein as the "14th Ave Loan." Subsequently, all of the Lender's beneficial interest in the 14 th Ave Loan was assigned and transferred to Wilmington. (*See*, Case No:23-01264; Proof of Claim No:1-1).

***The VH Willows Townhome Claim***:

This Loan is evidence by a Commercial Promissory Note executed by VH Willows Townhomes, LLC ("Willows Borrower"), dated January 28, 2022 in favor of Lima One Capital, LLC ("Lender") in the principal amount of $2,985,000 ("Willows Note"). (*See*, Case No:23-01262; Proof of Claim No:1-1). The Willow Note is secured by an Open End Commercial Deed of Trust, Security Agreement, and Fixtures Filing ("Willows Deed of Trust") against the real property identified as 4906 A South Willow Street, 4910B South Willow Street, 4921B South Willows Street, 4918 C South Willow Street, 4922A South Willow Street, 4922B South Willow Street, Seattle, WA 98118 (collectively, "Willows Properties")[2], as more particularly described in the Deed of Trust duly recorded on January 31, 2022, in King County, State of Washington. (*See*, Case No:23-01262; Proof of Claim No:1-1). The Willows Note and Deed of Trust may be referred to collectively herein as the "Willows Loan." Subsequently, all of the Lender's beneficial interest in the Willows Loan was assigned and transferred to Wilmington. *See*, Case No:23-01262; Proof of Claim No:1-1);

***The Bankruptcy Proceedings:***

On September 29, 2023, Debtor, VH 1121 14th, LLC ("VH 1121 14th, LLC") commenced a case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Washington and was assigned Case No.23-01264-WLH-11.

---

[2] While Wilmington's Deed of Trust includes the 4922A/B S. Willow Street Properties, counsel for Wilmington has been informed that prior to the bankruptcy filing Wilmington executed and recorded a Partial Re-Conveyances with respect to the 4922A and B Properties in June of 2023.

ALDRIDGE PITE, LLP
8880 Rio San Diego Drive, Suite 725
Diego, CA 92108
Telephone: (425)644-6471

| | |
|---|---|
| 1 | On September 20, 2023, Debtor, VH Willows Townhomes, LLC ("VH Willows) |
| 2 | commenced a case by filing voluntary petition under Chapter 11 of the Bankruptcy Code in the |
| 3 | United States Bankruptcy Court for the Eastern District of Washington and was assigned Case |
| 4 | No.23-01262-WLH-11 |
| 5 | Concurrently, on September 29, 2023, Debtor, ICAP Enterprises, Inc, commenced a case |
| 6 | by filing a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States |
| 7 | Bankruptcy Court for the Eastern District of Washington and was assigned Case No.23-01243- |
| 8 | WLH-11. |
| 9 | On September 29, 2023, ICAP Enterprises, Inc. also filed a Motion for Joint Administration |
| 10 | of the VH 1121 14th, LLC and VH Willows Bankruptcy Cases, which was granted by Court Order |
| 11 | entered on October 2, 2023. (*See*, Dkt. Nos.2,9) |
| 12 | On February 23, 2024, the Debtors' and Committee filed the instant Motion, and a |
| 13 | Supporting Brief. (See, Dkt. Nos.467,542). The Motion seeks an additional $5 million to fund |
| 14 | litigation and pursue recoveries from "third parties" to maximize distribution to investors. The |
| 15 | Motion does not provide any type of cost benefit analysis in support of this request, including, but |
| 16 | not limited to, projected costs and anticipated recoveries from 3rd parties through the anticipated |
| 17 | litigation or the feasibility of such litigation. Further, though not disclosed in the caption, the |
| 18 | Motion also requests the Court make a finding that Debtors' pre-petition operations constituted a |
| 19 | Ponzi Scheme and the Debtors will be entitled to the Ponzi Scheme presumption as to any recovery |
| 20 | actions. While Wilmington may not be privy to the Debtors' complete financial needs justifying |
| 21 | an additional $5 million loan, it believes the Debtors' request for a Ponzi finding in connection |
| 22 | with the Motion is not warranted at this state of the proceedings, and is unnecessary to granting |
| 23 | the Motion notwithstanding the DIP Lender's request. |
| 24 | On March 11, 2024, the U.S. Trustee filed an Objection to the Debtors' Motion seeking |
| 25 | the Ponzi schedme finding in connection with the Motion. (See, Dkt. No.583). |
| 26 | /./././ |
| 27 | /./././ |
| 28 | /./././ |

**ALDRIDGE PITE, LLP**
8880 Rio San Diego Drive, Suite 725
Diego, CA 92108
Telephone: (425)644-6471

23-01243-WLH11    Doc 619    Filed 03/18/24    Entered 03/18/24 14:14:31    Pg 4 of 14

## II. ARGUMENT

**A. WILMINGTON OBJECTS TO THE DEBTORS' REQUEST FOR A PONZI SCHEME FINDING IN CONNECTION WITH THE MOTION AS SUCH A REQUEST IS NOT A NECESSARY ELEMENT FOR POST-PETITION FINANCING UNDER SECTION 364, BUT SHOULD BE MADE IN THE CONTEXT OF AN ADVERSARY PROCEEDING SO AS TO PROVIDE SUFFICIENT DUE PROCESS PROTECTIONS TO IDENTIFIED THIRD PARTIES SUBJECT TO SUCH LITIGATION AND A MEANINGFUL OPPORTUNITY TO INVESTIGATE AND TO RESPOND TO THE SAME**

The Debtors argue the Court can make the determination of whether the Debtors' business constituted a Ponzi scheme in the context of a contested matter; however, it does not mean it should in connection with Debtors' Motion, and the Debtors cite no case on point in this context. Wilmington joins the Trustee and agrees that Debtors' request for Ponzi scheme finding is not a required component of their request for post-petition financing under 11 U.S.C. Section 364 despite the proposed DIP Lender's request. Further, this would, as framed, create due process issues that are more appropriately protected and addressed in the adversary context where such issues customarily arise in connection with the related causes of action.

The purpose of Debtors' anticipated litigation is the recovery of money or property, and such relief requires an adversary proceeding. F.R.B.P. 7001(1). As the Trustee notes, a Ponzi scheme finding arises overwhelmingly in the context of adversary proceedings for the recovery of money or property, which requires the filing of a complaint that identifies specific defendants, has specific pleading requirements as to the causes, provides an opportunity to assert affirmative defenses, and an appropriate the discovery process under reasonable time frames that allow the parties to both investigate, appropriately respond to, and/or challenge any such findings and/or causes of action. Debtors' request is in sharp contrast to the usual course of things, particularly the extremely truncated discovery procedures Debtors initially sought to impose on largely unidentified parties via shortened notice, which does raise an issue as to the fundamental, due

Page 5 of 7

**ALDRIDGE PITE, LLP**
8880 Rio San Diego Drive, Suite 725
Diego, CA 92108
Telephone: (425)644-6471

23-01243-WLH11    Doc 619    Filed 03/18/24    Entered 03/18/24 14:14:31    Pg 5 of 14

process fairness of the Debtors' request in the context of this Motion. (*See*, Dkt. No.553).

The Debtors' Ponzi Scheme finding and request that a presumption simply apply across the board is too broad and ambiguous as it does not substantively identify a particular defendant, transaction, target, or entity by name, but instead seeks this finding to presumably apply as to any third party, with respect to any transaction of the Debtor entities and their pre-petition activities. Debtors' request as framed fails to provide sufficient information and/or notice and/or a meaningful opportunity to respond and even Wilmington cannot tell if it's to be an intended target of the anticipated litigation, and whether it must retain its own expert to review and analyze the Debtors' asserted reports, and/or conduct its own specific discovery to mount a response or defense. Wilmington objects to the Debtors' request in this overly broad manner, particularly as the request was initially obscured in the Motion and followed with requests on shortened notice, and is certainly not a necessary component to the financing aspect of the Motion.

The Trustee's comments are both reasonable and prudent, the Debtors remain free to make the factual declarations they believe to be true, but they can and should do so with sufficient due process in the context of the adversary proceedings under customary processes rather than in haste to have these incomplete allegations "… transformed into conclusive factual findings on fraudulent intent against others" in the broadest terms possible that are not specifically identified or afforded sufficient opportunity to investigate and respond to such allegations.

### III. CONCLUSION

The Debtors' attempt obtain a Ponzi scheme finding and related presumption on an expedited basis in connection with the Motion is not equitable, and is unnecessary and should be denied. The request is not a necessary component or element for seeking post-petition financing, regardless of the lenders request. The Debtors are not prejudiced by this denial as they maintain the ability to seek the Ponzi scheme finding and related presumption in connection with their anticipated adversary litigation that will require Debtors to specifically identify a defendant,

**ALDRIDGE PITE, LLP**
8880 Rio San Diego Drive, Suite 725
Diego, CA 92108
Telephone: (425)644-6471

delineate the specific transactions in question while also providing third parties with a meaningful opportunity to investigate and respond to claims and causes of action under more reasonable and appropriate circumstances. Accordingly, the DIP Motion should be denied or in the alternative, at least the request for a Ponzi scheme finding denied in connection with the Motion with all rights of all parties reserved for such litigation.

**ALDRIDGE PITE, LLP**

Dated: March 18, 2024

/s/ *Jesse A.P. Banker*
JESSE A.P. BAKER (WASBN 36077)
Attorney for *Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner Trustee of MFA 2022-RTL1 Trust; Lima One Capital, LLC as servicer*

Page 7 of 7

**ALDRIDGE PITE, LLP**
8880 Rio San Diego Drive, Suite 725
Diego, CA 92108
Telephone: (425)644-6471

23-01243-WLH11    Doc 619    Filed 03/18/24    Entered 03/18/24 14:14:31    Pg 7 of 14

Jesse A.P. Baker (SBN 36077)
jbaker@aldridgepite.com
**ALDRIDGE PITE, LLP**
The Ogden Building
9311 SE 36th St, Ste 207
Mercer Island, WA 98040
Telephone: (425) 644-6471
Facsimile: (619) 590-1385

<u>Mailing Address</u>:
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>ICAP ENTERPRISES, INC. AKA ALTIUS DEVELOPMENT, INC.,<br><br>Debtor. | Lead Case No. 23-01243-WLH11<br><br>Jointly Administered<br><br>**PROOF OF SERVICE** |

I, Lauren Timby, declare that:

I am employed by Aldridge Pite, LLP. My business address is 8880 Rio San Diego Drive, Suite 725; San Diego, CA 92108. I am over the age of eighteen years and not a party to this cause.

On March 18, 2024, I caused the following documents:

- **OBJECTION TO JOINT MOTION OF THE DEBTORS AND COMMITTEE FOR ORDER: (I) AUTHORIZING THE DEBTORS TO OBTAIN SUPPLEMENTAL POST-PETITION SECURED FINANCING; (II) GRANTING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; AND (III) RELATED RELIEF.**

to be served in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or via electronic means as follows:

**PROOF OF SERVICE**

Page 1

**ALDRIDGE PITE, LLP**
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108
Telephone: (858) 750-7600

23-01243-WLH11    Doc 619    Filed 03/18/24    Entered 03/18/24 14:14:31    Pg 8 of 14

**DEBTOR**
iCap Enterprises, Inc.
8939 Sepulveda Blvd, Suite 110-223
Los Angeles, CA 90045
(Via U.S. Mail)

**DEBTOR'S ATTORNEY**
Bernard D. Bollinger, Jr.
BUCHALTER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
bbollinger@buchalter.com
(Via ECF)

**U.S. TRUSTEE**
U.S. Trustee
Department of Justice
US Court House   920 W Riverside Ave, Suite 593
Spokane, WA 99201
USTP.REGION18.SP.ECF@usdoj.gov
(Via Email)

**BORROWER**
VH 1121 14th, LLC, LLC
VH 1121 14th, LLC
PO Box 53232
Bellevue, WA 98015
(Via U.S. Mail)

**DIP LENDER**
Serene Investment Management, LLC
C/O Leob & Loeb, LLP
35 Music Square East, Suite 310
Nashville, TN 37203
(Via U.S. Mail)

Serene Investment Management, LLC
C/O Michael M. Feinberg Karr Tuttle Campbel
701 5th Avenue, Suite 3300
Seattle, WA 98104
(Via U.S. Mail)

**CREDITOR COMMITTEE**
**The Official Committee of Unsecured Creditors**
c/o Bush Kornfeld LLP
601 Union Street, #5000 Seattle,
WA 98101
(Via U.S. Mail)

**PROOF OF SERVICE**

Page 2

**ALDRIDGE PITE, LLP**
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108
Telephone: (858) 750-7600

23-01243-WLH11    Doc 619    Filed 03/18/24    Entered 03/18/24 14:14:31    Pg 9 of 14

John Bender
Corr Cronin LLP
1015 Second Avenue
Floor 10
Seattle, WA 98104-1001
(Via U.S. Mail)

Armand J Kornfeld Bush Kornfeld LLP
601 Union St #5000
Seattle, WA 98101-2373
(Via U.S. Mail)

Jason E Wax
Bush Kornfeld LLP
601 Union Street
Suite 5000
Seattle, WA 98101
(Via U.S. Mail)

Aimee S Willig
Bush Strout & Kornfeld
601 Union Street
Suite 5000
Seattle, WA 98101
(Via U.S. Mail )

**30 LARGEST UNSECURED CREDITORS**
Yongzhi Liang
103-2-1105, Bai Zi Wan Home, Chaoyang District
Beijing, Beijing 100124
(Via U.S. Mail)

Mingyi Hu
Room 2606, Qinzhou Mansion, No.6, Lane 111, Qinzhou Road
Shanghai China
(Via U.S. Mail)

CWN Holdings Limited
Trinity Chambers, PO Box 4301
Road Town, Tortola
British Virgin Island
(Via U.S. Mail)

**PROOF OF SERVICE**

Page 3

**ALDRIDGE PITE, LLP**
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108
Telephone: (858) 750-7600

23-01243-WLH11    Doc 619    Filed 03/18/24    Entered 03/18/24 14:14:31    Pg 10 of 14

Devont Capital Limited
PO Box 4301,
Road Town, Tortola
British Virgin Islands
(Via U.S. Mail )

Sinolite Industrial Co.
Bldg DEF, 19th Floor, Zhejiang Wuchan, Intl Plaza
No.445 Kaixuan Road, Jianggan District
Hangzhou
China
(Via U.S. Mail)

Cooperativa De Seguros Multiples
PO Box 363846
San Juan, PR 00936
(Via U.S. Mail )

Ruihua Ji
No. 11, Lane 688, Pingji Road, Minhang District
Shangai, Shangai 201100
(Via U.S. Mail)

Zheng Revocable Foreign Grantor Trust
7307 N Division St. Suite 303
Spokane, WA 99208
(Via U.S. Mail )

Chunying Tian
No. 102, 1st Floor, Unit 2, Building 11
No. 1999 Beichen Avenue, Weiyang District
Xi'an, Shanxi
(Via U.S. Mail)

Universal Insurance Company
PO Box 71338
San Juan, PR 00936
(Via U.S. Mail )

Ruzhen Zhang
No.1904, Building 1, No. 1, Shangdi Xinxi Road
Haidian District
Beijing, Beijing 100085
China
(Via U.S. Mail )

**PROOF OF SERVICE**

Page 4

**ALDRIDGE PITE, LLP**
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108
Telephone: (858) 750-7600

23-01243-WLH11    Doc 619    Filed 03/18/24    Entered 03/18/24 14:14:31    Pg 11 of 14

Qingxiao Jiang Room 1201, Unit 2, BLD #8,
Zhijing Yuan Xixi Cheng Yuan,
Xihu District Hangzhou, Zhejiang 310000
China
(Via U.S. Mail)

Tat Iu
Room 2301,Block A, Gaxaly Intl Building 167
Huancheng North Road
Hangzhou, Zhejiang 310005
China
(Via U.S. Mail)

Huimin Zhang
Xishan St, Building 1, Room 1-4-3
Dalian, Liaoning 116000
China
(Via U.S. Mail)

Kun Wang
No.144, Building 14, No.6 Crouching Tiger Bridge
Haidian District
Beijing, Beijing 100044
China
(Via U.S. Mail)

Zhuhua Li
17225 NE 126th Pl
Redmond, WA 98052 s
(Via U.S. Mail)

Ping Zhang
Room 252, Unit 2, No. 67 East Orchard
Tongzhou District
Beijing, Beijing 101116
China
(Via U.S. Mail)

Yunhua Liu
1155 Northeast 55th Street
Seattle, WA 98105
(Via U.S. Mail)

Robert W. Alfini
419 E. Orchard St.
Arlington Heights, IL 60005
(Via U.S. Mail)

**PROOF OF SERVICE**

Page 5

**ALDRIDGE PITE, LLP**
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108
Telephone: (858) 750-7600

23-01243-WLH11    Doc 619    Filed 03/18/24    Entered 03/18/24 14:14:31    Pg 12 of 14

Thomas and Jodi Temple w/ rights of survivorship
21 Sycamore Ln.
Chester Springs, PA 19425
(Via U.S. Mail )

Azure Blue Service Limited
Trinity Chambers, PO Box 4301, Road Town
Tortola, British Virgin VG1110
United Kingdom
(Via U.S. Mail )

Peng Lyu and Li Tan
1124 E Lake Sammamish Pkwy NE
Sammamish, WA 98074
(Via U.S. Mail)

Shiying Chen
1102, unit 1, building 5, Mingliyuan Xixi
Chengyuan, Xihu District
Hangzhou, Zhejiang 310012
China
(Via U.S. Mail)

Ching-Ping Hu (Grace Shin)
3rd Flr, No. 143, Section 6
Nanjing East Road, Neihu District
Taipei City, Taiwan 114
(Via U.S. Mail)

Barry M. Abzug Revocable Trust
1949 Leonard Road Falls Church
Falls Church, VA 22043
(Via U.S. Mail)

Yi Xia
Building no.8, Lane 600 Fei Hong Road, Y
angpu District Shanghai, Shanghai
China
(Via U.S. Mail)

Steven W. Shaw
11 River Park Drive
Cormwell, CT 06416
(Via U.S. Mail)

**PROOF OF SERVICE**

Page 6

ALDRIDGE PITE, LLP
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108
Telephone: (858) 750-7600

Junming Chen
10-2-402 Zhichengyuan Xixichengyuan,
Xihu Dist.
Hangzhou, Zhejiang 310030
China
(Via U.S. Mail)

Elizabeth Plaza
1121 Parrotts Cove Rd
Greensboro, GA 30642
(Via U.S. Mail)

Yulan Ren
No. 5, Building 15, Meidu Huating
76 Lianhua North Road
Dujiangyan City,
Sichuan Province 611800
China
(Via U.S. Mail)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>March 18, 2024</u>

<u>/s/ *Lauren Timby*</u>
LAUREN TIMBY

**PROOF OF SERVICE**

Page 7

**ALDRIDGE PITE, LLP**
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108
Telephone: (858) 750-7600

23-01243-WLH11    Doc 619    Filed 03/18/24    Entered 03/18/24 14:14:31    Pg 14 of 14