UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

ICAP ENTERPRISES, INC., *et al.*,

Debtors.[1]

Chapter 11

Lead Case No. 23-01243-WLH11
Jointly Administered

**ORDER GRANTING RENEWED AND AMENDED EMERGENCY MOTION TO ESTABLISH SCHEDULE ON DIP AND 9019 MOTION**

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding1, LLC (23-01256-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01253-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01267-11); iCap Broadway, LLC (23-01252-11); VH 1121 14th LLC (23-01264-11); VH Senior Care LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11) ; Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11).

**ORDER SETTING EXPEDITED HEARING ON SHORTENED NOTICE AND ESTABLISHING SCHEDULE**- 1

Upon the motion [ECF No. 632] (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") pursuant to Rule 9006(c) and 9014 of the Bankruptcy Rules, for an order setting pre-hearing deadlines on the DIP Motion, all as more fully set forth in the Motion; it further appearing that the court has jurisdiction over this matter; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors, and their creditors; and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion [ECF No. 632] is granted;

**DIP Motion and 9019 Motion [ECF Nos. 467, 470]**

1. Fact discovery, if any, must be completed by March 29, 2024.
2. Expert discovery, if any, must be completed by April 3, 2024.
3. A list of witnesses to be called at the hearing and an estimate of the duration of their testimony must be filed by April 3, 2024.
4. A list of exhibits to be used at the hearing must be filed by April 3, 2024.
2. Objections to any other parties' witness and/or exhibit lists must be filed by April 5, 2024.
3. An evidentiary hearing will be held on April 9, 2024.

The court retains jurisdiction and power with respect to all matters arising from or related to the implementation and interpretation of this order.

///End of Order///

---

[2] Capitalized terms used, but not defined herein shall have the meanings ascribed to them in the Motion.

PRESENTED BY:

*/s/ Armand J. Kornfeld*
ARMAND J. KORNFELD, WSBA NO. 17214
AIMEE S. WILLIG, WSBA #22859
JASON WAX, WSBA #41944
BUSH KORNFELD LLP

*Counsel for the Official Committee of Unsecured Creditors*

JOHN T. BENDER, WSBA NO. 49658
CORR CRONIN LLP

*Special Litigation Counsel for the Official Committee of Unsecured Creditors*

And

JULIAN I. GURULE (Admitted *Pro Hac Vice*)
MADHU POCHA (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP

*Counsel to Debtors and Debtors in Possession*

**ORDER SETTING EXPEDITED HEARING ON SHORTENED NOTICE AND ESTABLISHING SCHEDULE- 3**