THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

ICAP ENTERPRISES, INC., *et al.*,

Debtors.[1]

Chapter 11
Lead Case No: 23-01243-WLH11
Jointly Administered

~~EX PARTE~~ ORDER DENYING
~~GRANTING~~ TOUSLEY BRAIN
STEPHENS, PLLC'S MOTION
TO WITHDRAW AS COUNSEL
FOR JIM CHRISTENSEN,
SUNSET TERRACE WA, LLC,
AND INVALUS HOLDINGS, LLC

Upon the motion of Tousley Brain Stephens PLLC ("Motion"), pursuant to

Rules 9010-1 and 2002-1 of the Local Rules for the United States Bankruptcy Court

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01267-11); iCap Broadway, LLC (23-01252-11); VH 1121 14th LLC (23-01264-11); VH Senior Care LLC (23-01266-11); VH Willows Townhomes (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

~~EX PARTE~~ ORDER DENYING ~~GRANTING~~ WITHDRAWAL OF
TOUSLEY BRAIN STEPHENS, PLLC - 1
Case No: 23-01243-WLH11

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

23-01243-WLH11    Doc 646    Filed 03/25/24    Entered 03/25/24 11:30:20    Pg 1 of 3

for the Eastern District of Washington (the "Local Rules"), for entry of an order permitting the withdrawal of Tousley Brain Stephens, PLLC as attorneys for interested parties Invalus Holdings LLC, Sunset Terrace WA LLC, and Jim Christensen; and the record not reflecting that notice of the Motion was served as required by Local Rule 9010-1(b)(5); and the Court having received no objections to the Motion; it further appearing that the Court has jurisdiction over this matter; and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT:**

1. The Motion [ECF No. 579] is ~~granted~~ denied without prejudice. Movant should either (i) file a certificate of service indicating the date and on whom the Motion was served, if service was previously provided, and submit a supplemental order; or (ii) provide service and notice of the Motion as required by Local Rule 9010-1(b)(5)(A), (B).~~.~~

~~2.    Kim D. Stephens, P.S., Cecily C. Jordan, and their firm, Tousley Brain Stephens PLLC, are hereby considered to have withdrawn in this action on behalf as counsel for interested parties Invalus Holdings LLC, Sunset Terrace WA LLC, and Jim Christensen.~~

///END OF ORDER///

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

PRESENTED BY:

TOUSLEY BRAIN STEPHENS PLLC

By: <u>*s/ Kim D. Stephens, P.S.*</u>
Kim D. Stephens, P.S., WSBA #11984
Cecily C. Jordan, WSBA #50061
Tousley Brain Stephens PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Tel: (206) 682-5600
kstephens@tousley.com
cjordan@tousley.com

 \* Changes made by court

EX PARTE ORDER DENYING GRANTING WITHDRAWAL OF
TOUSLEY BRAIN STEPHENS, PLLC - 3
Case No: 23-01243-WLH11

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992