Dakota Pearce (WSBA #57011)
BUCHALTER
1420 5th Avenue, Suite 3100
Seattle, Washington 98101
Telephone: (206) 319-7052
Email: dpearce@buchalter.com

Bernard D. Bollinger, Jr. (CA SBN: 132817)*
Khaled Tarazi (AZ SBN: 032446)*
BUCHALTER
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017
Telephone: (213) 891-0700
Email: bbollinger@buchalter.com
       ktarazi@buchalter.com

*Admitted *Pro Hac Vice*

*Counsel to Debtors and Debtors in Possession*

HONORABLE WHITMAN L. HOLT

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

In re:

ICAP ENTERPRISES, INC., *et al.*,

Debtors.[1]

Chapter 11

Lead Case No. 23-01243-WLH11
Jointly Administered

**NOTICE OF FIRST INTERIM APPLICATION OF BUCHALTER, A PROFESSIONAL CORPORATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01267-11); iCap Broadway, LLC (23-01252-11); VH 1121 14th LLC (23-01264-11); VH Senior Care LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11) ; Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

NOTICE OF FIRST INTERIM FEE APPLICATION
OF BUCHALTER, PC - 1

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

I6656.0002 BN 80796601V2

23-01243-WLH11    Doc 672    Filed 04/02/24    Entered 04/02/24 07:52:26    Pg 1 of 4

OF SEPTEMBER 29, 2023 THROUGH DECEMBER 31, 2023

[No Hearing Required Pursuant to L.B.R. 2002-1(c)(1)]

**PLEASE TAKE NOTICE** that on February 26, 2024, Buchalter, a Professional Corporation filed its *First Interim Application of Buchalter, a Professional Corporation for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period of September 29, 2023 through December 31, 2023; Declaration of Khaled Tarazi in Support Thereof* [ECF No. 472] (the "Application"),[2] seeking interim allowance of compensation and reimbursement of expenses for services rendered to the above-captioned debtors and debtors in possession (the "Debtors"), in accordance with the Fee Procedures Order and LBR 2016-1.

Date of Employment. On October 31, 2023, the court entered its *Order Approving Debtors' Application for Order Approving Employment of Buchalter as Counsel as of September 29, 2023* [ECF No. 119].

Amount of Compensation and Reimbursement Requested. Buchalter seeks interim allowance of compensation for services rendered and expenses incurred during the Application Period in the total amount of $1,018,456.65, comprised of $974,291.50 in fees and $44,165.15 in expenses.

---

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Application.

NOTICE OF FIRST INTERIM FEE APPLICATION OF BUCHALTER, PC- 2

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

I6656.0002 BN 80796601V2

23-01243-WLH11    Doc 672    Filed 04/02/24    Entered 04/02/24 07:52:26    Pg 2 of 4

Amount of Compensation Previously Received. Pursuant to the Fee Procedures Order, Buchalter has received $823,597.93 on account of services rendered and expenses incurred during the Application Period, with a balance held in trust of $194,858.72, as follows:

| Date Filed | Period Covered | Total Requested Fees and Expenses | Total Amounts Paid to Date | Total Amounts Held in Trust |
|---|---|---|---|---|
| December 5, 2023 | September 29, 2023 – October 31, 2023 | $431,430.60 | $350,876.34 | $80,554.26 |
| December 8, 2023 | November 1, 2023 – November 30, 2023 | $314,443.66 | $252,488.86 | $61,954.80 |
| January 18, 2024 | December 1, 2023 – December 31, 2023 | $272,582.39 | $220,232.79[3] | $52,349.60 |
| **Totals** | | **$1,018,456.65** | **$823,597.93** | **$194,858.72** |

**PLEASE TAKE FURTHER NOTICE** that objections to the Application must be filed with the United States Bankruptcy Court for the Eastern District of Washington, 402 East Yakima Avenue, Suite 200, Yakima, WA 98901, no later than April 26, 2024. **If you do not submit an objection, the court may dispose of the matter without a hearing by entering an order without further notice.**

//

//

//

---

[3] On February 26, 2024, the Debtors received a wire for $272,582.39 on account fees and expenses incurred for the period starting December 1, 2023 and ending December 31, 2023 (the "Third Interim Period"). Pursuant to the Fee Procedures Order, the Debtors billed and applied $10,834.39 for expenses incurred during the Third Interim Period. The Debtors also billed and applied $209,398.40 for fees incurred during the Third Interim Period. The remaining amount, $52,349.60, was placed into Buchalter's trust account.

NOTICE OF FIRST INTERIM FEE APPLICATION OF BUCHALTER, PC- 3

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

I6656.0002 BN 80796601V2

23-01243-WLH11    Doc 672    Filed 04/02/24    Entered 04/02/24 07:52:26    Pg 3 of 4

DATED this 2nd day of April, 2024.

BUCHALTER, A PROFESSIONAL CORPORATION

By /s/ *Dakota Pearce*
Dakota Pearce (WSBA – 57011)

BERNARD D. BOLLINGER, JR. (Admitted *Pro Hac Vice*)
KHALED TARAZI (Admitted *Pro Hac Vice*)
BUCHALTER, a Professional Corporation

*Counsel to Debtors and Debtors in Possession*

NOTICE OF FIRST INTERIM FEE APPLICATION OF BUCHALTER, PC- 4

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

I6656.0002 BN 80796601V2

23-01243-WLH11    Doc 672    Filed 04/02/24    Entered 04/02/24 07:52:26    Pg 4 of 4