Debtor: **iCap Enterprises, Inc.**
Case No: 23-01243
Reporting Period: 02/01/24 – 02/29/24

# GENERAL NOTES:

**General Methodology** – The Debtor is filing this monthly operating report (the "MOR") solely for the purposes of complying with the monthly reporting requirements of the Debtor's chapter 11 case. The financial information contained herein is unaudited, limited in scope, and as such has not been subjected to procedures that would typically be applied to financial statements in accordance with accounting principles generally accepted in the Unites States of America. (i.e., " GAAP"). The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law.

**Reporting Period** – Unless otherwise noted, the information provided herein is current for the Debtor as of February 29, 2024, the end of Debtor's fiscal month. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period. Unless otherwise noted, all amounts provided are in thousands (000's).

**Accuracy** – The Debtor has prepared the financial statements based on the information reflected in the Debtor's books and records. The Debtor has made a diligent effort to complete these documents accurately and completely to the best of its knowledge and ability; however, the Debtor cannot warrant the absolute accuracy of these documents. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information or errors or omissions, the Debtor does not undertake any obligation or commitment to update this MOR.

**Results Not Reflective of Future Performance** – The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position, and cash flows of the Debtor in the future.

**Bank Account Reconciliations & Cash Disbursement Journals** – The Debtor affirms that bank reconciliations are prepared for all open and active bank accounts on a monthly basis.

**Reservation of Rights** – The Debtor reserves all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtor's rights or an admission with respect to its Chapter 11 case.

**iCap Consolidating Bank Accounts**
Monthly Bank Activity
2/29/2024

| | | | | Balances | | | | | | | Net Activity | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | Legal Entity Name | Bank | Bank Account# | 9/27/23 | 9/30/23 | 10/31/23 | 11/30/23 | 12/31/23 | 1/31/24 | 2/29/24 | 9/30/23 | 10/31/23 | 11/30/23 | 12/31/23 | 1/31/24 | 2/29/24 |
| 1 | 725 Broadway LLC | Umpqua Bank | 4979 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2 | Colpitts Sunset LLC | Umpqua Bank | x1862 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 3 | Colpitts Sunset LLC | Umpqua Bank | x8892 | 2,575 | 2,575 | - | - | - | - | - | - | (2,575) | - | - | - | - |
| 4 | iCap @ UW LLC | Umpqua Bank | 5339 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5 | iCap Broadway LLC | Umpqua Bank | 3069 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6 | iCap Campbell Way LLC | Umpqua Bank | 2171 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7 | iCap Development LLC | Umpqua Bank | 5631 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8 | iCap Enterprises Inc | Umpqua Bank | 4749 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 9 | iCap Equity LLC | Umpqua Bank | 1801 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 10 | iCap Funding LLC | Umpqua Bank | 2347 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11 | iCap International Investments LLC | Umpqua Bank | x5069 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12 | iCap Investments LLC | Umpqua Bank | 6925 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 13 | iCap Northwest Opportunity Fund LLC | Umpqua Bank | 0340 | - | - | (7) | (14) | - | - | - | - | (7) | (7) | 14 | - | - |
| 14 | iCap Pacific NW Management LLC | Umpqua Bank | 7279 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 15 | iCap Pacific Income Fund 4 LLC | Umpqua Bank | 6486 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 16 | iCap Pacific Income Fund 5 LLC | Umpqua Bank | 5812 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 17 | iCap Pacific NW Opportunity & Income Fund LLC | Umpqua Bank | 7220 | (50) | (57) | - | - | - | - | - | (7) | 57 | - | - | - | - |
| 18 | iCap Realty LLC | Umpqua Bank | x6719 | 72 | 65 | - | - | - | - | - | (7) | (65) | - | - | - | - |
| 19 | iCap Realty LLC | Umpqua Bank | x6529 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 20 | iCap Vault 1 LLC | Umpqua Bank | 4804 | 22 | 15 | - | - | - | - | - | (7) | (15) | - | - | - | - |
| 21 | iCap Vault Management LLC | Umpqua Bank | 1342 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 22 | Senza Kenmore LLC | Umpqua Bank | 5536 | 153,389 | 153,389 | - | - | - | - | - | - | (153,389) | - | - | - | - |
| 23 | Senza Kenmore LLC | Umpqua Bank | 7397 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 24 | Uw 17th Ave LLC | Umpqua Bank | 3912 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25 | VH 1121 14th LLC | Umpqua Bank | 1295 | 2,221 | 2,221 | - | - | - | - | - | - | (2,221) | - | - | - | - |
| 26 | VH 2nd Street Office LLC | Umpqua Bank | 3573 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 27 | VH Pioneer Village LLC | Umpqua Bank | 3907 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 28 | VH Senior Care LLC | Umpqua Bank | 9095 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 29 | VH Willows Townhomes LLC | Umpqua Bank | 7528 | 496 | 489 | - | - | - | - | - | (7) | (489) | - | - | - | - |
| 30 | CS2 Real Estate Development LLC | Umpqua Bank | x6078 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 31 | iCap Enterprises Inc | Axos Bank | x9234 | 2 | 15,002 | 2,005,806 | 1,959,145 | 2,869,171 | 2,274,925 | 851,935 | 15,000 | 1,990,804 | (46,661) | 910,027 | (594,246) | (1,422,990) |
| 32 | 725 Broadway LLC | Axos Bank | x0539 | - | - | - | - | - | 465,000 | 465,000 | - | - | - | - | 465,000 | - |
| 33 | iCap Campbell Way LLC | Axos Bank | x0547 | 55,412 | 12,352 | 10,281 | 10,281 | 10,281 | 10,281 | 10,281 | (43,060) | (2,070) | - | - | - | - |
| 34 | VH 2nd Street Office LLC | Axos Bank | x1438 | - | - | 28,500 | 85,500 | 59,000 | 57,600 | 58,600 | - | 28,500 | 57,000 | (26,500) | (1,400) | 1,000 |
| 35 | Colpitts Sunset LLC | Axos Bank | x8490 | - | - | - | - | - | 2,575 | 2,575 | - | - | - | - | 2,575 | - |
| 36 | Senza Kenmore LLC | Axos Bank | x7930 | - | - | - | - | - | 153,389 | 153,389 | - | - | - | - | 153,389 | - |
| 37 | VH 1121 14th LLC | Axos Bank | x8649 | - | - | - | - | - | 3,594 | 10,344 | - | - | - | - | 3,594 | 6,750 |
| 38 | VH Senior Care LLC | Axos Bank | x7674 | - | - | - | - | 1,525 | 1,525 | 4,717 | - | - | - | 1,525 | - | 3,192 |
| 39 | VH Willows Townhomes LLC | Axos Bank | x7971 | - | - | - | - | - | 489 | 5,825 | - | - | - | - | 489 | 5,336 |
| 40 | iCap Enterprises Inc | Umpqua Bank | x9334 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | **Total** | | | **214,139** | **186,051** | **2,044,580** | **2,054,912** | **2,939,977** | **2,969,378** | **1,562,666** | **(28,088)** | **1,858,529** | **10,332** | **885,066** | **29,401** | **(1,406,712)** |