

# Account Information Report
iCap Enterprises Inc

**February 01, 2024 - February 29, 2024**

**Account: *7971 (VH Willows Townhomes LLC)**

| | |
|---|---:|
| Available Balance | $5,825.48 |
| Opening Ledger Balance | $5,825.48 |
| Collected Balance | $5,825.48 |
| Current Balance | $5,825.48 |
| Closing Ledger | $5,825.48 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $5,000.00 |
| Last Deposit Date | 02/26/2024 |
| Credit Line / Overdraft Amount | $0.00 |

| Posted Date | Description | Check Number | Credit | Debit |
|---|---|---|---:|---:|
| 02/26/2024 | Electronic Transfer Credit | | $5,000.00 | |
| | From DDA *9234,To DDA *7971 | | | |
| 02/20/2024 | Online BillPay Check | 10013 | | $1,791.00 |
| 02/15/2024 | Online BillPay Check | 10016 | | $1,000.00 |
| 02/13/2024 | Domestic Wire Transfer - DL | | | $11,432.81 |
| | Domestic Wire Transfer-DL | | | |
| | Lima One Capital, LLC | | | |
| | 061019975 | | | |
| | 0230012744 | | | |
| | 201 East McBee Ave | | | |
| | Suite 300 | | | |
| | Greenville, SC 29601 UNITED ST | | | |
| | GEORGIA BANKING CO | | | |
| | 20240213MMQFMP9N000597 | | | |
| | 20240213MMQFMP4E000058 | | | |
| | 02131651FT01 | | | |
| 02/13/2024 | Electronic Transfer Credit | | $12,000.00 | |
| | From DDA *9234,To DDA *7971 | | | |
| 02/12/2024 | Inclearing Check | 10011 | | $1,440.00 |
| 02/02/2024 | Electronic Transfer Credit | | $4,000.00 | |
| | From DDA *9234,To DDA *7971 | | | |

Report Generated on: 03/19/24 12:12:21 PM

23-01243-WLH11   Doc 716-2   Filed 04/04/24   Entered 04/04/24 12:28:33   Pg 1 of 1