Dakota Pearce (WSBA #57011)
BUCHALTER
1420 5th Avenue, Suite 3100
Seattle, Washington 98101
Telephone: (206) 319-7052
Email: dpearce@buchalter.com

Bernard D. Bollinger, Jr. (CA SBN: 132817)*
BUCHALTER
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017
Telephone: (213) 891-0700
Email: bbollinger@buchalter.com

*Admitted *Pro Hac Vice*

*Counsel to Debtors and Debtors in Possession*

HONORABLE WHITMAN L. HOLT

HEARING DATE: MAY 1, 2024
HEARING TIME: 2:00 p.m. PST
LOCATION: Telephonic

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

ICAP ENTERPRISES, INC., *et al.,*

Debtors.[1]

Chapter 11

Lead Case No. 23-01243-WLH11
Jointly Administered

**STATUS REPORT RE BUCHALTER'S SUPPLEMENTAL EMPLOYMENT APPLICATION**

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01256-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01253-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01267-11); iCap Broadway, LLC (23-01252-11); VH 1121 14th LLC (23-01264-11); VH Senior Care LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11) ; Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

STATUS REPORT RE BUCHALTER'S SUPPLEMENTAL EMPLOYMENT APPLICATION
- 1
BN 82286863v1

BUCHALTER
A Professional Corporation
Seattle

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

23-01243-WLH11    Doc 803    Filed 04/26/24    Entered 04/26/24 14:33:51    Pg 1 of 2

Buchalter, a Professional Corporation ("Buchalter") hereby submits this status report concerning its Supplemental Employment Application that was initially set for hearing on April 17, 2024 (the "Supplemental Application") with a follow up hearing set by this court for May 1, 2024 at 2 p.m. (the "Status Conference Hearing").

Since the initial hearing on the Supplemental Application, Buchalter, the Office of the United States Trustee and Umpqua Bank, each through their respective counsel, have been involved in discussions in an attempt to reach a consensual resolution of pending matters. Those discussions have included the participation of Jay Kornfeld as counsel for the Unsecured Creditors' Committee.[2]

Based upon those discussions the Parties have agreed (i) to extend the deadline for objection to Buchalter's First Interim Fee Application [ECF No. 472] from April 26, 2024 to such further date set by this court at the Status Conference Hearing; and (ii) to suspend any further briefing relating to the Supplemental Application pending continued efforts to reach a consensual resolution, with the issue of a further briefing schedule to be discussed at the Status Conference Hearing.

Dated: April 26, 2024

/s/ *Dakota Pearce*
DAKOTA PEARCE (WSBA #57011)

BERNARD D. BOLLINGER, JR. (Admitted Pro Hac Vice)
BUCHALTER, a Professional Corporation

*Counsel to Debtors and Debtors in Possession*

---

[2] The parties participating in these discussions are collectively referred to as the "Parties."

**STATUS REPORT RE BUCHALTER'S SUPPLEMENTAL EMPLOYMENT APPLICATION**
- 2 -
BN 82286863v1

BUCHALTER
A PROFESSIONAL CORPORATION
SEATTLE

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

23-01243-WLH11    Doc 803    Filed 04/26/24    Entered 04/26/24 14:33:51    Pg 2 of 2