ARMAND J. KORNFELD, WSBA #17214
AIMEE S. WILLIG, WSBA #22859
JASON WAX, WSBA #41944
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101-2373
Tel: (206) 292-2110
Emails: jkornfeld@bskd.com
awillig@bskd.com
jwax@bskd.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re

ICAP ENTERPRISES, INC., et al.,

Debtors.[1]

No. 23-01243-WLH11
(Jointly Administered)

EIGHTH MONTHLY FEE APPLICATION OF BUSH KORNFELD LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2024 THROUGH MAY 30, 2024

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

EIGHTH MONTHLY FEE APPLICATION– Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Bush Kornfeld LLP (the "Firm") submits this Monthly Fee Application Request for Compensation and Reimbursement of Expenses for the Period of May 1, 2024 through May 30, 2024 ("the <u>Application</u>" and the "<u>Application Period</u>" respectfully for work performed for the Official Committee of Unsecured Creditors ("<u>Committee</u>"). In support of the Application, the Firm respectfully represents as follows:

The Firm is counsel to the Committee. The Firm hereby applies to the court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

1.     The Firm billed a total of $74,587.50 in fees and expenses during the Application Period. The total fees represent 150.70 hours during the period covered by this Application. The fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 05/01/2024 to 05/30/2024 | $74,587.50 | $0.00 | $74,587.50 |

2.     Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $74,587.50 at this time. This total is comprised of $74,587.50 (the fees for services rendered) plus $0.00 (the expenses incurred). The Firm will only apply 80% of the fees paid to outstanding invoices and will hold the additional 20% of the fees in trust pending approval of such fees through a quarterly interim fee application.

3.     Attached as **Exhibit A** to this Application is the name of each professional who performed services in connection with this case during the period covered by this

EIGHTH MONTHLY FEE APPLICATION– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hg10cw01e6

Application and the hourly rate for each such professional. Attached as **Exhibit B** to this Application are detailed time and expense statements for the Application Period.

5. The Firm has served a copy of this Application on the applicable Notice Parties. The Application was mailed by first class mail, postage prepaid on or about July 17th, 2024. Notice of the filing of this Application was served on the foregoing parties as well as any party who has requested special notice in these chapter 11 cases as of the date of this Notice.

6 Pursuant to this court's *Order Granting Debtors' Motion for Order Establishing Interim Fee Application and Expense Reimbursement Procedures* that was entered on or about November 17, 2023, ("Compensation Procedures Order"), the Debtors are authorized to make payment requested herein without a further hearing or order of this court unless an objection to this Application is filed with the court and served upon the Notice Parties within 14 calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtors are authorized, but not directed, to pay 100% of the uncontested fees and expenses without further order of this court. If no objection is filed, the Debtors are authorized, but not directed, to pay 100% of all fees and expenses requested in the Application without further order of the court; provided, however, that in either case, the Firm will hold 20% of the amount of the fees paid in trust pending approval of such fees through a quarterly interim fee application.

7. The interim compensation and reimbursement of expenses sought in this Application are not final. Upon the conclusion of these cases, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in

EIGHTH MONTHLY FEE APPLICATION– Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

these cases.  Any interim fees or reimbursement of expenses approved by this court and received by the Firm (along with any retainer) will be credited against such final fees and expenses and may be allowed by this court.

The Firm respectfully requests that the Debtors pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the Compensation Procedures Order.

DATED this 17th day of July, 2024.


BUSH KORNFELD LLP


By /s/ Armand J. Kornfeld
Armand J. Kornfeld, WSBA #17214
Aimee S. Willig, WSBA #22859
Jason Wax, WSBA #41944
*Attorneys for The Official Unsecured Creditors Committee*

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hg10cw01e6

# EXHIBIT A

hg10cw01e6

| Timekeeper | Rate | Total Hours | Total Fees |
|---|---|---|---|
| Armand J. Kornfeld | $625.00 | 21.80 | $13,562.50 |
| Aimee S. Willig | $525.00 | 66.70 | $35,017.50 |
| Jason Wax | $425.00 | 52.70 | $22,397.50 |
| Lesley D. Bohleber | $380.00 | 9.50 | $3,610.00 |
| **Total** | | **150.70** | **$74,587.50** |

hg10cw01e6

# EXHIBIT B

hg10cw01e6

ICAP CREDITORS COMMITTEE                                July 8, 2024
[via email]                                            Invoice # 24740


In Reference To: OUR CLIENT MATTER NO: 2760-20231
                General

**TOTAL PROFESSIONAL FEES AND EXPENSES PER DETAIL BELOW**              $74,587.50


Professional services

|              |     |                                                                                                   | Hours | Amount |
|--------------|-----|---------------------------------------------------------------------------------------------------|-------|--------|
| **ASSET ANALYSIS** | | | | |
| 5/20/2024 | ASW | Review emails with B. O'Malley and J. Bender re bank account issues. | 0.20 | 105.00 |
| | SUBTOTAL: | [ | 0.20 | 105.00] |
| **CLAIMS ANALYSIS AND OBJECTIONS TO CLAIMS** | | | | |
| 5/9/2024 | ASW | Review claims bar date pleadings and emails with D. Perez re same. | 0.30 | 157.50 |
| 5/13/2024 | ASW | Review proposed claims notice pleadings. | 0.40 | 210.00 |
| | ASW | Telephone calls with and emails with S.Indelicato, D. Perez., B. Daniel re creditor communications, instructions, pleadings re claims bar date/filing claims. | 0.60 | 315.00 |
| | ASW | Edits to pleadings, notice re claims administration. | 1.40 | 735.00 |
| 5/14/2024 | AJK | Review draft Notice to File Proof of Claim. | 0.10 | NO CHARGE |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/17/2024 | ASW | Work on revisions to claims bar date pleadings and notice. | 0.80 | 420.00 |
| | ASW | Telephone calls with and emails with D. Perez re revisions to claims bar date pleadings and notice. | 0.40 | 210.00 |
| | ASW | Telephone calls with and emails with B. Daniels re revisions to claims bar date pleadings and notice. | 0.60 | 315.00 |
| | ASW | Telephone calls with and emails with L. Gonzales re revisions to claims bar date pleadings and notice. | 0.40 | 210.00 |
| | ASW | Review Proof of Claim form, instructions and revision to Notice. | 0.70 | 367.50 |
| | ASW | Conference with A. J. Kornfeld re claims bar date isssues. | 0.20 | 105.00 |
| | ASW | Review B. Riley claims analysis. | 0.30 | 157.50 |
| | ASW | Emails with L. Gonzales re revisions to claims bar date pleadings and edits re same. | 0.40 | 210.00 |
| 5/19/2024 | ASW | Telephone calls with and emails with L. Gonzales re further edits to claims bar date notice and proof of claim form. | 0.70 | 367.50 |
| | ASW | Emails with B. Daniels re edits to claims bar date notice and proof of claim form. | 0.30 | 157.50 |
| | ASW | Emails with D. Perez re revisions re claims bar date pleadings and translation. | 0.20 | 105.00 |
| 5/20/2024 | ASW | Edits to claims pleadings and email to S. Indelicato re same. | 0.60 | 315.00 |
| | ASW | Emails with B. Daniel and review edits to Proof of Claim form. | 0.30 | 157.50 |
| 5/21/2024 | ASW | Emails with S. Indelicato re Bar Date communications. | 0.20 | 105.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/22/2024 | ASW | Telephone conference with and emails with L. Gonzales re Bar Date communications. | 0.20 | 105.00 |
|  | ASW | Review translation and revisions to Bar Date pleadings. | 0.20 | 105.00 |
| 5/24/2024 | ASW | Review pleadings and emails with S. Indelicato, L. Gonzalez. B. Daniels re claims bar date and finalizing notice. | 0.60 | 315.00 |
|  | SUBTOTAL: | [ | 9.90 | 5,145.00] |

### DISCLOSURE STATEMENT AND PLAN PROCESS

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/1/2024 | JW | Continue drafting Plan. | 2.30 | 977.50 |
|  | ASW | Emails with S. Freeman, B. O'Mally re Plan analyses. | 0.20 | 105.00 |
|  | AJK | Conference with J. Wax re Plan terms/issues/structure. | 0.60 | 375.00 |
| 5/6/2024 | ASW | Review factual issues re drafting of Plan provisions. | 1.70 | 892.50 |
|  | ASW | Review case law re certain Plan issues. | 1.20 | 630.00 |
|  | JW | Continue drafting Plan. | 4.40 | 1,870.00 |
|  | AJK | Conference with A. Willig re Plan/Trust provisions. | 0.40 | 250.00 |
| 5/7/2024 | JW | Continue drafting Plan. | 1.20 | 510.00 |
|  | JW | Meeting with A. S. Willig re: key Plan terms. | 0.90 | 382.50 |
|  | ASW | Meeting with J. Wax re Plan drafting. | 1.00 | 525.00 |
|  | ASW | Review documents and pleadings re Plan drafting issues. | 2.20 | 1,155.00 |
| 5/8/2024 | ASW | Review documents and pleadings and edits to continuing Plan draft. | 2.30 | 1,207.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/8/2024 | JW | Continue drafting Plan. | 2.30 | 977.50 |
| 5/9/2024 | JW | Continue drafting and revising Plan. | 1.30 | 552.50 |
| 5/10/2024 | ASW | Emails with S. Freeman re Plan analysis status. | 0.20 | 105.00 |
| | ASW | Work on Liquidating Trust Agreement. | 1.60 | 840.00 |
| 5/13/2024 | JW | Continue researching key Plan terms and drafting Plan. | 3.20 | 1,360.00 |
| | JW | Call with A. S. Willig re: status of Plan drafting and related issues. | 0.50 | 212.50 |
| | ASW | Review of Plan and liquidating agent issues, terms, provisions. | 2.40 | 1,260.00 |
| | ASW | Work on drafting of Creditors Trust Agreement. | 1.80 | 945.00 |
| 5/16/2024 | ASW | Work on review of Plan and liquidating issues. | 0.70 | 367.50 |
| 5/17/2024 | JW | Continue drafting Plan. | 3.50 | 1,487.50 |
| | ASW | Review S. Freeman remails and telephone calls with and emails with B. O'Malley re Plan analyses and documents. | 0.80 | 420.00 |
| | ASW | Telephone conference with and emails with J. Bender re documentation for Plan analyses. | 0.30 | 157.50 |
| 5/20/2024 | JW | Continue drafting Plan. | 2.20 | 935.00 |
| | ASW | Work on draft Trust Agreement and Plan issues. | 2.30 | 1,207.50 |
| 5/21/2024 | JW | Continue working on joint Plan. | 2.50 | 1,062.50 |
| 5/22/2024 | JW | Meeting with A. S. Willig re: drafting Joint Plan. | 2.30 | 977.50 |
| | JW | Work on issues related to Liquidating Trust. | 0.70 | 297.50 |
| | JW | Continue researching key terms and drafting Joint Plan. | 2.00 | 850.00 |

| Date | | | Description | Hours | Amount |
|------|--|--|-------------|-------|--------|
| 5/22/2024 | ASW | | Meeting with J. Wax re Plan drafting. | 2.30 | 1,207.50 |
| | ASW | | Work on Plan drafting. | 1.30 | 682.50 |
| | AJK | | Conference with A. WIllig re Plan treatment issues (.2); Read summary of treatment alternatives (.6). | 0.80 | 500.00 |
| 5/28/2024 | JW | | Continue drafting Plan. | 2.80 | 1,190.00 |
| | JW | | Meeting with A. J. Kornfeld and A. S. Willig re: key Plan terms and strategy. | 1.80 | 765.00 |
| | ASW | | Meeting with A. J. Kornfeld and J. Wax re Plan issues. | 1.80 | 945.00 |
| | ASW | | Review real property sales, liens and work on real property lender Plan treatment. | 3.70 | 1,942.50 |
| | ASW | | Telephone calls with and emails with P. Elkin re real property status and issues. | 0.40 | 210.00 |
| | AJK | | Plan drafting/structure/terms meeting with A. Willig, J. Wax. | 1.80 | 1,125.00 |
| 5/29/2024 | JW | | Continue drafting Plan. | 4.80 | 2,040.00 |
| | AJK | | Telephone conference with J. Gurule re Plan/Disclosure Statement issues and timing. | 0.50 | 312.50 |
| | ASW | | Review issues re mechanics liens and application of state law and bankruptcy law for Plan drafting purposes. | 1.70 | 892.50 |
| | ASW | | Review Proofs of Claim as to Plan treatment issues. | 1.30 | 682.50 |
| | ASW | | Telephone conference with and emails with BMC re proofs of claim. | 0.30 | 157.50 |
| | ASW | | Review 546 notices re mechanic lien maintenance re Plan treatment issues. | 0.60 | 315.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/29/2024 | ASW | Draft secured claim Plan treatment sections. | 3.20 | 1,680.00 |
| | AJK | Telephone conference with A. Willig re Plan treatment issues. | 0.20 | 125.00 |
| | LDB | Research re perfection, maintenance of materialman's liens and preparation of summary of research findings. | 4.60 | 1,748.00 |
| 5/30/2024 | JW | Continue drafting Joint Plan. | 5.20 | 2,210.00 |
| | LDB | Phone conference with A. S. Willig discussing research assignment re secured claims scheduled as disputed, contingent, or unliquidated. | 0.10 | 38.00 |
| | LDB | Continue research re lien avoidance and plan language re unfiled claims scheduled as disputed, contingent or unliquidated. | 2.40 | 912.00 |
| | ASW | Telephone calls and emails with K. Tarazi re Plan treatment issues. | 0.60 | 315.00 |
| | ASW | Review title reports and continued drafting of secured creditor treatment. | 4.30 | 2,257.50 |
| | ASW | Review sale orders and closing statements re Plan treatment sections. | 0.90 | 472.50 |
| | AJK | Conference with A. Willig re Plan treatment issues. | 0.20 | 125.00 |
| | LDB | Begin research re the same. | 2.20 | 836.00 |
| | LDB | Correspond with A. S. Willig re research. | 0.20 | 76.00 |
| | AJK | Review portion of draft Plan re treatment issues. | 0.30 | 187.50 |
| 5/31/2024 | JW | Continue drafting Plan. | 5.90 | 2,507.50 |
| | AJK | Telephone conference with L. Miller, J. Gurule re Plan issues. | 0.50 | 312.50 |

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 5/31/2024 | ASW | Work on plan treatment drafting and revisions re real property sections. | | 3.60 | 1,890.00 |
| | AJK | Review sections of Plan draft. | | 1.40 | 875.00 |
| | | SUBTOTAL: | [ | 110.70 | 52,430.00] |

EMPLOYMENT OF PROFESSIONALS

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/8/2024 | AJK | Telephone conference with B. Bollinger re Buchalter employment issues. | 0.20 | 125.00 |
| | AJK | Telephone conference with J. Ayres re Buchalter/Umpqua issues. | 0.20 | 125.00 |
| 5/14/2024 | AJK | Emails with B. Bollinger re Buchalter employment issues/order. | 0.30 | 187.50 |
| | AJK | Telephone conference with G. Dyer re employment issues/order. | 0.40 | 250.00 |
| 5/17/2024 | AJK | Read proposed Order re Employment - Buchalter. | 0.10 | 62.50 |
| | AJK | Email with G. Dyer re proposed Order of Employment- Buchalter. | 0.10 | 62.50 |
| | AJK | Emails with B. Bollinger, Umpqua counsel, U.S. Trustee counsel, J. Gurule re proposed Order of Employment- Buchalter. | 0.20 | 125.00 |
| 5/20/2024 | AJK | Emails with G. Dyer re Pivot employment application. | 0.10 | 62.50 |
| | AJK | Emails with O. Haker, G. Dyer re Pivot employment application. | 0.10 | 62.50 |
| 5/27/2024 | AJK | Review revised Order re Buchalter employment and emails with B. Bollinger, G. Dyer, J. Ayres, J. Gurule re same. | 0.10 | 62.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/27/2024 | AJK | Emails with G. Dyer re Pivot employment status. | 0.10 | 62.50 |
| 5/30/2024 | AJK | Review final Buchalter Order re Employment and email B. Bollinger re same. | 0.10 | 62.50 |
| 5/31/2024 | AJK | Email to B. Bollinger re Order re Buchalter Employment | 0.10 | 62.50 |
| | SUBTOTAL: | | [    2.10 | 1,312.50] |

FEES

| | | | | |
|---|---|---|---|---|
| 5/15/2024 | ASW | Review status of fee applications and payments and email to M. Lang re same. | 0.40 | 210.00 |
| 5/17/2024 | ASW | Review order for submission re fee applications. | 0.20 | 105.00 |
| 5/20/2024 | ASW | Emails with J. Bender re monthly fee application and 120-day fee order. | 0.20 | 105.00 |
| | SUBTOTAL: | | [    0.80 | 420.00] |

FINANCING AND CASH COLLATERAL

| | | | | |
|---|---|---|---|---|
| 5/1/2024 | ASW | Review pleadings in preparation for hearing on DIP payment motion. | 0.70 | 367.50 |
| | ASW | Telephone calls with and emails with K. Tarazi re legal issues re DIP payment motion. | 0.30 | 157.50 |
| | ASW | Attend hearing re DIP payment motion. | 1.40 | 735.00 |
| 5/15/2024 | ASW | Review pleadings in preparation for hearing re interim payment of UW 17th proceeds. | 1.20 | 630.00 |
| | ASW | Attend hearing re UW 17th proceeds distribution. | 1.30 | 682.50 |
| | AJK | Telephone conference with counsel re potential financing and related issues. | 0.50 | 312.50 |

|  |  | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 5.40 | 2,885.00] |

### GENERAL ADMINISTRATION

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/2/2024 | AJK | Email with iCap investor re email communication from iCap. | 0.10 | 62.50 |
| | AJK | Emails with L. Miller, J. Gurule re email communication from iCap. | 0.10 | 62.50 |
| 5/8/2024 | AJK | Emails with S. Freeman re general case issues. | 0.10 | 62.50 |
| | AJK | Emails with L. Miller, J. Gurule re general case issues. | 0.10 | 62.50 |
| 5/9/2024 | AJK | Telephone conference with S. Freeman re pending general case issues. | 0.90 | 562.50 |
| | AJK | Telephone conference with L. MIller re pending general case issues. | 0.70 | 437.50 |
| 5/10/2024 | AJK | Read and revise draft investor communication from CRO team. | 0.40 | 250.00 |
| | AJK | Emails with S. Freeman re communication from CRO team. | 0.10 | 62.50 |
| | AJK | Telephone conference with S. Freeman re investor/Committee. | 0.40 | 250.00 |
| 5/13/2024 | AJK | Telephone conference with J. Gurule re status of various pending case issues. | 0.40 | 250.00 |
| 5/14/2024 | AJK | Emails with Committee members re pending case issues (.1); Emails with L. Miller, J. Gurule, S. Freeman, J. Bender re estate cash/budget issues (.1); Telephone conference with Committee members, J. Bender (1.1). | 1.30 | 812.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/15/2024 | AJK | Read Debtors' Status Report (.1); Email with S. Freeman re form of Proof of Claim Bar Date Notice, translation of same (.1); Participate in Status Conference (1.2). | 1.40 | 875.00 |
| 5/16/2024 | JW | Attend Committee meeting. | 1.30 | 552.50 |
|  | AJK | Telephone conference with J. Gurule re numerous pending case issues (.9); Draft Agenda for Committee meeting (.2); Email to Committee re same (.1); Committee meeting (1.3). | 2.50 | 1,562.50 |
| 5/17/2024 | ASW | Telephone conference with S. Freeman, A. J. Kornfeld re status of case issues. | 0.50 | 262.50 |
|  | AJK | Conference with A. Willig re final Proof of Claim Bar Date Notice - Committee comments (.1); Telephone conference with broker/dealer re status of case (.6); Email with Committee member re case issue pending (.1). | 0.80 | 500.00 |
| 5/18/2024 | AJK | Conference with A. Willig re final Proof of Claim Bar Date Notice details (.1); Email L. Miller, J. Gurule re third party witness issues (.1). | 0.20 | 125.00 |
| 5/20/2024 | AJK | Work on draft communication with investors/creditors. | 0.20 | 125.00 |
| 5/23/2024 | AJK | Emails with CRO team and Cash collateral team re pending case issues (.1); Review details re case budget issues (.1); Telephone conference with J. Bender re same (.1). | 0.30 | 187.50 |
| 5/28/2024 | AJK | Telephone conference with Committee members, J. Bender re current case efforts. | 1.20 | 750.00 |
| 5/29/2024 | AJK | Telephone conference with J. Gurule re pending case issues. | 0.50 | 312.50 |
| 5/30/2024 | JW | Attend call with A. J. Kornfeld, A. S. Willig, and B. Riley team re: status of analysis and Plan preparation. | 0.40 | 170.00 |

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 5/30/2024 | AJK | Email to Committee re pending case issues. | | 0.10 | 62.50 |
| | AJK | Email with Committee professionals re pending case issues. | | 0.10 | 62.50 |
| | | SUBTOTAL: | [ | 14.10 | 8,422.50] |

### LITIGATION

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 5/29/2024 | JW | Review and annotate Ponzi finding documents from similar cases. | | 1.20 | 510.00 |
| | | SUBTOTAL: | [ | 1.20 | 510.00] |

### REAL ESTATE

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/4/2024 | ASW | Review email re CS2 issues and notes re parties' positions. | 0.20 | 105.00 |
| 5/6/2024 | ASW | Review emails re CS2 and emails with K. Tarazi re same. | 0.20 | 105.00 |
| | AJK | Emails with estate professionals and buyer counsel re CS2. | 0.10 | 62.50 |
| 5/7/2024 | ASW | Conference call with real estate professionals re status of properties. | 0.20 | 105.00 |
| | ASW | Review CS2 issues and parties' positions. | 0.40 | 210.00 |
| 5/9/2024 | ASW | Telephone conference with and emails with K. Tarazi re CS2 issues. | 0.20 | 105.00 |
| | ASW | Conference call counsel for CS2 Buyer, CS, J. Gurule, K. Tarazi. | 0.40 | 210.00 |
| 5/12/2024 | AJK | Read Debtors and Dhillon pleadings re 17th Ave sale, proceeds issues. | 0.40 | 250.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/13/2024 | ASW | Review Debtor and Serene pleadings re response re UW 17th lien status. | 0.60 | 315.00 |
| | ASW | Telephone conferences with K. Tarazi re Debtor and Serene pleadings re response re UW 17th lien status. | 0.20 | 105.00 |
| | ASW | Prepare Joinder re Debtor pleadings re UW 17th lien status. | 0.30 | 157.50 |
| | ASW | Review emails with buyer and Debtor re CS2 transaction status and telephone conferences with K. Tarazi re same. | 0.30 | 157.50 |
| 5/15/2024 | ASW | Review CS2 email and telephone conference with K. Tarazi re UW 17th proceeds and CS2. | 0.20 | 105.00 |
| 5/17/2024 | ASW | Review real estate summary and emails with S. Freeman re same. | 0.30 | 157.50 |
| 5/20/2024 | ASW | Emails with P. Elkin re status of real estate closings and review summary. | 0.30 | 157.50 |
| 5/21/2024 | ASW | Review J. Rader summary re real property sales process and edit to summary memo. | 0.20 | 105.00 |
| 5/22/2024 | ASW | Emails with P. Elkin re status of real estate information. | 0.10 | 52.50 |
| | ASW | Review title reports memo re lien issues. | 0.80 | 420.00 |
| 5/23/2024 | ASW | Emails with P. Elkin re real property status information. | 0.30 | 157.50 |
| 5/28/2024 | ASW | Review Broadway title report and email to real estate group re economics as to property issues. | 0.60 | 315.00 |

|  | | | | |
|---|---|---|---|---|
| SUBTOTAL: | | [ | 6.30 | 3,357.50] |

For professional services rendered                                      $74,587.50

**Balance due**                                                              **$74,587.50**

HONORABLE WHITMAN L. HOLT

ARMAND J. KORNFELD, WSBA #17214
AIMEE S. WILLIG, WSBA #22859
JASON WAX, WSBA #41944
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101-2373
Tel: (206) 292-2110
Emails: jkornfeld@bskd.com
awillig@bskd.com
jwax@bskd.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re

ICAP ENTERPRISES, INC., et al.,

Debtors.[1]

No. 23-01243-WLH11
(Jointly Administered)

NOTICE OF EIGHTH MONTHLY FEE APPLICATION OF BUSH KORNFELD LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2024 THROUGH MAY 30, 2024

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

NOTICE OF EIGHTH MONTHLY FEE APPLICATION –
Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

TO:  THE DEBTORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST

PLEASE TAKE NOTICE that the professionals listed on the chart below (the "Professionals") have applied to the United States Bankruptcy Court for the Eastern District of Washington for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing May 1, 2024, and ending May 30, 2024 (the "Application Period").  As detailed below, the Professionals seek allowance and payment of interim compensation for fees of services rendered, plus the expenses incurred during the Application Period.

| Professional's Name | Title | Toal (100%) Fees Incurred | Total Requested in this Application (100% of Fees and Expenses) | Amount of Fees to be Applied to Open Invoices (80% of Fees) | Amount of Fees to be Held in Trust (20% of Fees) |
|---|---|---|---|---|---|
| Armand J. Kornfeld | Partner | $13,562.50 | $13,562.50 | $10,850.00 | $2,712.50 |
| Aimee S. Willig | Partner | $35,017.50 | $35,017.50 | $28,014.00 | $7,003.50 |
| Jason Wax | Associate | $22,397.50 | $22,397.50 | $17,918.00 | $4,479.50 |
| Lesley D. Bohleber | Associate | $3,610.00 | $3,610.00 | $2,888.00 | $722.00 |
| **TOTAL** | | **$74,587.50** | **$74,587.50** | **$59,670.00** | **$14,917.50** |

Pursuant to the Order Granting Debtors' Motion For Order Establishing Interim Fee Application and Expense Reimbursement Procedures which was entered by the court on November 17, 2023 [ECF No. 168], any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the court and serve a copy of that objection upon the Professionals whose Monthly Fee Application are the subject of the objection, the

NOTICE OF EIGHTH MONTHLY FEE APPLICATION – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hg10cw01d6

Debtors and their counsel of record, the Office of the United States Trustee within fourteen (14) calendar days of the date that this Notice was mailed.

If an objection is timely filed and served, the **Debtors** will pay the Professionals whose application is the subject of an objection only the applicable percentage of those amounts not in dispute and will reserve any amounts in dispute for payment after the Court hears and resolves such dispute.

DATED this 17th day of July, 2024.

BUSH KORNFELD LLP


By /s/ Armand J. Kornfeld
Armand J. Kornfeld, WSBA #17214
Aimee S. Willig, WSBA #22859
Jason Wax, WSBA #41944
*Attorneys for The Official Unsecured Creditors Committee*

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hg10cw01d6