ARMAND J. KORNFELD, WSBA #17214
AIMEE S. WILLIG, WSBA #22859
JASON WAX, WSBA #41944
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101-2373
Tel: (206) 292-2110
Emails: jkornfeld@bskd.com
       awillig@bskd.com
       jwax@bskd.com

HONORABLE WHITMAN L. HOLT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>ICAP ENTERPRISES, INC., et al.,<br><br>Debtors.[1] | No. 23-01243-WLH11<br>(Jointly Administered)<br><br>EIGHTH MONTHLY FEE APPLICATION OF CORR CRONIN LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2024 THROUGH MAY 31, 2024 |

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

EIGHTH MONTHLY FEE APPLICATION– Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

John Bender and Corr Cronin LLP (the "Firm") submits this Monthly Fee Application Request for Compensation and Reimbursement of Expenses for the Period of May 1, 2024 through May 31, 2024 ("the Application" and the "Application Period" respectfully for work performed for the Official Committee of Unsecured Creditors ("Committee"). In support of the Application, the Firm respectfully represents as follows:

The Firm is special litigation counsel to the Committee. The Firm hereby applies to the court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

1. The Firm billed a total of $1,838.00 in fees and expenses during the Application Period. The total fees represent 6.7 hours during the period covered by this Application. The fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 05/01/2024 to 05/31/2024 | $1,838.00 | $0.00 | $1,838.00 |

2. Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $1,838.00 at this time. This total is comprised of $1,838.00 (the fees for services rendered) plus $0.00 (the expenses incurred). The Firm will only apply 80% of the fees paid to outstanding invoices and will hold the additional 20% of the fees in trust pending approval of such fees through a quarterly interim fee application.

3. Attached as **Exhibit A** to this Application is the name of each professional who performed services in connection with this case during the period covered by this

EIGHTH MONTHLY FEE APPLICATION– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hg16dt01ry

23-01243-WLH11    Doc 1096    Filed 07/18/24    Entered 07/18/24 09:19:14    Pg 2 of 12

Application and the hourly rate for each such professional. Attached as **Exhibit B** to this Application are detailed time and expense statements for the Application Period.

5. The Firm has served a copy of this Application on the applicable Notice Parties. The Application was mailed by first class mail, postage prepaid on or about July 18th, 2024. Notice of the filing of this Application was served on the foregoing parties as well as any party who has requested special notice in these chapter 11 cases as of the date of this Notice.

6. Pursuant to this court's *Order Granting Debtors' Motion for Order Establishing Interim Fee Application and Expense Reimbursement Procedures* that was entered on or about November 17, 2023, ("Compensation Procedures Order"). the Debtors are authorized to make payment requested herein without a further hearing or order of this court unless an objection to this Application is filed with the court and served upon the Notice Parties within 14 calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtors are authorized, but not directed to pay 100% of the uncontested fees and expenses without further order of this court. If no objection is filed, the Debtors are authorized, but not directed to pay 100% of all fees and expenses requested in the Application without further order of the court; provided, however, that in either case, the Firm will hold 20% of the amount of the fees paid in trust pending approval of such fees through a quarterly interim fee application.

7. The interim compensation and reimbursement of expenses sought in this Application are not final. Upon the conclusion of these cases, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in

EIGHTH MONTHLY FEE APPLICATION– Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hg16dt01ry

23-01243-WLH11    Doc 1096    Filed 07/18/24    Entered 07/18/24 09:19:14    Pg 3 of 12

these cases. Any interim fees or reimbursement of expenses approved by this court and received by the Firm (along with any retainer) will be credited against such final fees and expenses and may be allowed by this court.

The Firm respectfully requests that the Debtors pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the Compensation Procedures Order.

DATED this 18th day of July, 2024.

CORR CRONIN LLP

BY */s/ John T. Bender*
John T. Bender, WSBA #49658
Special Litigation Counsel for the Official Committee of Unsecured Creditors

EIGHTH MONTHLY FEE APPLICATION– Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hg16dt01ry

23-01243-WLH11    Doc 1096    Filed 07/18/24    Entered 07/18/24 09:19:14    Pg 4 of 12

# EXHIBIT A

hg16dt01ry

| Timekeeper | Rate | Total Hours | Total Fees |
|---|---|---|---|
| John T. Bender | $500.00 | 2.5 | $1,250.00 |
| Megan Beck | $140.00 | 4.2 | $588.00 |
| **Total** | | **6.7** | **$1,838.00** |

# EXHIBIT B

hg16dt01ry

# CORR CRONIN | LLP

A Limited Liability Partnership
1015 Second Avenue Floor 10
Seattle, WA 98104-1001
TEL: 206-625-8600   FAX: 206-625-0900
Tax ID # 91-1952756

Official Committee of Unsecured Creditors

Page: 1
05/31/2024
Account No:  2233-00001M
Statement No:         10

Re: iCap Creditor's Committee

FEES

| Date | TK | | | Description | RATE | HOURS | Amount |
|---|---|---|---|---|---|---|---|
| 05/01/2024 | MB | B999 | A114 | Docket check and update pleadings. | 140.00 | 2.00 | 280.00 |
| 05/02/2024 | JTB | B999 | A114 | Call with UCC co-chair re status and strategy. | 500.00 | 0.20 | 100.00 |
| 05/15/2024 | JTB | B999 | A114 | Attend 5/14 status conference before Judge Holt. | 500.00 | 0.50 | 250.00 |
| 05/16/2024 | JTB | B999 | A114 | Attend weekly UCC status call. | 500.00 | 0.80 | 400.00 |
| 05/17/2024 | JTB | B999 | A114 | Email with J. Kornfeld et al re status and strategy. | 500.00 | 0.20 | 100.00 |
|  | JTB | B999 | A114 | Review professional fee application; email with J. Kornfeld about same. | 500.00 | 0.20 | 100.00 |
| 05/20/2024 | JTB | B999 | A114 | Email with UCC professional team re litigation strategy. | 500.00 | 0.20 | 100.00 |
| 05/21/2024 | JTB | B999 | A114 | Review Dhillon declaration; email with J. Kornfeld about same. | 500.00 | 0.40 | 200.00 |
|  | MB | B999 | A114 | Docket check and update pleadings. | 140.00 | 2.20 | 308.00 |

FOR LEGAL SERVICES RENDERED THROUGH 05/31/2024       6.70   1,838.00

SUMMARY OF TIME

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| John T. Bender | Partner | 2.50 | $500.00 | $1,250.00 |
| Megan Beck | Paralegal Assistant | 4.20 | 140.00 | 588.00 |

Previous Balance                                                                 $86,755.04

**Total Due for Current Invoice 05/31/2024**                                       1,838.00

PAYMENTS RECEIVED THROUGH 05/31/2024

| 05/31/2024 | Payment transferred from trust - thank you. | -11,297.30 |
|---|---|---|

TOTAL DUE                                                                         $77,295.74

Page: 2
05/31/2024
Account No: 2233-00001M
Statement No: 10

Official Committee of Unsecured Creditors

Re: iCap Creditor's Committee

### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 1,838.00 | 6,694.00 | 21,448.95 | 25,357.79 | 21,957.00 | 0.00 |

### Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 133,407.00 | 336.17 | 39.05 | 0.00 | 56,486.48 |

### Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B999 | General Adminsitration | 1838.00 | 0.00 |
| B900 | Real Estate | 1,838.00 | 0.00 |

Your US BANK trust account balance is

| | |
|---|---|
| **US BANK Trust Account Prior Balance** | $11,297.30 |
| 05/31/2024 Payment transferred from trust: Stmt #1 $750.00, Stmt #2 $16,844.80; Stmt #3 $25,344.38 | |
| PAYEE: CORR | CRONIN | -11,297.30 |
| **US BANK Trust Account Current Balance** | $0.00 |

Payment is due upon receipt of invoice.

| | |
|---|---|
| 1 | HONORABLE WHITMAN L. HOLT |
| | ARMAND J. KORNFELD, WSBA #17214 |
| 2 | AIMEE S. WILLIG, WSBA #22859 |
| | JASON WAX, WSBA #41944 |
| 3 | BUSH KORNFELD LLP |
| | 601 UNION STREET, SUITE 5000 |
| 4 | SEATTLE, WA 98101-2373 |
| | Tel: (206) 292-2110 |
| 5 | Emails: jkornfeld@bskd.com |
| | awillig@bskd.com |
| 6 | jwax@bskd.com |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

ICAP ENTERPRISES, INC., et al.,

Debtors.[1]

No. 23-01243-WLH11
(Jointly Administrated)

NOTICE OF EIGHTH MONTHLY FEE APPLICATION OF CORR CRONIN LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2024 THROUGH MAY 31, 2024

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

NOTICE OF EIGHTH MONTHLY FEE APPLICATION – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hg16dv01cp

23-01243-WLH11    Doc 1096    Filed 07/18/24    Entered 07/18/24 09:19:14    Pg 10 of 12

TO: THE DEBTORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST

PLEASE TAKE NOTICE that the professionals listed on the chart below (the "Professionals") have applied to the United States Bankruptcy Court for the Eastern District of Washington for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing May 1, 2024 and ending May 31, 2024 (the "Application Period"). As detailed below, the Professionals seek allowance and payment of interim compensation for fees of services rendered, plus the expenses incurred during the Application Period.

| Professional's Name | Title | Toal (100%) Fees Incurred | Total Requested in this Application (100% of Fees and Expenses) | Amount of Fees to be Applied to Open Invoices (80% of Fees) | Amount of Fees to be Held in Trust (20% of Fees) |
|---|---|---|---|---|---|
| John T. Bender | Partner | $1,250.00 | $1,250.00 | $1,000.00 | $250.00 |
| Megan Beck | Paralegal Assistant | $588.00 | $588.00 | $470.40 | $117.60 |
| TOTAL: | | **$1,838.00** | **$1,838.00** | **$1,470.40** | **$367.60** |

Pursuant to the Order Granting Debtors' Motion For Order Establishing Interim Fee Application and Expense Reimbursement Procedures which was entered by the court on November 17, 2023 [ECF No. 168], any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the court and serve a copy of that objection upon the Professionals whose Monthly Fee Application are the subject of the objection, the

NOTICE OF EIGHTH MONTHLY FEE APPLICATION –
Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hg16dv01cp

23-01243-WLH11    Doc 1096    Filed 07/18/24    Entered 07/18/24 09:19:14    Pg 11 of 12

Debtors and their counsel of record, the Office of the United States Trustee within fourteen (14) calendar days of the date that this Notice was mailed.

If an objection is timely filed and served, the Debtor will pay the Professionals whose application is the subject of an objection only the applicable percentage of those amounts not in dispute and will reserve any amounts in dispute for payment after the Court hears and resolves such dispute.

DATED this 18th day of July, 2024.

CORR CRONIN LLP

BY */s/ John T. Bender*
John T. Bender, WSBA #49658
Special Litigation Counsel for the Official Committee of Unsecured Creditors

NOTICE OF EIGHTH MONTHLY FEE APPLICATION –
Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hg16dv01cp

23-01243-WLH11    Doc 1096    Filed 07/18/24    Entered 07/18/24 09:19:14    Pg 12 of 12