**SOUTHWELL & O'ROURKE PS**
Kevin O'Rourke (WSBA 28912)
kevin@southwellorourke.com
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201
Telephone: (509) 624-0159

Local Counsel for
*Shandong Yongchang Logistics Group Co., Ltd*

**WHGC, P.L.C.**
Jeffrey C.P. Wang (SBN 144414)
*JeffreyWang@WHGCLaw.com*
Michael G. York (SBN 89945)
*MichaelYork@WHGCLaw.com*
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel: (949) 833-8483; Fax: (866) 881-5007

**PAUL V. REZA LAW**
Paul V. Reza (SBN 113512)
*Paul@pvrlaw.com*
30012 Ivy Glenn Dr., Ste. 285
Laguna Niguel, CA 92677
Tel: (949) 496-0718; Fax: 949-496-7654

Lead Counsel for
*Shandong Yongchang Logistics Group Co., Ltd*

# UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Lead Case No. 23-01243-WLH11 |
| ICAP ENTERPRISES, INC., et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

---

[1] The Debtors (along with their case numbers) are as follows: iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault I, LLC (23-01257-11); Vault Holding I, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01267-11); iCap Broadway, LLC (23-01252-11); VH 1121 14th LLC (23-01264-11); VH Senior Care LLC (23-01266-11); VH Willows Townhomes, LLC (23-01262-11); iCap @UW,

1

PLAINTIFF SHANDONG YONGCHANG LOGISTICS GROUP CO., LTD'S OBJECTION TO THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF iCAP ENTERPRISES, INC. AND ITS AFFILIATED DEBTORS

| | |
|---|---|
| Shandong Yongchang Logistics Group Co., Ltd, a Chinese Limited Liability Company,<br><br>     Plaintiff,<br><br> v.<br><br>iCap Vault 1, LLC, a Delaware Limited Liability Company,<br><br>     Defendant. | Chapter 11<br><br>Adv. No. 24-80018-WLH<br><br>**PLAINTIFF SHANDONG YONGCHANG LOGISTICS GROUP CO., LTD'S OBJECTION TO THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF iCAP ENTERPRISES, INC. AND ITS AFFILIATED DEBTORS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  Plaintiff Shandong Yongchang Logistics herein objects to the Modified Second Amended Plan ("SAP") of Reorganization of Debtor, iCap Enterprises, Inc. and related entities on the following bases:

  1. The Plaintiff here filed an Adversary proceeding against the Debtor with regard to a dispute regarding the status of the Plaintiff pursuant to a Cooperation Agreement between the Debtor and Plaintiff. As such, Plaintiff is not specified as an "Investor" nor as an Unsecured creditor in the pending Adversary matter and the proposed classification is premature and presumptive and the Plan fails to provide for the possibility of a separate Class.

  2. Article III, Paragraph C of the SAP does not specify the treatment for the claim of the Plaintiff herein since the Plaintiff does not fit the criteria for Investor or unsecured claim status and the Plan should provide more specific treatment for the pending Adversary proceeding, which was disclosed in the Disclosure Statement, that would warrant a possible tier of classification based on the "Cooperation Agreement".

---

LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village, LLC (23-01263-11); iCap Funding, LLC (23-01246-11); iCap Management, LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development, LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

2

PLAINTIFF SHANDONG YONGCHANG LOGISTICS GROUP CO., LTD'S OBJECTION TO THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF iCAP ENTERPRISES, INC. AND ITS AFFILIATED DEBTORS

23-01243-WLH11 Doc 1349 Filed 10/02/24 Entered 10/02/24 15:21:05 Pg 2 of 6

3. Article V, Paragraph C of the SAP provides for the cancellation of any indebtedness of the Debtor and related entities. However, the Plaintiff herein asserts that the pending Adversary should be excluded from the proposed treatment since the issue has not been resolved under the terms of the "Cooperation Agreement" between the Plaintiff and the Debtor.

4. The SAP provides that on Effective date, all instruments are cancelled and terminated, however, the pending Adversary proceeding with regard to the Agreement between the Debtor and Plaintiff has not been determined, so the provision is overbroad and vague with regard to the status of Plaintiff.

5. The SAP provides for the vesting in the resulting Trust free and clear of all claims, liens or "interests," which language again fails to provide for the treatment of the indebtedness of Plaintiff in the event Plaintiff is successful in its action regarding the viability of the "Cooperation Agreement".

6. The SAP states that the resulting Debtor would have no executory contracts and negotiable instruments would be cancelled, which again overlooks the pending Adversary proceeding by Plaintiff and the dispute as to the viability of the "Cooperation Agreement".

7. The definition and provision for "Released Parties" is overbroad with regard to any related persons or entities who may have been a part of a pattern of business that would give rise to separate actions against non-debtor in non-bankruptcy matters.

8. The SAP lists the Excluded parties in Paragraph 49 of the Definitions, but it is unclear with regard to the following provision as to the specific time of the exclusion "For the avoidance of doubt, Excluded Parties shall not include any consultant retained or engaged by the Debtors during the Chapter 11 Cases except for Christopher Christensen and Jim Christensen" in regards to pre- or post-petition.

9. The proposed finding of a "Ponzi Scheme" could impair the rights of the Plaintiff herein with regard to the pending Adversary proceeding and any non-Bankruptcy matters that could be asserted by Plaintiff in other forums.

3
PLAINTIFF SHANDONG YONGCHANG LOGISTICS GROUP CO., LTD'S OBJECTION TO THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF iCAP ENTERPRISES, INC. AND ITS AFFILIATED DEBTORS
23-01243-WLH11    Doc 1349    Filed 10/02/24    Entered 10/02/24 15:21:05    Pg 3 of 6

10. The Objecting party herein joins in the Objections stated by the United States Trustee with regard to the overbroad language and proposed effect of the SAP, which should be narrowed to provide specifics on this issues raised herein.

DATED this 2nd day of October, 2024.

        */s/ Kevin O'Rourke*
KEVIN O'ROURKE (WSBA 28912)
SOUTHWELL & O'ROURKE, P.S.

Local Counsel to
*Shandong Yongchang Logistics Group Co., Ltd*

And

        */s/ Jeffrey C.P. Wang*
JEFFREY C.P. WANG
WHGC, P.L.C.

        */s/ Paul V. Reza*
PAUL V. REZA
PAUL V. REZA LAW

Lead Counsel to
*Shandong Yongchang Logistics Group Co., Ltd*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the **PLAINTIFF SHANDONG YONGCHANG LOGISTICS GROUP CO., LTD'S OBJECTION TO THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF iCAP ENTERPRISES, INC. AND ITS AFFILIATED DEBTORS**, filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via First-Class U.S. Mail to those indicated on the non-registered participants and the attached **SERVICE LIST** on **October 2, 2024**

Executed on **October 2, 2024**, at Newport Beach, California.

                                        */s/ Elena D. Romero*
                                        ELENA D. ROMERO

5

PLAINTIFF SHANDONG YONGCHANG LOGISTICS GROUP CO., LTD'S OBJECTION TO THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF iCAP ENTERPRISES, INC. AND ITS AFFILIATED DEBTORS

23-01243-WLH11    Doc 1349    Filed 10/02/24    Entered 10/02/24 15:21:05    Pg 5 of 6

| iCap Enterprises, Inc. et al.<br>c/o Pivot Management Group, LLC<br>1230 Rosecrans Ave., Suite 530<br>Manhattan Beach, CA 90266<br>Attn: Lance Miller<br>(Lance.miller@pivotgrp.com) | O'Melveny & Myers LLP<br>400 South Hope Street, Suite 1900<br>Los Angeles, CA 90071<br>Attn: Julian Gurule (jgurule@omm.com) |
|---|---|
| O'Melveny & Myers LLP<br>1301 Avenue of the Americas, Suite 1700<br>New York, NY 10019<br>Attn: Diana Perez (dperez@omm.com) | Bush Kornfeld LLP<br>601 Union Street, Suite 5000<br>Seattle, WA 98101<br>Attn: Armand J. Kornfeld (jkornfeld@bskd.com);<br>Aimee S. Willig (awillig@bskd.com); and<br>Jason Wax (jwax@bskd.com) |
| Corr Cronin LLP<br>1015 Second Ave., Floor 10<br>Seattle, WA 98104<br>Attn: John T. Bender<br>(jbender@corrcronin.com) | Pivot Management Group, LLC<br>1230 Rosecrans Ave., Suite 530<br>Manhattan Beach, CA 90266<br>Attn: Lance Miller<br>(Lance.miller@pivotgrp.com) |
| B. Riley Advisory Services<br>19800 MacArthur Boulevard, Suite 820<br>Irvine, CA 92612<br>Attn: Seth Freeman<br>(sfreeman@brileyfin.com) | |

6

PLAINTIFF SHANDONG YONGCHANG LOGISTICS GROUP CO., LTD'S OBJECTION TO THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF iCAP ENTERPRISES, INC. AND ITS AFFILIATED DEBTORS

23-01243-WLH11    Doc 1349    Filed 10/02/24    Entered 10/02/24 15:21:05    Pg 6 of 6