Julian I. Gurule (CA SBN: 252160)*
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 430-6067
Email: jgurule@omm.com

*Co-Counsel to Debtors and Debtors in Possession*

OREN B. HAKER (WSBA No. 48725)
BLACK HELTERLINE LLP
805 SW Broadway
Suite 1900
Portland, OR 97205
Telephone: (503) 224-5560
Email: oren.haker@bhlaw

*Admitted *Pro Hac Vice*

*Co-Counsel to Debtors and Debtors in Possession*

HONORABLE WHITMAN L. HOLT

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>ICAP ENTERPRISES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 23-01243-WLH11<br>Jointly Administered<br><br>**DECLARATION OF STANLEY HO IN SUPPORT OF THE PONZI FINDINGS AND CONFIRMATION OF THE PLAN** |

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01267-11); iCap Broadway, LLC (23-01252-11); VH 1121 14th LLC (23-01264-11); VH Senior Care LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

I, Stanley Ho, hereby state and declare as follows:

1. I am a Senior Director at Pivot Management Group, LLC ("Pivot"), a financial advisory firm with an office located at 1230 Rosecrans Avenue, Suite 530, Manhattan Beach, California 90266. Pivot provides a broad range of corporate advisory services to its clients including, without limitation, restructuring, strategic and transaction advisory, and strategic communications services. As a financial advisory consultant, I have extensive experience in corporate finance, capital markets, and the reorganization and restructuring of troubled companies. Prior to joining Pivot, I was the CEO of Bernstein Research Canada in Toronto (a capital markets broker-dealer), a Managing Director at AllianceBernstein in New York City (a global asset management firm), a consultant at McKinsey & Company in San Francisco (a global management consulting firm), and founding employee of Closedloop Solutions, Inc. in Palo Alto (a venture capital-funded enterprise software startup for corporate finance and planning). I earned a Bachelor of Commerce degree with high distinction from the University of Toronto, and a master's degree in economics from the University of Toronto. I have approximately 30 years of experience as an advisor, investor, and executive. I have advised companies, creditors, shareholders, and other stakeholders regarding restructurings and recapitalizations, Chapter 11 re-organizations, and mergers and acquisitions. Pivot has been engaged by the above-captioned debtors and debtors in possession (together, the "Debtors" or the "Company") to reorganize and restructure the Company through the commencement of these bankruptcy proceedings.

2. I have been working on these bankruptcy proceedings since October 2023, at the request and at the direction of the Debtors' Chief Restructuring Officer, Lance Miller. My work has involved, among other things, a detailed understanding



BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND, OR 97205
TELEPHONE: 503 224-5560

and analysis of the Debtors' books and records in order to support investigations into prepetition transfers and transactions. As a Senior Director at Pivot assigned to analyze the Debtors' books and records in these bankruptcy proceedings, I am generally familiar with the company's business, financial affairs, and books and records. I am above 18 years of age and I am competent to testify.

3. I am authorized to submit this declaration on behalf of the Debtors. Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge of the Company's operations, finances, records, and information learned from my review of relevant documents, and information I have received from the Company's advisors. If I were called upon to testify, I could and would testify competently to the facts set forth herein on that basis.

4. In preparing this declaration, I have relied upon data from Accounting Seed ("A/S"), the accounting platform within the Company's Salesforce cloud-based software platform. I have also relied on the Company's archives in Box (a cloud storage platform used by the Company), financial statements, internal and external Company communications, and other sources.

## A. General background and Overview[2]

5. The Debtors' organizational structure is reflected in Exhibit 9 to the *Amended Supplemental Declaration of Jeffrey H. Kinrich in Support of the Ponzi Findings and Confirmation of the Plan* [Dkt. 1262]. The Company is comprised of four main categories of entities:

---

[2] The terms used throughout this declaration are consistent with the terms as defined in the previously filed documents in support of the Post-petition financing. *See Joint Motion Authorizing Debtors To Obtain Supplemental Debtor-In-Possession Financing* [Dkt. 467]; *Declaration of Lance Miller in Support of the Supplemental Debtor in Possession Financing Motion* [Dkt. 467-1]; *Supplemental Declaration of Lance Miller in Support of Postpetition Financing and Related Relief* [Dkt. 468, Supplemented at Dkt. 473]; *Declaration of Jeffrey H. Kinrich in Support of Postpetition Financing and Related Relief* [Dkt. 469]; *Amended Supplemental Declaration of Jeffrey H. Kinrich in Support of the Ponzi Findings and Confirmation of the Plan* [Dkt. 1262].



BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND, OR 97205
TELEPHONE: 503 224-5560

a. Special Purpose Entities ("SPEs"), which made direct ownership investments into real estate projects,

b. Fund entities ("Funds"), which were marketed to and received money from accredited investors' subscriptions in interest-bearing debentures and did not typically invest directly in real estate but instead invested in other iCap entities through intercompany transfers (for a list of relevant Funds, see Appendix A);

c. iCap Vault 1, LLC and/or related Vault entities ("Vault"), an SEC-regulated fund that received money from investor subscriptions, and

d. Various corporate entities serving different functions related to the SPEs and/or Funds.

**B. <u>Data and sources</u>**

6. I worked to extract the Company's raw transactional data directly from A/S in the form of General Ledgers ("GL"). I did this for the entire Company for all its entities and for all time periods recorded in A/S.

7. The result was a Consolidated General Ledger database ("GL DB") with over 795,000 individual transaction entries across 73 legal entities, involving over 1,700 days of transactions, and over 750,000 subscriber ("Investor") [3] postings for over 1,550 unique Investors.

8. For each transaction, the GL DB captures the following information where relevant and available:

- Date
- Amount
- Entity

[3] The term "Investor" is used in this Declaration to refer to subscribers. In the GL, some individual persons were identified as having made investments in multiple subscriptions and in multiple Funds. Thus, it is possible for the same individual person to receive multiple investor payments.

- Counterparty
- Project
- Subscription
- Type
- GL Account
- Transaction ID
- Source

9. Among other things, the consolidated GL DB captures both sides of each transaction, providing a clear view of money movements out of a disbursing (transferring) entity and into a recipient (transferee) entity. Accordingly, the GL DB provides an understanding of the intercompany transactions **between** iCap-Affiliated entities.

### C. Investor Cash, Intercompany Transfers, Distributions to Existing Investors

10. The GL entries demonstrate a distinct pattern of transactions relating to investors. Specifically, from at least 2019 onwards, the GL exhibits a common fact pattern as follows:

a. In the 30 days leading up to the time interest payment were due (typically mid-month), one or more of the Funds received cash from Investors through subscriptions.

b. On a single date near the mid-month interest payment due date, the Fund(s) initiated same-day Intercompany Transfers ("Intercompany Transfers" or "Transfers") to iCap-Affiliated entities.

(1) Descriptions of these Intercompany Transfers would typically indicate some sort of "intercompany loan" in the GL.



BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND, OR 97205
TELEPHONE: 503 224-5560

(2) Intercompany Transfers were not restricted solely to transfers between Funds, but could also involve SPEs, Vault, or affiliated corporate entities as the recipient or disbursing entities for the Transfers.

c. The recipient of the Intercompany Transfer would, ***on the same day***, make a disbursement Transfer to another iCap-Affiliated entity. Typically, this disbursement would nearly match, if not wholly, the total cash that the entity received from the incoming Transfer. At times these Intercompany Transfers would move through multiple chains, circulating cash across the organization and creating multiple intercompany loan obligations. Ultimately, the sequence of transfers would stop in one of the Funds.

d. Funds receiving the Intercompany Transfer(s) would make distributions to existing Investors. In most instances, the total amount of the interest payments was close to, if not equal to the amount of the Transfer(s) received.

(1) There are notable timing differences between various payments methods. Check payments typically took 2 days (and as many as 4 days) to post, where ACH payments would post with a 1-day delay or on the same day that payment was booked in the GL.

(2) The company (typically) booked check payments in the GL within two days of the Intercompany Transfer(s).

11. The charts and analysis below depict four examples of this fact pattern as it occurred on select dates in 2019, 2020, 2021, and 2022, during periods of active fundraising at Fund 3, iCap Investments, LLC ("iCap Investments"), a May 2020 "fund," iCap Funding, LLC ("iCap Funding"), a May 2021 "fund," and Vault. Each



BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND, OR 97205
TELEPHONE: 503 224-5560

analysis contains:

a. A discussion of cash receipts from Investors.

b. A description of the Intercompany Transfers.

c. A discussion of distributions made by Intercompany Transfer recipients to existing Investors.

d. A schematic showing the cascading waterfall of iCap-Affiliated entities involved in Intercompany Transfers and Investor distributions.

12. Appendix A to this Declaration includes a list of key terms and additional information about transactions not depicted in the diagrams below.

**D. <u>Example 1 – June 14, 2019</u>**

13. The first illustrative example of Intercompany Transfers is taken from the week of June 14, 2019. At this point, use of the new A/S accounting system was still recent, with limited details in A/S regarding pre-2019 transactions, such as the original investments into prior Funds (Fund 1, Fund 2 and other funds no longer active in 2019). Funds 1 and 2 were recording transactions and Fund 3 was in active operation.

14. Between May 15 and June 14, 2019, seven (7) investors paid $660,000 into Fund 3. The chart below shows the use of funds in mid-June.

a. Step 1 (June 11): Fund 3 transferred $400,000 to Fund 1.

b. Step 2: Distributions were made to existing Investors in Fund 1 and Fund 3. Payments were made within the window of payment-method timing differences noted above.



BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND, OR 97205
TELEPHONE: 503 224-5560

23-01243-WLH11 Doc 1369 Filed 10/10/24 Entered 10/10/24 21:47:49 Pg 7 of 72

**Transfers for mid-June, 2019**




Note: See Appendix for a more complete accounting of transactions during period under review. Specific transactions highlighted in schematic pertain to pattern of investor cash receipts over the month, intercompany transfers taking place on a single day, and distribution to existing investors for around the same day as the transfers, reflecting timing differences.

Source: Accounting Seed (Salesforce) GL Data, Pivot Analysis

## E. <u>Example 2– August 13, 2020</u>

15. The second illustrative example of Intercompany Transfers is taken from the week of August 13, 2020. At this point in the Company's evolution, Fund 1, Fund 2, and Fund 3 were recording GL transactions and iCap Investments had recently launched. Relative to the earlier 2019 example, a greater number of entities were involved in increasingly complex Intercompany Transfers as observed in the example.

16. Between July 14 and August 13, Fund 3 and iCap Investments received cash from seven (7) investors totaling $560,000. The table below shows the use of funds on August 13, 2020.

a. Step 1 (August 13): iCap Investments transferred $200,000 to Fund 3 and $161,000 to Management.

b. Step 2 (same day): Fund 3 transferred $370,000 to Fund 1.



BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND, OR 97205
TELEPHONE: 503 224-5560

c. Step 3 (same day): Distributions were made to Fund 1 and Fund 3 Investors (monthly interest). Some payments were initiated in the two days prior due to the payment-method timing differences noted above.

**Transfers for mid-August 2020**




Note: See Appendix for a more complete accounting of transactions during period under review. Specific transactions highlighted in schematic pertain to pattern of investor cash receipts over the month, intercompany transfers taking place on a single day, and distribution to existing investors for around the same day as the transfers, reflecting timing differences.

Source: Accounting Seed (Salesforce) GL Data, Pivot Analysis

## F. <u>2021 Example – July 14, 2021 Transfers</u>

17. The third illustrative example of Intercompany Transfers is taken from the week of July 13, 2021. At this point in time, Funds 1 through 5 and iCap Investments were recording GL transactions, and iCap Funding had recently launched and was contributing to the company's investor cash receipts. Intercompany Transfers in 2021 involved even more entities in a pattern of increasingly structured Intercompany Transfers.

18. Between June 14 and July 14, Fund 3 and iCap Funding together had total subscription cash receipts of $2,320,946 from ten (18) investors. The table below shows the flow of funds on July 14, 2021.




BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND, OR 97205
TELEPHONE: 503 224-5560

a. Step 1 (July 14): Funding transferred $924,818 to Fund 3.

b. Step 2 (Same day): Fund 3 transferred $814,000 to 4 fund entities, including $300,000 to Fund 1, $292,000 to Fund 2, $134,000 to Fund 4 and $31,000 to Fund 5.

c. Step 3 (Same day): Distributions were made to existing investors (monthly interest). Specifically, $299,339 was distributed to Fund 1 Investors, $298,414 was distributed to Fund 2 Investors, $335,853 was distributed to Fund 3 Investors, and $27,886 was distributed to Fund 5 Investors. Some payments were initiated in prior days due to the payment-method timing differences noted above.

## Transfers for mid-July 2021




Note: See Appendix for a more complete accounting of transactions during period under review. Specific transactions highlighted in schematic pertain to pattern of investor cash receipts over the month, intercompany transfers taking place on a single day, and distribution to existing investors for around the same day as the transfers, reflecting timing differences.

Source: Accounting Seed (Salesforce) GL Data, Pivot Analysis



BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND, OR 97205
TELEPHONE: 503 224-5560

### G. 2022 Example – September 14, 2022 Transfers

19. The fourth illustrative example of Intercompany Transfers is taken from the week of September 14, 2022. iCap Vault 1 ("Vault"), launched in 2018 as an SEC-registered entity, and thereafter represented a significantly greater share of cash receipts and cash disbursements than the Company's other Funds. Multiple Intercompany Transfers can be observed in the GL DB for September 14, 2022 in a complex pattern of same-day transfers.

20. Vault was the largest source of cash receipts in the month prior to September 14, 2022, with $4,233,311 from Vault, $427,106 from Fund 3 and iCap Investments with $100,000. It should be noted that Vault's substantial cash receipts were for the period offset by even greater cash disbursements during the same period, such that Vault's net cash generation was negative through the interest payment due date (that is, net cash disbursements). The table below illustrates the movement of cash across various company entities, ultimately resulting in interest payments to investors for one specific date, September 14, 2022:

a. Step 1 (September 14): Vault transferred $1.5 million to Colpitts Sunset, LLC ("Colpitts").

b. Step 2 (Same day): Colpitts transferred $1.5 million to iCap Investments.

c. Step 3 (Same day): iCap Investments transferred $1.4 million to Fund 3.

d. Step 4 (Same day): Fund 3 transferred $0.9 million to five different Company entities, including Fund 1, Fund 2, Fund 4, Fund 5 and iCap Funding.



BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND, OR 97205
TELEPHONE: 503 224-5560

e. Step 5 (Same day): Distributions of monthly interest were paid to existing investors. Specifically, $298,138 was paid to Fund 1 Investors, $276,682 was paid to Fund 2 Investors, $398,438 was paid to Fund 3 Investors, $75,572 was paid to Fund 4 Investors, $27,769 was paid to Fund 5 Investors, and $31,561 was paid to Funding Investors. Some payments were initiated in the days prior due to the payment-method timing differences noted above.

**Transfers for mid-September 2022**




Note: See Appendix for a more complete accounting of transactions during period under review. Specific transactions highlighted in schematic pertain to pattern of investor cash receipts over the month, intercompany transfers taking place on a single day, and distribution to existing investors for around the same day as the transfers, reflecting timing differences.

Source: Accounting Seed (Salesforce) GL Data, Pivot Analysis

## H. <u>Mortgages Became a Source of Cash</u>

21. By 2022, presumably as investor cash became increasingly difficult to raise, the Company began using mortgage proceeds as a source of funds for investor payments. These transactions bear a striking resemblance to the fact pattern discussed above for investor fundraising, but where instead of investors as cash sources, cash sources were coming from mortgage lenders. Loans from Lima One are a prime example.




BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND, OR 97205
TELEPHONE: 503 224-5560

## I. <u>2022 Mortgage Lender Example – Lima One February 2022 Transfers</u>

22. As reflected in the attached Exhibit 100, on January 27, 2022, an administrative assistant at iCap emailed a group of Company leaders announcing a new subscription from an existing client (labeled "Client Y" in the chart below) in the amount of $5.5 million; this investment would be made using the client's existing Vault balance, to invest into Investments. Approximately three hours later and on the same day, the administrative assistant emailed the Company's finance team to ask that money be moved from the investor's Vault account to the account for Investments. The previous day's Vault bank balance prior to this request was only $4.5 million. Two hours after the transfer request, Vera Rohlfing (a member of the Company's finance team) responded with a request that the new investment should be "de-activate[d] . . . since funds are not going to be moved today."

23. As reflected in the attached Exhibit 104, the following Monday, January 31, 2022, Ms. Rohlfing emailed Chris Christensen saying that the team "is asking when we can process $5.5M and we don't have enough funds in our account," and asking "[a]re we expecting more f[u]nds coming in?" Two minutes later, Mr. Christensen responded: "Yes, we have about $6 million coming in. The wire should be sent today. I spoke with Cindy, and we won't transfer the $5.5 until these funds have arrived." Upon information and belief, the $6 million referenced in Mr. Christensen's email was the combined total of loan proceeds that Lima One was about to make to VH 1121 14th Ave, LLC and to VH Willows Townhomes, LLC – loans that, by their terms, were required to be used by those specific borrowers for their projects. Those loans ultimately closed the next day, on February 1, 2022 – Lima One extended mortgage loans to VH 1121 14th Ave, LLC and VH Willows


BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND, OR 97205
TELEPHONE: 503 224-5560

Townhomes, LLC in the amount of $2,976,277 and $2,960,922, respectively, for a total of $5,937,199.

24. As reflected in Exhibit 100, the Company's plans for using the Lima One loan proceeds were explained in an email on February 3, 2022, from Chris Christensen to Vera Rohlfing: "The funds in VH Willows and VH 1121 14th should go to the Vault. I thought they were going directly there, but it looks like they will need to be transferred. Then, we can transfer the $5.5M." Approximately 20 minutes later, Ms. Rohlfing asked Mr. Christensen to approve each of these transfers, and Mr. Christensen approved them immediately. As discussed in these emails, the Lima One loan proceeds were first sent to Vault and then immediately transferred from Vault to Investments, documented as Investor Y's new subscription in Investments. In this way, the Company was able to take the full amount of Lima One's proceeds and transfer them to Investments.

25. The Lima One loan proceeds were transferred to Investments on February 3. By the end of February, substantially all of these amounts had been used by Investments to fund investor payments.

26. The chart below explains these transactions.

## Lima One Loans (2) for $5,937,199 total, February 2022




Note: See Appendix for a more complete accounting of transactions during period under review. Specific transactions highlighted in schematic pertain to pattern of cash receipts, intercompany transfers, and distributions to existing investors.

Source: Accounting Seed (Salesforce) GL Data, Pivot Analysis

Steps for Lima One Loans:

a. Step 1 (February 1): Lima One funded mortgage loans of $2,976,277 to VH 1121 14th Ave, LLC (14th Ave) and $2,960,922 to VH Willows Townhomes, LLC (Willows) for total proceeds of $5,937,199.

b. Step 2 (February 2): 14th Ave and Willows transferred the total proceeds from the loans of $5,937,199 to Vault.

c. Step 3 (February 3): Vault transferred $5,500,000 to iCap Investments, LLC ("Investments"). The sum is recorded in the GL as a redemption by Investor Y from Vault, reinvested back into Investments.

d. Step 4 (Through February): Investments transferred $3,016,200 to Fund 3, $270,387 to other iCap entities, $780,500 for commissions to marketers (see Step 6).




BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND, OR 97205
TELEPHONE: 503 224-5560

e. Step 5 (Through February): Fund 3 disbursed a total of $869,00 to Fund 1, Fund 2, Fund 4, and Fund 5.

f. Step 6 (Through February): Loans from Lima One at the beginning of February were (via Investor Y's subscription) followed by intercompany transfers to iCap fund entity recipients, that made disbursements of $3.8M.

## Lima One Transfers were Not Unique

27. The Lima One transactions discussed above were part of a larger pattern evident in the illustrative charts below describing 2022 and 2023 transactions whereby mortgage proceeds were used to fund investor distributions.

**Lender 2 - $1,600,000 Loan of 2022 November 10[A]**




[A] Date range of transactions analyzed comprises November 9 through 14

[B] See Appendix for a more complete accounting of transactions during period under review. Specific transactions highlighted in schematic pertain to pattern of cash receipts, intercompany transfers, and distributions to existing investors.

Source: iCap General Ledgers extracted through Salesforce Accounting Seed Module

## Lender 3 – $2,834,131 Loan of 2022 December 21[A]




On December 21, Mortgage Lender 3 loaned $2,834,131 to VH 2nd Street Office, LLC ("2nd St") *recorded in GL as a JE for "[ ] Bridge Loan Deposit")*

2nd St. transferred $2,800,000 to Vault *recorded in GL as "Internal transfer to iCap Vault"* [12/21]

Vault transferred $1,406,074 to 6 iCap entities[B]:
Colpitts made onward transfers to Fund 2 and Fund 3
Broadway made onward transfers to Investments which made onward International. [12/21]

Loan proceeds received and accompanying intercompany transfers took place outside the mid-month distribution window for Fund 2 and Fund 3. Fund 2 distributions 12/8-12/9 were $276,682 for 383 investors and Fund 3 distributions 12/13 were $353,470 for 494 investors.

$2,000,075 Cash Draw by Chris Christensen for the benefit of Shandong ("Draw by Chris Christensen to Shandong Yongchang International Cooperation Park Co,. Ltd.") [12/22]

[A] Transactions analyzed comprise December 21-23 to account for timing latencies.
[B] See Appendix for a more complete accounting of transactions during period under review. Specific transactions highlighted in schematic pertain to pattern of cash receipts, intercompany transfers, and distributions to existing investors.
Source: iCap General Ledgers extracted through Salesforce Accounting Seed Module

## Lender 2 – $1,000,000 Loan of 2023 February 15[A]




**Lender 2 loans $1,000,000 to Colpitts**
(Ledger entries record *"Colpitts received loan from [ ]")*

**Colpitts transfers $1,000,000 to Fund 3**

**Fund 3 transfers $851,589 to 7 iCap entities[B]**, including 3 Fund entities shown that would make investor payments the same day

Fund 1, Fund 2, Fund 3 distribute $769,518 to 1054 existing Investors

[A] Transactions analyzed include February 14 and February 18 to account for timing latencies.
[B] See Appendix for a more complete accounting of transactions during period under review. Specific transactions highlighted in schematic pertain to pattern of cash receipts, intercompany transfers, and distributions to existing investors.
Source: iCap General Ledgers extracted through Salesforce Accounting Seed Module



BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND, OR 97205
TELEPHONE: 503 224-5560

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Respectfully submitted,

Dated: October 10, 2024

STANLEY HO

Stanley Ho



BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND, OR 97205
TELEPHONE: 503 224-5560

# Glossary

- **Fund Entity:** iCap entities engaged in fundraising from and making distributions to Investors. Fund Entities include:
  - Fund 1: iCap Pacific Northwest Opportunity and Income Fund, LLC
  - Fund 2: iCap Northwest Opportunity Fund, LLC
  - Fund 3: iCap Equity, LLC
  - Fund 4: iCap Pacific Income Fund 4, LLC
  - Fund 5: iCap Pacific Income Fund 5, LLC
  - Investments: iCap Investments, LLC
  - Funding: iCap Funding, LLC
  - Vault: iCap Vault 1, LLC, and related Vault entities (SEC-regulated)
- **Non-Fund Entity:** iCap entities engaged in activities that include operations or real estate such as **Special Purpose Entities** ("SPEs")
  - Enterprises: iCap Enterprises, Inc.
  - Management: iCap Pacific NW Management, LLC
- **Investors** refer to non-iCap counterparties having made subscriptions (investments) in iCap Fund entities

General Ledger Field Terms

- **Cash Receipts ("CR")**. Source of cash, received by iCap entity from Investors, other external parties, or internal iCap entities.
- **Cash Disbursements ("CD")**. Use of cash, paid by or transferred from iCap entity to Investors, external parties, or internal iCap entities
- **Journal Entries ("JE")**. Transactions recorded in GL typically manual adjustments and can be cash source [+] or use [-]
- **Name** used to identify transaction counterparty 'From' or 'To'
- **GL** used to filter by "1000-Checking: Umpqua" to identify cash transactions for reconciliation with bank records/statements
- **Source** used for many but not all transactions to provide detail including rationale or other reference info regarding transaction.
- **Subscription** used to distinguish cash disbursements and receipts related to investments. For example, cash disbursements to counterparties that are vendors to, as well as investors in, the Company's entities can be determined to be investment-related distributions if there is a subscription number associated, otherwise treated as payments such as for services rendered.

# Transfers for mid-June, 2019




$660,000 sourced from 7 Investors in Fund 3 for the month prior to mid-June 2019 distributions [5/15– 6/15]

Fund 3 transferred $400,000 to Fund 1 [ 6/11]

Fund 1 and Fund 3 distributed $434,098 to existing Investors [6/10 - 6/15]

Note: See Appendix for a more complete accounting of transactions during period under review. Specific transactions highlighted in schematic pertain to pattern of investor cash receipts over the month, intercompany transfers taking place on a single day, and distribution to existing investors for around the same day as the transfers, reflecting timing differences.

Source: Accounting Seed (Salesforce) GL Data, Pivot Analysis

# Notes on mid-June, 2019 Transfers

**Fund Entities** involved in Intercompany Transfers shown in Schematic Exhibit:

- **Fund 3.**
  - Sources (Investor): **$660,000 from 7 investors** [5/15– 6/15]
  - Transfers:
    - **$400,000 to Fund 1** [6/11]
    - To non-fund entities: iCap Enterprises, Inc. [$180,000]; BU 7902 Greenlake, LLC [$85,683]; Management [$40,000]; 'China Office' [$23,693]; Oceanaire, LLC [$6,400]
  - Uses: [$171,990]
    - **$69,078 distributions to 73 investors** [6/10-6/15]
    - $102,911 [5/13-6/9] (predating transfer by over a week)
- **Fund 1.**
  - Sources (Transfer): **$400,000 from Fund 3** [6/11]
  - Uses: [$734,231]
    - **$365,020 distributions to 3 investors** [6/14]
    - $369,211 [5/14-6/13] (predating transfer by over a week)

Other Fund entities not involved in Intercompany Transfers and not shown:

- Vault.
  - Sources: $22,814
- Fund 2.
  - Sources (Transfers): $1,306,338 JE from SPEs (iCap Finn Hill, LLC; iCap Finn Meadows, LLC; and iCap Rhody Ridge LLC).
  - Transfers: $22,308 to SPEs (iCap Brislawn LLC, iCap Rhody Ridge LLC , Senza Kenmore, LLC).
  - Uses: $425,641 distributions to 551 investors.

# Transfers for mid-August 2020




$580K in Cash Receipts for 7 Investors in Fund 3 and Investments for the month prior to mid August distributions (7/14 - 8/13)

1. Investments transfers $200K to Fund 3
2. Fund 3 transfers $370K to Fund 1
3. Fund 1 and Fund 3 distribute $508K to existing Investors

Note: See Appendix for a more complete accounting of transactions during period under review. Specific transactions highlighted in schematic pertain to pattern of investor cash receipts over the month, intercompany transfers taking place on a single day, and distribution to existing investors for around the same day as the transfers, reflecting timing differences.

Source: Accounting Seed (Salesforce) GL Data, Pivot Analysis

# Notes on mid-August 2020 Transfers (1)

**Fund entities** involved with system of intercompany transfers as shown in Schematic Exhibit

- **Investments**.
  - Sources (Investor): **$270,000 from 2 investors**.
  - Sources (Non-Investor): $9,706 for "Deposit," $600 for "Rent," $420 for "Utility Holdback Refund"
  - Transfers:
    - To Fund 3 **$200,000** [8/13]
    - To Management $160,839 [8/13]
  - Uses: **$3,944 distribution to 7 investors**, [8/12], additional distribution $717 [7/16] (predates transfers by weeks)
  - Uses: $285,000 to Chris Christensen [7/22 $160,000, 8/3 $25,000, 8/11 $100,000]
  - Uses: $9,837 to 6 external parties.
- **Fund 1**.
  - Sources (Transfers): **$370,000 from Fund 3** [8/13]
  - Transfers: None
  - Uses: $365,451: **$363,502 distribution to 377 investors** [8/11 $266,018, 8/12 $97,484] shown, [7/16 $1,949] (predates transfers by weeks)
  - Uses [$15,956] 3 external parties

**Fund 3**.

- Sources (Investor): **$310,000 from 5 investors**
- Sources: (Transfers): from Management [7/31 $100,000] from Investments [8/13 $200,000]
- Transfers: to Fund 1 **$370,000** [8/13]
- Transfers: to non-fund entities [$295,500]:
  - Enterprises [7/14 $140,000, 7/27 $100,000]
  - Management [7/27 $25,000; 7/31 $5,000] (also source, per above)
  - Oceanaire, LLC [7/23 $11,500, 8/6 $14,000]
- Uses: **$140,180 distributions to 153 investors** [8/11 $112,430, 8/12 $27,750]
- Uses: $69,020 16 external parties

# Notes on mid-August 2020 Transfers (2)

Fund Entities not involved in system of intercompany transfers during period, and not shown

- Fund 2.
  - Sources: $831,547
  - Transfers: $315,374 to Colpitts [7/27 $99,000], Management [7/31 $216,374], CD [$1,030] 6 external parties, Fund 5 [$665]
  - Uses: $454,990 distributions to 555 investors.
- Vault.
  - Sources: $854,186 [including $650K to "Investor Z"].
  - Uses: $718,622 (withdrawals)
- Fund 4.
  - Sources: $29 [8/4] for "725 Broadway Rent"
  - Transfers: $5,750 to Senza Kenmore for "fund Kenmore's draw"
  - Uses: $274,346, including "Loan pmnt" [sic] [$184,314]
- Fund 5.
  - Sources (Investor): $117,991 [7/15] as JE without counterparty nor comment, documented as "5/31/20 Call"; no other investor
  - Uses: $88,278, including distributions to 37 investors [$24,938]

Non-fund iCap entities (incl. SPEs) not involved in system of intercompany transfers during period

- 134th Street Lofts, LLC.
  - Sources: $917,792 or "Loan Funds Received"
  - Uses: $379,864 to external party.



23-01243-WLH11 Doc 1369 Filed 10/10/24 Entered 10/10/24 21:47:49 Pg 24 of 72

# Transfers for mid-July 2021




Cash receipts for the month prior to mid-July accumulated at Fund entities (Funding, Fund 3 and Investments) [6/15– 7/14]

① Funding transferred $0.9M to Fund 3 [7/14]

② Fund 3 transferred $0.8M to 5 fund entities [7/14]

③ Fund 3 distributes $0.3M [7/12 - 7/13]

Fund 1, Fund 2, Fund 4, Fund 5, and Investments distribute $1M to existing investors. [7/9 – 7/13]

Note: See Appendix for a more complete accounting of transactions during period under review. Specific transactions highlighted in schematic pertain to pattern of investor cash receipts over the month, intercompany transfers taking place on a single day, and distribution to existing investors for around the same day as the transfers, reflecting timing differences.

Source: Accounting Seed (Salesforce) GL Data, Pivot Analysis

# Notes on mid-July 2021 Transfers (1)

**Funding**

- Sources: **$1,852,230** from 11 investors (majority of the transactions were recorded as JE)
- Transfers: $1,255,489 to iCap Equity [$330,671 on 6/28, **$924,818** on 7/14]
- Uses: $1,900,500 distribution to investors [$186,500 to 13 investors with subscriber numbers; $1,764,000 to 23 investors without subscription number]

**Fund 3**

- Sources (Investor): **$468,716 from 8 investors** with JE $19,655 [7/1] for transaction with reference to “rollover.”
- Uses: $439,942: $100,089 [6/28], $4,000 [6/30], $35,883 [7/12], $299,970 [7/13], **$335,853 distribution to 393 investors** (7/12 & 7/13 distributions shown)
- Transfers to recipient funds and those funds’ uses:

  **Fund 1**: Source: Transfers from Fund 3: $37,850 [6/28], **$300,000** [7/14]
  - Uses: **$299,339 distribution to 311 investors** [$78,060 on 7/12; $221,279 on 7/13]

  **Fund 2**. Source: Transfer from Fund 3: **$292,000** [7/14]
  - Transfers: $180,000 to Fund 3 [6/28], $192,686 to Investments [6/24 for ”Installment payment on sale”]
  - Uses: **$298,414 distribution to 391 Investors** [$70,350 on 7/12, $228,064 on 7/13]

  **Fund 4**. Source: Transfers from Fund 3: $3,750 [6/28], **$134,000** [7/14]
  - Sources (other): $30 [7/2] for “725 Broadway rent”
  - Transfers: to Senza Kenmore $3,750 [6/28], $0.5K [7/14]
  - Uses: **$84,684 distribution to 18 investors**. [7/9]

  **Fund 5**. Source: Transfers from Fund 3: **$30,000** [7/14]
  - Uses: **$27,886 distribution to 45 investors** [$26,123 on 7/9; $1,763 on 7/12].

  **Investments**: Source: Transfers from Fund 3: $242,824 [6/28], $3,000 [7/8], **$58,000** [7/14].
  - Sources: (External): JE $192,230 reference to “payoff less due on loan” [6/24].
  - Transfers: $192,686 to Fund 1 [6/24], $3,229 to VH Willows Townhomes [6/29].
  - Uses: $132,460 [6/30], **$57,749 distribution to 15 investors** [7/9]

# Notes on mid-July 2021 Transfers (2)

Other iCap entities not active in investor distributions during the period, and thus not shown:

- Enterprises. Sources: $103,000 [6/28] and $135,000 [7/12]; Uses: $239,213.
- iCap 134th St, LLC. Sources: $8,500 [7/14]. Uses: $8,333.
- iCap Realty, LLC. Sources: $2,100 [7/14]. Uses: $62.
- Vault. Sources: $1,900,465 from 32 investors plus CR counterparty iCap International Investment, LLC [$349,920] for "Additional Funds." Transfers: to Management [6/30 $7,576], to VH Willows Townhomes, LLC [6/29 $31,805]. Uses: $786,729 distributions to 12 investors, $599,688 distributions to 13 investors.
- VH Willows Townhomes, LLC. Sources: $3,229 transfer from Investments [7/2], JE $26,805 [6/29] for "rent and Security Deposit," $5,000 from iCap Vault Holding, LLC [6/29]. Uses: $4,282.
- BU 1121 14, LLC. Sources: $75,372 [6/15], $76,434 [7/9]. Uses: $146,292.
- Management. Sources: $32,934 transfer from Fund 3 [6/28] and $7,576 from Vault [6/30]. Uses: $30,724.
- Oceanaire, LLC. Sources: $7,798 [7/7] for "July 2021 Rental Payment," $15,413 transfer from Fund 3 [6/28]. Uses: $15,412.
- Senza Kenmore. Sources: $3,750 [6/28] and $500 [7/14] transfers from Fund 4. Uses: $3,750.
- Colpitts Sunset. Sources: $1,223,498 [6/18] for "June 18th Draw Deposit." Uses: $1,223,498.
- 134th Street Lofts, LLC. Sources: $1,506,810 [6/28] for "Loan Funds Received." Uses: $1,487,315.
- iCap EVO, LLC. Sources: $324,000 [6/28] for "Pay off." Uses: $324,000.

# Transfers for mid-September 2022




$4.8M in cash receipts at Investments, Fund 3, and Vault in the month prior to mid-September distributions [8/15-9/15]

1. **Vault** transferred $1.5M to Colpitts [9/14]
2. **Colpitts** transferred $1.5M to Investments [9/14]
3. **Investments** transferred $1.4M to Fund 3 [9/14]
4. **Fund 3** transferred $0.9M to 5 fund entities as shown. [9/14]
5. Fund 1, Fund 2, Fund 3, Fund 4, Fund 5, and Funding distributed $1.1M to existing Investors from [9/9 - 9/14]

Note: See Appendix for a more complete accounting of transactions during period under review. Specific transactions highlighted in schematic pertain to pattern of investor cash receipts over the month, intercompany transfers taking place on a single day, and distribution to existing investors for around the same day as the transfers, reflecting timing differences.

Source: Accounting Seed (Salesforce) GL Data, Pivot Analysis

# Notes on mid-Sept 2022 Transfers (1)

Vault.

- Sources: **$4,233,536 from 57 investors**.
- Transfers: $1,600,000 [8/31] and $**1,500,000** to Colpitts [9/14].
  - Colpitts: Transfer to Investments **$1,500,000** [9/14]
- Transfers: to iCap @ UW, LLC **$2,500,000**. See below for further sources and uses
  - Sources (Investor): $1,323,500 (not shown)
  - Transfers: to Investments **$2,000,000**; to Fund 3 **$310,000** (not shown); to UW 17th Ave (not shown) $11,000
  - Uses (beyond transfers): $111,050
- Transfers: to VH 1121 14th Ave, LLC (not shown) $4,000].
  - Sources (Other) $14,703 from Lima One. Uses: $18,703.

Fund 3.

- Sources (Investors): **$425,960** from 8 predominantly "new sub"
- Sources (Transfers): from iCap UW, LLC $310,000, Investments $1,400,000
- Transfers on 9/14: Enterprises $180,000 (not shown), Fund 1 **$465,000**, Fund 2 **$275,000**, Fund 4 **$116,000**, Fund 5 **$31,000**, Funding **$31,000**
- Transfers recipients made distributions to investors 9/9-9/13: Fund 1 **$298,138**, Fund 2 **$276,682**, Fund 4 **$75,572**, Fund 5 **$27,769**, Funding **$31,561**;
- Uses: **$398,498 distributions to 452 investors in** Fund 3

Investments.

- Sources (Investors): **$100,000** [8/18] with reference "New sub."
- Sources (Transfer): **$1,500,000** from Colpitts, from iCap @ UW, LLC
- Transfers: to Equity **$1,400,000** [9/14], to CS2 Real Estate Development LLC $15,000 [9/14] (not shown)
- Uses: $26,389 [8/15-9/9] and **$186,128 distributions to 25 investors** [9/9].

# Notes on mid-Sept 2022 Transfers (2)

Non-fund recipient entities of Transfers not shown in schematic exhibit:

Fund 3:

- Transfers: $1,220 to iCap 134th St, LLC [8/25]; $100 to Airlink Holding LLC [8/26]; $206,000 [8/18], $50,000 [8/26], $310,000 [8/29], and $180,000 [9/14] to Investments; $128,000 to Management [8/29]; $5,500 to Oceanaire, LLC.

Fund 4

- Transfers: $30 to 725 Broadway LLC, annotated as "725 Broadway rent"; $3,750 [6/28] and $500 [7/14]to Senza Kenmore

# Lima One Loans (2) for $5,937,199 total, February 2022




Note: See Appendix for a more complete accounting of transactions during period under review. Specific transactions highlighted in schematic pertain to pattern of cash receipts, intercompany transfers, and distributions to existing investors.

Source: Accounting Seed (Salesforce) GL Data, Pivot Analysis

# Notes on Lima One loans (2)

**Fund Entities** involved with system of intercompany transfers as shown in Schematic Exhibit

- 14th Ave
  - Sources: **$2,976,277 from Lima One** [2/1], $17,053 from other external parties
  - Transfers: **$2,976,277 to Vault**
- Willows
  - Sources: **$2,960,922 from Lima One** [2/1], $12,183 from other external parties
  - Transfers: **$2,960,922 to Vault**
- Vault
  - Sources: $5,937,198 from 14th Ave and Willows [2/2], $7,189,905 from other investors
  - Transfers: $2,500,000 to iCap international Investment [2/4], **$5,500,000 to Investor Y** (later)
  - Uses: $4,152,671 to 18 investors [withdrawals, over course of month, unlike monthly interest payments with other Fund entities]; $65,645 to other external parties
- Investments
  - Sources: **$5,500,000 from Investor Y**, $200,000 from 1 other Investor
  - Transfers: **$3,016,200 to Fund 3** [2/11 $1,905,500, $2/25 1,050,000, 2/16 $60,700]; **$270,387 to other iCap entities [**$255,387 to Colpitts on 2/18, $15,000 to Management on 2/18]
  - Uses: **$780,500 as marketer payments**, **$126,537 to 21 investors**; $19,737 [2/18], $106,800 [2/10]; $6,549 to other external parties
- Fund 3
  - Sources: **$3,016,200 Transfer from Investments**, $844,401 from 7 investors.
  - Transfers: **$480,500 to Fund 1**, **$285,000 to Fund 2**, **$65,000 to Fund 4**, **$38,500 to Fund 5**,
  - Transfers to other iCap entities (not making investor distributions) **$982,500**: $262,000 to Funding, $291,000 to iCap Enterprises, $212,000 to Management [$191,000 2/25, $21,000 2/11)
  - Uses: **$2,135,126 distributions to 427 investors**; $107,219 to other external parties
- Fund 1: **$281,236 distributions to 302 investors**, $12,395 to other external parties
- Fund 2: **$275,491 distributions to 384 investors**, $569 to other external parties
- Fund 4: **$110,743 distributions to 25 investors**, $461,499 to other external parties
- Fund 5: **$27,456 distributions to 44 investors**, $382 to other external parties

# Lender 2 - $1,600,000 Loan of 2022 November 10[A]




On 11/10, Lender 2 [ ] loaned $1,600,000 to Vault for *"VH Senior Care Loan"* [11/10]

Vault also receives $1,758,833 from 12 investors [11/10 - 11/15]

Vault transferred $2,014,150 to 4 iCap entities, including $1,883,382 to Colpitts *"Loan Increase to Colpitts"* [11/14 - 11/15]

Colpitts transferred $1,452,382 to Fund 2 [11/15]

Fund 2 transferred 1,133,492 to Fund 3 [11/15]

Fund 3 transferred $913,560 to 5 fund entities, 3 of which make investor distributions and 3 non fund entities [11/14-11/15]

Vault, Fund 1, Fund 2, Fund 3, Fund 4 and Investments make distributions to existing investors, a total of $2,385,499 [11/9 - 11/15]

[A] Date range of transactions analyzed comprises November 9 through 14

[B] See Appendix for a more complete accounting of transactions during period under review. Specific transactions highlighted in schematic pertain to pattern of cash receipts, intercompany transfers, and distributions to existing investors.

Source: iCap General Ledgers extracted through Salesforce Accounting Seed Module

# Notes on Lender 2 November 10, 2022 loan (1)

Fund entities involved in the system of intercompany transfers as shown in Schematic Exhibit

- Vault
  - Sources (Investors): $1,028,138 [11/1-11/8], **$1,770,833** [11/9-11/15], $5,655,752 [11/16-11/30]
  - Sources (Lenders): **$1,600,000** from Lender 2 and $64 from other external parties, and
  - Sources (Transfer inbound from iCap): $198,760 International [11/23] (note, subscriber number annotated to the transaction); $10,300 from Willows [11/15]; $68,800 VH 2nd St Office LLC [11/15]; $60,200 VH Pioneer Village LLC [11/15]; $128,500 VH Senior Care LLC [11/15]
  - Transfers: $2,229,150, with $1,883,382 from Colpitts [11/9-11/15]
    - **$130,768** from 4 iCap entities ($17,000 to VH 1121 14th Ave for "Lima One interest" [11/9]; $35,000 to 725 Broadway for "Withdrawal to Broadway" [11/10]; $78,768 to Vault Management for "3rd qrt 2022 magt fee" [sic] [11/14]; Vault Management's only cash source during period)
    - **$1,883,382** to Colpitts ($1,451,382 [11/14], $432,000 [11/15]).
    - $90,000 to International [11/29] (note, bi-directional, also source above, and subscriber number annotated with transaction)
    - $125,000 to iCap Development Company, LLC [11/30]
  - Uses: $1,739,264 to 8 investors [11/1-11/9], **$1,602,766** to 6 investors [11/9-11/15], $2,603,390 to 17 investors: $32,265 to external parties.
- Colpitts
  - Sources: **$1,883,382** from Vault ($1,451,382 [11/14], $432,000 [11/15]); $980,587 from Other Lender B.)
  - Transfers: $1,451,382 to Fund 2 [11/15]
  - Uses: $1,468,240 to Oak Hills Construction ($507,594 [11/15], $960,646 [11/30]); $31,157 to other external parties.

# Notes on Lender 2 November 10, 2022 loan (2)

Fund entities involved in the system of intercompany transfers as shown in Schematic Exhibit

- Fund 2:
  - Sources, $1,451,382 from Colpitts [11/15]; Fund 2's only cash source for period.
  - Transfers: $1,133,492 to Fund 1 [11/15]
- Fund 3
  - Sources. $1,133,492 from Fund 2 transfer [11/15]; $25,000 wire with no subscription number, No other investor (subscription) sources for period
  - Transfers:
    - Fund 1 **$273,850**: $15,000 [11/14], $258,850 [11/15]; Fund 1's only cash source for period
    - Fund 4 **$28,300** [11/15]; Fund 4's only cash source for period
    - Fund 5 $41,600 [11/15]; Fund 5's only cash source for period
    - Investments **$369,610** [11/15], $300,000 from other external source for "Return of Escrow" [11/10]
    - Funding $29,100 [11/15]; Funding's only cash source for period
  - Transfers – Non-Fund entities **$171,100**
    - Oceanaire $100 [11/15]
    - Enterprises $141,000 [11/14]
    - Management $30,000 [11/15]
- Distributions by Fund entities : **$782,733**
  - Fund 1: $205,580 to 248 investors[11/15]
  - Fund 2: $212,474 to 312 Investors [11/15]
  - Fund 3: $354,224 to 506 Investors [11/11]
  - Fund 4: $9,955 to 1 investor (as JE) [11/9]
  - Investments: $500 to 1 Investor [11/10]

# Lender 3 – $2,834,131 Loan of 2022 December 21[A]




On December 21, Mortgage Lender 3 loaned $2,834,131 to VH 2nd Street Office, LLC (“2nd St”) *recorded in GL as a JE for “[ ] Bridge Loan Deposit”)*

2nd St. transferred $2,800,000 to Vault *recorded in GL as “Internal transfer to iCap Vault”* [12/21]

Vault transferred $1,406,074 to 6 iCap entities[B]:
Colpitts made onward transfers to Fund 2 and Fund 3
Broadway made onward transfers to Investments which made onward International. [12/21]

Loan proceeds received and accompanying intercompany transfers took place outside the mid-month distribution window for Fund 2 and Fund 3. Fund 2 distributions 12/8-12/9 were $276,682 for 383 investors and Fund 3 distributions 12/13 were $353,470 for 494 investors.

$2,000,075 Cash Draw by Chris Christensen for the benefit of Shandong (“Draw by Chris Christensen to Shandong Yongchang International Cooperation Park Co,. Ltd.”) [12/22]

[A] Transactions analyzed comprise December 21-23 to account for timing latencies.
[B] See Appendix for a more complete accounting of transactions during period under review. Specific transactions highlighted in schematic pertain to pattern of cash receipts, intercompany transfers, and distributions to existing investors.
Source: iCap General Ledgers extracted through Salesforce Accounting Seed Module

# Notes on Lender 3 December 21, 2022 loan (1)

Fund entities involved in the system of intercompany transfers as shown in Schematic Exhibit (for 12/21-12/23]

- 2nd St
  - Sources: **$2,834,131 from Lender 3** [12/21]
  - Transfers: **$2,800,000 to Vault** [12/21]
- Vault
  - Sources: $417,823 from 3 investors; **$2,800,000 from 2nd St** transfer [12/21]; $249,972 from International transfer [12/23]
  - Transfers: **$585,000 to Colpitts** [12/21]; **$1,500,075 to International** [12/22]; **$660,000 to Broadway**; $20,000 to 1121 14th Ave [12/21] (14th Ave's only source of cash)
    - $19,000 to VH Willows Townhomes, LLC [12/21]. Willow's only source of cash. Uses: $11,158 to 1 external counterparty.
    - $14,000 to VH Senior Care LLC [12/21]. Senior Care's only source of cash. Uses: None
  - Uses: $1,500 to 1 external counterparty; $440,000 to distribution for 1 Investor ("withdrawal")
- Colpitts.
  - Sources: **$693,000 from Vault Transfer** [12/21]
  - Transfers: **$585,000 to Fund 2** [12/21].
  - Uses: $1,382 to 2 external counterparties.
- Fund 2.
  - Sources: **$585,000 from Colpitts** Transfer [12/21].
  - Transfer: **$584,000 to Fund 3** [12/21].
  - Uses: $1,320 to 1 external counterparty

# Notes on Lender 3 December 21, 2022 loan (2)

Fund entities involved in the system of intercompany transfers as shown in Schematic Exhibit

- Fund 3.
  - Sources: $**584,000 from Fund 2** [12/21], $460,000 from 4 Investors, 2 notated as being without subscription numbers.
  - Transfers:
    - $396,000 to Enterprises. Enterprises's only source of cash. Uses: $130 to 1 external party.
    - $73,000 to Management. Management's only source of cash. Uses: $17,338 to external parties.
    - $11,000 to Oceanaire. Oceanaire's only source of cash. Uses: $533 to 2 external parties.
    - $9,500 to Fund 1. Fund 1's only source of cash. Uses: None
- Broadway:
  - Sources **$660,000 from Vault transfer** [12/21].
  - Transfer: **$500,000 to Investments**.
  - Uses: $12,000 to other external party
- Investments.
  - Sources: **$500,000 from 725 Broadway LLC**
  - Transfers: **$500,000 to International**.
- International.
  - Sources:
    - **$500,000** from iCap International Investment LLC (counterparty) [12/22].
    - $500,000 from 725 Broadway, LLC [12/22]
    - **$1,500,075** from Vault [12/22]
  - Uses: **$2,000,075** to Chris Christensen [12/22]

# Lender 2 – $1,000,000 Loan of 2023 February 15[A]




**Lender 2 loans $1,000,000 to Colpitts**
(Ledger entries record *“Colpitts received loan from [ ]”)*

**Colpitts transfers $1,000,000 to Fund 3**

**Fund 3 transfers $851,589 to 7 iCap entities[B],** including 3 Fund entities shown that would make investor payments the same day

Fund 1, Fund 2, Fund 3 distribute $769,518 to 1054 existing Investors

[A] Transactions analyzed include February 14 and February 18 to account for timing latencies.
[B] See Appendix for a more complete accounting of transactions during period under review. Specific transactions highlighted in schematic pertain to pattern of cash receipts, intercompany transfers, and distributions to existing investors.
Source: iCap General Ledgers extracted through Salesforce Accounting Seed Module

# Notes on Lender 2 February 15, 2023 loan (1)

Fund entities involved in the system of Intercompany Transfers as shown in Schematic Exhibit

- Colpitts.
  - Sources: **$1,000,000 Loan** from Lender 2.
  - Transfers: **$1,000,000 to Fund 3**
- Fund 3.
  - Sources: $1,000,000 Transfer from Colpitts. $30,000 from 725 Broadway LLC, $235,000 from iCap Broadway LLC
  - Transfers: $276,000 to Fund 1, $272,589 to Fund 2, $303,00 to other iCap Entities ($27,000 to Fund 5, $187,000 to Investments, $29,000 to Funding, $28,000 to Fund 4, $5,000 to Management, $27,000 to Equity Slice)
  - Uses: **$357,391 to 505 Investors**, $18,330 to other external counterparties
- Fund 1. Sources: **$276,000 Transfer from Fund 3**. Uses: **$203,437 to 243 Investors**.
- Fund 2. Sources: $**272,589 Transfer from Fund 3**. Uses: **$208,690 to 306 Investors**.
- Fund 4. Sources: $28,000 Transfer from Fund 3. Uses: None
- Fund 5. Sources: $27,000 Transfer from Fund 3. Uses: $794 to other external counterparties
- Investments. Sources $187,000 Transfer from Fund 3.
- Funding. Sources: $29,000 Transfer from Fund 3.
- Enterprises. Sources: None. Uses: $207,943 to external counterparties
- Vault: Sources $1,349,999 from 71 investors, Transfers $265,000 to 725 Broadway, LLC. Uses: $1,559,823 distribution to 8 Investors.

# EXHIBIT 100

| | |
|---|---|
| **From:** | Chris Christensen[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B99C12C699B44196965B326912827E12-CHRIS] |
| **Sent:** | Thur 2/3/2022 7:05:13 PM (UTC) |
| **To:** | Vera Rohlfing[vera@icapequity.com] |
| **Cc:** | Tatiana N Pantchenko[Tatiana@icapequity.com] |
| **Subject:** | RE: to approve transfer $5.5M to Investments |

I approved.

---

**From:** Vera Rohlfing <vera@icapequity.com>
**Sent:** Thursday, February 3, 2022 11:00 AM
**To:** Chris Christensen <chris@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>
**Subject:** to approve transfer $5.5M to Investments

Chris,

Please approve one more transfer. Thank you.

| | |
|---|---|
| From Account: | iCap Vault 1 LLC - Checking - *4804 - Avail<br>(Balance as of: 02/03/2022 01:48:51 PM (ET |
| To Account: | iCap Investments - Checking - *6925 - Avai<br>(Balance as of: 02/03/2022 01:55:03 PM (ET |
| Amount: | $5,500,000.00 |
| Description: | from S002156 to S002272 Investments |
| Send On: | 02/03/2022 (today) |


Vera Rohlfing / *Sr. Accountant*
vera@icapequity.com / www.icapequity.com

iCAP EQUITY
3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006


---

**From:** Vera Rohlfing
**Sent:** Thursday, February 3, 2022 10:41 AM
**To:** Chris Christensen <chris@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>
**Subject:** to approve transfers

Chris,

Please approve transfers below. Thank you.

| | |
|---|---|
| From Account: | Vh 1121 14th LLC - Checking - *1295 - A (Balance as of: 02/03/2022 01:34:10 PM (E |
| To Account: | iCap Vault 1 LLC - Checking - *4804 - Av (Balance as of: 02/03/2022 01:37:04 PM (E |
| Amount: | $2,976,276.87 |
| Description: | Loan from Lima One |
| Send On: | 02/03/2022 (today) |

| | |
|---|---|
| From Account: | Vh Willows Townhomes LLC - Checking - (Balance as of: 02/03/2022 01:34:09 PM (I |
| To Account: | iCap Vault 1 LLC - Checking - *4804 - Av (Balance as of: 02/03/2022 01:34:09 PM (I |
| Amount: | $2,960,921.62 |
| Description: | loan from Lima one |
| Send On: | 02/03/2022 (today) |


Vera Rohlfing / *Sr. Accountant*
vera@icapequity.com / www.icapequity.com

iCAP EQUITY
3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006


---

**From:** Chris Christensen <chris@icapequity.com>
**Sent:** Thursday, February 3, 2022 10:24 AM
**To:** Vera Rohlfing <vera@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

The funds in VH Willows and VH 1121 14th should go to the Vault. I thought they were going directly there, but it looks like they will need to be transferred. Then, we can transfer the $5.5M. Connie has the documentation. I will send a separate email to her, so she can send it to you.

Chris

---

**From:** Vera Rohlfing <vera@icapequity.com>
**Sent:** Thursday, February 3, 2022 10:16 AM
**To:** Chris Christensen <chris@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>
**Subject:** FW: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Good morning Chris,

Haiyan is asking regarding the transfer of $5,5M from Vault to iCap investments to S-002272 requested 1/27/2022.

As of today we have $4,403,152.41 on Vault account.

On 2/1/2022 we received:
$2,960,921.62 on VH Willows Townhomes LLC
$2,976,276.87 on VH 1121 14th LLC

Please let us know if the funds need to be moved and forward the supporting documentation.
Thank you,

Vera Rohlfing / *Sr. Accountant*
vera@icapequity.com / www.icapequity.com

iCAP EQUITY
3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

---

**From:** Haiyan Li <haiyan@icapequity.com>
**Sent:** Thursday, February 3, 2022 9:51 AM
**To:** Vera Rohlfing <vera@icapequity.com>; Jane Li <Jane@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Hi Vera,

Is there any update for Yongzhi Liang (S-002272) case?

Thanks~

Haiyan Li | Administrative Assistant
haiyan@icapequity.com | 425-633-4661

iCAP EQUITY

3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

---

**From:** Haiyan Li
**Sent:** Monday, January 31, 2022 9:22 AM
**To:** Vera Rohlfing <vera@icapequity.com>; Jane Li <Jane@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Hi Vera and Jane,

For this case, Chris agreed investment's Interest start date on 27Jan22, could you please assist?

Thanks~

Haiyan Li | Administrative Assistant
haiyan@icapequity.com | 425-633-4661

iCAP EQUITY

3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

---

**From:** Vera Rohlfing <vera@icapequity.com>
**Sent:** Thursday, January 27, 2022 2:21 PM
**To:** Jane Li <Jane@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Chris Christensen <chris@icapequity.com>; Haiyan Li <haiyan@icapequity.com>; Vera Rohlfing <vera@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Hi Jane,

Could you please de-activate the subscription S-002272, since funds are not going to be moved today? We probably move funds on Monday. I will let you know the new Subscription start date when funds will be moved.

Thank you,

Vera Rohlfing / *Sr. Accountant*
vera@icapequity.com / www.icapequity.com

iCAP EQUITY
3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

---

**From:** Jane Li <Jane@icapequity.com>
**Sent:** Thursday, January 27, 2022 1:53 PM
**To:** Vera Rohlfing <vera@icapequity.com>; Haiyan Li <haiyan@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

This has been activated in SF.

Thank you!

---

**From:** Vera Rohlfing <vera@icapequity.com>
**Sent:** Thursday, January 27, 2022 12:43 PM

**To:** Haiyan Li <haiyan@icapequity.com>; Jane Li <Jane@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Transfer is ready for approval. Thank you.

| | |
|---|---|
| From Account: | iCap Vault 1 LLC - Checking - *4804 - Ava (Balance as of: 01/27/2022 03:25:29 PM (E |
| To Account: | iCap Investments - Checking - *6925 - Av (Balance as of: 01/27/2022 03:25:30 PM (E |
| Amount: | $5,500,000.00 |
| Description: | from S002156 to S002272 Investments |
| Send On: | 01/27/2022 (today) |

Vera Rohlfing / *Sr. Accountant*
vera@icapequity.com / www.icapequity.com

iCAP EQUITY
3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

**From:** Haiyan Li <haiyan@icapequity.com>
**Sent:** Thursday, January 27, 2022 12:13 PM
**To:** Vera Rohlfing <vera@icapequity.com>; Jane Li <Jane@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Hi Vera,

We have a withdrawal request from Yongzhi Liang (S-002156) with an amount of $5.5M to her new iCapI subscription S-002272. Could you please help to process it? Thanks~

@Jane Li Could you please help to activate S-002272? Thanks~

Best regards,

Haiyan Li | Administrative Assistant
haiyan@icapequity.com | 425-633-4661

iCAP EQUITY

3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

---

**From:** Jane Li <Jane@icapequity.com>
**Sent:** Thursday, January 27, 2022 10:09 AM
**To:** Haiyan Li <haiyan@icapequity.com>
**Cc:** Mike Olson <mike@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Hi Haiyan,

The sub# is S-002272.

Thank you!

---

**From:** Haiyan Li <haiyan@icapequity.com>
**Sent:** Thursday, January 27, 2022 9:11 AM
**To:** Jane Li <Jane@icapequity.com>
**Cc:** Mike Olson <mike@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Hi Jane,

Good morning.

We have a new subscription from an existing client Yongzhi Liang with amount $5.5M for iCap Investment phase II.

Attached with the signed documents, could you please help to create a SF account? Thanks~

**Subscription information:**
**Name**: Yongzhi Liang
**Passport number**: E39510575
**Subscription amount**: $5.5M
**Payment method**: from Yongzhi Liang's Vault account S-002156
**Interest Rate and Maturity Date:** 3-Years, 10% (a special arrangement case)
**Interest payment method**: Monthly pay to Yongzhi Liang's Vault account S-002156
**Address**: 103-2-1105, Bai Zi Wan home, Chaoyang District Beijing 100124 China
**Email:** bonniebinbin@126.com

Please let me know if any questions. Thanks~

Best regards,

Haiyan Li | Administrative Assistant
haiyan@icapequity.com | 425-633-4661

iCAP EQUITY

3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

# EXHIBIT 101

| | |
|---|---|
| **From:** | Jim Christensen[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=37523740368948BE88D5112B1D2CA078-JIM] |
| **Sent:** | Fri 7/31/2020 7:50:29 PM (UTC) |
| **To:** | Chris Christensen[chris@icapequity.com]; Jonathan Siegel[jonathan@icapequity.com] |
| **Subject:** | Re: Cash uses |

Jonathan, sounds like a plan.  It should give us a little more time

Jim Christensen

---

**From:** Jonathan Siegel <jonathan@icapequity.com>
**Sent:** Friday, July 31, 2020 12:20:20 PM
**To:** Chris Christensen <chris@icapequity.com>; Jim Christensen <jim@icapequity.com>
**Subject:** Cash uses

Chris and Jim,

Good news about the funds coming in on the Willows loan. Here's the plan for using the $715,000:

Leave in iCap Investments account: $30,000  to bring the cash balance over $100K – we need to have liquidity here
Settle DueToFrom iCap PNWM - $161K
Partially settle DtF iCap Equity ($954K) - $524K which is needed for interest payments and operating cash flow

Have a good weekend,

Jonathan

**Jonathan Siegel**
CFO
iCAP EQUITY
3535 Factoria Blvd. SE, Suite 500
Bellevue, WA  98006
(425) 278-9027
jonathan@icapequity.com

# EXHIBIT 102

| | |
|---|---|
| **From:** | Chris Christensen[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B99C12C699B44196965B326912827E12-CHRIS] |
| **Sent:** | Thur 1/13/2022 5:58:57 PM (UTC) |
| **To:** | Jim Christensen[jim@icapequity.com]; Cindy Fang[cindy@icapequity.com] |
| **Subject:** | RE: iCap investment phase II documents |

I am working on it now actually. Should have a draft shortly.

---

**From:** Jim Christensen <jim@icapequity.com>
**Sent:** Thursday, January 13, 2022 9:58 AM
**To:** Cindy Fang <cindy@icapequity.com>; Chris Christensen <chris@icapequity.com>
**Subject:** RE: iCap investment phase II documents

Chris, Let me know when I can jump in here. That $2M in February will be very important for our goals.

Thanks,

Jim Christensen / *Chief Operating Officer*
425-278-9030 ext. 132 / icapequity.com
3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

---

**From:** Cindy Fang <cindy@icapequity.com>
**Sent:** Thursday, January 13, 2022 9:40 AM
**To:** Chris Christensen <chris@icapequity.com>; Jim Christensen <jim@icapequity.com>
**Subject:** iCap investment phase II documents
**Importance:** High

Hi Chris and Jim,

I am following up with the iCap investment phase II documents since an investor decided to roll over his maturing Fund 4 investment into the three-year iCap investment fund. We need the new iCap investment phase II document to process the rollover.

And then, we will have a 2 M 3 year iCap investment closing at the beginning of February. We need time to translate the document and let Jeff review it before January 21st.

In conclusion, we need the iCap investment phase II documents right now.

Thank you,

Cindy Fang / *Director of International Relations*
425-278-9030 / icapequity.com

iCAP EQUITY

3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

# EXHIBIT 103

| | |
|---|---|
| **From:** | Chris Christensen[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B99C12C699B44196965B326912827E12-CHRIS] |
| **Sent:** | Thur 2/3/2022 6:24:23 PM (UTC) |
| **To:** | Vera Rohlfing[vera@icapequity.com] |
| **Cc:** | Tatiana N Pantchenko[Tatiana@icapequity.com] |
| **Subject:** | RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang |

The funds in VH Willows and VH 1121 14th should go to the Vault. I thought they were going directly there, but it looks like they will need to be transferred. Then, we can transfer the $5.5M. Connie has the documentation. I will send a separate email to her, so she can send it to you.

Chris

---

**From:** Vera Rohlfing <vera@icapequity.com>
**Sent:** Thursday, February 3, 2022 10:16 AM
**To:** Chris Christensen <chris@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>
**Subject:** FW: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Good morning Chris,

Haiyan is asking regarding the transfer of $5,5M from Vault to iCap investments to S-002272 requested 1/27/2022.

As of today we have $4,403,152.41 on Vault account.

On 2/1/2022 we received:
$2,960,921.62 on VH Willows Townhomes LLC
$2,976,276.87 on VH 1121 14th LLC

Please let us know if the funds need to be moved and forward the supporting documentation.
Thank you,
**Vera Rohlfing** / *Sr. Accountant*
vera@icapequity.com / www.icapequity.com

iCAP EQUITY
3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

---

**From:** Haiyan Li <haiyan@icapequity.com>
**Sent:** Thursday, February 3, 2022 9:51 AM
**To:** Vera Rohlfing <vera@icapequity.com>; Jane Li <Jane@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Hi Vera,

Is there any update for Yongzhi Liang (S-002272) case?

Thanks~

Haiyan Li | Administrative Assistant
haiyan@icapequity.com | 425-633-4661

iCAP EQUITY

3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

---

**From:** Haiyan Li
**Sent:** Monday, January 31, 2022 9:22 AM
**To:** Vera Rohlfing <vera@icapequity.com>; Jane Li <Jane@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Hi Vera and Jane,

For this case, Chris agreed investment's Interest start date on 27Jan22, could you please assist?

Thanks~

Haiyan Li | Administrative Assistant
haiyan@icapequity.com | 425-633-4661

iCAP EQUITY

3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

---

**From:** Vera Rohlfing <vera@icapequity.com>
**Sent:** Thursday, January 27, 2022 2:21 PM
**To:** Jane Li <Jane@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Chris Christensen <chris@icapequity.com>; Haiyan Li <haiyan@icapequity.com>; Vera Rohlfing <vera@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Hi Jane,

Could you please de-activate the subscription S-002272, since funds are not going to be moved today? We probably move funds on Monday. I will let you know the new Subscription start date when

funds will be moved.

Thank you,

Vera Rohlfing / *Sr. Accountant*
vera@icapequity.com / www.icapequity.com

iCAP EQUITY
3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

---

**From:** Jane Li <Jane@icapequity.com>
**Sent:** Thursday, January 27, 2022 1:53 PM
**To:** Vera Rohlfing <vera@icapequity.com>; Haiyan Li <haiyan@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

This has been activated in SF.

Thank you!

---

**From:** Vera Rohlfing <vera@icapequity.com>
**Sent:** Thursday, January 27, 2022 12:43 PM
**To:** Haiyan Li <haiyan@icapequity.com>; Jane Li <Jane@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Transfer is ready for approval.  Thank you.

| | |
|---|---|
| From Account: | iCap Vault 1 LLC - Checking - *4804 - Ava (Balance as of: 01/27/2022 03:25:29 PM (E |
| To Account: | iCap Investments - Checking - *6925 - Av (Balance as of: 01/27/2022 03:25:30 PM (E |
| Amount: | $5,500,000.00 |
| Description: | from S002156 to S002272 Investments |
| Send On: | 01/27/2022 (today) |

Vera Rohlfing / *Sr. Accountant*
vera@icapequity.com / www.icapequity.com

iCAP EQUITY
3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

**From:** Haiyan Li <haiyan@icapequity.com>
**Sent:** Thursday, January 27, 2022 12:13 PM
**To:** Vera Rohlfing <vera@icapequity.com>; Jane Li <Jane@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Hi Vera,

We have a withdrawal request from Yongzhi Liang (S-002156) with an amount of $5.5M to her new iCapI subscription S-002272. Could you please help to process it? Thanks~

@Jane Li Could you please help to activate S-002272? Thanks~

Best regards,

Haiyan Li | Administrative Assistant
haiyan@icapequity.com | 425-633-4661

3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

**From:** Jane Li <Jane@icapequity.com>
**Sent:** Thursday, January 27, 2022 10:09 AM
**To:** Haiyan Li <haiyan@icapequity.com>
**Cc:** Mike Olson <mike@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Hi Haiyan,

The sub# is S-002272.

Thank you!

**From:** Haiyan Li <haiyan@icapequity.com>
**Sent:** Thursday, January 27, 2022 9:11 AM
**To:** Jane Li <Jane@icapequity.com>
**Cc:** Mike Olson <mike@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Hi Jane,

Good morning.

We have a new subscription from an existing client Yongzhi Liang with amount $5.5M for iCap Investment phase II.

Attached with the signed documents, could you please help to create a SF account? Thanks~

**Subscription information:**
**Name**: Yongzhi Liang
**Passport number**: E39510575
**Subscription amount**: $5.5M
**Payment method**: from Yongzhi Liang's Vault account S-002156
**Interest Rate and Maturity Date:** 3-Years, 10% (a special arrangement case)
**Interest payment method**: Monthly pay to Yongzhi Liang's Vault account S-002156
**Address**: 103-2-1105, Bai Zi Wan home, Chaoyang District Beijing 100124 China
**Email:** bonniebinbin@126.com

Please let me know if any questions. Thanks~

Best regards,

Haiyan Li | Administrative Assistant
haiyan@icapequity.com | 425-633-4661

iCAP EQUITY

3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

# EXHIBIT 104

| | |
|---|---|
| **From:** | Vera Rohlfing[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C0D462E5C38945249D450EC8BE0D229D-VERA] |
| **Sent:** | Mon 1/31/2022 6:01:52 PM (UTC) |
| **To:** | Chris Christensen[chris@icapequity.com] |
| **Cc:** | Tatiana N Pantchenko[Tatiana@icapequity.com]; Francis Gannon[francis@icapequity.com] |
| **Subject:** | RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang |

Chris, Thank you for the update.


Vera Rohlfing / *Sr. Accountant*
vera@icapequity.com / www.icapequity.com

iCAP EQUITY
3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006


**From:** Chris Christensen <chris@icapequity.com>
**Sent:** Monday, January 31, 2022 9:59 AM
**To:** Vera Rohlfing <vera@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Francis Gannon <francis@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Yes, we have about $6 million coming in.  The wire should be sent today.  I spoke with Cindy, and we won't transfer the $5.5 until these funds have arrived.

**From:** Vera Rohlfing <vera@icapequity.com>
**Sent:** Monday, January 31, 2022 9:57 AM
**To:** Chris Christensen <chris@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Francis Gannon <francis@icapequity.com>; Vera Rohlfing <vera@icapequity.com>
**Subject:** FW: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Good morning Chris,

Haiyan is asking when we can process $5.5M and we don't have enough funds on our account.

Today's balance should be $4,205,454.95 after $2.5 M transfer to Sensa Kenmore (was not processed by the bank on Friday) and today's wire withdrawal of $200K, that I will enter shortly.

We have received $2,415,980.65 on 1/27. Are we expecting more finds coming in?

Thank you,

Vera Rohlfing / *Sr. Accountant*
vera@icapequity.com / www.icapequity.com

iCAP EQUITY
3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

---

**From:** Haiyan Li <haiyan@icapequity.com>
**Sent:** Monday, January 31, 2022 9:22 AM
**To:** Vera Rohlfing <vera@icapequity.com>; Jane Li <Jane@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Hi Vera and Jane,

For this case, Chris agreed investment's Interest start date on 27Jan22, could you please assist?

Thanks~

Haiyan Li | Administrative Assistant
haiyan@icapequity.com | 425-633-4661

iCAP EQUITY

3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

---

**From:** Vera Rohlfing <vera@icapequity.com>
**Sent:** Thursday, January 27, 2022 2:21 PM
**To:** Jane Li <Jane@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Chris Christensen <chris@icapequity.com>; Haiyan Li <haiyan@icapequity.com>; Vera Rohlfing <vera@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Hi Jane,

Could you please de-activate the subscription S-002272, since funds are not going to be moved today? We probably move funds on Monday. I will let you know the new Subscription start date when funds will be moved.

Thank you,

Vera Rohlfing / *Sr. Accountant*
vera@icapequity.com / www.icapequity.com

iCAP EQUITY
3535 Factoria Blvd. SE, Suite 500

Bellevue, WA 98006

---

**From:** Jane Li <Jane@icapequity.com>
**Sent:** Thursday, January 27, 2022 1:53 PM
**To:** Vera Rohlfing <vera@icapequity.com>; Haiyan Li <haiyan@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

This has been activated in SF.

Thank you!

---

**From:** Vera Rohlfing <vera@icapequity.com>
**Sent:** Thursday, January 27, 2022 12:43 PM
**To:** Haiyan Li <haiyan@icapequity.com>; Jane Li <Jane@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Transfer is ready for approval.  Thank you.

| | |
|---|---|
| From Account: | iCap Vault 1 LLC - Checking - *4804 - Ava<br>(Balance as of: 01/27/2022 03:25:29 PM (E |
| To Account: | iCap Investments - Checking - *6925 - Av<br>(Balance as of: 01/27/2022 03:25:30 PM (E |
| Amount: | $5,500,000.00 |
| Description: | from S002156 to S002272 Investments |
| Send On: | 01/27/2022 (today) |


Vera Rohlfing / *Sr. Accountant*
vera@icapequity.com / www.icapequity.com

iCAP EQUITY
3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006


---

**From:** Haiyan Li <haiyan@icapequity.com>
**Sent:** Thursday, January 27, 2022 12:13 PM
**To:** Vera Rohlfing <vera@icapequity.com>; Jane Li <Jane@icapequity.com>
**Cc:** Tatiana N Pantchenko <Tatiana@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Hi Vera,

We have a withdrawal request from Yongzhi Liang (S-002156) with an amount of $5.5M to her new iCapI subscription S-002272. Could you please help to process it? Thanks~

@Jane Li Could you please help to activate S-002272? Thanks~

Best regards,

Haiyan Li | Administrative Assistant
haiyan@icapequity.com | 425-633-4661

iCAP EQUITY

3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

---

**From:** Jane Li <Jane@icapequity.com>
**Sent:** Thursday, January 27, 2022 10:09 AM
**To:** Haiyan Li <haiyan@icapequity.com>
**Cc:** Mike Olson <mike@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** RE: $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Hi Haiyan,

The sub# is S-002272.

Thank you!

---

**From:** Haiyan Li <haiyan@icapequity.com>
**Sent:** Thursday, January 27, 2022 9:11 AM
**To:** Jane Li <Jane@icapequity.com>
**Cc:** Mike Olson <mike@icapequity.com>; Cindy Fang <cindy@icapequity.com>; Raymond Zhang <raymond@icapequity.cn>; Joyce Zhong <Joyce@icapequity.com>
**Subject:** $5.5M new subscription for iCap Investment phase II - existing client Yongzhi Liang

Hi Jane,

Good morning.

We have a new subscription from an existing client Yongzhi Liang with amount $5.5M for iCap Investment phase II.

Attached with the signed documents, could you please help to create a SF account? Thanks~

**Subscription information:**

**Name**: Yongzhi Liang
**Passport number**: E39510575
**Subscription amount**: $5.5M
**Payment method**: from Yongzhi Liang's Vault account S-002156
**Interest Rate and Maturity Date:** 3-Years, 10% (a special arrangement case)
**Interest payment method**: Monthly pay to Yongzhi Liang's Vault account S-002156
**Address**: 103-2-1105, Bai Zi Wan home, Chaoyang District Beijing 100124 China
**Email:** bonniebinbin@126.com

Please let me know if any questions. Thanks~

Best regards,


Haiyan Li | Administrative Assistant
haiyan@icapequity.com | 425-633-4661

iCAP EQUITY

3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

# EXHIBIT 105

| | |
|---|---|
| **From:** | Jian Lu[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0CE57ED622D947C499D1415FF3F3B26F-JIAN] |
| **Sent:** | Fri 2/11/2022 12:50:46 AM (UTC) |
| **To:** | Chris Christensen[chris@icapequity.com]; Jim Christensen[jim@icapequity.com] |
| **Cc:** | Francis Gannon[francis@icapequity.com]; Tatiana N Pantchenko[Tatiana@icapequity.com]; Vera Rohlfing[vera@icapequity.com]; Nickisha Haine[nickisha@icapequity.com] |
| **Subject:** | 2/15/22 Cash Forecast with proposed intercompany transfer request |
| **Attachment:** | 220215 - Semi-monthly Expense Projections (220210).xlsx |

Hi,

Attached is the 2/15 cash forecast for the invoices I have at this moment. There are notes below highlighting specific transactions within the forecast, and a proposal for intercompany transfer. Please let me know if you have any questions.

**Cash Forecast**

**As of 2/10/2022**

| | iCap Equity | iCap Investments | iCap Enterprises | Fund 1 | Fund 2 | Fund 4 | Fund 5 |
|---|---|---|---|---|---|---|---|
| **Cash** | 1,239,669 | 5,755,936 | 3,911 | (181,528) | 759 | 215,943 | 5,801 |
| **Investor Payments 2/15** | (356,158) | (106,800) | | (282,190) | (275,949) | (98,272) | (27,456) |
| **Investor Distributions** | | - | | | | | |
| **Other Outflows** | (1,507,861) | (441,588) | (151,834) | (395) | (568) | (175,405) | (14,812) |
| | (624,349) | 5,207,548 | (147,923) | (464,113) | (275,759) | (57,734) | (36,467) |

## Notes

- $267,538 - iCap Funding PR Investor Payoffs for Documents Received
- iCap Equity Payoff - $1,469,829 – HuaSheng S-000021
- Marketer Payment - $440,000 – S-002272

| Proposed Transfers | | |
|---|---|---|
| **From** | **To** | **Amount** |
| iCap Investments | Equity | $ 1,905,500.00 |
| Equity | Fund 1 | $ 465,500.00 |
| Equity | Fund 2 | $ 277,000.00 |
| Equity | Fund 4 | $ 58,500.00 |
| Equity | Fund 5 | $ 38,500.00 |
| Equity | iCap 134th St | $ 8,500.00 |
| Equity | iCap PNWM | $ 21,000.00 |
| Equity | iCap Enterprises | $ 149,000.00 |
| Equity | iCap Funding | $ 262,000.00 |
| Fund 5 | Campell way | $ 14,430.00 |

**Jian (Kristy) Lu** | Accountant
425.278.9029 ext 155| icapequity.com
3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006

# EXHIBIT 106

| | |
|---|---|
| **From:** | Vera Rohlfing[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C0D462E5C38945249D450EC8BE0D229D-VERA] |
| **Sent:** | Mon 2/14/2022 11:44:36 PM (UTC) |
| **To:** | Chris Christensen[chris@icapequity.com] |
| **Cc:** | Cindy Fang[cindy@icapequity.com]; Tatiana N Pantchenko[Tatiana@icapequity.com]; Vera Rohlfing[vera@icapequity.com] |
| **Subject:** | Marketer payments to be paid by Thursday, 2/17/2022 |
| **Attachment:** | Senza Kenmore LLC Marketer Payment Form - Multiple Parties.pdf |
| **Attachment:** | S 002261 Marketer Payment Form - Multiple Parties.pdf |
| **Attachment:** | S 002263 Marketer Payment Form - Multiple Parties.pdf |
| **Attachment:** | S 002272 Marketer Payment Form - Multiple Parties.pdf |
| **Attachment:** | S 002284 Marketer Payment Form - Multiple Parties.pdf |
| **Attachment:** | S 002268 Marketer Payment Form - Multiple Parties.pdf |
| **Attachment:** | Special marketer fee for S 002272 |

Hi Chris,

Please see attached forms and approve for payment by Thursday, February 17, the marketer payments below.
The commissions for Senza Kenmore investment will be paid when the contract will be signed.

Thank you.

| **Sub Amount** | **Broker Shiyu Zhang** | Commissions Amount | Subscription from | Fund from |
|---|---|---|---|---|
| 50,000.00 | 1% | 500.00 | S-002268 | Investments |
| | From Fund 4 S-001209 | | | |
| 5,500,000.00 | 14% | 770,000.00 | S-002272 | Investments |
| | increased for 6% per agreement | | | |
| 200,000.00 | 5% | 10,000.00 | S-002284 | Investments |
| | **Total from Investments** | **780,500.00** | | |
| 220,000.00 | 8% | 17,600.00 | S-002261 | Fund 4 |
| 100,000.00 | 8% | 8,000.00 | S-002263 | Fund 4 |

| | | | | |
|---|---|---|---|---|
| | **Total from Fund 4** | **25,600.00** | | |
| 3,000,000.00 | 2% | 60,000.00 | S-002254 | Senza Kenmore LLC |
| | **Total from Senza Kenmore** | **60,000.00** | | |


Vera Rohlfing / *Sr. Accountant*
vera@icapequity.com / www.icapequity.com

iCAP EQUITY
3535 Factoria Blvd. SE, Suite 500
Bellevue, WA 98006


**From:** DocuSign NA3 System <dse_NA3@docusign.net>
**Sent:** Sunday, February 13, 2022 5:57 PM
**To:** Vera Rohlfing <vera@icapequity.com>
**Subject:** Completed: Please DocuSign: Senza Kenmore LLC Marketer Payment Form - Multiple Parties.pdf, S 002261 Marke...

Your document has been completed

VIEW COMPLETED DOCUMENTS

**Investor Relations**
investor@icapequity.com

All parties have completed Please DocuSign: Senza Kenmore LLC Marketer Payment Form - Multiple Parties.pdf, S 002261 Marke....

Powered by

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
B0D4CC6E0C6A4FF3B1E34E6943DDDB973

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Investor Relations who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.