**Dated: February 11th, 2025**



**Whitman L. Holt**
**Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>ICAP ENTERPRISES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-01243-WLH11<br>(Jointly Administered)<br><br>**ORDER GRANTING FINAL FEE APPLICATION OF BLACK HELTERLINE LLP FOR THE PERIOD FROM APRIL 19, 2024, THROUGH NOVEMBER 13, 2024** |

THIS MATTER having come before the court on the *Final Application of Black Helterline LLP for the Period of April 19, 2024, Through November 13, 2024; Declaration of Oren B. Haker in Support Thereof* [ECF No. 1514] (the

---

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01267-11); iCap Broadway, LLC (23-01252-11); VH 1121 14th LLC (23-01264-11); VH Senior Care LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

**FINAL FEE APPLICATION OF BLACK HELTERLINE LLP FOR THE PERIOD OF APRIL 19, 2024, THROUGH NOVEMBER 13, 2024**
BLACK HELTERLINE FINAL FEE ORDER

BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND, OR 97205
TELEPHONE: 503 224-5560

"Application")[2] filed on January 13, 2025, with Notice [ECF No. 1515] and Certificate of Service [ECF No. 1521]; for an order approving final compensation for services rendered and reimbursement of expenses incurred in the above-captioned Chapter 11 Cases for the time period of April 19, 2024, through November 13, 2024 (the "Application Period"); the court being fully advised in the premises; ~~good and sufficient cause appearing therefor~~ and given the Declaration of No Objections docketed at ECF No. 1534,

IT IS HEREBY ORDERED that the Application [ECF No. 1514] is granted. The below-listed amounts are allowed and awarded on a final basis as compensation and reimbursement, pursuant to 11 U.S.C. §§ 330 and 331, to Black Helterline LLP, and are authorized to be disbursed or transferred from funds of the Estate:

| | |
|---|---:|
| Compensation in the amount of: | $125,259.50 |
| Reimbursement of expenses in the amount of: | $63.30 |
| **TOTAL** | **$125,322.80** |

Summary of all prior disbursements received as of the date of the Application on previous Monthly Fee Applications submitted during the Application Period, pursuant to the Compensation Procedures Order:

| | |
|---|---:|
| Payments as of Date of Application as to April 19, 2024 – August 31, 2024 Monthly Fee Applications (amounts include 20% held in trust) [ECF Nos. 1469, 1470, 1471, and 1472]. | |
| Compensation in the amount of: | $46,492.60 |
| Reimbursement of expenses in the amount of: | $24.30 |
| **TOTAL** | **$46,516.90** |

---

[2] Any capitalized term not expressly defined herein shall have the meaning ascribed to that term in the Application.

**FINAL FEE APPLICATION OF BLACK HELTERLINE LLP FOR THE PERIOD FROM APRIL 19, 2024, THROUGH NOVEMBER 13, 2024**

BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND, OR 97205
TELEPHONE: 503 224-5560

2

23-01243-WLH11    Doc 1536    Filed 02/12/25    Entered 02/12/25 08:29:17    Pg 2 of 3

Summary of amounts to be disbursed pursuant to this order:

| | |
|---|---:|
| Compensation in the amount of: | ~~$78,742.60~~ **$78,766.90** |
| ~~Paid by transfers from BH trust account:~~ | ~~$9,298.52~~ |
| Reimbursement of expenses in the amount of: | $39.00 |
| **TOTAL** | ~~**$88,080.12**~~ **$78,805.90** |

/// END OF ORDER ///

Presented by:

BLACK HELTERLINE LLP

By: /s/ *Britta E. Warren*
   Oren B. Haker, WSBA No. 48725
   Britta E. Warren, WSBA No. 43329

*Co-Counsel to Debtors and Debtors in Possession*

\* Changes made by court

**FINAL FEE APPLICATION OF BLACK HELTERLINE LLP FOR THE PERIOD FROM APRIL 19, 2024, THROUGH NOVEMBER 13, 2024**

3

BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND, OR 97205
TELEPHONE: 503 224-5560

23-01243-WLH11   Doc 1536   Filed 02/12/25   Entered 02/12/25 08:29:17   Pg 3 of 3